

# Dr. Kelly R. Goodness
## Clinical and Forensic Psycologist

121 Olive Street  
Keller, Texas 76248

(817) 379-4663  
Facsimile (817) 379-0320

June 16, 2003

William Ray  
Attorney at Law  
5041 Airport Freeway  
Fort Worth, Texas 76117-6252

RE: Billy Jack Krutsinger, Cause No. 0885306

Dear Mr. Ray:

I appreciate your desire to retain me as your expert. The following summarizes my office's billing practices and a summary of certain other standard terms of engagement. Please notify me if you have concerns about any part of this contract so that we may quickly resolve any problems.

## Terms of Engagement Contract

**Nature of Employment and Engagement Purpose:**

My engagement is limited to the matter of mitigation and attorney consultation in the above referenced case. Specifically, I shall provide the following services:

- Investigate issues
- Collect and interpret data
- Interview witnesses, family members, friends, employers, etc. for possible mitigation information
- Ascertain competency to stand trial status
- Determine if the defendant's mental state at the time of the offense is at issue
- Explore and develop all aspects of mitigation data
- Attorney consultation
- Assist in interpreting, understanding, and conveying to a jury the mitigation findings
- At this time, I have not been asked to evaluate the defendant for future dangerousness

By signing this contract, you authorize me to act on your behalf as your agent and to act as an agent of your office in connection with this case.

**Estimated Case Fees:**

You can expect that I would put in 75 to 90 hours prior to trial (or plea) and an additional 15 to 30 hours if testimony at mitigation is necessary. In addition, I utilize the services of a Social Worker and Psychological Associate to collect data for capital cases, as their time is billed at a much lower rate thereby reducing the cost to the State. The total estimated costs of mitigation services for a case, such as this capital case, is $14,000 to $17,000 plus expenses. The total fees may be more or less, depending on what is necessary to fully develop a particular case. I require a court order signed by the judge authorizing payment of my services before I will open the case or a $15,000 retainer fee. The court order must include an authorized expenditure amount. Please note that travel fees are due at the time of travel.

Web site: www.drgoodness.com • Email: goodness@sprintmail.com

**Billing:**
My services are based on an hourly rate of $125 for all work except travel time, which is $75/hour. Hours are recorded and billed in one-quarter hour (15-minute) time increments.

My statements contain a concise summary of each matter for which professional services were rendered and a fee was charged. In addition to my professional fees, my statements may include out-of-pocket expenses that my office has advanced on behalf of the client or the client's project. During the course of my service, it may be appropriate or necessary to hire third parties to provide services on behalf of the project. These services may include such things as consultation with other experts, psychological assistants, social workers, or research assistants. Psychological Assistants and Social Workers are utilized in order to reduce the overall cost of a comprehensive mitigation evaluation to the State. Psychological Assistants and Social Workers are always supervised directly by me. Some of the more common charges are detailed below:

| | |
|---|---|
| Administrative and clerical time | $20.00 per hour |
| Psychological Associate | $50.00 per hour |
| Supervised doctorate level Psychologist | $60.00 per hour |
| Social Worker | $50.00 per hour |
| Long distance phone calls | .25 per minute |
| Photocopies | .10 per copy |
| Psychological Protocols | varies by instrument |
| Postage and Fed-Ex | cost |
| Mileage | .40 mile |
| Hotel | standard grade |
| Air Travel | coach fare |
| Meals/ per diem | $35.00 per day |
| Taxi, Rental Car, etc. | cost |

I invite my clients to discuss freely with me any questions that may arise concerning a fee charge for any matter. I want my clients to be satisfied with both the quality of my professional services and the reasonableness of the fees that I charge for these services. I will attempt to provide as much detailed billing information as may be required. I am willing to discuss with my clients any of the billing formats my office uses and what best suits the client's needs.

~~As noted, you or your law firm assume full responsibility of payment of fees. If fee payments are not made in accordance with the above agreement or court orders pre-authorizing payment of my services, I may stop all work and vacate the appointment, in which event you agree to assume sole responsibility for any and all damages and expenses that may result to you or your client(s). In the event of any litigation arising under the terms of this agreement, the prevailing party shall recover their reasonable attorney's fees.~~ [handwritten: w/h  w/h  w/h]

**Work Consultation Outside of Area:**
For any travel considered "outside of area", when applicable and agreed upon in advance, the charge is $75.00 per travel hour (or fraction thereof), plus expenses (transportation as discussed, food, lodging, and delivery of documents via such carries as FedEx).

**Deposition and Court Appearance:**
My rate of $125 per hour is charged for deposition and court appearances. My hourly rate is charged from the time I arrive at the courthouse/designated office until the time that I am officially excused. Minimum court charge is $800.00.

**Needed Information:**
I will provide my services as an expert in accordance with this engagement letter. You will provide me with such factual information and materials as required to perform the services identified in the engagement letter. I will keep you advised of developments as necessary to ensure the timely, effective, and efficient completion of my work.

**Confidentiality and Conflict of Interest:**
Regarding the ethics of my profession that will govern my behavior several points deserve emphasis. As a matter of professional responsibility, I am required to preserve the confidence and secrets of my clients as well as my patients. This obligation and the legal privilege for our communications exist to encourage candid and complete communication. I can perform truly beneficial services for a client only if I am aware of all information that might be relevant to my work as an expert. Consequently, I trust that our relationship will be based on mutual confidence and unrestrained communication in order to facilitate stellar service to you. Unless instructed otherwise, I believe that my work in this case is protected under attorney-client privilege.

I may be asked to represent a client with respect to interests that are adverse to those of another client who I represent in connection with another matter. During the term of this agreement, I agree that I will not accept representation of another client to pursue interests that are directly adverse to your interests unless and until I have made full disclosure to you of all the relevant facts, circumstances, and implications of my undertaking two representations and you have consented to my representation of the other client. In turn, you agree that you will be reasonable in evaluating such circumstances and you will give your consent if we can confirm to you in good faith that the following criteria are met:

1. There is no substantial relationship between any matter in which I am serving you and the matter for the other client.

2. My delivery of professional services to the other client will not implicate any confidential information that I have received from you.

3. My work for you and the discharge of my professional responsibilities to you will not be prejudiced by the other client for the other client has also consented in writing based on full disclosure of the relevant facts, circumstances, and implications of my undertaking the two representations.

By making this agreement, we are establishing the criteria that will govern the exercise of your right under applicable ethical rules to withhold consent to my representation of another client whose interest is adverse to yours. You will retain the right, of course, to contest in good faith my representation that the criteria have been met, in which event I would have the burden of supporting my representation to you.

**Termination of this Relationship:**
Upon completion of the matter to which this agreement applies, or upon earlier termination of our relationship, the relationship will end unless you and I have expressly agreed to continuation with respect to other matters. The representation is terminable at will by either party subject to ethical restraints and the payment of all fees and costs.

Your agreement to this engagement constitutes your acceptance of the foregoing terms and conditions. If any portion of this contract is unacceptable to you, please advise me now so that we can resolve any differences and proceed with a clear, complete, and consistent understanding of our relationship.

By signing below, you indicate that you agree with the above terms ~~and agree to assume the responsibility for paying my f~~

_____          7/10/03
Signature                                 Date

William Ray
Printed Name

Kelly R. Goodness, Ph.D.                  06-16-03
                                          Date