

# CLERK'S RECORD 74,769

## VOLUME 8 of 8

Trial Court Cause No. **0885306D**

In the **213TH DISTRICT COURT**
of Tarrant County, Texas
Hon. **ROBERT K. GILL**, Presiding Judge

## BILLY JACK CRUTSINGER, APPELLANT

vs.

## THE STATE OF TEXAS

Appealed to the Court of CRIMINAL APPEALS
for the STATE OF TEXAS
at Capitol Station
AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPE...

FEB 1 0 2004

Troy C. Bennett, Jr. C...

## ATTORNEY FOR THE APPELLANT

**WILLIAM H. RAY, APPT.**
**5041 AIRPORT FREEWAY**
**FORT WORTH, TEXAS 76117**
**PHONE:    817-830-8383**
**FAX:        817-831-8306**
**SBOT:      16608700**
**Attorney for BILLY JACK CRUTSINGER, Appellant**

Delivered to the Court of CRIMINAL APPEALS
for the STATE OF TEXAS at Capitol Station,
AUSTIN, Texas, on the
_26th_ day of _January 2004_

THOMAS A. WILDER, DISTRICT CLERK,
TARRANT COUNTY, FORT WORTH, TEXAS

_Nancy Gilliland_

NANCY GILLILAND
Deputy District Clerk

(Court of CRIMINAL APPEALS)

Cause No. _____
Filed in the Court of CRIMINAL APPEALS
FOR THE STATE Of Texas, at
Capitol Station, AUSTIN, Texas, this

_____ day of _____, _____

_____ TROY C. BENNETT, JR. _____, Clerk

By _____, Deputy

# I N D E X

## INSTRUMENTS FILED IN VOLUME 1

Caption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Presentment Of The Indictment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

..idictment - 6/16/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Criminal Docket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Complaint - 4/11/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Certificate Of Proceedings - 4/11/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Motion And Order Of Transfer - 4/15/03 . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Finding On Appointment Of Attorney - 4/17/03 . . . . . . . . . . . . . . . . . . . . . . 19

Order Referring Case To Magistrate - 4/28/03 . . . . . . . . . . . . . . . . . . . . . . 20

/lotion To Give Notice Of Extraneous Acts Under Article 37.07 Code Of
Criminal Procedure And Rule 404(b), Texas Rule Of Evidence And Notice Of
Convictions For Impeachment Pursuant To Rule 609(f), Texas Rules Of
Evidence, (The Mitchell Vs. State "Motion") - 4/28/03 . . . . . . . . . . . . . . . . . . . 21

Defendant's Request To The State Of Texas To Provide Notice Of Extraneous Acts
Under Article 37.07 Code Of Criminal Procedure And Rule 404(b), Texas Rules
Of Evidence And Notice Of Convictions For Impeachment Pursuant To Rule 609(f),
Texas Rules Of Evidence, (The Mitchell Vs. State "Request" - 8/28/03 . . . . . . . . . . . . . . . 24

Defendant's Motion For Discovery, Including Expert Witnesses - 4/28/03 . . . . . . . . . . . . 26

Constitutional Motion For Speedy Trial - 4/28/03 . . . . . . . . . . . . . . . . . . . . . . . . 31

Statutory Motion For Speedy Trial - 4/28/03 . . . . . . . . . . . . . . . . . . . . . . . . . 33

Motion And Order To Appoint Investigator - 4/29/03 . . . . . . . . . . . . . . . . . . . . . 35

Bench Warrant - 6/3/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

- Page 2 -

Warrant - 6/10/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Finding On Appointment Of Attorney - 6/13/03 . . . . . . . . . . . . . . . . . . . . . . . . 38

State's Motion For Strict Applicability Of Standefer V. State Of Texas And Objection
To Improper Commitment Questions During Voir Dire Examinations - 6/24/03 . . . . . . . . . . . 39

State's Motion To Order Defendant To Submit To Court Ordered Psychiatric/Psychological
Examination Or Alternative Motion To Exclude Defendant's Psychiatric/Psychological
Evidence - 6/24/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

State's Motion To Order Defendant To Submit To Court Ordered Psychiatric/Psychological
Examination Or Alternative Motion To Exclude Defendant's Psychiatric/Psychological
Evidence - 6/24/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Motion And Order For Appointment Of An Expert - 6/25/03 . . . . . . . . . . . . . . . . . . 48

Writ To Serve Indictment - 6/24/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

Motion For Discovery Of Expert Witness - 6/30/03 . . . . . . . . . . . . . . . . . . . . . . . 52

State's Motion In Limine - 6/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

Motion To Allow Voir Dire Of Expert Pursuant To 705(B) Of The Texas
Rules Of Criminal Evidence - 7/9/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

Motion To Appoint Expert And To Order Examination Of Physical Evidence
For DNA Proposes - 7/11/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

The Court's Order On The Defendant's Motion To Appoint Expert And To
Order Examination Of Physical Evidence For DNA Purposes - 7/11/03 . . . . . . . . . . . . . . 63

Motion To Appoint Expert - 7/11/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Order On Defendant's Motion To Appoint Expert - 7/11/03 . . . . . . . . . . . . . . . . . . . 67

Order For Release Of Medical Records (Tarrant Community Outreach) - 7/14/03 . . . . . . . . 68

Order For Release Of Medical Records (The Salvation Army) 7/10/03 . . . . . . . . . . . . . . 69

Order For Release Of Medical Records (Phoenix Association Counseling) - 7/10/03 . . . . . . 70

Order For Release Of Medical Records (Tarrant County MHMR) - 7/14/03 . . . . . . . . . . . 71

- Page 3 -

Defendant's Motion For The Court To Instruct The Jury That The Burden Of
Proof Under Article 37.071, Section 2(e)(1) Code Of Criminal Procedure
Shall Be On The State Of Texas To Show Beyond A Reasonable Doubt The
Absence Of Sufficient Mitigating Factors In Order To Warrant That A
Death Sentence Rather Than A Sentence Of Life Imprisonment Be Imposed,
And Additionally Instruct The State To Conduct Voir Dire And Present Its
Case In Compliance With That Instruction - 7/23/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Order (For Treatment Center To Communicated With Tarrant County District
Attorney's Office) - 7/25/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

State's Response To Defendant's Motion For Burden Of Proof Instruction
On Mitigation Special Issue - 7/28/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Amended State's Notice Of Intent To Introduce Evidence Pursuant To Articles
37.07 And 38.36 C.C.P. And Articles 609(F) And 404(B) T.R.C.E. - 7/29/03 . . . . . . . . . . . 82

Motion To Suppress Written Or Oral Statements Of Defendant - 7/30/03 . . . . . . . . . . . . . 88

## INSTRUMENTS FILED IN VOLUME 2

Bench Warrant - 7/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

Notice Of State's Intent To Use Experts - 7/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

Second Amended State's Notice Of Intent To Introduce Evidence Pursuant To Articles 37.07
And 38.36 C.C.P. And Articles 609(F) And 404(B) T.R.C.E. - 7/31/03 . . . . . . . . . . . . . . . . 97

Business Records Affidavit (Cingular Wireless) - 8/1/03 . . . . . . . . . . . . . . . . . . . . . . . 104

Precept To Serve Jury List 0 8/5/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

Third Amended State's Notice Of Intent To Introduce Evidence Pursuant To Articles
37.07 And 38.36 C.C.P. And Articles 609(F And 404(B) T.R.C.E. - 8/5/03 . . . . . . . . . . . 112

First Amended Motion To Suppress Written Or Oral Statements Of Defendant - 8/7/03 . . . 119

Fourth Amended State's Notice Of Intent To Introduce Evidence Pursuant To
Articles 37.07 And 38.36 C.C.P. And Articles 609(F) And 404(B) T.R.C.E. - 8/7/03 . . . . . . 124

Motion To Suppress Evidence - 8/8/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132

State's Request For Defense Showing Of Legal Standing To Contest Search - 8/8/03 . . . . 135

Motion Requesting Definition Of Reasonable Doubt - 8/13/03 . . . . . . . . . . . . . . . . . . . 138

- Page 4 -

Motion To Declare V.A.C.C.P. 37.071 Sec. 2(e) And (f) Unconstitutional Based On The
Lack Of Burden Of Proof - 8/13/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   141

Motion To Produce Exculpatory And Mitigating Evidence - 8/13/03 . . . . . . . . . . . . . . .   159

Motion To Preclude The Death Penalty As A Sentencing Option And Declare
The Death Penalty Unconstitutional - 8/13/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   162

Response To Defense Motion To Declare The Death Penalty Unconstitutional - 8/15/03 . .   166

Response To Defense Motion To Declare V.A. C.C.P. 37.071 Sec. 2(e) And
(f) Unconstitutional Based On The Lack Of Burden Of Proof - 8/15/03 . . . . . . . . . . . . . .   269

Notice Of Expert Witnesses - 9/4/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   273

Seventh Amended State's Notice Of Intent To Introduce Evidence Pursuant To Articles
37.07 And 38.36 C.C.P. And Articles 609(F) And 404(B) T.R.C.E. - 9/5/03 . . . . . . . . . .   275

Notice Of State's Intent To Use Experts - 9/5/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . .   284

## INSTRUMENTS FILED IN VOLUME 3

Defendant's Motion To Quash The Indictment And Declare The Death Penalty
Unconstitutional Due To Disparate Treatment Specifically Unequal Financial
Constraints And Criteria, In Twenty-Six Counties Of The State Of Texas And That
Such Constraints Causes Said Disparate Treatment In The Decision To Seek The Death
Penalty By The Various Prosecuting Authorities Of Persons Charged With Capital
Murder In The State Of Texas And Exhibits 1 - 31 Attached - 9/4/03 . . . . . . . . . . . . . . .   287

## INSTRUMENTS FILED IN VOLUME 4

Exhibits 32 (Anderson Through Fort Bend Counties Plus One
Unidentified Response - 9/4/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   475

## INSTRUMENTS FILED IN VOLUME 5

Exhibit 33 (Freestone Through Harrison Counties) - 9/4/03 . . . . . . . . . . . . . . . . . . . . .   757

## INSTRUMENTS FILED IN VOLUME 6

Exhibit 34 (Hartley Though Young Counties) - 9/4/03 . . . . . . . . . . . . . . . . . . . . . . . . .   947

- Page 5 -

## INSTRUMENTS FILED IN VOLUME 7

Defendant's Motion to Not Allow The Jury to Separate During Deliberations, At Either The Guilt/Innocence Or Punishment Phases Of The Trial - 9/12/03 . . . . . . . . . . . 1195

Constitutional Motion To Suppress - 9/12/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1197

Motion To Declare The 10-12 Rule Unconstitutional - 9/16/03 . . . . . . . . . . . . . . . . . . 1204

Defendant's Supplemental Motion To Quash The Indictment And Declare The Death Penalty Unconstitutional Due To Disparate Treatment - 9/13/03 . . . . . . . . . . . . 1239

State's Response To Defendant's Motion To Quash The Indictment - 9/17/03 . . . . . . . . 1252

Notice To Defense Regarding Subpoenaed/Sworn Witness(es) - 9/18/03 . . . . . . . . . . . 1271

Bench Warrants - 9/18/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1272

Defendant's Motion In Limine - 9/22/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1275

The Court's Order On The Defendant's Motion In Limine - 9/22/03 . . . . . . . . . . . . . . . 1278

Court's Charge On Guilt Or Innocence - 9/25/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . 1279

Jury Verdict - 9/25/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1284

Jury Notes And Court's Answer - 9/25/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1285

Certificate Of Proceedings - 9/25/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1289

Certificate Of Proceedings - 9/26/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1290

Fax Regarding Mrs. Ely - 9/29/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1291

Court's Charge On Punishment - 9/29/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1293

Jury Verdict - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1294

Jury Note - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1298

Certificate Of Proceedings - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1299

Judgment And Sentence - 10/1/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1300

Trial Court's Certification Of Defendant's Right Of Appeal - 9/30/03 . . . . . . . . . . . . . . 1303

- Page 6 -

Notice Of Appeal - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1304

Motion For Free Reporter's Record And Affidavit Of Inability
To Pay For Counsel And Reporter's Record - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . 1305

Order Appointing Counsel For The Appeal And Order For Court Reporter
To Prepare Reporter's Record - 9/30/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1306

Motion And Order For Appointment Of An Expert - 10/1/03 . . . . . . . . . . . . . . . . . . . . 1307

Attachments For A Witness - 10/1/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1310

Certificate Of Proceedings - 10/3/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1312

Motion For New Trial - 10/28/03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1313

**INSTRUMENTS FILED IN VOLUME 8**

Findings Of Fact And Conclusions Of Law On Defendant's Statements - 10/27/03 . . . . . . 1331

Findings Of Fact And Conclusions Of Law On Defendant's Statements
(Superseded With Correct Cause Number) - 10/22/03 . . . . . . . . . . . . . . . . . . . . . . . 1335

Applications For Subpoenas And Subpoenas - 7/2/03 Thur 10/7/03 . . . . . . . . . . . . . . 1340

Clerk's Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1440

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

NO. 0885306D

OCT 2 7 2003

Time 10:38 AM
By _____
Kw~
Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | ( ) | IN THE 213TH JUDICIAL |
| VS. | ( ) | DISTRICT COURT OF |
| BILLY JACK CRUTSINGER | ( ) | TARRANT COUNTY, TEXAS |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON DEFENDANT'S STATEMENTS**

### I. FINDINGS OF FACT

1.   The alleged offense that is the subject of this case occurred on or about April 6, 2003.

2.   On April 8, 2003, the decedents' bodies were discovered at their house in Fort Worth, Tarrant County, Texas; and an investigation was begun into the circumstances of their death.

3.   On that date, Fort Worth Police Department detectives developed information that a credit card belonging to one of the decedents was being used in Galveston, Texas.

4.   The detectives traveled to Galveston on April 9, 2003.

5.   While the Fort Worth detectives were en route to Galveston, Galveston officers were investigating credit card offenses that had occurred in their city.

6.   Galveston officers investigated a credit card offense that occurred at the Sea Horse motel in Galveston.   They determined that a credit card in the name of one of the Fort Worth decedents was used there on April 8, 2003.   Through further investigation, officers followed leads to several bars located in Galveston.   The testimony of the officers of the Galveston Police Department given at the suppression hearing is adopted for purposes of these Findings.

7.   The Galveston Police Department investigation ultimately led Galveston Police officer Clemente Garcia III to the Defendant, at a bar in Galveston.   The bar was open to the public at the time Garcia located the Defendant.   Garcia approached the Defendant and asked his name.   The testimony of Officer Garcia given at the suppression hearing is adopted for purposes of these Findings.

8.   Officer Garcia arrested the Defendant.   Garcia read the Defendant his Miranda warnings.   The Defendant's black bag was confiscated at the scene.   Officers looked into the bag and

**1331**

examined its contents.   The Defendant was then taken downtown to the Galveston Police Department headquarters.

9.     Once at the Galveston Police Department headquarters, the Defendant was taken to a secure area in the building.   While there, Detective John McCaskill from the Fort Worth Police Department introduced himself to the Defendant and asked to see the Defendant's hands.   McCaskill then left the area.

10.    After McCaskill left the area, the Defendant told Galveston officers that "I messed up and I need to talk to the Detective."   Galveston officers then called for McCaskill to come back to the room.

11.    McCaskill and the Defendant were then directed to an interview room.   When they were in the room, McCaskill read the Defendant his Miranda warnings at about 1:14 p.m.   The Defendant did not appear to be intoxicated and seemed cognizant of his situation.   The Defendant waived his rights and signed the Miranda form.   The form was admitted at the hearing as State's Exhibit PT-1.

12.    McCaskill then photographed the Defendant, including the Defendant's injured hand.   The Defendant then voluntarily signed a consent form allowing officers to search his duffel bag.   This form was admitted at the hearing as State's Exhibit PT-3.   The Defendant also voluntarily signed a consent form allowing officers to take a sample of his DNA.   A copy of this form was admitted at the hearing as State's Exhibit PT-2.

13.    After discussing the offense with McCaskill, the Defendant agreed to give a recorded oral statement.   At the beginning of the recorded oral statement the Defendant is again read his rights by McCaskill.   The Defendant again waived his rights and agreed to talk to McCaskill about the offense. A copy of the recorded confession was admitted at the pretrial hearing as State's Exhibit PT-5.   A transcript of the recorded statement was admitted during the pretrial hearing as State's Exhibit PT-4.

14.    At various points during his discussions with McCaskill, the Defendant gave information to McCaskill that lead to the discovery of some of the clothing that the Defendant was wearing during the commission of the offense, and also lead to the discovery of a vehicle belonging to one of the decedents.

15.    Before McCaskill began questioning the Defendant, the Defendant had knowingly, intelligently and voluntarily waived his rights.   At no time during discussions with McCaskill did the Defendant invoke any of his rights.   The Defendant was not threatened, coerced or made any promises.   No necessity was