REPORTER'S RECORD
VOLUME 36 OF 36 VOLUMES
TRIAL COURT CAUSE NO. 0885306D

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| VS. | X | TARRANT COUNTY, TEXAS |
| BILLY JACK CRUTSINGER | X | 213TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBITS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN
COURT OF CRIMINAL APPEALS

AUG 2 6 2004

Troy C. Bennett, Jr., Clerk

ORIGINAL

**A P P E A R A N C E S**

| | |
|---|---|
| HONORABLE MICHELE HARTMANN | SBOT NO.09167800 |
| and | |
| HONORABLE LISA CALLAGHAN | SBOT NO.  0116700 |
| Assistant District Attorneys | |
| 401 W. Belknap | |
| Fort Worth, Texas 76196 | |
| Phone:  (817) 884-1700 | <u>FOR THE STATE</u> |

| | |
|---|---|
| HONORABLE WILLIAM H. RAY | SBOT NO. 16608700 |
| 5041 Airport Freeway | |
| Fort Worth, Texas 76117 | |
| Phone:  817-831-8383 | |
| And | |
| HONORABLE TIM MOORE | SBOT NO.  14378300 |
| 115 West 2nd Street | |
| Suite No. 202 | |
| Fort Worth, Texas 76102 | |
| 817-332-3822 | <u>FOR THE DEFENDANT</u> |

**EXHIBIT INDEX FOR VOLUME 36**
**DEFENDANT'S EXHIBITS**

| No. | Description | Offered | Received | Vol. |
|-----|-------------|---------|----------|------|
| 1 | Search Warrant and Affidavit | 7 | 7 | 24 |
| 2 | Box | 175 | 175 | 28 |
| 3 | Medical Records | 55 | 55 | 29 |
| 4 | Search Warrant and Affidavit | 158 | 158 | 28 |
| 5 | Copy of page from Penal Code | 23 | 23 | 30 |
| 6 | Handwritten Note | 108 | 108 | 32 |
| 6-A | Handwritten Note | 110 | 110 | 32 |
| 7 | Handwritten Note | 108 | 108 | 32 |
| 7-A | Handwritten Note | 110 | 110 | 32 |
| 8 | Videotape | 135 | 136 | 32 |
| 9 | Defendant's Records from John Lindsey State Jail | 177 | 177 | 32 |
| 10 | Defendant's Records from Birdville ISD | 177 | 177 | 32 |

# SEARCH WARRANT

SW-11397


DEFENDANT'S EXHIBIT
SW V. Crutsinger
9.18.03

CITY OF FORT WORTH )(

COUNTY OF TARRANT )(

STATE OF TEXAS )(

**THE STATE OF TEXAS to the** Sheriff or any peace officer of Tarrant County, Texas, or any peace officer of **the State of Texas,**

**GREETINGS:**

WHEREAS, the affiant, J.T. McCaskill I,D. 1895, of the Fort Worth Police Department, whose signature is affixed to the affidavit appearing on the reverse hereof is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he expresses therein and establishes the existence of proper grounds for the issuance of this warrant:

NOW, THEREFORE, you are commanded to forthwith transport Billy J. Crutsinger to an appropriate facility and there have qualified personnel to obtain epithelial cell samples from Billy J. Crutsinger in accordance with accepted medical practices and you will seize the same and bring before me a Schedule of Evidence Seized at my office, situated in Tarrant County, Texas, in the City of Fort Worth at the address given below, within three days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

HEREIN FAIL NOT and due return make hereof to me at the time and place named.

ISSUED at 10:35 o'clock, A.M., on this the 26 day of Aug 2003, to certify which witness my hand this day.

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

AUG 2 6 2003

Time 10:40 ~
By _____ Deputy

_____
Judge, Tarrant County, Texas

Judge, CDC #1

_____
Title and Office

## AFFIDAVIT TO SEARCH FOR AND SEIZE EVIDENCE

CITY OF FORT WORTH  )(

COUNTY OF TARRANT  )(

STATE OF TEXAS  )(

FILED
THOMAS A. WILDER, DIST. CLERK **Page 1 of 4**
TARRANT COUNTY, TEXAS

AUG 2 6 2003

Time _____ 10:40 ___
By _____ Deputy

Before me, the undersigned authority, on this day personally appeared Affiant, John McCaskill, a police officer for the Fort Worth Police Department, for the City of Fort Worth, Tarrant County, Texas, who after being duly sworn on oath deposes and says: My name is J.T. McCaskill, 1895, Detective, Fort Worth Police Department, and I have good reason to believe and do believe that on or about the 6th day of April,2003, in Tarrant County, Texas Billy J. Crutsinger, white male, date of birth October 5th, 1954, did then and there commit the offense of Capital Murder(multiple victims) in that he did then and there intentionally cause the death of an individual, Patricia Syren stabbing her multiple times with a knife or cutting instrument and by cutting her throat and did then and there cause the death of an individual, Pearl Magouirk by stabbing her multiple times with a knife or cutting instrument and cutting her throat and both murders were committed during the same criminal transaction. My belief is based upon the following facts and information which I personally discovered or which were told to me by persons who were credible and reliable:

A.     On April 8, 2003 at approximately 1913 hours you affiant, assigned to the Fort Worth Police Department Homicide Unit, was contacted by police communications. Your affiant was advised a double homicide was discovered at 2716 Scott Avenue, Fort Worth, Tarrant County, Texas. Affiant responded to the scene, arriving at approximately 1940 hours.

B.     Affiant noted that several marked patrol cars and uniformed police personnel were on the scene. Yellow crime scene tape was stretched across the front yard of 2716 Scott Avenue. Your affiant's attention was directed to a white female at the scene identified as April Syren. Affiant learned that she was the goddaughter of Patricia Syren, whom affiant learned was one of two deceased elderly female victims who were located inside the house. Affiant learned from uniformed patrol personnel on the scene and/or April Syren that April Syren had come to the residence to check on the welfare of her godmother, Patricia Syren and Patricia Syren's mother, Pearl Magouirk. Your affiant learned from uniformed patrol personnel that April Syren had told them the following: that when she arrived at the residence, she approached the front door and noted the storm door was unlocked and the keys were inside the lock. The front door, situated behind the storm door, was locked. Syren took the keys from the inside lock of the storm door and unlocked the front door with it and opened it. She then observed items on the floor that made it appear that some type of disturbance had occurred. Affiant learned that April Syren told uniformed police personnel on the scene that she then went to a neighbor, Robert Greer, and requested assistance. Mr.Greer entered the residence and observed apparent blood on the floor of the entryway just inside the front door; he then observed the bodies of Patricia Syren and Pearl Magouirk, whom he knew,and had last seen alive April 6,2003,lying in a hallway adjacent to the living room of the residence. Mr. Greer then exited the residence and emergency personnel were called to the scene. Uniformed officers from the Fort Worth Police Department responded and established contact with your affiant, to whom they related this information. Affiant also noted that the information from April Syren and Mr. Greer appeared to be consistent with each other and with information obtained from police personnel on the scene and with affiant's own observation of the scene, and therefore appeared to be credible and reliable.

**CITY OF FORT WORTH**   )(

**COUNTY OF TARRANT**   )(

**STATE OF TEXAS**      )(

C.     Your Affiant then spoke to Crime Scene Search Officers Wilson and Walles, who are with the Fort Worth Police Department and are personally known to your Affiant. Your Affiant and these officers then went in the residence to begin the investigation. The investigation revealed that both victims in the house, Patricia Syren and Pearl Magouirk, had multiple stab wounds and their throats were also cut. Their deaths appeared to be contemporaneous, given their similar wounds and that one body appeared to be next to and on top of the other. It also appeared from the state of decomposition that the victims had been dead at least 24 hours. Your Affiant also learned during the investigation that a 1996 Cadillac was missing from the detached garage behind the Scott Avenue residence, and that this vehicle belonged to Patricia Syren. Patrol Personnel conducted a database check and found the license number of the vehicle. A broadcast was made through police communications in reference to the stolen vehicle. Police personnel were then notified that the vehicle was found abandoned in the parking lot at a bar at 3116 North Main, Tarrant County, Texas. It was processed for physical evidence and a significant amount of blood was located in the interior of the vehicle. The previous information was relayed to your affiant by Fort Worth Police personnel.

D.     Your Affiant, while in the residence on Scott Avenue observed numerous drops of blood in the entrance way to the house, in the living room and in the dining room of the house, which is adjacent to the hallway where the bodies were found. Your affiant observed drops of blood leading from the dining room into the kitchen and leading to a kitchen drawer containing towels. The trail appeared to stop at that point. Your affiant also observed in the detached garage where the Cadillac was kept a significant amount of blood on the floor in the approximate location where the driver's side door would be located in a car parked in that garage. This information led your affiant to believe that the person responsible for the victim's deaths was injured.

E.     In the house, Affiant also observed that a light was flashing on the telephone base. The telephone was located in the hall where the bodies were found. Affiant noted this light indicated messages were left on the answering machine feature of the phone. Affiant listened to these messages. One was a message for Patricia Syren from an individual named "Tony" asking her to verify some charges on her Morgan Stanley Mastercard Account. "Tony" left a telephone number for the victim to return his call. Affiant called this number and was able to reach personnel that told affiant this was a third party fraud detection service contracted with Mastercard. Affiant learned from this service that numerous charges had been made on the victim's card in the last 48 hours. Affiant also learned that a hotel room at the Seahorse Inn in Galveston, Texas was rented using the card in the early morning hours of April 8,2003, and at a liquor store on the evening of April 8,2003. Affiant then surmised that given the state of decomposition of the victims and the fact that Mr. Greer had last seen them on Sunday,April 6, 2003 at their home, that someone else had been using Patricia Syren's credit card. Affiant notified Sgt. J.D.Thornton of these facts. Sgt. Thornton subsequently contacted the Galveston Police Department and notified them of these facts. Your Affiant and Det. M.M. Hardy, ID #2151, then proceeded to Galveston, Texas.

F.     Affiant then learned as follows from Police Officers of the Galveston, Texas Police Department: that Officer Simpson, a police Officer with the Galveston Police Department, proceeded to the Seahorse Inn and spoke with the night manager, Daniel Teo, who was personally known to them. Officer Contenta of the Galveston Police Department also arrived and spoke with Mr. Teo. They discovered that Patricia Syren's credit card had been used by a white male to rent room number 101. This person identified himself on the

CITY OF FORT WORTH   )(                                              **Page 3 of 4**

COUNTY OF TARRANT   )(

STATE OF TEXAS      )(

registration card as "David Jones". Mr. Teo told Officer Contenta that the person renting this room had arrived by Yellow Cab and appeared to have been drinking at Club 23, which is located in the same building as the nearest Yellow Cab stand. The Officers went to Room 101, which appeared to have been abandoned as there were no personal possessions in the room and the key had been left inside. However, a Lay's potato chip bag with a residue of chili and cheese had been left inside the room. The Officers were aware of which nearby convenience stores served food of that nature. Officer Simpson then went to the Diamond Shamrock convenience store, close to the Seahorse Inn, and talked to the store clerk, Loretta Rouse, who stated that a white male had tried to purchase a chili cheese dog and chips with a credit card, but the credit card had been declined. The clerk then stated that the male paid in cash and left. She described the man with the card as a white male, 25-35 y.o.a., with a yellow shirt. Officer Contenta proceeded to the Yellow Cab stand, where he spoke to the dispatcher. She indicated they had a person walk in and requested service at 1:19 a.m. according to their log. The dispatcher broadcast this information in an attempt to learn who had picked up this fare. The individuals who would have personal knowledge of this were not on duty at the time and so the officers agreed to return and pursue this information later. Officer Simpson notified Affiant's Police Department of this information

G.  Officer C. Garcia Jr. of the Galveston Police Department was notified at approximately 11:15 the next morning that Driver Donald Epps of Yellow Cab wanted to speak to him. Mr Epps, who was known to him, related he had picked up a fare fitting the suspect description at the Waffle House on 61st Street and had taken him to Tony's Lazy Lounge. This person was a white male in a white Joe's Crab Shack tee shirt, blue jeans, a red hat, glasses who said he was from Dallas, Texas. Mr. Epps also passed on information from another cab driver that he had driven the same individual to the Elbow Room. Both of these bars were on Galveston Island. Officer C. Garcia III of the Galveston Police Department then went to these bars in an attempt to locate the suspect. He and other Galveston officers went to the Elbow Room, but no one was there. They notified the bartender of the description of their suspect. While at another bar, the bartender at the Elbow Room called to say she remembered seeing the individual in question, and that he was a white male in his mid-forties, with wavy gray hair, about 220-250 lbs. with a pot-belly, and dressed in blue jeans, the Joe's Crab Shack tee-shirt and brand new white tennis shoes. Officer Garcia then remembered that he had seen a man fitting that description shortly before when he had looked in Tony's Lazy Lounge, but had discounted him because he seemed too old. Officer and because he had been told by the bartender that person was a "regular". Officer Garcia III returned to Tony's Lazy Lounge and saw Billy Jack Crutsinger in the bar. Mr. Crutsinger appeared to be in his mid-forties, with wavy gray hair, wearing a Joe's Crab Shack tee-shirt, new-looking white tennis shoes and blue jeans. He also appeared to have a fairly recent cut on his finger. Officer Garcia III asked him his name, and he refused to answer and cut his eyes towards the door. It appeared as though he was looking for an exit to Officer Garcia III. Officer Garcia III then detained this individual.

H.  That your affiant is requesting that a search warrant be issued to collect epithelial cell samples (buccal swabs) from Billy J. Crutsinger for the purposes of making a DNA comparison with Crutsinger's DNA and blood left on the scene of this offense that your affiant believes was left by the actor. Your affiant is aware that modern scientific testing procedures are available that will allow this comparison to be made. Your affiant further believes such testing is necessary in the investigation of this offense.

**CITY OF FORT WORTH** )(

**COUNTY OF TARRANT** )(

**STATE OF TEXAS** )(


WHEREFORE, I ask this Court to Order, 1) the Sheriff of Tarrant County to make Billy Jack Crutsinger, presently housed in the Tarrant County Jail, available to appropriate personnel for the purpose of taking buccal cell samples from the interior of his cheeks in accordance with accepted medical practices.

WITNESS BY SIGNATURE this the 26th day of August, 2003.


_____
Affiant


SUBSCRIBED AND SWORN TO BEFORE ME by said affiant on this the 26 day of Aug, 2003.

_____
Magistrate in and for Tarrant County Texas

Judge, CDC #7
_____
Title and Office Held by Magistrate

**DEFENDANT'S EXHIBIT NO. 2**

**Box**

Available from District Clerk upon request.

ME-79 GPC-2040
REV. 1/01

OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
(817) 920-5700    FAX (817) 920-5714


DEFENDANT'S
EXHIBIT
3
9.24.04

CHAIN OF CUSTODY FORM

Date of submission 4/14/03        Date of Offense 4/8/03
Offense Number 03038339          M.E. I.D. Number 0303340
Crime Lab Number                 Type of Offense Homicide
Victim Name Pearl Magouirk       Suspect Name          Related ch#
Contact Person & Phone Number:   Agency Name and Address:  0303339
                                 Ft. Worth PD

| Ex. No. | Quant. | Description of Articles |
|---|---|---|
| 13 | | Blood - Pericardium |
| 14 | | Blood - Femoral |
| 15 | | Fingerprints + Palmprint |
| 16 | | Blood Card |
| 17 | | Tissues In Formalin |
| 18 | | Criminalistics Evidence |
| 18.1 | | Vaginal Smear |
| 18.2 | | Oral Smear |
| 18.3 | | Oral Smear |
| 18.4 | | Vaginal Swabs |
| 18.5 | | Oral Swabs |
| 18.6 | | Oral Swabs |
| 18.7 | | Per-Oral Swabs |
| 18.8 | | Pulled Scalp Hair |
| 18.9 | | Combed Pubic Hair |
| 18.10 | | Pulled Scalp Hair |
| 19 | | Clothing |
| 19.1 | | Blue Jeans |
| 19.2 | | White, Bloody Bra |
| 19.3 | | White, Bloody T-Shirt |
| 19.4 | | Tan Parkie |
| 19.5 | | Pair of Tan Bloody Shoes |
| 19.6 | | Left Blood Stain Tennis Shoe |

SPECIAL REQUESTS: 19.7 Light Blue Nighties - Bloody
20 Redtop Tube Blood
21 Blood - EDTA

ME-79 GPC-2040
REV. 1/01

**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT**
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
(817) 920-5700     FAX (817) 920-5714

CHAIN OF CUSTODY FORM

Date of submission __4/14/03__          Date of Offense __4/8/03__

Offense Number __03038339__            M. E. I. D. Number __0303339__

Crime Lab Number _____                Type of Offense __Homicide__

Victim Name __Patricia Syren__ (w)     Suspect Name _____

Contact Person & Phone Number:         Agency Name and Address:
_____                   __FWPD__
_____                   _____
                                       _____

| Ex. No. | Quant. | Description of Articles |
|---------|--------|-------------------------|
| 14 | | Blood - Chest Cavity |
| 15 | | Blood - Femoral |
| 16 | | Tissue In Formalin |
| 17 | | Fingerprints & Palmprints |
| 18 | | Criminalistic Evidence |
| 18.1 | | Blood - Red Top Tube |
| 18.2 | | Blood - Purple Top Tube |
| 18.3 | | Oral Smear |
| 18.4 | | Vaginal Smear |
| 18.5 | | Anal Smear |
| 18.6 | | Oral Swabs |
| 18.7 | | Vaginal Swabs |
| 18.8 | | Anal Swabs |
| 18.9 | | Peri. Anal Swabs |
| 18.10 | | Pulled Pubic Hair |
| 18.11 | | Combed Pubic Hair |
| 18.12 | | Pulled Scalp Hair |
| 19 | | Clothing |
| 19.1 | | Light Blue Shorts (Bloody) |
| 19.2 | | Boy Blood T-Shirt |
| 19.3 | | Jon Bra (Bloody) |
| 19.4 | | Jon Panties (Bloody) |
| 19.5 | | Left White Tennis Shoe (Bloody) |

SPECIAL REQUESTS: 20 Blood Card
_____
_____

ME-79  GPC-2040
REV. 1/01

OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
(817) 920-5700     FAX (817) 920-5714

CHAIN OF CUSTODY FORM

Date of submission  7-16-03          Date of Offense  4-8-03

Offense Number _____          M.E. I.D. Number _____

Crime Lab Number ( D303339 )  D303340     Type of Offense  Capital Murder

Victim Name  Syren, Patricia (Magovick, Pearl)    Suspect Name  Crutsinger, Billy J.

Contact Person & Phone Number:          Agency Name and Address:

Det. John McCaskill 817-877-8225     FWPD  350 W. Belknap St.

(for Michelle Hartmann, DA's Office)    Ft. Worth, Tx  76102

| Ex. No. | Quant. | Description of Articles |
|---|---|---|
| 51 | 1 | Sealed sack containing another sealed sack with watch |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**SPECIAL REQUESTS:**

# OFFICE OF THE CHIEF MEDICAL EXAMINER
## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
### 200 FELIKS GWOZDZ PLACE
### FORT WORTH, TEXAS 76104-4949
### 817-920-5700   FAX  817-920-5713

## CHAIN OF CUSTODY FORM

Date of Submission: _____

Date of Offense: _____ 8 April 03 _____

Crime Lab Number: 0303339 / 0303340

ME Number: _____

Agency, Address & Phone Number:

_____

_____

_____

Offense Number: _____

Type of Offense: _____ Nomicides

Victim: Patricia Syren & Pearl Magouirk

Suspect(s): _____

_____

Contact Name & Phone Number:

_____

_____

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| ● | | Copy of DNA file Notes |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
| ● | 8-15-03 1008 | Print C. Van Winkle  Sign C. Van Winkle | Print MICHELE HARTMANN  Sign Michele Hartmann |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |

BLOOD SWATCHES

0303333 cw

| M. E. Number | Drs. Int. | Date | For Laboratory Use |
|---|---|---|---|
| 0303313 | | | |
| 0303315 | | | |
| 0303323 | | | |
| 0303326 | | | |
| 0303328 | | | |
| ●303337  0303338 | | | |
| 0303339 | | | -retained frozen 6/26/03  cw |
| 0303340 | | | -retained frozen 6/26/03 cw |
| 0303341 | | | |
| 0303351 | | | |
| 0303389 | | | |
| 0303401 | | | |
| 0303404 | | | |
| 0303407 | | | |
| ●303430 | | | |
| 0303436 | | | |
| 0303438 | | | |
| 0303439 | | | |
| 0303440 | | | |

Received By: _____ CJD _____

Date: _____ 4-15-03 _____

# OFFICE OF THE CHIEF MEDICAL EXAMINER
## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
### 200 FELIKS GWOZDZ PLACE
### FORT WORTH, TEXAS 76104-4949
### 817-920-5700   FAX 817-920-5713
## <u>CHAIN OF CUSTODY FORM</u>

Date of Submission: _____

Date of Offense: _____

Crime Lab Number: _0303339 & 0303340_

ME Number: _____

Agency, Address & Phone Number:

_____

_____

_____

Offense Number: _0303 8339_

Type of Offense: _Homicides_

Victim: _Patricia Syren / Pearl Magouivlc_

Suspect(s): _Billy Coutsinger_

_____

Contact Name & Phone Number:

_____

_____

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| ● | | File Notes Re: Sept 3, 2003 & Sept. 8, 2003 Reports (Copies) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
| ● | 9/10/03 1135 | Print C. VanWinkle  Sign C. VanWinkle | Print J. B. Ruiz  Sign (signature) |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |
| | | Print_____ Sign | Print_____ Sign |

OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE - FORT WORTH, TX 76104-4919
817-920-5700   FAX: 817-5713

## Chain of Custody Form

Date of Submission   27 Aug 03
Offense Number   03038339
Type of Offense   Homicides
Date of Offense
Agency & Address:
FWPD, 350 W. Belknap St.,
Ft. Worth, Tx. 76102

T.C.M.E . Number   03 03339
Victim Name   Patricia Syren
Suspect (s)   Billy Crutsinger
Contact Name & Phone Number:
Det. John McCaskill for Michelle
Hartmann, DA's Office

| Exhibit # (TCME Use Only) | Quantity | Description of Articles |
|---|---|---|
| 52 | 1 | Buccal Swab Kit from Billy J. Crutsinger |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # (s) (TCME Use Only) | Date / Time | Relinquished By: | Received By: |
|---|---|---|---|
| 52 | 8-27-03 0948 | Print: John McCaskill   Sign: John McCaskill | Print: C. VanWinkle   Sign: C. VanWinkle |
| 52 Packaging | 9/3/03 1339 | Print: C. Van Winkle   Sign: C. Van Winkle | Print: RGy--all   Sign: |
| | | Print:   Sign: | Print:   Sign: |
| | | Print:   Sign: | Print:   Sign: |
| | | Print:   Sign: | Print:   Sign: |
| | | Print:   Sign: | Print:   Sign: |
| | | Print:   Sign: | Print:   Sign: |

REQUESTS: _____
_____

OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
817-920-5700    FAX 817-920-5713

## CHAIN OF CUSTODY FORM

Date of Submission: _8-28-03_

Date of Offense: _4-8-03_

Crime Lab Number:

ME Number: _0303340_ & _0303339_

Agency, Address & Phone Number:
_FWPD 350 W. Belknap St. FW Tx 76102_
_817-877-8225 for TCDA's Office_

Offense Number: _03038339_

Type of Offense: _Cap. Murder_

Victim: _Syren, Patricia / Magourik, Pearl_

Suspect(s): _Crutsinger, Billy_

Contact Name & Phone Number:
_Det. John McCaskill for Michelle Hartmann, ADA_

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 18.1 & 18.4 |  | Vaginal swabs and smear from Pearl Magourik |
| 18.1 & 18.2 |  | Oral   "    "    "    "    " |
| 18.3 & 18.6 |  | Anal   "    "    "    "    " |
| 18.7 |  | Perianal swabs from Pearl Magourik |
| 18.9 |  | Combed pubic hair   " |
| 18.8 & 18.10 |  | Pulled   " |
| 18.8 |  | Pulled scalp hair   "    " |
| 18.7 & 18.4 |  | Vaginal swabs and smear from Patricia Syren |
| 18.3 |  | Oral   "    "    "    "    " |
| 18.8 & 18.5 |  | Anal   "    "    "    "    " |
| 18.9 |  | Perianal swabs from Patricia Syren |
| 18.11 |  | Combed pubic hair   " |

0303340

0303339
(see page 2 for chain info)

| Exhibit # | Date/Time | Relinquished By | Received By |
|---|---|---|---|
|  | 8-28/0935 0940 | Print John McCaskill  Sign John J. McCaskIll | Print Traci Wilson  Sign Traci Wilson |
| 18.1 - 18.9 3340 18.10 | 8-28-03 1050 | Print T. Wilson  Sign T. Wilson | Print C. VanWinkle  Sign C. VanWinkle |
| #3340 18.1 - 18.9 18.10 | 9/8/03 1420 | Print C. VanWinkle  Sign C. VanWinkle | Print R G  Sign |
| F3339 18.3 - 18.2 | 9/8/03 1420 | Print C. VanWinkle  Sign C. VanWinkle | Print R G  Sign |
|  |  | Print  Sign | Print  Sign |
|  |  | Print  Sign | Print  Sign |
|  |  | Print  Sign | Print  Sign |

**OFFICE OF THE CHIEF MEDICAL EXAMINER**
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
817-920-5700    FAX 817-920-5713

— Page 2 —

**CHAIN OF CUSTODY FORM**

Date of Submission: 8-28-03
Date of Offense: 4-8-03
Crime Lab Number: 0303339 (CW)
ME Number: ↓

Offense Number: 03038339
Type of Offense: Cap. Murder
Victim: Syren, Patricia / Magouirk, Pearl
Suspect(s): Crutsinger, Billy

Agency, Address & Phone Number:
FWPD  350 W. Belknap St., FW Tx. 76102
817-877-8225  for TCDA's Office

Contact Name & Phone Number:
Det. John McCaskill for Michelle
Hartman, ADA

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 18.10 | | Pulled Pubic hair from Patricia Syren  ⎫  0303339 |
| 18.12 | | Pulled scalp hair       "          "          "      ⎭  CW |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
| | 8-27-09 5 0940 | Print John McCaskill  Sign John T. McCaskill | Print Traci Wilson  Sign Traci Wilson |
| 18.3 -- 18.12 | 8-28-03- 1050 | Print Traci Wilson  Sign T. Wilson | Print C. Van Winkle  Sign C. Van Winkle |
| 18.3 - 18-12 | 9/8/03 1420 | Print C. Van Winkle  Sign C. Van Winkle | Print RCG  Sign |
| | | Print_____  Sign_____ | Print_____  Sign_____ |
| | | Print_____  Sign_____ | Print_____  Sign_____ |
| | | Print_____  Sign_____ | Print_____  Sign_____ |
| | | Print_____  Sign_____ | Print_____  Sign_____ |

# OFFICE OF THE CHIEF MEDICAL EXAMINER
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
817-920-5700    FAX 817-920-5713

## CHAIN OF CUSTODY FORM

Date of Submission: 6-26-03
Date of Offense: 4-8-03
Crime Lab Number: _____
ME Number: 0303339

Offense Number: 03038339
Type of Offense: Capital Murder
Victim: Patricia Sitzen / Pearl Magouirk
Suspect(s): Billy J. Crutsinger

Agency, Address & Phone Number:
FWPD    817-877-8225
(For Tarrant Co. DA's Office)

Contact Name & Phone Number:
Det. John McCaskill 817-877-8225

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 21 | 1 | Buccal Swab Kit (from Billy Crutsinger) |
| ● | 1 | Sealed envelope with: |
|  |  | 8 apparent blood samples and control samples (Items 1-8) |
| 23 |  | 4 apparent blood samples and control samples (Items 11-14) |
| 24 |  | 2 apparent blood samples and control samples (Items 23-24) |
| 25 | 1 | Sealed sack containing 16 swabs, one sample from drivers door, one control (distilled water), one seat belt |
| 30 | 1 | Sealed envelope containing one knife blade |
| 31 | 1 | Sealed box containing 4 white socks, 1 denim shirt, 1 gray T-shirt, 1 white towel, 1 pair cut-off blue jeans, 2 denim cuttings |

| Exhibit # | Date / Time | Relinquished By | | Received By | |
|---|---|---|---|---|---|
| ● | 6-26-03 1045 | Print | John McCaskill | Print | P. Elashuil |
|  |  | Sign | John McCaskill | Sign | P. Elashuil |
| 21-32 | 6/26/03 C 1445 | Print | P. ELASHIU | Print | C. VanWinkle |
|  |  | Sign | P. Elash D | Sign | C. VanWinkle |
| Packaging only: 21-22.8, 24.1,24.2 & 23.4 | 7/1/03 07:30 | Print | C. VanWinkle | Print | Leigh Mitchell |
|  |  | Sign | C. VanWinkle | Sign | L Mitchell |
| Evidence: 21.8-22.16, 23.5-23.8, 24.3-24.4, 25.1-25.5 | 25.11-25.19, 32 26-31 | Print |  | Print |  |
|  |  | Sign |  | Sign |  |
| 25.6-25.10 Packaging Only | 9/23/03 0945 | Print | C. VanWinkle | Print | McBee 2809 |
|  |  | Sign | C. VanWinkle | Sign | MB |
|  |  | Print | | Print | |
|  |  | Sign | | Sign | |
|  |  | Print | | Print | |
|  |  | Sign | | Sign | |

# OFFICE OF THE CHIEF MEDICAL EXAMINER
## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
817-920-5700     FAX 817-920-5713

## CHAIN OF CUSTODY FORM

Date of Submission: 7-8-03
Date of Offense: 4-8-03
Crime Lab Number: 030 3339 uu
ME Number: 

Offense Number: 03038339
Type of Offense: Capital Murder
Victim: Patricia Syren / Pearl Magovirk
Suspect(s): Billy J. Crutsinger

Agency, Address & Phone Number:
Ft. Worth Police Dept. (817) 877-8225
for Tarrant Co. D.A.'s Office
Michelle Hartmann

Contact Name & Phone Number:
Det. John McCaskill
(817) 877-8225

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 33 | 1 | Swabs from 17A |
| ● | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # | Date/Time | Relinquished By | Received By |
|---|---|---|---|
| ● 33 | 7-8-03 /1500 | Print John T. McCaskill  Sign John J. McCaskill | Print C. VanVinkle  Sign C. Van Winkle |
| | | Print_____ Sign_____ | Print_____ Sign_____ |
| | | Print_____ Sign_____ | Print_____ Sign_____ |
| | | Print_____ Sign_____ | Print_____ Sign_____ |
| | | Print_____ Sign_____ | Print_____ Sign_____ |
| | | Print_____ Sign_____ | Print_____ Sign_____ |
| | | Print_____ Sign_____ | Print_____ Sign_____ |

# CERTIFICATE OF ANALYSES

OFFICE OF CHIEF MEDICAL EXAMINER
CRIMINALISTICS LABORATORIES
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104

NIZAM PEERWANI, M.D., DABFP
CHIEF MEDICAL EXAMINER
RONALD L. SINGER, M.S.
CRIME LABORATORY DIRECTOR

## FORENSIC BIOLOGY / DNA LABORATORY

NAMES: Patricia Syren
       Pearl Magouirk

CRIME LAB #: 0303339
Related Crime Lab #: 0303340

OFFENSE: Homicides

PRIORITY: 1

REQUESTED BY: Detective John McCaskill
             Michele Hartmann – T.C.D.A.

Fort Worth P. D. Service #: 03038339

DATES OF REQUEST: June 26, July 8 & 16, August 27, 2003

DATE OF COMPLETION: September 3, 2003
       Previous Report: July 23, 2003

DNA ANALYST: Carolyn Van Winkle

## EVIDENCE RECEIVED:

Received from the Tarrant County Medical Examiner (T.C.M.E.) Morgue on April 15, 2003:

| | | |
|---|---|---|
| 16 | (0303340): | Autopsy blood sample (FTA) – Pearl Magouirk |
| 20 | (0303339): | Autopsy blood sample (FTA) – Patricia Syren |

Received from the T.C.M.E. Evidence Custodian on June 26, 2003:

| | |
|---|---|
| 19.1 (0303340): | Jeans (autopsy clothing) in a sealed sack |
| 19.3 (0303340): | White top (autopsy clothing) in a sealed sack |
| 19.1 (0303339): | Blue shorts (autopsy clothing) in a sealed sack |
| 19.2 (0303339): | Light gray T-shirt (autopsy clothing) in a sealed sack |

Sealed envelope containing #s 22, 23 & 24:

| | |
|---|---|
| 22.1 (0303339): | Stained wipe in an envelope labeled "sample #1" |
| 22.2 (0303339): | Stained wipe in an envelope labeled "sample #2" |
| 22.3 (0303339): | Stained wipe in an envelope labeled "sample #3" |
| 22.4 (0303339): | Stained wipe in an envelope labeled "sample #4" |
| 22.5 (0303339): | Stained wipe in an envelope labeled "sample #5" |
| 22.6 (0303339): | Stained wipe in an envelope labeled "sample #6" |
| 22.7 (0303339): | Stained wipe in an envelope labeled "sample #7" |
| 22.8 (0303339): | Stained wipe in an envelope labeled "sample #8" |
| 22.9 - 22.16 (0303339): | Eight envelopes labeled "control #1", "control #2", "control #3", "control #4", "control #5", "control #6", "control #7", "control #8" |
| 23.1 (0303339): | Stained wipe in an envelope labeled "sample #11" |
| 23.2 (0303339): | Stained wipe in an envelope labeled "sample #12" |
| 23.3 (0303339): | Stained wipe in an envelope labeled "sample #13" |

CL#: 0303339 / 0303340
September 3, 2003
Page 2

| | |
|---|---|
| 23.4 (0303339): | Stained wipe in an envelope labeled "sample #14" |
| 23.5 - 23.8 (0303339): | Four envelopes labeled "control #11", "control #12", "control #13", "control #14" |
| 24.1 (0303339): | Stained wipe in an envelope labeled "sample #23" |
| 24.2 (0303339): | Stained wipe in an envelope labeled "sample #24" |
| 24.3 - 24.4(0303339): | Two envelopes labeled "control #23" and "control #24" |

Sealed sack containing # 25 from vehicle:

| | |
|---|---|
| 25.1 (0303339): | Swab in a sealed envelope labeled "item #1" |
| 25.2 (0303339): | Swab in a sealed envelope labeled "item #2" |
| 25.3 (0303339): | Swab in a sealed envelope labeled "item #3" |
| 25.4 (0303339): | Swab in a sealed envelope labeled "item #4" |
| 25.5 (0303339): | Swab in a sealed envelope labeled "item #5" |
| 25.6 (0303339): | Swab in a sealed envelope labeled "item #6" |
| 25.7 (0303339): | Swab in a sealed envelope labeled "item #7" |
| 25.8 (0303339): | Swab in a sealed envelope labeled "item #8" |
| 25.9 (0303339): | Swab in a sealed envelope labeled "item #9" |
| 25.10 (0303339): | Swab in a sealed envelope labeled "item #10" |
| 25.11 (0303339): | Swab in a sealed envelope labeled "item #11" |
| 25.12 (0303339): | Swab in a sealed envelope labeled "item #12" |
| 25.13 (0303339): | Swab in a sealed envelope labeled "item #13" |
| 25.14 (0303339): | Swab in a sealed envelope labeled "item #14" |
| 25.15 (0303339): | Swab in a sealed envelope labeled "item #15" |
| 25.16 (0303339): | Swab in a sealed envelope labeled "item #16" |
| 25.17 (0303339): | Swab in a sealed envelope labeled "item #17" |
| 25.18 (0303339): | Swab in a sealed envelope labeled "item #18 control" |
| 25.19 (0303339): | Portion of seat belt in a sealed sack labeled "item #19..." |

Sealed box containing #s 26 - 31clothing:

| | |
|---|---|
| 26 (0303339): | Sealed sack labeled "#1" |
| 27 (0303339): | Denim shirt in a sealed sack labeled "#2" |
| 28 (0303339): | Gray T-shirt in a sealed sack labeled "#3" |
| 29 (0303339): | Sealed sack labeled "#4" |
| 30 (0303339): | "Wrangler" jeans in a sealed sack labeled "#5" |
| 31 (0303339): | Sealed sack labeled "#6" |
| 32 (0303339): | Bent knife blade in a sealed envelope |

Obtained by Carolyn Van Winkle on July 8, 2003 in the presence of Detective John McCaskill:

| | |
|---|---|
| 33 (0303339): | Swabs (2) from tile in sack labeled "Item 17A" |

Received from the T.C.M.E. Evidence Custodian on July 17, 2003:

| | |
|---|---|
| 51 (0303339): | Watch inside sealed sacks / bags |

Received from Detective John McCaskill on August 27, 2003:

| | |
|---|---|
| 52: (0303339): | Swabs (2) in a sealed envelope labeled "...Crutsinger, Billy .... 8-27-03..." |

CL#: 0303339 / 0303340
September 3, 2003
Page 3

RESULTS:

Presumptive testing for blood was positive on items 19.1 (0303340) jeans, 19.3 (0303340) top, 19.1 (0303339) shorts, 19.2 (0303339) T-shirt , 22.1 - 22.6, 22.9 wipes,  23.1 - 23.4 wipes,  24.2 wipe,  25.6, 25.7, 25.9, & 25.10 swabs,  27 shirt, 28 T-shirt, 30 jeans, and 32 knife.

Testing for the presence of human blood was positive on items 22.7, 22.8, 24.1 wipes,  25.8 swab, 25.19 seat belt,  $27T_3$ & $27_4$ shirt,  $30T_2$ & $30T_3$ jeans and  33 tile swab.

Blood was not detected on item 51 watch.

No analysis was conducted on items 22.10 - 22.16,  23.5 - 23.8,  24.3 - 24.4,  25.1 - 25.5, 25.11 - 25.18,  26, 29, and 31.

Human DNA was recovered and quantified from the following items:
   CL# 0303340:   $19.1T_1$ jeans, $19.3T_1$ top & 16 Pearl Magouirk's autopsy blood
   CL# 0303339:   $19.1T_1$ shorts, $19.1T_2$ shorts,  $19.2T_1$ T-shirt, 20 Patricia Syren's autopsy blood, 52 Billy Crutsinger's swabs, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_4$ shirt stains, $27T_5$ shirt neck swabbing, $30T_1$ & $30T_2$ jean cutoffs pocket stains,  $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, 32 knife blade, and 33 tile stain.

The recovered DNA was characterized through Polymerase Chain Reaction (PCR) with analysis of the Amelogenin locus for sex determination and the following Short Tandem Repeat (STR) loci:  D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Items from CL# 0303340: $19.1T_1$ jeans & 16 Pearl Magouirk's autopsy blood and  CL# 0303339: $19.1T_1$ shorts, 20 Patricia Syren's autopsy blood, 52 Billy Crutsinger's swabs, $27T_4$ shirt stains, $30T_1$ & $30T_2$ jean cutoffs pocket stains were also characterized at the additional STR loci:  D16S539, THO1, TPOX, and CSF1PO.

CONCLUSIONS:

A single male DNA profile that matches the DNA profile obtained from Billy Crutsinger (item 52) was obtained from each of the following items:

   CL# 0303340:   $19.1T_1$ Pearl Magouirk's jeans
   CL# 0303339:   $19.1T_1$ Patricia Syren's shorts, $19.2T_1$ Patricia Syren's T-shirt, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_3$ shirt stains, $30T_3$ , $30T_4$ & $30T_6$ jean cutoffs stains, and 33 tile stain.

CL#: 0303339 / 0303340
September 3, 2003
Page 4

A single female DNA profile that matches the DNA profile obtained from Patricia Syren (item 20) was obtained from items $19.3T_1$ (0303340) Pearl Magouirk's top, $19.1T_2$ (0303339) Patricia Syren's shorts, and 32 knife blade (0303339).

The DNA profile obtained from the denim shirt left front pocket stain, item $27T_4$, is a mixture of DNA from at least two female contributors which correspond to alleles originating from both Patricia Syren (item 20) and Pearl Magouirk (item 16).    Billy Crutsinger (item 52) is excluded as a contributor of this DNA.

The DNA profile obtained from the denim shirt collar, item $27T_5$ is a mixture of DNA from at least two contributors.  The major male DNA profile matches the DNA profile obtained from Billy Crutsinger (item 52).  Minor DNA alleles detected at the loci D3S1358, vWA , D21S11, and D13S317 were consistent with having originated from Patricia Syren (item 20).  A single minor DNA allele at the locus D8S1179 could not have originated from Patricia Syren, Billy Crutsinger, or Pearl Magouirk.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_1$, is a mixture of DNA from more than two contributors.  Male DNA was detected.  This mixed DNA profile is consistent with having originated from Pearl Magouirk (item 16), Patricia Syren (item 20),  and Billy Crutsinger (item 52).  Results at the D18S51 locus were inconclusive.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_2$, is a mixture of DNA from at least two contributors.   Male DNA was detected.  Alleles that correspond to those of Billy Crutsinger (item 52) were detected at all thirteen loci.  Although additional alleles detected at the loci D3S1358, and TPOX correspond to those of Patricia Syren, results at the loci FGA, D8S1179, D21S11 and CSF1PO were inconclusive.

## STATISTICAL DATA

The probability of selecting an unrelated individual having the same DNA profile as that obtained from items CL# 0303340: $19.1T_1$ Pearle Magouirk's jeans and CL# 0303339: $19.1T_1$ Patricia Syren's shorts (which each match Billy Crutisnger's DNA profile) is approximately:

| | | | |
|---|---|---|---|
| 1 | in | 86,600,000,000,000 | in Caucasians |
| 1 | in | 1,790,000,000,000,000 | in African Americans |
| 1 | in | 243,000,000,000,000 | in Southwest Hispanics |

Based on the DNA data obtained from the denim shirt left front pocket stain, item $27T_4$, [which is consistent with having originated from both Patricia Syren (item 20) and Pearl Magouirk (item 16)],  it is expected that at least 99.99% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

CL#: 0303339 / 0303340
September 3, 2003
Page 5

Based on the DNA data obtained from the jean cutoffs pocket stain, item $30T_1$, [which is consistent with having originated from Patricia Syren (item 20), Pearl Magouirk (item 16), and Billy Crutsinger (item 52)], it is expected that at least 99.8% of unrelated individuals in each of the Caucasian, African American, and Hispanic populations are excluded as possible contributors to this mixture.

## CODIS ENTRY:

The DNA profile obtained from item CL# 0303340: $19.1T_1$ jeans will be entered into the **CO**mbined **DNA** Index System (CODIS), where it will be searched against casework databases (local, state, and national) and convicted offender databases (state and national). In the event of any significant matches, your agency will be notified.

## DISPOSITION OF EVIDENCE:

Biology / DNA laboratory:    CL#: (0303340) Items $19.1T_2$ & $19.3T_2$
CL#: (0303339) Items 22.1 - 22.6, 23.1 - 23.4, 24.2, 25.6, 25.7, 25.9, 25.10, $28T_1$ - $28T_3$ & $30T_5$

Remaining items CL# 0303340: $19.1T_1$, $19.3T_1$, & 16
CL# 0303339:   $19.1T_1$, $19.1T_2$, $19.2T_1$, 20, 22.7, 22.8, 24.1, 25.8, 25.19, $27T_1$- $27T_5$ $30T_1$ -$30T_4$, $30T_6$ 32, 33 & 52

TCME Evidence Custodian:    CL#: (0303340): Items 19.1 & 19.3
CL#: (0303339): Items 19.1, 19.2, 22.9 - 22.16, 23.5 -23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.19, 26 - 31 & 51
Packaging only Items  22.1 - 22.8, 24.1, 23.1 - 23.4,  24.2 & 52

For additional inquiries or requests, please contact the DNA laboratory at 817-212-7026.

**DNA ANALYST:**   Carolyn Van Winkle, M.S.    _Carolyn Van Winkle_

**APPROVED BY:**   Ronald L. Singer, M.S.

# CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER
CRIMINALISTICS LABORATORIES
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104**

**NIZAM PEERWANI, M.D., DABFP
CHIEF MEDICAL EXAMINER
RONALD L. SINGER, M.S.
CRIME LABORATORY DIRECTOR**

## FORENSIC BIOLOGY / DNA LABORATORY

**NAMES:** Patricia Syren
       Pearl Magouirk

**CRIME LAB #:** 0303339
**Related Crime Lab #:** 0303340

**OFFENSE:** Homicides

**PRIORITY:** 1

**REQUESTED BY:** Detective John McCaskill
       Michele Hartmann — T.C.D.A.

**Fort Worth P. D. Service #:** 03038339

**DATES OF REQUEST:** June 26 & July 8 & 16, 2003

**DATE OF COMPLETION:** July 23, 2003

**DNA ANALYST:** Carolyn Van Winkle

## EVIDENCE RECEIVED:

Received from the Tarrant County Medical Examiner (T.C.M.E.) Morgue on April 15, 2003:

| | |
|---|---|
| 16 (0303340): | Autopsy blood sample (FTA) – Pearl Magouirk |
| 20 (0303339): | Autopsy blood sample (FTA) – Patricia Syren |

Received from the T.C.M.E. Evidence Custodian on June 26, 2003:

| | |
|---|---|
| 19.1 (0303340): | Jeans (autopsy clothing) in a sealed sack |
| 19.3 (0303340): | White top (autopsy clothing) in a sealed sack |
| 19.1 (0303339): | Blue shorts (autopsy clothing) in a sealed sack |
| 19.2 (0303339): | Light gray T-shirt (autopsy clothing) in a sealed sack |
| 21 (0303339): | Swabs (2) in a sealed envelope labeled "…Crutsinger, Billy…" |

Sealed envelope containing #s 22, 23 & 24:

| | |
|---|---|
| 22.1 (0303339): | Stained wipe in an envelope labeled "sample #1" |
| 22.2 (0303339): | Stained wipe in an envelope labeled "sample #2" |
| 22.3 (0303339): | Stained wipe in an envelope labeled "sample #3" |
| 22.4 (0303339): | Stained wipe in an envelope labeled "sample #4" |
| 22.5 (0303339): | Stained wipe in an envelope labeled "sample #5" |
| 22.6 (0303339): | Stained wipe in an envelope labeled "sample #6" |
| 22.7 (0303339): | Stained wipe in an envelope labeled "sample #7" |
| 22.8 (0303339): | Stained wipe in an envelope labeled "sample #8" |
| 22.9 - 22.16 (0303339): | Eight envelopes labeled "control #1", "control #2", "control #3", "control #4", "control #5", "control #6", "control #7", "control #8" |

| | |
|---|---|
| 23.1 (0303339): | Stained wipe in an envelope labeled "sample #11" |
| 23.2 (0303339): | Stained wipe in an envelope labeled "sample #12" |
| 23.3 (0303339): | Stained wipe in an envelope labeled "sample #13" |
| 23.4 (0303339): | Stained wipe in an envelope labeled "sample #14" |
| 23.5 - 23.8 (0303339): | Four envelopes labeled "control #11", "control #12", "control #13", "control #14" |
| 24.1 (0303339): | Stained wipe in an envelope labeled "sample #23" |
| 24.2 (0303339): | Stained wipe in an envelope labeled "sample #24" |
| 24.3 - 24.4(0303339): | Two envelopes labeled "control #23" and "control #24" |

Sealed sack containing # 25 from vehicle:

| | |
|---|---|
| 25.1 (0303339): | Swab in a sealed envelope labeled "item #1" |
| 25.2 (0303339): | Swab in a sealed envelope labeled "item #2" |
| 25.3 (0303339): | Swab in a sealed envelope labeled "item #3" |
| 25.4 (0303339): | Swab in a sealed envelope labeled "item #4" |
| 25.5 (0303339): | Swab in a sealed envelope labeled "item #5" |
| 25.6 (0303339): | Swab in a sealed envelope labeled "item #6" |
| 25.7 (0303339): | Swab in a sealed envelope labeled "item #7" |
| 25.8 (0303339): | Swab in a sealed envelope labeled "item #8" |
| 25.9 (0303339): | Swab in a sealed envelope labeled "item #9" |
| 25.10 (0303339): | Swab in a sealed envelope labeled "item #10" |
| 25.11 (0303339): | Swab in a sealed envelope labeled "item #11" |
| 25.12 (0303339): | Swab in a sealed envelope labeled "item #12" |
| 25.13 (0303339): | Swab in a sealed envelope labeled "item #13" |
| 25.14 (0303339): | Swab in a sealed envelope labeled "item #14" |
| 25.15 (0303339): | Swab in a sealed envelope labeled "item #15" |
| 25.16 (0303339): | Swab in a sealed envelope labeled "item #16" |
| 25.17 (0303339): | Swab in a sealed envelope labeled "item #17" |
| 25.18 (0303339): | Swab in a sealed envelope labeled "item #18 control" |
| 25.19 (0303339): | Portion of seat belt in a sealed sack labeled "item #19…" |

Sealed box containing #s 26 - 31clothing:

| | |
|---|---|
| 26 (0303339): | Sealed sack labeled "#1" |
| 27 (0303339): | Denim shirt in a sealed sack labeled "#2" |
| 28 (0303339): | Gray T-shirt in a sealed sack labeled "#3" |
| 29 (0303339): | Sealed sack labeled "#4" |
| 30 (0303339): | "Wrangler" jeans in a sealed sack labeled "#5" |
| 31 (0303339): | Sealed sack labeled "#6" |
| 32 (0303339): | Bent knife blade in a sealed envelope |

Obtained by Carolyn Van Winkle on July 8, 2003 in the presence of Detective John McCaskill:

| | |
|---|---|
| 33 (0303339): | Swabs (2) from tile in sack labeled "Item 17A" |

Received from the T.C.M.E. Evidence Custodian on July 17, 2003:

| | |
|---|---|
| 51 (0303339): | Watch inside sealed sacks / bags |

## RESULTS:

Presumptive testing for blood was positive on items 19.1 (0303340) jeans, 19.3 (0303340) top, 19.1 (0303339) shorts, 19.2 (0303339) T-shirt, 22.1 - 22.6, 22.9 wipes, 23.1 - 23.4 wipes, 24.2 wipe, 25.6, 25.7, 25.9, & 25.10 swabs, 27 shirt, 28 T-shirt, 30 jeans, and 32 knife.

Testing for the presence of human blood was positive on items 22.7, 22.8, 24.1 wipes, 25.8 swab, 25.19 seat belt, $27T_3$ & $27_4$ shirt, $30T_2$ & $30T_3$ jeans and 33 tile swab.

Blood was not detected on item 51 watch.

No analysis was conducted on items 22.10 - 22.16, 23.5 - 23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.18, 26, 29, and 31.

Human DNA was recovered and quantified from the following items:
CL# 0303340:  $19.1T_1$ jeans, $19.3T_1$ top & 16 Pearl Magouirk's autopsy blood
CL# 0303339:  $19.1T_1$ shorts, $19.1T_2$ shorts, $19.2T_1$ T-shirt, 20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_4$ shirt stains, $27T_5$ shirt neck swabbing, $30T_1$ & $30T_2$ jean cutoffs pocket stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, 32 knife blade, and 33 tile stain.

The recovered DNA was characterized through Polymerase Chain Reaction (PCR) with analysis of the Amelogenin locus for sex determination and the following Short Tandem Repeat (STR) loci:  D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Items from CL# 0303340: $19.1T_1$ jeans & 16 Pearl Magouirk's autopsy blood and CL# 0303339: $19.1T_1$ shorts, 20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs, $27T_4$ shirt stains, $30T_1$ & $30T_2$ jean cutoffs pocket stains were also characterized at the additional STR loci:  D16S539, THO1, TPOX, and CSF1PO.

## CONCLUSIONS:

A single male DNA profile that matches the DNA profile obtained from Billy Crutsinger (item 21) was obtained from each of the following items:

CL# 0303340:  $19.1T_1$ Pearl Magouirk's jeans
CL# 0303339:  $19.1T_1$ Patricia Syren's shorts, $19.2T_1$ Patricia Syren's T-shirt, 22.7 drawer, 22.8 garage, 24.1dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_3$ shirt stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, and 33 tile stain.

CL#: 0303339 / 0303340
July 23, 2003
Page 4

A single female DNA profile that matches the DNA profile obtained from Patricia Syren (item 20) was obtained from items $19.3T_1$ (0303340) Pearl Magouirk's top, $19.1T_2$ (0303339) Patricia Syren's shorts, and 32 knife blade (0303339).

The DNA profile obtained from the denim shirt left front pocket stain, item $27T_4$, is a mixture of DNA from at least two female contributors which correspond to alleles originating from both Patricia Syren (item 20) and Pearl Magouirk (item 16).    Billy Crutsinger (item 21) is excluded as a contributor of this DNA.

The DNA profile obtained from the denim shirt collar, item $27T_5$, is a mixture of DNA from at least two contributors.  The major male DNA profile matches the DNA profile obtained from Billy Crutsinger (item 21).  Minor DNA alleles detected at the loci D3S1358, vWA , D21S11, and D13S317 were consistent with having originated from Patricia Syren (item 20).  A single minor DNA allele at the locus D8S1179 could not have originated from Patricia Syren, Billy Crutsinger, or Pearl Magouirk.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_1$, is a mixture of DNA from more than two contributors.   Male DNA was detected.  This mixed DNA profile is consistent with having originated from Pearl Magouirk (item 16), Patricia Syren (item 20),  and Billy Crutsinger (item 21).  Results at the D18S51 locus were inconclusive.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_2$, is a mixture of DNA from at least two contributors.   Male DNA was detected.  Alleles that correspond to those of Billy Crutsinger (item 21) were detected at all thirteen loci.  Although additional alleles detected at the loci D3S1358, and TPOX correspond to those of Patricia Syren, results at the loci FGA, D8S1179, D21S11 and CSF1PO were inconclusive.

## STATISTICAL DATA

The probability of selecting an unrelated individual having the same DNA profile as that obtained from items CL# 0303340: $19.1T_1$ Pearle Magouirk's jeans and CL# 0303339: $19.1T_1$ Patricia Syren's shorts (which each match Billy Crutisnger's DNA profile) is approximately:

| 1 | in | 86,600,000,000,000 | in Caucasians |
| 1 | in | 1,790,000,000,000,000 | in African Americans |
| 1 | in | 243,000,000,000,000 | in Southwest Hispanics |

Based on the DNA data obtained from the denim shirt left front pocket stain, item $27T_4$,  [which is consistent with having originated from both Patricia Syren (item 20) and Pearl Magouirk (item 16)], it is expected that at least 99.99% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

CL#:  0303339 / 0303340
July 23, 2003
Page 5

Based on the DNA data obtained from the jean cutoffs pocket stain, item $30T_1$, [which is consistent with having originated from Patricia Syren (item 20), Pearl Magouirk (item 16), and Billy Crutsinger (item 21)], it is expected that at least 99.8% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

## CODIS ENTRY:

The DNA profile obtained from item CL# 0303340: $19.1T_1$ jeans will be entered into the COmbined DNA Index System (CODIS), where it will be searched against casework databases (local, state, and national) and convicted offender databases (state and national). In the event of any significant matches, your agency will be notified.

## DISPOSITION OF EVIDENCE:

Biology / DNA laboratory:   CL#: (0303340) Items $19.1T_2$ & $19.3T_2$
CL#: (0303339) Items  22.1 - 22.6, 23.1 - 23.4, 24.2, 25.6, 25.7, 25.9, 25.10, $28T_1$ - $28T_3$ & $30T_5$

Remaining items CL# 0303340: $19.1T_1$, $19.3T_1$, & 16
CL# 0303339:   $19.1T_1$, $19.1T_2$ , $19.2T_1$, 20, 21, 22.7, 22.8, 24.1, 25.8, 25.19, $27T_1$- $27T_5$, $30T_1$ -$30T_4$, $30T_6$, 32, & 33

TCME Evidence Custodian:   CL#: (0303340):  Items 19.1 & 19.3
CL#: (0303339):  Items 19.1, 19.2, 22.9 - 22.16, 23.5 -23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.19, 26 - 31 & 51
Packaging only Items 21, 22.1 - 22.8, 24.1, 23.1 - 23.4 & 24.2

For additional inquiries or requests, please contact the DNA laboratory at 817-212-7026.

DNA ANALYST:   Carolyn Van Winkle, M.S.   *Carolyn Van Winkle*

APPROVED BY:   Ronald L. Singer, M.S.   *Ronald Singer*

# CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CRIMINALISTICS LABORATORIES**
**200 FELIKS GWOZDZ PLACE**
**FORT WORTH, TEXAS 76104**

**NIZAM PEERWANI, M.D., DABFP**
**CHIEF MEDICAL EXAMINER**
**RONALD L. SINGER, M.S.**
**CRIME LABORATORY DIRECTOR**

## FORENSIC BIOLOGY / DNA LABORATORY

**NAME:**  Pearl Magouirk

**CRIME LAB #:**  0303340

**OFFENSE:**   Sexual Assault

**PRIORITY:**  2

**REQUESTED BY:**  Detective John McCaskill

**Fort Worth P. D. SERV #:**  03038339

**DATE OF REQUEST:**  August 28, 2003

**DATE OF COMPLETION:**  September 8, 2003
    Previous Reports:  July 23, 2003 & September 3, 2003

**ANALYST:**  Carolyn Van Winkle

**EVIDENCE RECEIVED:**

Received from the TCME Evidence Custodian on August 28, 2003:
    Sexual Assault Evidence Collection Kit containing sealed envelopes:

| | | | |
|---|---|---|---|
| 18.1 | Vaginal smear | 18.6 | Anal swabs |
| 18.2 | Oral smear | 18.7 | Perianal swabs |
| 18.3 | Anal smear | 18.8 | Pulled scalp hair |
| 18.4 | Vaginal swabs | 18.9 | Combed pubic hair |
| 18.5 | Oral swabs | 18.10 | Pulled pubic hair |

**RESULTS:**

Neither spermatozoa nor acid phosphatase, which is suggestive of semen, were detected on the vaginal, anal, and oral specimens (items 18.1, 18.2, 18.3, 18.4, 18.5 and 18.6).

Acid phosphatase, which is suggestive of semen, was not detected on the perianal swabs (item 18.7).

**DISPOSITION OF EVIDENCE:**

    TCME Evidence custodian:   items 18.1 – 18.10

For additional inquiries or requests, please contact the Biology / DNA laboratory at 817-212-7026.

**ANALYST:**  Carolyn Van Winkle, M.S.

**APPROVED BY:**  Ronald L. Singer, M.S.

# STR TYPING RESULTS

Crime Lab #s: 0303339
Analyst: CW
Date: 23 July 03

COfiler Alleles Detected:

| Sample Information | D3S1358 | D16S539 | Amel | THO1 | TPOX | CSF1PO | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|
| 2436  14.1 shorts | 16,17 | 11,12 | XY | 6,9.3 | 8 | 10 | 10,11 | |
| 2449  27T4 shirt | 14,15 | 11,12 | X | 6,8 | 8,11 | 11,12 | 10,11 | — Mixture — |
| 2451  30T₁ jean pocket | 14,15,16,17 | 11,12 | XY | 6,8,9.3 | 8,11 | 10,11,12 | 10,11 CW | |
| 2452  30T₂ jean pocket | 16,17 | 11,12 | XY | 6,9.3 | 8 | 10 | 10,11 | |
| | (14,15) | | | | (11) | (11) | | |
| | | | | | | | | |
| 2456  20 P.Suven | 14,15 | 11 | X | 6 | 8,11 | 11,12 | 10,4 | |
| 2457  21 B.Cruitsige | 16,17 | 11,12 | XY | 6,9.3 | 8 | 10 | 10,11 | |
| | | | | | | | | |
| Neg Amp 2430, 2431, 2432 | — | — | — | — | — | — | — | |
| 2467  9947A | 14,15 | 11,12 | X | 8,9.3 | 8 | 10,12 | 10,11 | |
| 2468  Neg Amp | — | — | — | — | — | — | — | |

# CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CRIMINALISTICS LABORATORIES**
**200 FELIKS GWOZDZ PLACE**
**FORT WORTH, TEXAS 76104**

NIZAM PEERWANI, M.D., DABFP
CHIEF MEDICAL EXAMINER
RONALD L. SINGER, M.S.
CRIME LABORATORY DIRECTOR

## FORENSIC BIOLOGY / DNA LABORATORY

**NAME:** Patricia Syren

**CRIME LAB #:** 0303339

**OFFENSE:** Sexual Assault

**PRIORITY:** 2

**REQUESTED BY:** Detective John McCaskill

**Fort Worth P. D. SERV #:** 03038339

**DATE OF REQUEST:** August 28, 2003

**DATE OF COMPLETION:** September 8, 2003
   Previous Reports: July 23, 2003 & September 3, 2003

**ANALYST:** Carolyn Van Winkle

**EVIDENCE RECEIVED:**

Received from the TCME Evidence Custodian on August 28, 2003:
   Sexual Assault Evidence Collection Kit containing sealed envelopes:
   18.3   Oral smear              18.8   Anal swabs
   18.4   Vaginal smear           18.9   Perianal swabs
   18.5   Anal smear              18.10  Pulled pubic hair
   18.6   Oral swabs              18.11  Combed pubic hair
   18.7   Vaginal swabs           18.12  Pulled scalp hair

**RESULTS:**

Neither spermatozoa nor acid phosphatase, which is suggestive of semen, were detected on the vaginal, anal, and oral specimens (items 18.3, 18.4, 18.5, 18.6, 18.7 and 18.8).

Acid phosphatase, which is suggestive of semen, was not detected on the perianal swabs (item 18.9).

**DISPOSITION OF EVIDENCE:**

   TCME Evidence custodian:   items 18.3 – 18.12

For additional inquiries or requests, please contact the Biology / DNA laboratory at 817-212-7026.

**ANALYST:   Carolyn Van Winkle, M.S.**

**APPROVED BY:   Ronald L. Singer, M.S.**

# CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CRIMINALISTICS LABORATORIES**
**200 FELIKS GWOZDZ PLACE**
**FORT WORTH, TEXAS 76104**

**NIZAM PEERWANI, M.D., DABFP**
**CHIEF MEDICAL EXAMINER**
**RONALD L. SINGER, M.S.**
**CRIME LABORATORY DIRECTOR**

## FORENSIC BIOLOGY / DNA LABORATORY

**NAMES:** Patricia Syren
　　　　　Pearl Magouirk

**CRIME LAB #:** 0303339
**Related Crime Lab #:** 0303340

**OFFENSE:** Homicides

**PRIORITY:** 1

**REQUESTED BY:** Detective John McCaskill
　　　　　　　　Michele Hartmann — T.C.D.A.

**Fort Worth P. D. Service #:** 03038339

**DATES OF REQUEST:** June 26 & July 8 & 16, 2003

**DATE OF COMPLETION:** July 23, 2003

**DNA ANALYST:** Carolyn Van Winkle

## EVIDENCE RECEIVED:

Received from the Tarrant County Medical Examiner (T.C.M.E.) Morgue on April 15, 2003:

| | | |
|---|---|---|
| 16 | (0303340): | Autopsy blood sample (FTA) – Pearl Magouirk |
| 20 | (0303339): | Autopsy blood sample (FTA) – Patricia Syren |

Received from the T.C.M.E. Evidence Custodian on June 26, 2003:

| | |
|---|---|
| 19.1 (0303340): | Jeans (autopsy clothing) in a sealed sack |
| 19.3 (0303340): | White top (autopsy clothing) in a sealed sack |
| 19.1 (0303339): | Blue shorts (autopsy clothing) in a sealed sack |
| 19.2 (0303339): | Light gray T-shirt (autopsy clothing) in a sealed sack |
| 21　(0303339): | Swabs (2) in a sealed envelope labeled "…Crutsinger, Billy…" |

Sealed envelope containing #s 22, 23 & 24:

| | |
|---|---|
| 22.1 (0303339): | Stained wipe in an envelope labeled "sample #1" |
| 22.2 (0303339): | Stained wipe in an envelope labeled "sample #2" |
| 22.3 (0303339): | Stained wipe in an envelope labeled "sample #3" |
| 22.4 (0303339): | Stained wipe in an envelope labeled "sample #4" |
| 22.5 (0303339): | Stained wipe in an envelope labeled "sample #5" |
| 22.6 (0303339): | Stained wipe in an envelope labeled "sample #6" |
| 22.7 (0303339): | Stained wipe in an envelope labeled "sample #7" |
| 22.8 (0303339): | Stained wipe in an envelope labeled "sample #8" |
| 22.9 - 22.16 (0303339): | Eight envelopes labeled "control #1", "control #2", "control #3", "control #4", "control #5", "control #6", "control #7", "control #8" |

CL#:  0303339 / 0303340
July 23, 2003
Page 2

| | |
|---|---|
| 23.1 (0303339): | Stained wipe in an envelope labeled "sample #11" |
| 23.2 (0303339): | Stained wipe in an envelope labeled "sample #12" |
| 23.3 (0303339): | Stained wipe in an envelope labeled "sample #13" |
| 23.4 (0303339): | Stained wipe in an envelope labeled "sample #14" |
| 23.5 - 23.8 (0303339): | Four envelopes labeled "control #11", "control #12", "control #13", "control #14" |
| 24.1 (0303339): | Stained wipe in an envelope labeled "sample #23" |
| 24.2 (0303339): | Stained wipe in an envelope labeled "sample #24" |
| 24.3 - 24.4(0303339): | Two envelopes labeled "control #23" and "control #24" |

Sealed sack containing # 25 from vehicle:

| | |
|---|---|
| 25.1 (0303339): | Swab in a sealed envelope labeled "item #1" |
| 25.2 (0303339): | Swab in a sealed envelope labeled "item #2" |
| 25.3 (0303339): | Swab in a sealed envelope labeled "item #3" |
| 25.4 (0303339): | Swab in a sealed envelope labeled "item #4" |
| 25.5 (0303339): | Swab in a sealed envelope labeled "item #5" |
| 25.6 (0303339): | Swab in a sealed envelope labeled "item #6" |
| 25.7 (0303339): | Swab in a sealed envelope labeled "item #7" |
| 25.8 (0303339): | Swab in a sealed envelope labeled "item #8" |
| 25.9 (0303339): | Swab in a sealed envelope labeled "item #9" |
| 25.10 (0303339): | Swab in a sealed envelope labeled "item #10" |
| 25.11 (0303339): | Swab in a sealed envelope labeled "item #11" |
| 25.12 (0303339): | Swab in a sealed envelope labeled "item #12" |
| 25.13 (0303339): | Swab in a sealed envelope labeled "item #13" |
| 25.14 (0303339): | Swab in a sealed envelope labeled "item #14" |
| 25.15 (0303339): | Swab in a sealed envelope labeled "item #15" |
| 25.16 (0303339): | Swab in a sealed envelope labeled "item #16" |
| 25.17 (0303339): | Swab in a sealed envelope labeled "item #17" |
| 25.18 (0303339): | Swab in a sealed envelope labeled "item #18 control" |
| 25.19 (0303339): | Portion of seat belt in a sealed sack labeled "item #19…" |

Sealed box containing #s 26 - 31 clothing:

| | |
|---|---|
| 26 (0303339): | Sealed sack labeled "#1" |
| 27 (0303339): | Denim shirt in a sealed sack labeled "#2" |
| 28 (0303339): | Gray T-shirt in a sealed sack labeled "#3" |
| 29 (0303339): | Sealed sack labeled "#4" |
| 30 (0303339): | "Wrangler" jeans in a sealed sack labeled "#5" |
| 31 (0303339): | Sealed sack labeled "#6" |
| 32 (0303339): | Bent knife blade in a sealed envelope |

Obtained by Carolyn Van Winkle on July 8, 2003 in the presence of Detective John McCaskill:

| | |
|---|---|
| 33 (0303339): | Swabs (2) from tile in sack labeled "Item 17A" |

Received from the T.C.M.E. Evidence Custodian on July 17, 2003:

| | |
|---|---|
| 51 (0303339): | Watch inside sealed sacks / bags |

## RESULTS:

Presumptive testing for blood was positive on items 19.1 (0303340) jeans, 19.3 (0303340) top, 19.1 (0303339) shorts, 19.2 (0303339) T-shirt , 22.1 - 22.6, 22.9 wipes,  23.1 - 23.4 wipes,  24.2 wipe,  25.6, 25.7, 25.9, & 25.10 swabs,  27 shirt, 28 T-shirt, 30 jeans, and 32 knife.

Testing for the presence of human blood was positive on items 22.7, 22.8, 24.1 wipes,  25.8 swab, 25.19 seat belt,  $27T_3$ & $27_4$ shirt,  $30T_2$ & $30T_3$ jeans and  33 tile swab.

Blood was not detected on item 51 watch.

No analysis was conducted on items 22.10 - 22.16,  23.5 - 23.8,  24.3 - 24.4,  25.1 - 25.5, 25.11 - 25.18,  26, 29, and 31.

Human DNA was recovered and quantified from the following items:
CL# 0303340:  $19.1T_1$ jeans, $19.3T_1$ top & 16 Pearl Magouirk's autopsy blood
CL# 0303339:  $19.1T_1$ shorts, $19.1T_2$ shorts,  $19.2T_1$ T-shirt, 20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_4$ shirt stains, $27T_5$ shirt neck swabbing, $30T_1$ & $30T_2$ jean cutoffs pocket stains,  $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, 32 knife blade, and 33 tile stain.

The recovered DNA was characterized through Polymerase Chain Reaction (PCR) with analysis of the Amelogenin locus for sex determination and the following Short Tandem Repeat (STR) loci:  D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Items from CL# 0303340: $19.1T_1$ jeans & 16 Pearl Magouirk's autopsy blood and  CL# 0303339: $19.1T_1$ shorts,  20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs,  $27T_4$ shirt stains, $30T_1$ & $30T_2$ jean cutoffs pocket stains were also characterized at the additional STR loci:  D16S539, THO1, TPOX, and CSF1PO.

## CONCLUSIONS:

A single male DNA profile that matches the DNA profile obtained from Billy Crutsinger (item 21) was obtained from each of the following items:

CL# 0303340:  $19.1T_1$ Pearl Magouirk's jeans
CL# 0303339:  $19.1T_1$ Patricia Syren's shorts, $19.2T_1$ Patricia Syren's T-shirt, 22.7 drawer, 22.8 garage, 24.1dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_3$ shirt stains, $30T_3$ , $30T_4$ & $30T_6$ jean cutoffs stains, and 33 tile stain.

CL#:  0303339 / 0303340
July 23, 2003
Page 4

A single female DNA profile that matches the DNA profile obtained from Patricia Syren (item 20) was obtained from items $19.3T_1$ (0303340) Pearl Magouirk's top, $19.1T_2$ (0303339) Patricia Syren's shorts, and 32 knife blade (0303339).

The DNA profile obtained from the denim shirt left front pocket stain, item $27T_4$, is a mixture of DNA from at least two female contributors which correspond to alleles originating from both Patricia Syren (item 20) and Pearl Magouirk (item 16).    Billy Crutsinger (item 21) is excluded as a contributor of this DNA.

The DNA profile obtained from the denim shirt collar, item $27T_5$, is a mixture of DNA from at least two contributors.  The major male DNA profile matches the DNA profile obtained from Billy Crutsinger (item 21).  Minor DNA alleles detected at the loci D3S1358, vWA , D21S11, and D13S317 were consistent with having originated from Patricia Syren (item 20).  A single minor DNA allele at the locus D8S1179 could not have originated from Patricia Syren, Billy Crutsinger, or Pearl Magouirk.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_1$, is a mixture of DNA from more than two contributors.  Male DNA was detected.  This mixed DNA profile is consistent with having originated from Pearl Magouirk (item 16), Patricia Syren (item 20), and Billy Crutsinger (item 21).  Results at the D18S51 locus were inconclusive.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_2$, is a mixture of DNA from at least two contributors.  Male DNA was detected.  Alleles that correspond to those of Billy Crutsinger (item 21) were detected at all thirteen loci.  Although additional alleles detected at the loci D3S1358, and TPOX correspond to those of Patricia Syren, results at the loci FGA, D8S1179, D21S11 and CSF1PO were inconclusive.

## STATISTICAL DATA

The probability of selecting an unrelated individual having the same DNA profile as that obtained from items CL# 0303340: $19.1T_1$ Pearle Magouirk's jeans and CL# 0303339: $19.1T_1$ Patricia Syren's shorts (which each match Billy Crutisnger's DNA profile) is approximately:

| | | | |
|---|---|---|---|
| 1 | in | 86,600,000,000,000 | in Caucasians |
| 1 | in | 1,790,000,000,000,000 | in African Americans |
| 1 | in | 243,000,000,000,000 | in Southwest Hispanics |

Based on the DNA data obtained from the denim shirt left front pocket stain, item $27T_4$, [which is consistent with having originated from both Patricia Syren (item 20) and Pearl Magouirk (item 16)],  it is expected that at least 99.99% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

CL#:  0303339 / 0303340
July 23, 2003
Page 5

Based on the DNA data obtained from the jean cutoffs pocket stain, item $30T_1$, [which is consistent with having originated from Patricia Syren (item 20), Pearl Magouirk (item 16), and Billy Crutsinger (item 21)],  it is expected that at least 99.8% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.


**CODIS ENTRY:**

The DNA profile obtained from item CL# 0303340: $19.1T_1$ jeans will be entered into the COmbined DNA Index System (CODIS), where it will be searched against casework databases (local, state, and national) and convicted offender databases (state and national). In the event of any significant matches, your agency will be notified.


**DISPOSITION OF EVIDENCE:**

Biology / DNA laboratory:   CL#: (0303340) Items $19.1T_2$ & $19.3T_2$
CL#: (0303339) Items  22.1 - 22.6, 23.1 - 23.4, 24.2, 25.6, 25.7, 25.9, 25.10, $28T_1$ - $28T_3$ & $30T_5$

Remaining items CL# 0303340: $19.1T_1$, $19.3T_1$, & 16
CL# 0303339:   $19.1T_1$, $19.1T_2$ , $19.2T_1$, 20, 21, 22.7, 22.8, 24.1, 25.8, 25.19, $27T_1$- $27T_5$, $30T_1$ -$30T_4$, $30T_6$, 32, & 33


TCME Evidence Custodian:   CL#: (0303340):  Items 19.1 & 19.3
CL#: (0303339):  Items 19.1, 19.2, 22.9 - 22.16, 23.5 -23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.19, 26 - 31 & 51
Packaging only Items 21, 22.1 - 22.8, 24.1, 23.1 - 23.4 & 24.2


For additional inquiries or requests, please contact the DNA laboratory at 817-212-7026.


**DNA ANALYST:**   Carolyn Van Winkle, M.S.   _Carolyn Van Winkle_

**APPROVED BY:**   Ronald L. Singer, M.S.   _Ronald Singer_

## CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CRIMINALISTICS LABORATORIES**
**200 FELIKS GWOZDZ PLACE**
**FORT WORTH, TEXAS 76104**

**NIZAM PEERWANI, M.D., DABFP**
**CHIEF MEDICAL EXAMINER**
**RONALD L. SINGER, M.S.**
**CRIME LABORATORY DIRECTOR**

### FORENSIC BIOLOGY / DNA LABORATORY

**NAMES:** Patricia Syren
Pearl Magouirk

**CRIME LAB #:** 0303339
**Related Crime Lab #:** 0303340

**OFFENSE:** Homicides

**PRIORITY:** 1

**REQUESTED BY:** Detective John McCaskill
Michele Hartmann – T.C.D.A.

**Fort Worth P. D. Service #:** 03038339

**DATES OF REQUEST:** June 26 & July 8 & 16, 2003

**DATE OF COMPLETION:** July 23, 2003

**DNA ANALYST:** Carolyn Van Winkle

**EVIDENCE RECEIVED:**

Received from the Tarrant County Medical Examiner (T.C.M.E.) Morgue on April 15, 2003:

| | | |
|---|---|---|
| 16 | (0303340): | Autopsy blood sample (FTA) – Pearl Magouirk |
| 20 | (0303339): | Autopsy blood sample (FTA) – Patricia Syren |

Received from the T.C.M.E. Evidence Custodian on June 26, 2003:

19.1 (0303340):    Jeans (autopsy clothing) in a sealed sack
19.3 (0303340):    White top (autopsy clothing) in a sealed sack

19.1 (0303339):    Blue shorts (autopsy clothing) in a sealed sack
19.2 (0303339):    Light gray T-shirt (autopsy clothing) in a sealed sack
21    (0303339):    Swabs (2) in a sealed envelope labeled "…Crutsinger, Billy…"
Sealed envelope containing #s 22, 23 & 24:
22.1 (0303339):    Stained wipe in an envelope labeled "sample #1"
22.2 (0303339):    Stained wipe in an envelope labeled "sample #2"
22.3 (0303339):    Stained wipe in an envelope labeled "sample #3"
22.4 (0303339):    Stained wipe in an envelope labeled "sample #4"
22.5 (0303339):    Stained wipe in an envelope labeled "sample #5"
22.6 (0303339):    Stained wipe in an envelope labeled "sample #6"
22.7 (0303339):    Stained wipe in an envelope labeled "sample #7"
22.8 (0303339):    Stained wipe in an envelope labeled "sample #8"
22.9 - 22.16 (0303339): Eight envelopes labeled "control #1", "control #2",
"control #3", "control #4", "control #5", "control #6",
"control #7", "control #8"

CL#:  0303339 / 0303340
July 23, 2003
Page 2

23.1 (0303339):          Stained wipe in an envelope labeled "sample #11"
23.2 (0303339):          Stained wipe in an envelope labeled "sample #12"
23.3 (0303339):          Stained wipe in an envelope labeled "sample #13"
23.4 (0303339):          Stained wipe in an envelope labeled "sample #14"
23.5 - 23.8 (0303339):   Four envelopes labeled "control #11", "control #12",
                              "control #13", "control #14"
24.1 (0303339):          Stained wipe in an envelope labeled "sample #23"
24.2 (0303339):          Stained wipe in an envelope labeled "sample #24"
24.3 - 24.4(0303339):    Two envelopes labeled "control #23" and "control #24"
Sealed sack containing # 25 from vehicle:
25.1 (0303339):          Swab in a sealed envelope labeled "item #1"
25.2 (0303339):          Swab in a sealed envelope labeled "item #2"
25.3 (0303339):          Swab in a sealed envelope labeled "item #3"
25.4 (0303339):          Swab in a sealed envelope labeled "item #4"
25.5 (0303339):          Swab in a sealed envelope labeled "item #5"
25.6 (0303339):          Swab in a sealed envelope labeled "item #6"
25.7 (0303339):          Swab in a sealed envelope labeled "item #7"
25.8 (0303339):          Swab in a sealed envelope labeled "item #8"
25.9 (0303339):          Swab in a sealed envelope labeled "item #9"
25.10 (0303339):         Swab in a sealed envelope labeled "item #10"
25.11 (0303339):         Swab in a sealed envelope labeled "item #11"
25.12 (0303339):         Swab in a sealed envelope labeled "item #12"
25.13 (0303339):         Swab in a sealed envelope labeled "item #13"
25.14 (0303339):         Swab in a sealed envelope labeled "item #14"
25.15 (0303339):         Swab in a sealed envelope labeled "item #15"
25.16 (0303339):         Swab in a sealed envelope labeled "item #16"
25.17 (0303339):         Swab in a sealed envelope labeled "item #17"
25.18 (0303339):         Swab in a sealed envelope labeled "item #18 control"
25.19 (0303339):         Portion of seat belt in a sealed sack labeled "item #19..."
Sealed box containing #s 26 - 31clothing:
26 (0303339):            Sealed sack labeled "#1"
27 (0303339):            Denim shirt in a sealed sack labeled "#2"
28 (0303339):            Gray T-shirt in a sealed sack labeled "#3"
29 (0303339):            Sealed sack labeled "#4"
30 (0303339):            "Wrangler" jeans in a sealed sack labeled "#5"
31 (0303339):            Sealed sack labeled "#6"
32 (0303339):            Bent knife blade in a sealed envelope


Obtained by Carolyn Van Winkle on July 8, 2003 in the presence of Detective John McCaskill:
33 (0303339):            Swabs (2) from tile in sack labeled "Item 17A"


Received from the T.C.M.E. Evidence Custodian on July 17, 2003:
51 (0303339):            Watch inside sealed sacks / bags

CL#: 0303339 / 0303340
July 23, 2003
Page 3

**RESULTS:**

Presumptive testing for blood was positive on items 19.1 (0303340) jeans, 19.3 (0303340) top, 19.1 (0303339) shorts, 19.2 (0303339) T-shirt, 22.1 - 22.6, 22.9 wipes, 23.1 - 23.4 wipes, 24.2 wipe, 25.6, 25.7, 25.9, & 25.10 swabs, 27 shirt, 28 T-shirt, 30 jeans, and 32 knife.

Testing for the presence of human blood was positive on items 22.7, 22.8, 24.1 wipes, 25.8 swab, 25.19 seat belt, $27T_3$ & $27_4$ shirt, $30T_2$ & $30T_3$ jeans and 33 tile swab.

Blood was not detected on item 51 watch.

No analysis was conducted on items 22.10 - 22.16, 23.5 - 23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.18, 26, 29, and 31.

Human DNA was recovered and quantified from the following items:
    CL# 0303340:  $19.1T_1$ jeans, $19.3T_1$ top & 16 Pearl Magouirk's autopsy blood
    CL# 0303339:  $19.1T_1$ shorts, $19.1T_2$ shorts, $19.2T_1$ T-shirt, 20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_4$ shirt stains, $27T_5$ shirt neck swabbing, $30T_1$ & $30T_2$ jean cutoffs pocket stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, 32 knife blade, and 33 tile stain.

The recovered DNA was characterized through Polymerase Chain Reaction (PCR) with analysis of the Amelogenin locus for sex determination and the following Short Tandem Repeat (STR) loci:  D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Items from CL# 0303340: $19.1T_1$ jeans & 16 Pearl Magouirk's autopsy blood and  CL# 0303339: $19.1T_1$ shorts, 20 Patricia Syren's autopsy blood, 21 Billy Crutsinger's swabs, $27T_4$ shirt stains, $30T_1$ & $30T_2$ jean cutoffs pocket stains were also characterized at the additional STR loci:  D16S539, THO1, TPOX, and CSF1PO.

**CONCLUSIONS:**

A single male DNA profile that matches the DNA profile obtained from Billy Crutsinger (item 21) was obtained from each of the following items:

    CL# 0303340:  $19.1T_1$ Pearl Magouirk's jeans
    CL# 0303339:  $19.1T_1$ Patricia Syren's shorts, $19.2T_1$ Patricia Syren's T-shirt, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_3$ shirt stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, and 33 tile stain.

CL#: 0303339 / 0303340
July 23, 2003
Page 4

A single female DNA profile that matches the DNA profile obtained from Patricia Syren (item 20) was obtained from items $19.3T_1$ (0303340) Pearl Magouirk's top, $19.1T_2$ (0303339) Patricia Syren's shorts, and 32 knife blade (0303339).

The DNA profile obtained from the denim shirt left front pocket stain, item $27T_4$, is a mixture of DNA from at least two female contributors which correspond to alleles originating from both Patricia Syren (item 20) and Pearl Magouirk (item 16).    Billy Crutsinger (item 21) is excluded as a contributor of this DNA.

The DNA profile obtained from the denim shirt collar, item $27T_5$, is a mixture of DNA from at least two contributors.  The major male DNA profile matches the DNA profile obtained from Billy Crutsinger (item 21).  Minor DNA alleles detected at the loci D3S1358, vWA , D21S11, and D13S317 were consistent with having originated from Patricia Syren (item 20).  A single minor DNA allele at the locus D8S1179 could not have originated from Patricia Syren, Billy Crutsinger, or Pearl Magouirk.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_1$, is a mixture of DNA from more than two contributors.  Male DNA was detected.  This mixed DNA profile is consistent with having originated from Pearl Magouirk (item 16), Patricia Syren (item 20),  and Billy Crutsinger (item 21).  Results at the D18S51 locus were inconclusive.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_2$, is a mixture of DNA from at least two contributors.   Male DNA was detected.  Alleles that correspond to those of Billy Crutsinger (item 21) were detected at all thirteen loci.  Although additional alleles detected at the loci D3S1358, and TPOX correspond to those of Patricia Syren, results at the loci FGA, D8S1179, D21S11 and CSF1PO were inconclusive.

## STATISTICAL DATA

The probability of selecting an unrelated individual having the same DNA profile as that obtained from items CL# 0303340: $19.1T_1$ Pearle Magouirk's jeans and CL# 0303339: $19.1T_1$ Patricia Syren's shorts (which each match Billy Crutisnger's DNA profile) is approximately:

| | | |
|---|---|---|
| 1  in | 86,600,000,000,000 | in Caucasians |
| 1  in | 1,790,000,000,000,000 | in African Americans |
| 1  in | 243,000,000,000,000 | in Southwest Hispanics |

Based on the DNA data obtained from the denim shirt left front pocket stain, item $27T_4$, [which is consistent with having originated from both Patricia Syren (item 20) and Pearl Magouirk (item 16)],  it is expected that at least 99.99% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

CL#: 0303339 / 0303340
July 23, 2003
Page 5

Based on the DNA data obtained from the jean cutoffs pocket stain, item $30T_1$, [which is consistent with having originated from Patricia Syren (item 20), Pearl Magouirk (item 16), and Billy Crutsinger (item 21)], it is expected that at least 99.8% of unrelated individuals in each of the Caucasian, African American, and Hispanic populations are excluded as possible contributors to this mixture.

## CODIS ENTRY:

The DNA profile obtained from item CL# 0303340: $19.1T_1$ jeans will be entered into the COmbined DNA Index System (CODIS), where it will be searched against casework databases (local, state, and national) and convicted offender databases (state and national). In the event of any significant matches, your agency will be notified.

## DISPOSITION OF EVIDENCE:

Biology / DNA laboratory:
CL#: (0303340) Items $19.1T_2$ & $19.3T_2$
CL#: (0303339) Items 22.1 - 22.6, 23.1 - 23.4, 24.2, 25.6, 25.7, 25.9, 25.10, $28T_1$ - $28T_3$ & $30T_5$

Remaining items CL# 0303340: $19.1T_1$, $19.3T_1$, & 16
CL# 0303339: $19.1T_1$, $19.1T_2$, $19.2T_1$, 20, 21, 22.7, 22.8, 24.1, 25.8, 25.19, $27T_1$- $27T_5$, $30T_1$ -$30T_4$, $30T_6$, 32, & 33

TCME Evidence Custodian:
CL#: (0303340): Items 19.1 & 19.3
CL#: (0303339): Items 19.1, 19.2, 22.9 - 22.16, 23.5 -23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.19, 26 - 31 & 51
Packaging only Items 21, 22.1 - 22.8, 24.1, 23.1 - 23.4 & 24.2

For additional inquiries or requests, please contact the DNA laboratory at 817-212-7026.

DNA ANALYST:   Carolyn Van Winkle, M.S.          *Carolyn Van Winkle*

APPROVED BY:   Ronald L. Singer, M.S.            *Ronald Singer*

030 3339

7 July 03

CWW

Rc'd   26 June 03   # 19.1 & 19.2
         from G.D: 11

     #s 19.1 & 19.2  in separate sacks packaged
inside larger sealed U.P.S. / additional
clothing items 19  NOT Received

19.1 —   Sealed U.P.S. Containing
" Dickies" blue shorts   blood soaked

       LMG : pos

       $T_1$ $T_2$ frozen

$T_2$
~5mm

$T_1$
~2.5cm



area with
possible
thread point
in blood

19.2   Sealed U.P.S. Containing
Gray T-shirt   blood soaked with defects

       LMG : pos

$T_1$
~1½cm
diameter

frozen





Patricia R.

0303339
cw
19.1 & 19.2

0303339
7 July 03
(uw)

R'd    26 June 03    #s 21-32
               from P. Kluashid :

| 21 |   Swabs (2) in a coin envelope  inside a
Sealed me labeled "... suspect Crutsinger, Billy..."
                    frozen

sealed me containing #s 22, 23 § 24:

| 22 |
22.1 – Stained wipe ~2"x1" transfer
       in sealed me. labeled "Sample #1"   hMG: pos  – frozen
22.2 – Stained wipe  hMG: pos  – frozen
       in me labeled "sample #2"

22.3 – Stained wipe  LMG: pos  – frozen
       in me labeled "sample #3"

22.4 – Stained wipe  hMG: pos  – frozen
       in me labeled "Sample #4"

22.5 – Stained wipe  hMG: pos  – frozen
       in me labeled "sample #5"

22.6 – Stained wipe  hMG: pos  – frozen
       in me labeled "sample #6"

22.7 – Stained wipe  LMG: pos  – frozen  sperma
       in me labeled  "Sample #7  "drawer.. Kitchen" from narrative

22.8 – Stained wipe  LMG: pos  – frozen  sperma
          edited

030 3339
7 July 03
CMW

— Cont —

[22]     22.9 — 22.16 :
              six envelopes labeled :
                 "control #1", "control #2", "control #3,"
                 "control # 4", "control #5," "control #6," ---

        22.9  "control #1"  stained wipe
                    LMG: wk wk pos        } returned

        22.10 — 22.16    N/A


[23] —   23.1  stained wipe   LMG: pos  - frozen
                  (faint stain)
              in  me labeled  "sample #11"

        23.2  stained wipe   LMG: pos  - frozen
              in  me labeled  "sample # 12"

        23.3  stained wipe   LMG: pos  - frozen
              in  me labeled  "sample #13"

        23.4  stained wipe   LMG: pos  - frozen
              in  me labelled  "sample # 14"


        23.5 — 23.8
              4 envelopes labeled :
                 "control #11", "control #12", "control #13"
                 "control # 14"  ——  N/A - returned

030 3339

CW

7 July 03

- Cont -

[24] -   24.1   stained wipe   hMGi:pos - frozen
in me  labeled  "sample #23 sample"   →   sp human
cw                                          "...dishwashe...
                                            from
                                            narrative

24.2   stained wipe   hMGi:pos - frozen
in me  labeled " #24 sample "

24.3 - 24.4 :
           2 envelope labeled:

                "#23 control" & "#24 control"
                      N/A    returned

030-3339
Cici
8 July 03

- cont. -

| 25 | Sealed sack containing 18 sealed envelopes (source on outside sealed sack) and sealed 6.p.s labeled "item#19: drivers seat belt" |

25.1   swab in sealed envelope labeled "item#1"   N/A

25.2   swab in sealed envelope labeled "item#2"   N/A

25.3   "       "       "              "item#3"   N/A

25.4   "   "   "       "   "          "item#4"   N/A

25.5   "   "   "       "   "          "item#5"   'N/A

25.6   "   "   "       "   "          "item#6"   LMG: pos   ✗

25.7   "   "   "       "   "          "item#7"   LMG: pos

25.8   "   "   "       "   "          "item#8"   LMG: pos / sphendian

25.9   "   "   "       "   "          "item#9"   LMG: pos   fro?

25.10  "   "   "       "   "          "item#10"  LMG: pos

25.11  "   "   "       "   "          "item#11"  N/A

25.12  "   "   "       "   "          "item#12"  N/A

25.13  "   "   "       "   "          "item#13"  N/A

25.14  "   "   "       "   "          "item#14"  N/A

25.15  "   "   "       "   "          "item#15"  N/A

25.16  "   "   "       "   "          "item#16"  N/A

25.17  "   "   "       "   "          "item#17"  N/A

25.18  "   "   "       "   "          "item#18"  N/A
                                       control

✗   #s 25.6 - 25.10      9/23/03
    - repackaged into coin envelopes
    Oric packaged returned also to M1



# EVIDENCE TRANSFER

030 3339
25 crew
(from sac)

**SERVICE #** 03038339
**OFFENSE:** CAPITAL MURDER
**VICTIM:** PATRICIA SYREN/PEARL MAGOUIRK
**LOCATION:** 3116 N. MAIN
**PKG #** 1 **OF** 2 **TOTAL PKGS**
**RELEASED BY:** ML BALL 2809
**DATE:** 041203 **TIME:** _____
**CONTENTS:**
ITEM #1: SWAB – EXTERIOR LBP DOOR
ITEM #2: SWAB – EXTERIOR TRUNK
ITEM #3: SWAB – DRIVERS SEAT
ITEM #4: SWAB – DRIVERS SEAT
ITEM #5: SWAB – DRIVERS SEAT
ITEM #6: SWAB – STEERING WHEEL
ITEM #7: SWAB – STEERING WHEEL
ITEM #8: SWAB – STEERING WHEEL
ITEM #9: SWAB – STEERING WHEEL
ITEM #10: SWAB – STEERING WHEEL
ITEM #11: SWAB – DASH
ITEM #12: SWAB – STEERING COLUMN
ITEM #13: SWAB – STEREO TUNE BUTTON
ITEM #14: SWAB – STEREO BELOW TUNE BUTTON
ITEM #15: SWAB – TOP OF GEAR SHIFT
ITEM #16: SWAB – GEAR SHIFT SLOT
ITEM #17: SAMPLE FROM DRIVERS DOOR FRAME
ITEM #18: CONTROL (DISTILLED WATER)
ITEM #19: DRIVERS SEAT BELT

**Fort Wort**

Offense # 03038339
Location: 03-0069
Description: 03C02119–ITEMS 1 THRU 19

AA067698

03038339
cw
8 July 03

– Cont –

|25|

25.19      portion of seat belt with
silver colored insert end

LMG: pos
(as shown)

Other stains faint
transfer LMG: pos
on other side
Marked with arrows

transfer T₂ frozen
~1 cm

~5" in length

~8" in length

Faint transfer
~2 cm

~5 mm
T₁ frozen
sp: human

|32|

Bent blade   ~5½" in length   non serrated
in tube   packaged inside a sealed me
labeled   "...03038339...blade."
      both sides blood stained, 1 side → 2 swabs
      LMG: pos
            — frozen —

030 3339
CLw
8 July 03

—Cont—

Sealed box containing #s 26-31
        opened July 8,03 &      (6 sealed sacks)
                July 16,03 (for photos #30)

[26] Sealed sack labeled "#1"
                N/A

[27] Sealed sack labeled "#2" containing
    denim shirt "Premier International for Men"
    XXXL   100% cotton . . . "
    both sleeves cut off   near shoulder seam

    LMG:pos
    front as shown,
    inside front near pocket area,
    back of yoke as shown

    T₁-T₆
    frozen



T₅ neck swabbing
T₃ sp human
T₄ sp human
T₂ 2,2mm stains
button missing
x-tra button in top 'R' pocket
stains 2-3mm in diameter
stains ~4-6mm diameter
~5mm stain with speckles (3) in castoff
stain on inside T₆ from inside front

O30 3339

crew

8 July 03

—cont—

[28]

Gray T-shirt "Russell Athletic ... L ..."
in a sealed sack

LMG: pos

front as shown

black marks on back of shirt

$T_1$ swabbing neck area

$T_1 - T_3$ frozen



[29]     Sealed sack labeled "#4"
                    N/A

[30]     Denim "Wrangler 36x36" jeans in a
         sealed b.p.s. labeled "#5"

- LMG: pos

front- as shown

back- ~mid of 'R' leg marked w/arrows

front 'L' pocket   LMG pos Ø stains

front 'R' pocket   LMG pos impression

$T_2$ stain pattern ~1"x4"
down side of pocket both sides



Box & sack re opened 7/16/03
for photographs- L. Reynolds

[31]     Sealed sack labeled "#6"
                    N/A

030 3339
8 July 03
Cvw

Examined in the presence of
Det McCaskill :.

#33 — Swabs from 17A :
sealed box with multiple
Samples (stapled sacks) ( opened by Cvw with John
McCaskill
— removed # "Item 17A " (present)
beige tile ~ 8" x 8" — print area
15 mm stain LMG: pos sp; human
2 swabs from center
froozen
tile returned to box to McCaskill

0303339

aw

18 July 03

Rcbd    17 July 03    #51
          from Leigh Mitchell :

51-    Watch   "fred Belay"  silver colored link band
with  Black & gold colored face
                LMG: ∅   inside & outside
packaged in heat sealed plastic containing outer sealed
me  labeled   ".. from Galveston P.D. ..." &
inner sealed white envelope  labeled
"...  suspect Billy Jack Cruf singer ...  location evidence
Recovered : 2005 23rd St (yellow cab stand) ... "
watch inside heat sealed plastic bag

0303339

(cont)

28 Aug 03

Rec'd  27 Aug 03  from John McCaskill

#52

52 — Swabs (2)  in a sealed me

labeled  "... buccal ... Crutsinger,

Billy J. ... 8-27-03 ... "

Portion → DNA

frozen



# TARRANT COUNTY MEDICAL EXAMINER'S OFFICE
# SEROLOGY

## SEMEN / SALIVA DATA SHEET

Crime lab Number(s):<u>0303339</u>

Analyst: <u>CWW</u>

#18  SAR:

Sealed items as listed:

| ITEM #/DESCRIPTION | AP | Sperm | P30 (ABA) | Amylase | LMG |
|---|---|---|---|---|---|
| Date: 9-8-03 | | 9/8/03 | | | |
| 18.3  Oral smear | | ∅ | | | |
| 8.4  Vaginal smear | | ∅ | | | |
| 8.5  Anal smear | | ∅ | | | |
| 8.6  Oral swabs    (4) | ∅ (x4) | | | | |
| 8.7  Vaginal swabs  (6) | ∅ (x6) | | | | |
| 8.8  Anal swabs    (4) | ∅ (x4) | | | | |
| 18.9  Peri-anal swabs (2) | ∅ (x2) | | | | |
| 8.10  Pulled Pubic hair | | | | | |
| 8.11  Combed Pubic hair | | | | | |
| 8.12  Pulled Scalp hair | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DISPOSITION: <u>#S 8.10 – 8.12  unopened</u>

# TARRANT COUNTY MEDICAL EXAMINER'S OFFICE
## SEROLOGY Q.C. DATA AND RESULTS

Crime lab Number(s): ___0303339___

_____

Analyst: ___Cw___

## LOT NUMBERS /CONTROL RESULTS

Semen AP: (+) _+_ (-) _∅_ Date: _9-6-03_  Seri lot#: _1521_  Exp. _1003_ _____
_____ _____ _____ _____ _____
_____ _____ _____ _____ _____

P30: _____ _____ Date: _____  ABA lot#: _____ _____
_____ _____ _____ _____

Blood LMG: (+) _+_ (-) _∅_ Date: _7-7-03_  lot#: _121702 cup_
          _+_   _∅_      _7-8-03_         _121702 cup_
          _+_   _∅_      _7-18-03_        _121703 cup_

                                         _3322 1202_
Anti-human: (+) _+_ (-) _∅_ Date: _7-23-03_ ABA lot#: _____ Exp. _June 2004_
_____ _____ _____ _____ _____
_____ _____ _____ _____ _____

Ouchterlony: (+)_____ (-)_____ Date: _____  lot#: _____ Exp. _____
                              _____ _____
                              _____ _____

Luminol: (+)_____ (-)_____ Date: _____ Prep. Date: _____ Exp. _____
         _____ _____ _____ _____ _____

Saliva amylase:          Date: _____ Buffer lot#: _____ Exp. _____
    1:100 (+)_____mm    (-)_____mm
    1:500 (+)_____mm

## STR TYPING RESULTS

Crime Lab #s: 0303339
Analyst: cnw
Date: 3 Sept 03

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2639  52 B. Crutsinger | 16,17 | 16,18 | 18,21.2 | XY | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2632  K Fkt cout | – | – | – | – | – | – | – | – | – | – | |
| 2641  9947A | 14,15 | 17,18 | 23,24 | X | 13 | 30 | 15,19 | 11 | 11 | 10,11 | |
| 2642  Neg Amp | – | – | – | – | – | – | – | – | – | – | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |



**Injection List-9/2/03 2.25 PM**   Page 1 of 1

ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time |
|---|---|---|---|---|---|---|
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A1 - 2625PP  0301210-26T1 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A3 - 2626PP 0301210-26T2 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A5 - 2627PP 0301210-27 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A7 - 2628PP 0301210-29 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A9 - 2629PP 0301210-30 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A11 - 2630PP 0301210-31 RYG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - 2641PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C11 - 2642PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B2 - 2631PP Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| - 2632PP K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B6 - 2633PP 03000T-23 JEAN 1B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B8 - 2634PP 03000T-24 JEAN 2B\ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B10 - 2635PP 03000T-26 GLASS\ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B12 - 2636PP 03000T-9 M MORENO | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C1 - 2637PP 020858T-9 C PEREZ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C3 - 2638PP 03000T-22 E GONZALEZ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C5 - 2639PP 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C7 - 2640PP 022054(O)-18L | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - 2641PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C11 - 2642PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| - 2633CO 030006T-23 JEAN 1B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D6 - 2634CO 030006T-24 JEAN 2B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D8 - 2635CO 030006T-26 GLASS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E11 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D10 - 2636CO 03000T-9 M MORENO | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D12 - 26331CO Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E1 - 2632CO K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E3 - 2639CO 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E3 - 2639CO 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 2 | 15.0 | 15.0 | 60 | 25 |
| E5 - 2620R CO 0306140-23 A GARCIA | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E7 - 2641CO 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E9 - 2642CO NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E11 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |



or research use only                                        Not for use in diagnostic systems



PP LADDER & AMP CONTROLS
Licensed to CONNIE PATTON, TCME

10:37:16 AM Wed, Sep 3, 2003
Genotyper® 2.5

## STR TYPING RESULTS

Crime Lab #s: _030 3339_
Analyst: _Cuu_
Date: _____

COfiler Alleles Detected:

| Sample Information | D3S1358 | D16S539 | Amel | THO1 | TPOX | CSF1PO | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|
| 2639 R.Coutsinger ⁵² | 16,17 | 11,12 | xy | 6,9.3 | 8 | 10 | 10,11 | |
| | | | | | | | | |
| 2632 N Ex Cont. | — | — | — | — | — | — | — | |
| | | | | | | | | |
| 2641  9947A | 14,15 | 11,12 | x | 8,9.3 | 8 | 10,12 | 10,11 | |
| | | | | | | | | |
| 2642  Neg Amp | — | — | — | — | — | — | — | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time |
|---|---|---|---|---|---|---|
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A1 - 2625PP 0301210-26T1 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A3 - 2626PP 0301210-26T2 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A5 - 2627PP 0301210-27 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A7 - 2628PP 0301210-29 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A9 - 2629PP 0301210-30 CARPET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A11 - 2630PP 0301210-31 RYG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - 2641PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C11 - 2642PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B2 - 2631PP Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B4 - 2632PP K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B6 - 2633PP 03000T-23 JEAN 1B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B8 - 2634PP 03000T-24 JEAN 2B\ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B10 - 2635PP 03000T-26 GLASS\ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B12 - 2636PP 03000T-9 M MORENO | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C1 - 2637PP 020858T-9 C PEREZ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C3 - 2638PP 03000T-22 E GONZALEZ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C5 - 2639PP 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C7 - 2640PP 022054(O)-18L | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - 2641PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C11 - 2642PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D2 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D4 - 2633CO 030006T-23 JEAN 1B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D6 - 2634CO 030006T-24 JEAN 2B | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D8 - 2635CO 030006T-26 GLASS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E11 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D10 - 2636CO 030006T-9 M MORENO | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D12 - 2631CO Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E1 - 2632CO K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E3 - 2639CO 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E3 - 2639CO 0303339-52 B CRUTSINGER | GS STR POP4 (1 mL) F | 2 | 15.0 | 15.0 | 60 | 25 |
| E5 - 2620R CO 0306140-23 A GARCIA | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E7 - 2641CO 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E9 - 2642CO NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E11 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| | | | | | | |



For research use only

Not for use in diagnostic systems

EXT CONTROLS

10:55:20 AM Wed, Sep 3, 2003
Genotyper® 2.5

100  120  140  160  180  200  220  240  260  280  300  320  340  360  380  400

331CO ... EXT CONT 30 Blue   2631CO   Q EXT CONT

No Size Data

331CO ... EXT CONT 30 Green   2631CO   Q EXT CONT

No Size Data

331CO ... EXT CONT 30 Yellow   2631CO   Q EXT CONT

No Size Data

331CO ... EXT CONT 30 Red   2631CO   Q EXT CONT

900
600
300

2632CO   K EXT CONT 31 Blue   2632CO   K EXT CONT

No Size Data

2632CO   K EXT CONT 31 Green   2632CO   K EXT CONT

No Size Data

K EXT CONT 31 Yellow   2632CO   K EXT CONT

No Size Data

2632CO   K EXT CONT 31 Red   2632CO   K EXT CONT

1000
500



or research use only                                                     -1-                                              Not for use in diagnostic systems


| | Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time |
|---|---|---|---|---|---|---|---|
| 1 | G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 2 | G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 3. | C7 - 2430CO  Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 4 | C11 - 2432CO  K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 5 | D10 - 2456CO  0303339-20  PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 6 | D12 - 2457CO  0303339-21  B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 7 | F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 8. | F10 - 2468CO  NEG AMP CONT. | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 9 | E1 - 2460CO  0305330-1.1 VAG SP | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 10 | G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 11 | E3 - 2461CO  0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 12 | E5 - 2462CO  0305330-8 JAMES SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 13 | E7 - 2463CO  0305136-7 EC SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 14 | E9 - 2464CO  0305136-7 SP SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 15 | F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 16 | E11 - 2465CO  0305136-8.9 E BAXLEY | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 17 | F2 - 2466CO  0305136-9 A TIGNOR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| | G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 19 | F4 - 2469CO  030440-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 20 | F6 - 2471CO  030440-16 P MAGOUIRK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 21 | F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 22 | F10 - 2468CO  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 21 | F12 - 2479CO  EC EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 24 | G1 - 2481CO  SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 25 | G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| 26 | | | | | | | |

0303339 CO
Licensed to CONNECTION, TCME
7:14:52 AM Wed, Jul 23, 200
Genotyper® 2
100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400
...PAT SYREN 5 Blue 2456CO 0303339-20 PAT SYREN
14
15
11
2000
1500
1000
500
456CO ...PAT SYREN 5 Green 2456CO 0303339-20 PAT SYREN
X
-A
169.84
6
170.86
8
11
11
12
4000
2000
2456CO ...PAT SYREN 5 Yellow 2456CO 0303339-20 PAT SYREN
10
11
800
600
400
200
2456CO ...PAT SYREN 5 Red 2456CO 0303339-20 PAT SYREN
900
600
300
...RUTSINGER 6 Blue 2457CO 0303339-21 B CRUTSINGER
16
17
11
12
2000
1000
...RUTSINGER 6 Green 2457CO 0303339-21 B CRUTSINGER
X
Y
6
9.3
8
10
3000
2000
1000
2457CO ...RUTSINGER 6 Yellow 2457CO 0303339-21 B CRUTSINGER
10
11
1500
1000
500
2457CO ...RUTSINGER 6 Red 2457CO 0303339-21 B CRUTSINGER
1000
500



r research use only                                                     Not for use in diagnostic systems



CO LADDER & AMP CONTROLS

7:16:54 AM Wed, Jul 23, 2003

Genotyper® 2.5



ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

Injection List 7/21/03 1:36 PM

0303339
cw

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV |
|---|---|---|---|---|
| B6 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B6 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A1 - 2451R PP 0303339-30T1 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A3 - 2452R PP 0303339-30T2 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A5 - 2482PP  010679T-27 M PEAKE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A7 - 2483PP  010679T-28 B BALLARD | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A9 - 2484PP  010679T-29 D FROMME | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| A11 - 2485PP  010679T-30 T MILLS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B2 - 2486PP  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B4 - 2487PP  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B6 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B8 - 2382CO 030004T-26.5 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B10 - 2426CO 0203115-48  GLASS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| B12 - 2427A SO 0306033-1.1T1  MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C1 - 2427B  CO 0306033-1.2 T1 MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F10 - 2468CO NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C3 - 2428CO  0305804-1.1 TISSUE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C5 - 2429CO  0305806-1 SWAB | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C7 - 2430CO K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C9 - 2431CO O CIX EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| C11 - 2432CO K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D2 - 2436CO 0303339-19.1 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D4 - 2449CO 0303339-27T4 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D6 - 2451CO 0303339-30T1 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D8 - 2452CO 0303339-30T2 JEAN POCKT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F10 - 2468CO  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D10 - 2456CO  0303339-20  PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| D12 - 2457CO  0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| E1 - 2460CO  0305330-1.1 VAG SP | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| E3 - 2461CO  0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| E5 - 2462CO  0305330-8 JAMES SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| G1 - 2481CO  SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F4 - 2469CO  030440-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |
| F6 - 2471CO  030440-16 P MAGOUIRK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 |



esearch use only                         Not for use in diagnostic systems

research use only

Not for use in diagnostic systems



ABI PRISM

0303339 CO

12:55:57 PM Wed, Jul 23, 2003
Genotyper® 2.5

110 120 130 140 150 160 170 180 190 200 210 220 230 240 250 260 270 280 290 300 310
51CO 0...AN POCK 26 Blue 2451CO 0303339-30T1 JEAN POCK
900
600
300
14
415
15
1166
16
497
17
626
11
913
12
467
51CO 0...AN POCK 26 Green 2451CO 0303339-30T1 JEAN POCK
1500
1000
500
31
Y
621
6
1928
8
351
9.3
702
8
1085
11
346
10
679
11
368
12
721
26 Yellow 2451CO 0303339-30T1 JEAN POCK
600
400
200
10
671
11
476
2CO ...EAN POCKT 27 Blue 2452CO 0303339-30T2 JEAN POCKT
900
600
300
67%
61%
14
125
15
294
16
1046
17
700
11
798
12
486
EAN POCKT 27 Green 2452CO 0303339-30T2 JEAN POCKT
1500
1000
500
96
Y
896
6
1176
9.3
1082
8
1830
11
99
10
1534
11
100
2CO ...EAN POCKT 27 Yellow 2452CO 0303339-30T2 JEAN POCKT
600
400
200
10
682
11
640



100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400
51CO 0...AN POCK 26 Blue 2451CO 0303339-30T1 JEAN POCK
900 600 300
14 16 15 17 11 12
51CO 0...AN POCK 26 Green 2451CO 0303339-30T1 JEAN POCK
1500 1000 500
X Y 6 8 9.3 8 11 10 12 11
51CO 0...AN POCK 26 Yellow 2451CO 0303339-30T1 JEAN POCK
600 400 200
10 11
52CO ...EAN POCKT 27 Blue 2452CO 0303339-30T2 JEAN POCKT
900 600 300
14 16 15 17 11 12
52CO ...EAN POCKT 27 Green 2452CO 0303339-30T2 JEAN POCKT
1500 1000 500
X Y 6 9.3 8 10 11
52CO ...EAN POCKT 27 Yellow 2452CO 0303339-30T2 JEAN POCKT
600 400 200
10 11





search use only

Not for use in diagnostic systems





research use only                                                                    Not for use in diagnostic systems



| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time | Matrix file | Auto Anlz |
|---|---|---|---|---|---|---|---|---|
| - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B6 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A1 - 2451R PP 0303339-30T1 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A3 - 2452R PP 0303339-30T2 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A5 - 2482PP 010679T-27 M PEAKE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A7 - 2483PP 010679T-28 B BALLARD | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A9 - 2484PP 010679T-29 D FROMME | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A11 - 2485PP 010679T-30 T MILLS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B2 - 2486PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B4 - 2487PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B6 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B8 - 2382CO 030004T-26.5 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B10 - 2426CO 0203115-48 GLASS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B12 - 2427A SO 0306033-1.1T1 MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C1 - 2427B CO 0306033-1.2 T1 MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| - 2467CO 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2468CO NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C3 - 2428CO 0305804-1.1 TISSUE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C5 - 2429CO 0305806-1 SWAB | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C7 - 2430CO Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C9 - 2431CO Q CLX EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C11 - 2432CO K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D2 - 2436CO 0303339-19.1 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| - 2449CO 0303339-27T4 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D6 - 2451CO 0303339-30T1 JEAN POCK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D8 - 2452CO 0303339-30T2 JEAN POCKT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off. |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F8 - 2467CO 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2468CO NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| - 2456CO 0303339-20 PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D12 - 2457CO 0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E1 - 2460CO 0305330-1.1 VAG SP | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E3 - 2461CO 0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E5 - 2462CO 0305330-8 JAMES SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| G1 - 2481CO SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F4 - 2469CO 030440-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F6 - 2471CO 030440-16 P MAGOUIRK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |



For research use only                                                    Not for use in diagnostic systems

10:43:32 AM Tue, Jul 22, 2003
·Gehotyper® 2.5

For research use only                                                    Not for use in diagnostic systems



LADDER-2 2 Blue PP LADDER
LADDER-2 2 Green PP LADDER
LADDER-2 2 Yellow PP LADDER
LADDER-2 2 Red PP LADDER
86PP 9947A 9 Blue 2486PP 9947A
86PP 9947A 9 Green 2486PP 9947A
86PP 9947A 9 Yellow 2486PP 9947A
86PP 9947A 9 Red 2486PP 9947A
187PP ... AMP CONT 10 Blue 2487PP NEG AMP CONT
187PP ... AMP CONT 10 Green 2487PP NEG AMP CONT
No Size Data
487PP ... AMP CONT 10 Yellow 2487PP NEG AMP CONT
487PP ... AMP CONT 10 Red 2487PP NEG AMP CONT

**Injection List 7/18/03 11:17 AM**

ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

0305333

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C |
|---|---|---|---|---|---|
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| D12 - 2430PP  ORG Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| E3 - 2432PP  K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| F10 - 2467PP  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| F12 - 2468PP  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| G1 - 2472PP  0305837-3 EC ORAL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| G3 - 2473PP  0305837-3  SP ORAL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| G5 - 2474PP  0305837-2 PAPER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| G7 - 2475PP  0305837-2 SP PAPER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| - 2476PP  0305837-8 PENILE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| G11 - 2477PP  0305837-12 E MARTINEZ | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H2 - 2478PP  0305837-13 B MENDOZA | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H6 - 2480PP  EC2 EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H8 - 2481PP  SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| B4 - 2442PP 0303339-25.8 STEER WHEEL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| C7 - 2450PP  0303339-27T5 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| F10 - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 |
|  |  |  |  |  |  |



0303339 PP

7:01:21 AM Mon, Jul 21, 2003
Genotyper® 2.5

For research use only        Not for use in diagnostic systems

PP LADDER & AMPCONTROLS
Licensed to COMPUTER ANALYSIS
6:59:33 AM Mon, Jul 21, 2003
Genotyper® 2.5



ABI PRISM

Injection List 7/17/03 9:11 AM

ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

| | Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time | Matrix file | Auto Anlz |
|---|---|---|---|---|---|---|---|---|---|
| | H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| | A1 - 2469PP  0303940-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 3 | A3 - 2436PP  0303339-19.1 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 4 | A5 - 2437PP  0303339-19.2 T2 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 5 | A7 - 2438PP  0303339-19.2 T SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 6 | A9 - 2439PP  0303339-22.7 DRAWER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 7 | A11 - 2440PP  0303339-22.8 GARAGE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 8 | B2 - 2441PP  0303339-24.1 DISHWASHER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 9 | B4 - 2442PP  0303339-25.8 STEER WHEEL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 10 | B6 - 2443PP  0303339-25.19 SEAT BELT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 11 | H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 12 | F10 - 2467PP  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 13 | F12 - 2468PP  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 14 | B8 - 2444PP  0303339-32 KNIFE BLADE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 15 | B10 - 2445PP  0303339-33 17A TILE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 16 | B12 - 2446PP  0303339-27T1 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 17 | C1 - 2447PP  0303339-27T2 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 18 | C3 - 2448PP  0303339-27T3 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 19 | C5 - 2449PP  030339-27T4 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 20 | C7 - 2450PP  0303339-27T5 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 21 | C9 - 2451PP  0303339-30T1 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 22 | C11 - 2452PP  0303339-30T2 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 23 | H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 24 | D2 - 2453PP  0303339-30T3 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 25 | D4 - 2454PP  0303339-30T4 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 26 | D6 - 2455PP  0303339-30T6 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| | F10 - 2467PP  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 28 | D8 - 2456PP  -3-3339-20  PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 29 | D10 - 2457PP  0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 30 | D12 - 2430PP  ORG Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 31 | E1 - 2431PP  CLX EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 32 | E3 - 2432PP  K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 33 | E5 - 2459PP  0305330-1.1  EC VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| | H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 35 | E7 - 2460PP  0305330-1.1 SP VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 36 | E9 - 2461PP  0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 37 | E11 - 2462PP  0305330-8 J SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 38 | F2 - 2463PP  0305136-7 EC SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 39 | F4 - 2464PP  0305136-7 SP SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 40 | F6 - 2465PP  0305136-8.9 E BAXLEY | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 41 | F8 - 2466PP  0305136-9 A TIGNOR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 42 | F10 - 2467PP  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 43 | F12 - 2468PP  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 44 | H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 45 | H4 - 2479PP  EC1 EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 46 | H8 - 2481PP  SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 47 | | | | | | | | | |



For research use only                                                                  Not for use in diagnostic systems



0303339 PP

Licensed to CONNIE PATTON, TCME

10:56:46 AM Fri, Jul 18, 2003

Genotyper® 2.5



or research use only                                                          Not for use in diagnostic systems



research use only

Not for use in diagnostic systems



0303339 PP
Licensed to CONNIE PAYTON, TCME

11:00:51 AM Fri, Jul 18, 2003
Genotyper® 2.5

455PP ...OT6 JEANS    2455PP 0303339-30T6 JEANS

| 16 | 17 | 16 | 18 | 18 | 21.2 |

455PP ...OT6 JEANS 26 Green    2455PP 0303339-30T6 JEANS

| X | Y | 14 | 28 | 30 | 14 | 15 |

455PP ...OT6 JEANS 26 Yellow    2455PP 0303339-30T6 JEANS

| 11 | 12 | 12 | 13 | 10 | 11 |

455PP ...OT6 JEANS 26 Red    2455PP 0303339-30T6 JEANS



ISM

0303339 PP

11:02:56 AM Fri, Jul 18, 2003
Genotyper® 2.5

research use only

Not for use in diagnostic systems





BI PRISM

100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400

430PP ... EXT CONT 30 Blue 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Green 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Yellow 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Red 2430PP ORG Q EXT CONT

431P… EXT CONT 31 Blue 2431PP CLX EXT CONT

No Size Data

431PP ... EXT CONT 31 Green 2431PP CLX EXT CONT

No Size Data

... EXT CONT 31 Yellow 2431PP CLX EXT CONT

No Size Data

431PP ... EXT CONT 31 Red 2431PP CLX EXT CONT

432PP K EXT CONT 32 Blue 2432PP K EXT CONT

No Size Data

432PP K EXT CONT 32 Green 2432PP K EXT CONT

No Size Data

432PP K EXT CONT 32 Yellow 2432PP K EXT CONT

No Size Data

432PP K EXT CONT 32 Red 2432PP K EXT CONT

0303339 PP LADDER & AMP CONTROLS
Licensed to COMME/TATTON

11:05:36 AM Fri, Jul 18, 2003
Genotyper® 2.5



Cru

ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time | Matrix file | Auto Anlz |
|---|---|---|---|---|---|---|---|---|
| - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 2469PP 0303340-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A3 - 2436PP 0303339-19.1 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A5 - 2437PP 0303339-19.2 T2 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A7 - 2438PP 0303339-19.2 T SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A9 - 2439PP 0303339-22.7 DRAWER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A11 - 2440PP 0303339-22.8 GARAGE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B2 - 2441PP 0303339-24.1 DISHWASHER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B4 - 2442PP 0303339-25.8 STEER WHEEL — Rein - failed | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B6 - 2443PP 0303339-25.19 SEAT BELT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F12 - 2468PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B8 - 2444PP 0303339-32 KNIFE BLADE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B10 - 2445PP 0303339-33 17A TILE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B12 - 2446PP 0303339-27T1 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C1 - 2447PP 0303339-27T2 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C3 - 2448PP 0303339-27T3 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C5 - 2449PP 030339-27T4 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C7 - 2450PP 0303339-27T5 SHIRT - Rein - | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C9 - 2451PP 0303339-30T1 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C11 - 2452PP 0303339-30T2 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D2 - 2453PP 0303339-30T3 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D4 - 2454PP 0303339-30T4 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D6 - 2455PP 0303339-30T6 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 2456PP -3-3339-20 PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D10 - 2457PP 0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D12 - 2430PP ORG Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E1 - 2431PP CLX EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E3 - 2432PP K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E5 - 2459PP 0305330-1.1 EC VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E7 - 2460PP 0305330-1.1 SP VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E9 - 2461PP 0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E11 - 2462PP 0305330-8 J SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F2 - 2463PP 0305136-7 EC SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F4 - 2464PP 0305136-7 SP SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F6 - 2465PP 0305136-8.9 E BAXLEY | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F8 - 2466PP 0305136-9 A TIGNOR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F12 - 2468PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H4 - 2479PP EC1 EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H8 - 2481PP SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |

0303339 PP
10:22:59 AM Fri, Jul 18, 2003
Genotyper® 2.5



r research use only

Not for use in diagnostic systems







100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400
8PP ...2 T SHIRT 5 Blue 2438PP 0303339-19.2 T SHIRT
600
400
200
16
17
16
18
18
21.2
8PP ...2 T SHIRT 5 Green 2438PP 0303339-19.2 T SHIRT
800
600
400
200
X
Y
14
28
30
14
15
8PP ...2 T SHIRT 5 Yellow 2438PP 0303339-19.2 T SHIRT
900
600
300
11
12
12
13
10
11
8PP ...2 T SHIRT 5 Red 2438PP 0303339-19.2 T SHIRT
1000
500
9PP ...7 DRAWER 6 Blue 2439PP 0303339-22.7 DRAWER
600
400
200
16
17
16
18
18
21.2
9PP ...7 DRAWER 6 Green 2439PP 0303339-22.7 DRAWER
800
600
400
200
Y
14
28
30
14
15
9PP ...7 DRAWER 6 Yellow 2439PP 0303339-22.7 DRAWER
800
600
400
200
11
12
12
13
10
11
9PP ...7 DRAWER 6 Red 2439PP 0303339-22.7 DRAWER
1000
500

100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400
140PP ....8 GARAGE 7 Blue 2440PP 0303339-22.8 GARAGE
900
600
300
16 17 16 18 18 21.2
140PP ....8 GARAGE 7 Green 2440PP 0303339-22.8 GARAGE
1500
1000
500
X Y 14 28 30 14 15
140PP ....8 GARAGE 7 Yellow 2440PP 0303339-22.8 GARAGE
1000
500
11 12 12 13 10 11
140PP ....8 GARAGE 7 Red 2440PP 0303339-22.8 GARAGE
1000
500
141PP ...ISHWASHER 8 Blue 2441PP 0303339-24.1 DISHWASHER
600
400
200
16 17 16 18 18 21.2
141PP ...ISHWASHER 8 Green 2441PP 0303339-24.1 DISHWASHER
1000
500
X Y 14 28 30 14 15
41PP ...ISHWASHER 8 Yellow 2441PP 0303339-24.1 DISHWASHER
1000
500
11 12 12 13 10 11
41PP ...ISHWASHER 8 Red 2441PP 0303339-24.1 DISHWASHER
1000
500

research use only                                                      Not for use in diagnostic systems



BIO PRISM 0303339 PP 10:29:09 AM Fri, Jul 18, 2003 Genotyper® 2.5



0303339 PP
Licensed to CONNIE FASTON TCME
10:29:59 AM Fri, Jul 18, 2003
Genotyper® 2.5

0303339 PP
10:45:10 AM Fri, Jul 18, 2003
Genotyper® 2.5



research use only                    Not for use in diagnostic systems

00303339 AP
Licensed to CONNIE PATTON, TCME

10:47:21 AM Fri, Jul 18, 2003
Genotyper® 2.5





PP ... EXT CONT 30 Blue    2430PP  ORG Q EXT CONT

No Size Data

PP ... EXT CONT 30 Green   2430PP  ORG Q EXT CONT

No Size Data

PP ... EXT CONT 30 Yellow  2430PP  ORG Q EXT CONT

No Size Data

PP ... EXT CONT 30 Red     2430PP  ORG Q EXT CONT

PP ... EXT CONT 31 Blue    2431PP  CLX EXT CONT

No Size Data

PP ... EXT CONT 31 Green   2431PP  CLX EXT CONT

No Size Data

EXT CONT 31 Yellow  2431PP  CLX EXT CONT

No Size Data

PP ... EXT CONT 31 Red     2431PP  CLX EXT CONT

!PP K EXT CONT 32 Blue     2432PP  K EXT CONT

No Size Data

!PP K EXT CONT 32 Green    2432PP  K EXT CONT

No Size Data

!PP K EXT CONT 32 Yellow   2432PP  K EXT CONT

No Size Data

!PP K EXT CONT 32 Red      2432PP  K EXT CONT

## STR TYPING RESULTS

Crime Lab #s: <u>0303339</u>
Analyst: <u>CUW</u>
Date: <u>18 July 03</u>

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2448   27T₃ shirt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2449   27T4 shirt | 15 | 14,16,17 | 21,23,24 | X | 13 | 28,29 | 15,17 | 11 | 11 | 10 | |
| | (14) | | | | (12) | (32.2) | | (12) | (12) | (11) | |
| 2450  27T5 shirt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| @collar inside | (14,15) | (14,17)**(19) | | | (11) ** | (32.2) ** | | | (11) | | ***possible stutter |
| 2451  30T₁ jean pocket   2451R | 14,15,16,17 | 14,16,17, 18 | 18,21, 21.2,23 24 | X (4) | 12,13,14 | 28,29,30, 322 | ** 14,15 | 11,12 | 11,12,13 | 10,11 | - Mixture - ** stochastic vange |
| 2452 30T₂ jean pocket | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 11,12,13 | 10,11 | - Mixture - |
| | (14,15) | | (23) | | (13) | (29) | | | | | |
| 2453  30T₃ jeans | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2454  30T4 jeans | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2455  30T₆ jeans | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |

( ) minor/Non-vict. allele - ~~not typed~~ see 2 additional repeat injections

✶ see Reamp          ✶✶ detected on 1 reinjection only

## STR TYPING RESULTS

Crime Lab #s: __O3o 3339__
Analyst: __CKW__
Date: __18 July 03__

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2456  Patricia Syren  20 | 14,15 | 14,16 | 23,24 | X | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| 2457  Billy Crutsinger  21 | 16,17 | 16,18 | 18,21.2 | xy | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| | | | | | | | | | | | |
| 2430, 2431/2432 Ext Controls | – | – | – | – | – | – | – | – | – | – | |
| | | | | | | | | | | | |
| 2467  9947A | 14,15 | 17,18 | 23,24 | X | 13 | 30 | 15,19 | 11 | 11 | 10,11 | |
| 2468  Neg Amp | – | – | – | – | – | – | | – | – | – | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 2452 R  30Fz jean pocket | 15,16,17 | 14,16,18 | 18,21.2 | xy | 12,13,14 | 14 28,29, 30,32.2 | 14,15 | 11,12 | 11,12,13 | 10,11 | Mixture |
| 2486  9947A | 14,15 | 17,18 | 23,24 | X | 13 | 30 | 15,19 | 11 | 11 | 10,11 | |
| 2481  Neg Amp | – | – | – | – | – | – | – | – | – | – | |

## STR TYPING RESULTS

Crime Lab #s: <u>0303339</u>
Analyst: <u>Cww</u>
Date: <u>18 July 03</u>

Profiler Plus Alleles Detected:

| Sample Information | | | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2436 | 19.1 | T₁ Shorts | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2437 | 19.1 | T₂ Shorts | 14,15 | 14,16 | 23,24 | X | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| 2438 | 19.2 | T-shirt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2439 | 22.7 | kit. drawer | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2440 | 22.8 | garage floor | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2441 | 24.1 | dishwasher | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2442 | 25.8 | Steering Wheel | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2443 | 25.19 | Seat belt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2444 | 32 | Knife blade | 14,15 | 14,16 | 23,24 | X | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| 2445 | 33 | 17A tile | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2446 | 27T₁ | shirt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2447 | 27T₂ | shirt | 16,17 | 16,18 | 18,21.2 | X Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |

# STR TYPING RESULTS

Crime Lab #s: 03-3340
Analyst: (LW)
Date: 23 July 03

| | | D3 | D1/6 | TH01 | | TPOX | CSF | D7 |
|---|---|---|---|---|---|---|---|---|
| 04-57 | 20 P.Sagen | 14,15 | 11 | x | 6 | 8,11 | 11,12 | 10,4 |
| 04-57 | 21 B.Cruising | 16,17 | 11,12 | x,4 | 6,9,3 | 8 | 10 | 10,11 |
| 04-71 | 16 K.Majouik | 15 | 11,12 | x | 6,8 | 8,11 | 12 | 10 |

COPY

## STR TYPING RESULTS

Crime Lab #s: __0303339__
Analyst: __crw__
Date: __18 July 03__

COPY

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2456  Patricia Syren ²⁰ | 14,15 | 14,16 | 23,24 | X | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| 2457  Billy Crutsinger ²¹ | 16,17 | 16,18 | 18,21.2 | XY | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 2471  16  P. Magouirk | 15 | 16,17 | 21,24 | X | 13 | 28,29 | 15,17 | 11 | 11,12 | 10 | |
| | | | | | | | | | | | |

## STR TYPING RESULTS

COPY

Crime Lab #s: 03-3339
Analyst: crw
Date: 18 July 03

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2456 Patricia Syren 20 | 14,15 | 14,16 | 23,24 | X | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| 2457 Billy Crutsinger 21 | 16,17 | 16,18 | 18,21.2 | X,Y | 14 | 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | |
| 2471 16 P. Magouirk | 15 | 16,17 | 21,24 | X | 13 | 28,29 | 15,17 | 11 | 11,12 | 10 | |

## CERTIFICATE OF ANALYSES

**OFFICE OF CHIEF MEDICAL EXAMINER**
**CRIMINALISTICS LABORATORIES**
**200 FELIKS GWOZDZ PLACE**
**FORT WORTH, TEXAS 76104**

**NIZAM PEERWANI, M.D., DABFP**
**CHIEF MEDICAL EXAMINER**
**RONALD L. SINGER, M.S.**
**CRIME LABORATORY DIRECTOR**

## FORENSIC BIOLOGY / DNA LABORATORY

**NAMES:** Patricia Syren
Pearl Magouirk

**CRIME LAB #:** 0303339
**Related Crime Lab #:** 0303340

**OFFENSE:** Homicides

**PRIORITY:** 1

**REQUESTED BY:** Detective John McCaskill
Michele Hartmann – T.C.D.A.

**Fort Worth P. D. Service #:** 03038339

**DATES OF REQUEST:** June 26, July 8 & 16, August 27, 2003

**DATE OF COMPLETION:** September 3, 2003
Previous Report: July 23, 2003

**DNA ANALYST:** Carolyn Van Winkle

**EVIDENCE RECEIVED:**

Received from the Tarrant County Medical Examiner (T.C.M.E.) Morgue on April 15, 2003:

| | |
|---|---|
| 16 (0303340): | Autopsy blood sample (FTA) – Pearl Magouirk |
| 20 (0303339): | Autopsy blood sample (FTA) – Patricia Syren |

Received from the T.C.M.E. Evidence Custodian on June 26, 2003:

| | |
|---|---|
| 19.1 (0303340): | Jeans (autopsy clothing) in a sealed sack |
| 19.3 (0303340): | White top (autopsy clothing) in a sealed sack |
| 19.1 (0303339): | Blue shorts (autopsy clothing) in a sealed sack |
| 19.2 (0303339): | Light gray T-shirt (autopsy clothing) in a sealed sack |

Sealed envelope containing #s 22, 23 & 24:

| | |
|---|---|
| 22.1 (0303339): | Stained wipe in an envelope labeled "sample #1" |
| 22.2 (0303339): | Stained wipe in an envelope labeled "sample #2" |
| 22.3 (0303339): | Stained wipe in an envelope labeled "sample #3" |
| 22.4 (0303339): | Stained wipe in an envelope labeled "sample #4" |
| 22.5 (0303339): | Stained wipe in an envelope labeled "sample #5" |
| 22.6 (0303339): | Stained wipe in an envelope labeled "sample #6" |
| 22.7 (0303339): | Stained wipe in an envelope labeled "sample #7" |
| 22.8 (0303339): | Stained wipe in an envelope labeled "sample #8" |
| 22.9 - 22.16 (0303339): | Eight envelopes labeled "control #1", "control #2", "control #3", "control #4", "control #5", "control #6", "control #7", "control #8" |
| 23.1 (0303339): | Stained wipe in an envelope labeled "sample #11" |
| 23.2 (0303339): | Stained wipe in an envelope labeled "sample #12" |
| 23.3 (0303339): | Stained wipe in an envelope labeled "sample #13" |

| | |
|---|---|
| 23.4 (0303339): | Stained wipe in an envelope labeled "sample #14" |
| 23.5 - 23.8 (0303339): | Four envelopes labeled "control #11", "control #12", "control #13", "control #14" |
| 24.1 (0303339): | Stained wipe in an envelope labeled "sample #23" |
| 24.2 (0303339): | Stained wipe in an envelope labeled "sample #24" |
| 24.3 - 24.4(0303339): | Two envelopes labeled "control #23" and "control #24" |

Sealed sack containing # 25 from vehicle:

| | |
|---|---|
| 25.1 (0303339): | Swab in a sealed envelope labeled "item #1" |
| 25.2 (0303339): | Swab in a sealed envelope labeled "item #2" |
| 25.3 (0303339): | Swab in a sealed envelope labeled "item #3" |
| 25.4 (0303339): | Swab in a sealed envelope labeled "item #4" |
| 25.5 (0303339): | Swab in a sealed envelope labeled "item #5" |
| 25.6 (0303339): | Swab in a sealed envelope labeled "item #6" |
| 25.7 (0303339): | Swab in a sealed envelope labeled "item #7" |
| 25.8 (0303339): | Swab in a sealed envelope labeled "item #8" |
| 25.9 (0303339): | Swab in a sealed envelope labeled "item #9" |
| 25.10 (0303339): | Swab in a sealed envelope labeled "item #10" |
| 25.11 (0303339): | Swab in a sealed envelope labeled "item #11" |
| 25.12 (0303339): | Swab in a sealed envelope labeled "item #12" |
| 25.13 (0303339): | Swab in a sealed envelope labeled "item #13" |
| 25.14 (0303339): | Swab in a sealed envelope labeled "item #14" |
| 25.15 (0303339): | Swab in a sealed envelope labeled "item #15" |
| 25.16 (0303339): | Swab in a sealed envelope labeled "item #16" |
| 25.17 (0303339): | Swab in a sealed envelope labeled "item #17" |
| 25.18 (0303339): | Swab in a sealed envelope labeled "item #18 control" |
| 25.19 (0303339): | Portion of seat belt in a sealed sack labeled "item #19…" |

Sealed box containing #s 26 - 31clothing:

| | |
|---|---|
| 26 (0303339): | Sealed sack labeled "#1" |
| 27 (0303339): | Denim shirt in a sealed sack labeled "#2" |
| 28 (0303339): | Gray T-shirt in a sealed sack labeled "#3" |
| 29 (0303339): | Sealed sack labeled "#4" |
| 30 (0303339): | "Wrangler" jeans in a sealed sack labeled "#5" |
| 31 (0303339): | Sealed sack labeled "#6" |
| 32 (0303339): | Bent knife blade in a sealed envelope |

Obtained by Carolyn Van Winkle on July 8, 2003 in the presence of Detective John McCaskill:

| | |
|---|---|
| 33 (0303339): | Swabs (2) from tile in sack labeled "Item 17A" |

Received from the T.C.M.E. Evidence Custodian on July 17, 2003:

| | |
|---|---|
| 51 (0303339): | Watch inside sealed sacks / bags |

Received from Detective John McCaskill on August 27, 2003:

| | |
|---|---|
| 52: (0303339): | Swabs (2) in a sealed envelope labeled "…Crutsinger, Billy …. 8-27-03…" |

CL#: 0303339 / 0303340
September 3, 2003
Page 3

**RESULTS:**

Presumptive testing for blood was positive on items 19.1 (0303340) jeans, 19.3 (0303340) top, 19.1 (0303339) shorts, 19.2 (0303339) T-shirt, 22.1 - 22.6, 22.9 wipes, 23.1 - 23.4 wipes, 24.2 wipe, 25.6, 25.7, 25.9, & 25.10 swabs, 27 shirt, 28 T-shirt, 30 jeans, and 32 knife.

Testing for the presence of human blood was positive on items 22.7, 22.8, 24.1 wipes, 25.8 swab, 25.19 seat belt, $27T_3$ & $27_4$ shirt, $30T_2$ & $30T_3$ jeans and 33 tile swab.

Blood was not detected on item 51 watch.

No analysis was conducted on items 22.10 - 22.16, 23.5 - 23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.18, 26, 29, and 31.

Human DNA was recovered and quantified from the following items:
  CL# 0303340:  $19.1T_1$ jeans, $19.3T_1$ top & 16 Pearl Magouirk's autopsy blood
  CL# 0303339:  $19.1T_1$ shorts, $19.1T_2$ shorts, $19.2T_1$ T-shirt, 20 Patricia Syren's autopsy blood, 52 Billy Crutsinger's swabs, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_4$ shirt stains, $27T_5$ shirt neck swabbing, $30T_1$ & $30T_2$ jean cutoffs pocket stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, 32 knife blade, and 33 tile stain.

The recovered DNA was characterized through Polymerase Chain Reaction (PCR) with analysis of the Amelogenin locus for sex determination and the following Short Tandem Repeat (STR) loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820.

Items from CL# 0303340: $19.1T_1$ jeans & 16 Pearl Magouirk's autopsy blood and CL# 0303339: $19.1T_1$ shorts, 20 Patricia Syren's autopsy blood, 52 Billy Crutsinger's swabs, $27T_4$ shirt stains, $30T_1$ & $30T_2$ jean cutoffs pocket stains were also characterized at the additional STR loci: D16S539, THO1, TPOX, and CSF1PO.

**CONCLUSIONS:**

A single male DNA profile that matches the DNA profile obtained from Billy Crutsinger (item 52) was obtained from each of the following items:

  CL# 0303340:  $19.1T_1$ Pearl Magouirk's jeans
  CL# 0303339:  $19.1T_1$ Patricia Syren's shorts, $19.2T_1$ Patricia Syren's T-shirt, 22.7 drawer, 22.8 garage, 24.1 dishwasher, 25.8 steering wheel, 25.19 seat belt, $27T_1$- $27T_3$ shirt stains, $30T_3$, $30T_4$ & $30T_6$ jean cutoffs stains, and 33 tile stain.

CL#: 0303339 / 0303340
September 3, 2003
Page 4

A single female DNA profile that matches the DNA profile obtained from Patricia Syren (item 20) was obtained from items $19.3T_1$ (0303340) Pearl Magouirk's top, $19.1T_2$ (0303339) Patricia Syren's shorts, and 32 knife blade (0303339).

The DNA profile obtained from the denim shirt left front pocket stain, item $27T_4$, is a mixture of DNA from at least two female contributors which correspond to alleles originating from both Patricia Syren (item 20) and Pearl Magouirk (item 16).   Billy Crutsinger (item 52) is excluded as a contributor of this DNA.

The DNA profile obtained from the denim shirt collar, item $27T_5$, is a mixture of DNA from at least two contributors.  The major male DNA profile matches the DNA profile obtained from Billy Crutsinger (item 52).  Minor DNA alleles detected at the loci D3S1358, vWA , D21S11, and D13S317 were consistent with having originated from Patricia Syren (item 20).  A single minor DNA allele at the locus D8S1179 could not have originated from Patricia Syren, Billy Crutsinger, or Pearl Magouirk.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_1$, is a mixture of DNA from more than two contributors.   Male DNA was detected.  This mixed DNA profile is consistent with having originated from Pearl Magouirk (item 16), Patricia Syren (item 20),  and Billy Crutsinger (item 52).  Results at the D18S51 locus were inconclusive.

The DNA profile obtained from the jean cutoffs pocket stain, item $30T_2$, is a mixture of DNA from at least two contributors.  Male DNA was detected.  Alleles that correspond to those of Billy Crutsinger (item 52) were detected at all thirteen loci.  Although additional alleles detected at the loci D3S1358, and TPOX correspond to those of Patricia Syren, results at the loci FGA, D8S1179, D21S11 and CSF1PO were inconclusive.

## STATISTICAL DATA

The probability of selecting an unrelated individual having the same DNA profile as that obtained from items CL# 0303340: $19.1T_1$ Pearle Magouirk's jeans and CL# 0303339: $19.1T_1$ Patricia Syren's shorts (which each match Billy Crutisnger's DNA profile) is approximately:

| | | | |
|---|---|---|---|
| 1 | in | 86,600,000,000,000 | in Caucasians |
| 1 | in | 1,790,000,000,000,000 | in African Americans |
| 1 | in | 243,000,000,000,000 | in Southwest Hispanics |

Based on the DNA data obtained from the denim shirt left front pocket stain, item $27T_4$,  [which is consistent with having originated from both Patricia Syren (item 20) and Pearl Magouirk (item 16)],  it is expected that at least 99.99% of unrelated individuals in each of the Caucasian, African American, and  Hispanic populations are excluded as  possible contributors to this mixture.

86   Trillion
1.7   Cenadrillion
243   Trillion

CL#: 0303339 / 0303340
September 3, 2003
Page 5

Based on the DNA data obtained from the jean cutoffs pocket stain, item $30T_1$, [which is consistent with having originated from Patricia Syren (item 20), Pearl Magouirk (item 16), and Billy Crutsinger (item 52)], it is expected that at least 99.8% of unrelated individuals in each of the Caucasian, African American, and Hispanic populations are excluded as possible contributors to this mixture.


## CODIS ENTRY:

The DNA profile obtained from item CL# 0303340: $19.1T_1$ jeans will be entered into the COmbined DNA Index System (CODIS), where it will be searched against casework databases (local, state, and national) and convicted offender databases (state and national). In the event of any significant matches, your agency will be notified.


## DISPOSITION OF EVIDENCE:

| | |
|---|---|
| Biology / DNA laboratory: | CL#: (0303340) Items $19.1T_2$ & $19.3T_2$ |
| | CL#: (0303339) Items  22.1 - 22.6, 23.1 - 23.4, 24.2, 25.6, 25.7, 25.9, 25.10, $28T_1$ - $28T_3$ & $30T_5$ |
| | |
| | Remaining items CL# 0303340: $19.1T_1$, $19.3T_1$, & 16 |
| | CL# 0303339:   $19.1T_1$, $19.1T_2$ , $19.2T_1$, 20, 22.7, 22.8, 24.1, 25.8, 25.19, $27T_1$- $27T_5$, $30T_1$ -$30T_4$, $30T_6$, 32,  33 & 52 |
| | |
| TCME Evidence Custodian: | CL#: (0303340):  Items 19.1 & 19.3 |
| | CL#: (0303339):  Items 19.1, 19.2, 22.9 - 22.16, 23.5 -23.8, 24.3 - 24.4, 25.1 - 25.5, 25.11 - 25.19, 26 - 31 & 51 |
| | Packaging only Items  22.1 - 22.8, 24.1, 23.1 - 23.4,  24.2 & 52 |


For additional inquiries or requests, please contact the DNA laboratory at 817-212-7026.


DNA ANALYST:   Carolyn Van Winkle, M.S.          *Carolyn Van Winkle*

APPROVED BY:   Ronald L. Singer, M.S.

# TARRANT COUNTY MEDICAL EXAMINER'S OFFICE
# SEROLOGY

## SEMEN / SALIVA DATA SHEET

Crime lab Number(s): __0303340__

Analyst: __cw__

| ITEM #/DESCRIPTION | | AP | Sperm | P30 (ABA) | Amylase | LMG |
|---|---|---|---|---|---|---|
| #18 $AK containing sealed items: | Date: 9|8|03 | | 9|8|03 | | | |
| 18.1 | Vaginal Smear | | ∅ | | | |
| 18.2 | Oval Smear | | ∅ | | | |
| 18.3 | Anal smear | | ∅ | | | |
| 18.4 | Vaginal swabs (6) | ∅ (x6) | | | | |
| 18.5 | Oval swabs (4) | ∅ (x4) | | | | |
| 18.6 | Anal swabs (4) | ∅ (x4) | | | | |
| 18.7 | Peri anal swabs | ∅ (x2) | | | | |
| 18.8 | Pulled scalp hair | | | | | |
| 18.9 | Combed Pubic hair | | | | | |
| 18.10 | Pulled Pubic hair | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

DISPOSITION: __#18.8 — 18.10   unopened__

# TARRANT COUNTY MEDICAL EXAMINER'S OFFICE
## SEROLOGY Q.C. DATA AND RESULTS

Crime lab Number(s): _0303340_

_____

_____

Analyst: _Clw_

## LOT NUMBERS /CONTROL RESULTS

Semen AP: (+) _4_ (-) _∅_ Date: _5-6-03_  Seri lot#: _1521_ Exp. _1003_

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

P30: _____  _____ Date: _____  ABA lot#: _____  _____

_____  _____  _____  _____  _____

Blood LMG: (+)_____ (-)_____ Date: _____  lot#: _____

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

Anti-human: (+)_____ (-)_____ Date: _____  ABA lot#: _____ Exp. _____

_____  _____  _____  _____  _____

_____  _____  _____  _____  _____

Ouchterlony: (+)_____ (-)_____ Date: _____  lot#: _____ Exp. _____

Luminol: (+)_____ (-)_____ Date: _____ Prep. Date: _____ Exp. _____

_____  _____  _____  _____  _____

Saliva amylase:  Date: _____ Buffer lot#: _____ Exp. _____

   1:100 (+)_____mm   (-)_____mm

   1:500 (+)_____mm

0303340

7 July 03

Crw

Rec'd 26 June 03    # s 19.1 & 19.3
            from G. Dill

#s 19.1 & 19.3 in separate sacks packaged inside
          large sealed G.P.S. / additional clothing items # 19
          NOT Received

# 19.1 —

Sealed G.p.s. Containing

    elastic waist short jeans        52 "16 A   Hatband for Her"

ie Capri length

        blood soaked



LMG: pos

T₁  ~2mm
    stain
    frozen

T₂ ~3mm
    stain
    frozen

" L side "

# 19.3 —
      sealed G.p.s Containing
White short sleeve top   " Club USA... "
        blood soaked

        LMG: pos

    T₁ & T₂

                                        Defects

                                            T₂

T₁  ~5mm
    frozen



0303340 04/09/

0303340 04/09/

030 3340
(cw)

Drops
on
Pearl
s/ on White Tshirt
lower back

# TARRANT COUNTY MEDICAL EXAMINER'S OFFICE
## SEROLOGY Q.C. DATA AND RESULTS

Crime lab Number(s): 030 3340

_____

_____

Analyst: CW

## LOT NUMBERS /CONTROL RESULTS

Semen AP: (+) 4 (-) 0  Date: 9.8-03   Seri lot#: 1521  Exp. 1003

_____

_____

P30: _____ _____ Date: _____ ABA lot#: _____ _____

_____

Blood LMG: (+) + (-) 0  Date: 7-7-03   lot#: 121702CLP
            + 0   7-8-03        121702UP
            + 0   7-18-03       121702UP

Anti-human: (+) + (-) 0  Date: 7-23-03  ABA lot#: 33221202  Exp. June 2004

_____

_____

Ouchterlony: (+)____ (-)____ Date: _____ lot#: _____ Exp. _____

_____

Luminol:  (+)____ (-)____ Date: _____ Prep. Date: _____ Exp. _____

_____

Saliva amylase:         Date: _____ Buffer lot#: _____ Exp. _____
    1:100 (+)____mm   (-)____mm
    1:500 (+)____mm

# OFFICE OF THE CHIEF MEDICAL EXAMINER
## TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
### 200 FELIKS GWOZDZ PLACE
### FORT WORTH, TEXAS 76104-4949
### 817-920-5700   FAX 817-920-5713
## CHAIN OF CUSTODY FORM


COPY

Date of Submission: 8-28-03
Date of Offense: 4-8-03
Crime Lab Number:
ME Number: 0303340 & 0303339

Offense Number: 03038339
Type of Offense: Cap. Murder
Victim: Syren, Patricia / Magavirk, Pearl
Suspect(s): Crutsinger, Billy

Agency, Address & Phone Number:
FWPD 350 W. Belknap St., FW Tx 76102
817-847-8225 for TCDA's Office

Contact Name & Phone Number:
Det. John McCaskill for Michelle
Hartmann, ADA

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 18.1 & 18.4 |  | Vaginal swabs and smear from Pearl Magovirk |
| 18.1 & 18.2 |  | Oral " " " " |
| 18.3 & 18.6 |  | Anal " " " " |
| 18.7 |  | Perianal swabs from Pearl Magovirk |
| 18.9 |  | Combed pubic hair " " |
| 18.8 & 18.10 |  | Pulled " " " " |
| 18.8 |  | Pulled scalp hair " " |
| 18.7 & 18.4 |  | Vaginal swabs and smear from Patricia Syren |
| 18.6 & 18.3 |  | Oral " " " " |
| 18.8 & 18.5 |  | Anal " " " " |
| 18.9 |  | Perianal swabs from Patricia Syren |
| 18.11 |  | Combed Pubic hair " " |

0303340 cw

0303339 cw
(see page 2 for chain up to)

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
|  | 8-28/0935 0940 | Print John McCaskill  Sign John S. McCaskill | Print Traci Wilson  Sign Traci Wilson |
| 18.1 - 18.9 303340 18.10 | 8.28.03 1050 | Print T. Wilson  Sign T. Wilson | Print C. VanWinkle  Sign C. VanWinkle |
| #303340 18.1-18.9 18.10 | 9/8/03 1420 | Print C. VanWinkle  Sign C. VanWinkle | Print RG  Sign |
| #303339 18.3-18.2 | 9/8/03 1420 | Print C. VanWinkle  Sign C. VanWinkle | Print RG  Sign |
|  |  | Print  Sign | Print  Sign |
|  |  | Print  Sign | Print  Sign |
|  |  | Print  Sign | Print  Sign |

## OFFICE OF THE CHIEF MEDICAL EXAMINER
### TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
### 200 FELIKS GWOZDZ PLACE
### FORT WORTH, TEXAS 76104-4949
### 817-920-5700   FAX 817-920-5713
### CHAIN OF CUSTODY FORM

—Page 2  COPY

Date of Submission: _8-28-03_  
Date of Offense: _4-8-03_  
Crime Lab Number: _0303339 (cw)_  
ME Number: _____  
Agency, Address & Phone Number:  
_FWPD  350 w. Belknap St. FW Tx. 76102_  
_817-877-8225 for TCDA's Office_

Offense Number: _0303339_  
Type of Offense: _Cap. Murder_  
Victim: _Syren, Patricia / Magovick, Pearl_  
Suspect(s): _Crutsinger, Billy_  
Contact Name & Phone Number:  
_Det. John McCaskill for Michelle_  
_Hartman, ADA_

| Exhibit # | Quantity | Description of Articles |
|---|---|---|
| 18.10 | | Pulled Pubic hair from Patricia Syren      ) 0303339 |
| 18.12 | | Pulled scalp hair      "      "                         cw |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
| | 8-27-03 0940 | Print John McCaskill  Sign _John T. McCaskill_ | Print Traci Wilson  Sign _Traci Wilson_ |
| 18.3 - 18.12 | 8-28-03 1050 | Print Traci Wilson  Sign _T. Wilson_ | Print C. VanWinkle  Sign _C. VanWinkle_ |
| 18.3-18.12 | 9/8/03 1420 | Print C. VanWinkle  Sign _C. VanWinkle_ | Print RG5  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |

COPY

OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE - FORT WORTH, TX  76104-4919
817-920-5700   FAX:  817-5713

## Chain of Custody Form

Date of Submission __27 Aug 03__          T.C.M.E . Number __03 03339__

Offense Number __03038339__               Victim Name __Patricia Syren__

Type of Offense __Homicides__             Suspect (s) __Billy Crutsinger__

Date of Offense _____                Contact Name & Phone Number:

Agency & Address:                         __Det. John McCaskill for Michelle__

__FWPD, 350 W. Belknap St.,__             __Hartmann, DA's Office__

__Ft. Worth, Tx. 76102__

| Exhibit # (TCME Use Only) | Quantity | Description of Articles |
|---|---|---|
| 52 | 1 | Buccal Swab Kit from Billy J. Crutsinger |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Exhibit # (s) (TCME Use Only) | Date / Time | Relinquished By: | Received By: |
|---|---|---|---|
| 52 | 8-27-03 0948 | Print: John McCaskill  Sign: John McCaskill | Print: C. VanWinkle  Sign: C. VanWinkle |
| 52 Packaging | 9/3/03 1339 | Print: C. Van Winkle  Sign: C. VanWinkle | Print: RG y--all  Sign: |
| | | Print:  Sign: | Print:  Sign: |
| | | Print:  Sign: | Print:  Sign: |
| | | Print:  Sign: | Print:  Sign: |
| | | Print:  Sign: | Print:  Sign: |
| | | Print:  Sign: | Print:  Sign: |

**REQUESTS:** _____

_____

**OFFICE OF THE CHIEF MEDICAL EXAMINER**
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT
200 FELIKS GWOZDZ PLACE
FORT WORTH, TEXAS 76104-4949
817-920-5700   FAX 817-920-5713
**CHAIN OF CUSTODY FORM**

Date of Submission: 8-28-03                    Offense Number: 03038339
Date of Offense: 4-8-03                        Type of Offense: Cap. Murder
Crime Lab Number:                              Victim: Syren, Patricia / Magovirk, Pearl
ME Number: 0303340  & 0303339  (cw)            Suspect(s): Crutsinger, Billy
Agency, Address & Phone Number:
FWPD 350 W. Belknap St., FW Tx 76102           Contact Name & Phone Number:
817-847-8225 for TCDA's Office                 Det. John McCaskill for Michelle
                                               Hartmann, ADA

| Exhibit # | Quantity | Description of Articles | |
|---|---|---|---|
| 18.1 & 18.4 | few | Vaginal swabs and smear from Pearl Magovirk | |
| 18.1 & 18.2 | | Oral  "    "    "    "    "    " | |
| 18.3 & 18.6 | | Anal  "    "    "    "    "    " | 0303340 cw |
| 18.7 | | Perianal swabs from Pearl Magovirk | |
| 18.9 | | Combed pubic hair  " | |
| 18.8 & 18.10 | | Pulled  "    "    "    " | |
| 18.8 | | Pulled scalp hair  "    "    " | |
| 18.7 & 18.4 | | Vaginal swabs and smear from Patricia Syren | |
| 18.6 & 18.3 | | Oral  "    "    "    "    "    "    " | |
| 18.8 & 18.5 | | Anal  "    "    "    "    "    " | 0303339 cw |
| 18.9 | | Perianal swabs from Patricia Syren | |
| 18.11 | | Combed Pubic hair  "    "    " | |

| Exhibit # | Date / Time | Relinquished By | Received By |
|---|---|---|---|
| | 8-28/0935 0940 | Print John McCaskill  Sign John J. McC | Print Traci Wilson  Sign Traci Wilson |
| 18.1 - 18.9 18.10 | 8-28-03 1050 | Print T. Wilson  Sign T. Wilson | Print C. VanWinkle  Sign C. VanWinkle |
| 18.1 - 18.9 18.10 | 9/8/03 1420 | Print C. VanWinkle  Sign C. VanWinkle | Print  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |
| | | Print  Sign | Print  Sign |

BLOOD SWATCHES

0303340
cw

| M. E. Number | Drs. Int. | Date | For Laboratory Use |
|---|---|---|---|
| 0303313 | | | |
| 0303315 | | | |
| 0303323 | | | |
| 0303326 | | | |
| 0303328 | | | |
| ●03337 | | | |
| 0303339  0303338 | | | −retained frozen 6/26/03 cw |
| 0303340 | | | −retained frozen 6/26/03 cw |
| 0303341 | | | |
| 0303351 | | | |
| 0303389 | | | |
| 0303401 | | | |
| 0303404 | | | |
| ●03407 | | | |
| 0303430 | | | |
| 0303436 | | | |
| 0303438 | | | |
| 0303439 | | | |
| 0303440 | | | |

eived By: _____ CYP _____

e: _____ 4-15-03 _____

# DNA EXTRACTION WORKSHEET

Date(s) started:     K 7-9-03

                  Q 7-10-03

Analyst:       Cuw

Crime Lab #(s):     0303340

Quantitation:     Amplification(s):    Co:

                                PP

| Amp # | Sample Information | Quant. | ng/µl | µl DNA | µl H2O | µl DNA | µl H2O |
|-------|-------------------|--------|-------|--------|--------|--------|--------|
| 2469 2446 cw | 19.1 T₁ jeans | 5.0 | 2.5 | 0.2 | 9.8 | 0.3 | 9.7 |
| | | | | | | | |
| | | | | | | | |
| 2470 2447 cw | 19.3 T₁ Top | 4.0 | 2.0 | 0.25 | 9.75 | | |
| | | | | | | | |
| | | | | | | | |
| 2471 2448 cw | 16 Pearl Magouirk G.s. | 2.5 | 1.25 | 0.4 | 9.6 | 0.35 | 9.65 |
| | 1:10 | ~2.0 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2430 | Q Ext Cont | ∅ | | | | | |
| 2432 | K Ext Cont | ∅ | | | | | |
| | | | | | | | |

Organic Extraction:    ✓   Q

Chelex Extraction:    ✓   K

Extract Disposition: _____

_____

Comments: _____

_____

_____

# DNA QUANTITATION RESULTS

**Crime Lab #(s):** 010679T
011866T
0305136
0305837
0305330
0303339
0303340

**Analyst:** 7-1-03
**Date:** CLP / CVM
**Sample volumes:** 2uh

|   | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **A** | 10 ng | Calibrator 1 – 3.5 ng | 010679T 26 | → 30 | 0303339 20 | 0305330 1.4 |
| **B** | 5 ng | Calibrator 2 – 0.5 ng | 26 1:10 | 30 1:10 | 20 1:10 | 1.4 1:10 |
| **C** | 2.5 ng |  | 27 | 0305136 8.9 | 21 | 8 |
| **D** | 1.25 ng | 011866T K1 | 27 1:10 | 89 1:10 | 21 1:10 | 8 1:10 |
| **E** | 0.62 ng | K1 1:10 | 28 | 9 | 0303340 16 |  |
| **F** | 0.31 ng | K2 | 28 1:10 | 9 1:10 | 16 1:10 |  |
| **G** | 0.15 ng | K2 1:10 | 29 | 0305837 12 | → 13 |  |
| **H** | 0 ng |  | 29 1:10 | 12 1:10 | 13 1:10 | K. Extctrl |

## LUMIGRAPH



# DNA QUANTITATION RESULTS

**Analyst:** _7-1-03_
**Date:** _CLP / CVW_
**Sample volumes:** _2uh_

**Crime Lab #(s):** O10679T
O11866T
0305136
0305837
0305330
0303339
0303340

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **A** | 10 ng | Calibrator 1 – 3.5 ng | O10679T 26 | → 30 | 0303339 20 | 0305330 1.4 |
| **B** | 5 ng | Calibrator 2 – 0.5 ng | 26 1:10 | 30 1:10 | 20 1:10 | 1.4 1:10 |
| **C** | 2.5 ng | | 27 | 0305136 8.9 | 21 | 8 |
| **D** | 1.25 ng | O11866T R1 | 27 1:10 | 89 1:10 | 21 1:10 | 8 1:10 |
| **E** | 0.62 ng | R1 1:10 | 28 | 9 | 0303340 16 | |
| **F** | 0.31 ng | R2 | 28 1:10 | 9 1:10 | 16 1:10 | |
| **G** | 0.15 ng | R2 1:10 | 29 | 0305837 12 → | 13 | |
| **H** | 0 ng | | 29 1:10 | 12 1:10 | 13 1:10 | K.Extct1 |

## LUMIGRAPH

## A QUANTITATION CHART

Analyst: _(vu)_

Date: _15 July 03_

Sample volumes: _2 μL_

Crime Lab #(s):  
0305804    0305330  
0305806    0303329  
0203115    0303340  
0305136  
0305837

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 10 ng | Calibrator 1 – 3.5 ng | 0305136 7 Ec1 | 0305330 1.1 EC1 | 0305837 3 EC1 | 0303339 19.1 T₁ | 22.8 | 32 | 27T₃ | 30T₃ | 0303340 19.7T₁ | |
| B | 5 ng | Calibrator 2 – 0.5 ng | 7EC1 (1:10) | 1.1 EC1 (1:10) | 3 EC1 (1:10) | 19.1 T₁ (1:10) | 22.8 1:10 | 32 (1:10) | 27T₃ (1:10) | 30T₃ (1:10) | 19.3 T₁ | |
| C | 2.5 ng | | 7EC2 | 1.1 EC1 (1:100) | 3 EC1 (1:100) | 19. T₂ | 24.1 | 33 | 27T4 | 30T4 | | |
| D | 1.25 ng | 0305806 1 | 7 SP | 1.1 EC2 | 3 EC2 | 19. T₂ (1:10) | 24.1 (1:10) | 33 (1:10) | 27T4 (1:10) | 30T4 (1:10) | | EC1 Ext+Cl. |
| E | 0.62 ng | 0305804 1 | 7 SP (1:10) | 1.1 SP | 3 SP | 19.2 | 25.8 | 27T₁ | 27T₅ | 30T6 | | EC2 R+Cl. |
| F | 0.31 ng | 1 (1:10) | | | 2 EC1 | 19.2 (1:10) | 25.8 (1:10) | 27T₁ (1:10) | 30T₁ | | | Sp Ext+Cl. |
| G | 0.15 ng | 0203115 48 | 0306033 1.1 T₁ | 0305837 8 | 2 EC2 | 22.7 | 25.19 | 27T₂ | 30T₁ (1:10) | | | Q Ext+Cl. aix |
| H | 0 ng | 48 (1:10) | 1.2 T₁ | | 2 SP | 22.7 (1:10) | | 27T₂ (1:10) 30T₂ | | | | Q Ext+Cl. org |

3340
0306799
(uw)
@vw
15 July 03



7-15-03

03 03340
crw
15 July 03



7-15-03

# AMPLIFICATION AND
# SAMPLE WELL POSITION WORKSHEET

Date of amplification: _15 July 03_  Crime Lab #(s):  0203115  0303339
Analyst: _Cw_  0306033  0303340
  0305804  0305330
Profiler Plus: ✓  0305806  0305832
COfiler: ___  0106797  0305136
  0118667

**Master Mix:**
  _598.5_ µL Reaction Mix (# samples X 10.5 µL reaction mix)
  _28.5_ µL Taq Gold DNA Polymerase (# samples X 0.5 µL Taq)
  _313.5_ µL Primer Set (# samples X 5.5 µL)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Thermocycler 2400   Front

| 2426 | 2427A | 2427B | 2428 | 2429 | 2430 | 2431 | 2432 | 2433 | 2434 | 2435 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 2436 | 2437 | 2438 | 2439 | 2440 | 2441 | 2442 | 2443 | 2444 | 2445 | |
| | | | | | | | | | | |
| 2446 | 2477 | 2448 | 2449 | 2450 | 2451 | 2452 | 2453 | 2454 | 2455 | |
| 2426 | 2477 | 2478 | 2479 | 2480 | 2481 | | | | | |
| 2482 | 2457 | 2458 Cw | 2459 | 2460 | 2461 | 2462 | 2463 | 2464 | 2465 | |
| 2466 | 2467 (9947A) | 2468 (∅ Amp) | 2469 | 2470 | 2471 | 2472 | 2473 | 2474 | 2475 | |

Thermocycler 9700   Front

# AMPLIFICATION AND
# SAMPLE WELL POSITION WORKSHEET

Date of amplification: _21 July 03_     Crime Lab #(s):

Analyst: _Cuu_

| | |
|---|---|
| 030004T | 0303339 |
| 0203115 | 0303340 |
| 0300033 | 0305330 |
| 0305804 | 0305136 |
| 0305806 | |

Profiler Plus: ✓
COfiler: ✓

Master Mix:

PP  50

84.0  _294.0_  µL Reaction Mix (# samples X 10.5 µL reaction mix)

9.0  _14.0_  µL Taq Gold DNA Polymerase (# samples X 0.5 µL Taq)

44  _154.0_  µL Primer Set (# samples X 5.5 µL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Thermocycler 2400                         Front

| 2451 R PP | 2452 R PP | 2482 PP | 2483 PP | 2484 PP | 2485 PP | | 2486 PP 9947A | 2487 PP Ø Amp | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 2382 Co | | 2426 Co | 2427A Co | 2421B Co | 2428 Co | 2429 Co | | 2430 | 2431 | 2432 |
| | | | | | | | | | | |
| 2436 Co | 2449 Co | 2451 Co | 2452 Co | 2456 Co | 2457 Co | 2460 Co | 2462 Co | 2461 Co | 2469 Co | 2471 Co |
| | | | | | | | | | | |
| 2463 Co | 2464 Co | 2465 Co | 2466 Co | | (9947A) 2467 Co Cw | Ø Amp 2468 Co | | 2479 Co | 2481 Co | |
| | | | | | | | | | | |

Thermocycler 9700                         Front

# REAGENT LOG

**Analyst:** _Cw_    **Crime Lab Case #:** _0303340_
**Date:** _July03_

| Reagent | Lot # / Exp date |
|---|---|
| Extraction Buffer | 042303clp |
| TE⁻⁴ | 123002clp |
| 4M DTT | 071902cvw |
| Proteinase K | 061003clp/0304 |
| Phenol:Chloroform:Isoamyl | 1148557 |
| QuantiBlot kit | E01526 / 022904 |
| Hydrogen peroxide | 022925 |
| Chromogen | D01378 / 033104 |
| Biodyne B | 100141 |
| Profiler Plus kit | 0211060 / 112203 |
| COfiler kit | 0211043 / 112003 |
| GS 500 Rox | 36095711131 |
| Formamide | 0212196 |
| 310 Buffer | 0111125 |
| POP-4 | 0303098 / 082803 |
| 310 Capillary | MCV04A |
| Dye Primer Matrix Standard | 0302054 |

# Statistics Report

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Single Sample
Specimen ID: 0303340-19.1T1 & 0303339 - 14.1
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 1

| Probe | Allele | Allele +/- Minimum | Maximum | CAU | Allele Frequency BLK | SEH |
|---|---|---|---|---|---|---|
| D3S1358 | 16 | | | 2.3150E-01 | 3.0710E-01 | 2.4610E-01 |
| D3S1358 | 17 | | | 2.1180E-01 | 2.0000E-01 | 1.6230E-01 |
| vWA | 16 | | | 2.0150E-01 | 2.6940E-01 | 2.6880E-01 |
| vWA | 18 | | | 2.2190E-01 | 1.3610E-01 | 1.8750E-01 |
| FGA | 18 | | | 3.0600E-02 | 1.3900E-02 | 1.3100E-02 |
| FGA | 21.2 | | | 1.2800E-02 | 1.3900E-02 | 1.3100E-02 |
| D8S1179 | 14 | | | 2.0150E-01 | 3.3330E-01 | 2.1200E-01 |
| D21S11 | 28 | | | 1.6580E-01 | 2.1510E-01 | 1.2570E-01 |
| D21S11 | 30 | | | 2.3210E-01 | 1.7880E-01 | 2.3820E-01 |
| D18S51 | 14 | | | 1.7350E-01 | 6.3900E-02 | 1.3090E-01 |
| D18S51 | 15 | | | 1.2760E-01 | 1.6670E-01 | 1.9110E-01 |
| D5S818 | 11 | | | 4.1030E-01 | 2.6110E-01 | 3.9380E-01 |
| D5S818 | 12 | | | 3.5390E-01 | 3.5560E-01 | 3.1670E-01 |
| D13S317 | 12 | | | 3.0870E-01 | 4.8320E-01 | 2.2920E-01 |
| D13S317 | 13 | | | 1.0970E-01 | 1.2570E-01 | 1.0830E-01 |
| D7S820 | 10 | | | 2.9060E-01 | 3.2380E-01 | 2.6670E-01 |
| D7S820 | 11 | | | 2.0200E-01 | 2.2380E-01 | 2.2710E-01 |
| CSF1PO | 10 | | | 2.5370E-01 | 2.7140E-01 | 2.5420E-01 |
| TPOX | 8 | | | 5.4430E-01 | 3.6840E-01 | 5.0630E-01 |
| TH01 | 6 | | | 2.2660E-01 | 1.0950E-01 | 2.1250E-01 |
| TH01 | 9.3 | | | 3.0540E-01 | 1.0480E-01 | 2.3540E-01 |
| D16S539 | 11 | | | 2.7230E-01 | 2.9430E-01 | 2.8130E-01 |
| D16S539 | 12 | | | 3.3910E-01 | 1.8660E-01 | 2.5420E-01 |

**SWH**

2.6560E-01
1.2680E-01
3.5960E-01
1.9460E-01
1.2300E-02
1.2300E-02
2.4630E-01
6.9000E-02
3.3010E-01
1.7000E-01
1.3790E-01
4.2120E-01
2.9060E-01
2.1680E-01
1.3790E-01
3.0620E-01
2.8950E-01
2.5360E-01
5.5500E-01
2.3210E-01

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Single Sample
Specimen ID: 0303340-19.1T1 & 0303339-19.1
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 2

2.4160E-01
3.1490E-01
2.8610E-01

NRC 96 Formula used

CAU frequency = 1 in 866,600,000,000,000
BLK frequency = 1 in 17,980,000,000,000,000
SEH frequency = 1 in 7,013,000,000,000,000
SWH frequency = 1 in 2,435,000,000,000,000

# BIOLOGY TECHNICAL PEER REVIEW

Date of Completion: _8 Sept 03_   Crime Lab #: _030334U_

Primary Analyst: _Cun_   Reviewer: _CW_

|  | YES | NO* | N/A | |
|---|---|---|---|---|
| | | | | **REPORT** |
| 1. | ✓ | — | — | Have the requested examinations been addressed? |
| 2. | ✓ | — | — | Are the results clearly communicated? |
| | | | | **ADMINISTRATIVE REVIEW** |
| 3. | ✓ | — | — | Is the report correct editorially and typographically? |
| 4. | ✓ | — | — | Is the general format of the report consistent with laboratory policy? |
| | | | | **SUPPORTING DOCUMENTATION** |
| 5. | ✓ | — | — | Is the evidence adequately described? |
| 6. | ✓ | — | — | Are the case number and analyst's initials on all pages? |
| 7. | ✓ | — | — | Does the documentation support the examinations conducted? |
| 8. | ✓ | — | — | Is the chain of custody current and properly documented? |
| | | | | **RESULTS and CONCLUSIONS** |
| 9. | ✓ | — | — | Were standards and/or controls used and adequately documented? |
| 10. | ✓ | — | — | Do the tests performed conform to accepted techniques? |
| 11. | ✓ | — | — | Were conclusions fully supported by the data? |
| 12. | ✓ | — | — | Are conclusions reasonable and acceptable by peers within this discipline? |

*Comments Required: _____

_____

_____

All data pertaining to this laboratory report was reviewed and the interpretation of this data was agreed upon.

Signature of technical peer reviewer: _Constance Patton_   Date: _9-9-03_

# STR TECHNICAL PEER REVIEW

Date of Completion: _Z3 July 03_     Crime Lab #: ____0303339 / 0303340____

Primary Analyst: _____Crw_____     Reviewer: _____CWP_____

|  | YES | NO* | N/A | STR DATA ANALYSIS REVIEW |
|---|---|---|---|---|
| 1. | ✓ | ___ | ___ | Have the GeneScan data been re-analyzed including the GS-500 ROX range and 250 peak? |
| 2. | ✓ | ___ | ___ | Have the GenoTyper data been re-analyzed? |
| 3. | ✓ | ___ | ___ | Has the typing obtained from the positive control been confirmed? |
| 4. | ✓ | ___ | ___ | Have the results from the negative controls been confirmed? |

|  |  |  |  | SUPPORTING DOCUMENTATION |
|---|---|---|---|---|
| 5. | ✓ | ___ | ___ | Are the case number and analyst's initials on all pages? |
| 6. | ✓ | ___ | ___ | Are all worksheets and the reagent logs present and complete? |
| 7. | ✓ | ___ | ___ | Are the GeneScan and GenoTyper data sheets present? |
| 8. | ✓ | ___ | ___ | Has the data transcription been reviewed from the STR results table and the CODIS specimen entry forms if applicable? |

|  |  |  |  | RESULTS and CONCLUSIONS |
|---|---|---|---|---|
| 9. | ✓ | ___ | ___ | Were conclusions fully supported by the data? |
| 10. | ✓ | ___ | ___ | When offered, was the frequency data fully supported by the data? |

|  |  |  |  | DISPOSITION |
|---|---|---|---|---|
| 11. | ✓ | ___ | ___ | Was the disposition of the evidence/stain included? |

*Comments Required: _____

_____

_____

All data pertaining to this laboratory report was reviewed and the interpretation of this data was agreed upon.

Signature of technical peer reviewer: _Constance Patton_     Date: _7-29-03_

## STR TYPING RESULTS

Crime Lab #s: 0303340
Analyst: Cuw
Date: 17•18 July 03

Profiler Plus Alleles Detected:

| Sample Information | D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2469  19.1T, jeans | (15) 16,17 | 16,18 | 18,21.2 | xy | 14 | (29) 28,30 | 14,15 | 11,12 | 12,13 | 10,11 | ( ) possible stutter |
| 2470  19.3T, top | 14,15 | 14,16 | 23,24 | x | 12,13 | 29,32.2 | 15 | 11,12 | 11 | 10,11 | |
| | | | | | | | | | | | |
| 2471  16 Magouirk P. | 15 | 16,17 | 21,24 | x | 13 | 28,29 | 15,17 | 11 | 11,12 | 10 | |
| | | | | | | | | | | | |
| 2430/2432  Ext controls | — | — | — | — | — | — | — | — | — | — | |
| | | | | | | | | | | | |
| 2467  9947A | 14,15 | 17,18 | 23,24 | x | 13 | 30 | 15,19 | 11 | 11 | 10,11 | |
| | | | | | | | | | | | |
| 2468  Neg Amp | — | — | — | — | — | — | — | — | — | — | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |



**Injection List-7/16/03 9.13 AM**

ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

Page 1 of 1

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time |
|---|---|---|---|---|---|---|
| C9 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A1 - 2426PP   0203115-48 GLASS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A3 - 2427A PP  0306033-1.1 T1 MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A5 - 2427B PP  0306033 1.2 T1 MASK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C5 - 2467PP   9947A   — failediing — | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C5 - 2467PP   9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C7 - 2468PP  NEG AMP CONT  spike | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A7 - 2428PP  0305804-1.1 PAPER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A9 - 2429PP  0305806-1 SWAB | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| A11 - 2430PP  ORG Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B2 - 2431PP  CLX Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B4 - 2432PP  K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B6 - 2433PP  010679T-26 S HALL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B8 - 2434PP  011866T-KI  #7 BABY DOE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B10 - 2435PP 011866T-K2 #8 F WEATHERR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B12 - 2469PP  0303340-19.1 T1 JEANS( failed ins )R | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| B12 - 2469PP  0303340-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 2 | 15.0 | 15.0 | 60 | 25 |
| C1 - 2470PP  0303340-19.3 T1 TOP | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C1 - 2470PP  0303340-19.3 T1 TOP | GS STR POP4 (1 mL) F | 2 | 15.0 | 15.0 | 60 | 25 |
| C3 - 2471PP  0303340-16 P MAGOUIRK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C5 - 2467PP   9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C7 - 2468PP  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C9 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| | | | | | | |

0 100 120 140 160 180 200 220 240 260 280 300 320 340 360 380 400
(2sec)
2469PP ...1 T1 JE-2 20 Blue 2469PP 0303340-19.1 T1 JEANS
16 17 16 18 18 21.2
2469PP ...1 T1 JE-2 20 Green 2469PP 0303340-19.1 T1 JEANS
X Y 14 28 30 14 15
2469PP ...1 T1 JE-2 20 Yellow 2469PP 0303340-19.1 T1 JEANS
11 12 12 13 10 11
2469PP ...1 T1 JE-2 20 Red 2469PP 0303340-19.1 T1 JEANS
2470PP ....3 T1 TOP 21 Blue 2470PP 0303340-19.3 T1 TOP
14 15 14 16 23 24
2470PP ....3 T1 TOP 21 Green 2470PP 0303340-19.3 T1 TOP
X 12 13 29 32.2 15
2470PP ....3 T1 TOP 21 Yellow 2470PP 0303340-19.3 T1 TOP
11 12 11 10 11
2470PP ....3 T1 TOP 21 Red 2470PP 0303340-19.3 T1 TOP

Licensed to: Confidential, Confidential
0303340_PB)
7:22:26 AM Thu, Jul 17, 2003
Genotyper® 2.5



research use only                                                    Not for use in diagnostic systems





research use only

Not for use in diagnostic systems



ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run C | Run Time | Matrix file | Auto Anlz |
|---|---|---|---|---|---|---|---|---|
| PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A1 - 2469PP 0303340-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A3 - 2436PP 0303339-19.1 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A5 - 2437PP 0303339-19.2 T2 SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A7 - 2438PP 0303339-19.2 T SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A9 - 2439PP 0303339-22.7 DRAWER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| A11 - 2440PP 0303339-22.8 GARAGE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B2 - 2441PP 0303339-24.1 DISHWASHER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B4 - 2442PP 0303339-25.8 STEER WHEEL | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B6 - 2443PP 0303339-25.19 SEAT BELT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F12 - 2468PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B8 - 2444PP 0303339-32 KNIFE BLADE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B10 - 2445PP 0303339-33 17A TILE | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| B12 - 2446PP 0303339-27T1 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C1 - 2447PP 0303339-27T2 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C3 - 2448PP 0303339-27T3 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C5 - 2449PP 030339-27T4 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C7 - 2450PP 0303339-27T5 SHIRT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C9 - 2451PP 0303339-30T1 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| C11 - 2452PP 0303339-30T2 JEAN POCKET | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D2 - 2453PP 0303339-30T3 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D4 - 2454PP 0303339-30T4 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D6 - 2455PP 0303339-30T6 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| 2468PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D8 - 2456PP -3-3339-20 PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D10 - 2457PP 0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| D12 - 2430PP ORG Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E1 - 2431PP CLX EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E3 - 2432PP K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E5 - 2459PP 0305330-1.1 EC VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H1 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E7 - 2460PP 0305330-1.1 SP VAG | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E9 - 2461PP 0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| E11 - 2462PP 0305330-8 J SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F2 - 2463PP 0305136-7 EC SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F4 - 2464PP 0305136-7 SP SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F6 - 2465PP 0305136-8.9 E BAXLEY | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F8 - 2466PP 0305136-9 A TIGNOR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F10 - 2467PP 9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| F12 - 2468PP NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H10 - PP LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H4 - 2479PP EC1 EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |
| H8 - 2481PP SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 | | Off |



ABI PRISM 0303340 PP Licensed to CONNIE PATTON, TDME 10:17:43 AM Fri, Jul 18, 2003 Genotyper® 2.5

469PP ... T1 JEANS 2 Blue 2469PP 0303340-19.1 T1 JEANS

469PP ... T1 JEANS 2 Green 2469PP 0303340-19.1 T1 JEANS

469PP ... T1 JEANS 2 Yellow 2469PP 0303340-19.1 T1 JEANS

469PP ... T1 JEANS 2 Red 2469PP 0303340-19.1 T1 JEANS

430PP ... EXT CONT 30 Blue 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Green 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Yellow 2430PP ORG Q EXT CONT

No Size Data

430PP ... EXT CONT 30 Red 2430PP ORG Q EXT CONT

BI
RISM

469PP ... T1 JEANS 2 Blue   2469PP 0303340-19.1 T1 JEANS

| 15 | 17 | 16 | 18 | 21.2 |
| 108 | | 708 | 826 | 843 |

| 16 | 18 |
| 798 | 715 |

| 927 |

469PP ... T1 JEANS 2 Green   2469PP 0303340-19.1 T1 JEANS

| X | Y | 13 | 28 | 14 |
| 1607 | | 157 | 874 | 870 |

| 1187 | 14 | 29 | 15 |
| | 1814 | 130 | 576 |

| 30 |
| 856 |

469PP ... T1 JEANS 2 Yellow  2469PP 0303340-19.1 T1 JEANS

| 11 | 12 | 10 |
| 1434 | 915 | 781 |

| 12 | 13 | 11 |
| 1264 | 901 | 653 |



PP LADDER & AMP CONTROLS
Licensed to CONKIS

9:56:08 AM Fri, Jul 18, 2003
Genotyper® 2.5

**Case Management: Manage Items**

e #0303340 (new)

| | | | |
|---|---|---|---|
| **Case Sensitivity:** Routine High Profile | **Case Type:** Jurisdiction | **County Name:** Tarrant |
| **Created Date:** 04/09/2003 04:10 | **Created By:** Curtis Clary | **Status:** Laboratory Service |
| **Agency:** Fort Worth PD | **Service #:** 03038339 | **Agent:** |
| **Deceased Name:** pearl magouirk | **Date/Time of Death:** 04/08/2003 18:37 | **Race, Sex, Age:** CF89 |
| **Investigator:** Curtis Clary | **Medical Examiner:** Nizam Peerwani | **Autopsy Date/Time:** 04/09/2003 13:30 |
| **Tox Work Number:** | **Next-of-Kin Notification:** | **Release Body:** Yes |

s [Show Inactive Items]          [Associate Items] [Add Money] [Add Item]

| Exhibit # | Tracking # | Hold | E/P | Biohazard? | Submitting Agency | Submitted By | Current Custody | Date Added |
|---|---|---|---|---|---|---|---|---|
| 1 | 030409002 | N | B | N | NRST | Donnie Short | Robert Kincade Jr | 04/14/2003 11:42 |

Description:

| | | | | |
|---|---|---|---|---|
| Disposition: Released | | Quantity: 1 | UOM: Body | Add Sub-Item |

| 2 | 030409005 | N | P | N | Forensic Death Investigation | Curtis Clary | April Syren | 05/22/2003 16:16 |
|---|---|---|---|---|---|---|---|---|

Description: watch, yellow and white metal, stretch band, blue face

| | | | | |
|---|---|---|---|---|
| Disposition: Investigator Property Room | | Quantity: 1 | UOM: Item | Add Sub-Item |

| 3 | 030410032 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from face.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| ● | 030410033 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials recovered from right hand.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 5 | 030410034 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials recovered from left hand.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 6 | 030410035 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials recovered from left shoe.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 7 | 030410036 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials recovered from shirt.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| | 030410037 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from jeans and body sheet.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 9 | 030410038 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing fingernail cuttings from right hand.

03035
ci

**Description:** One sealed manila envelop containing fingernail cuttings from left hand.

**Disposition:** In Lab | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

| 030410040 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |

**Description:** One sealed manila envelop containing paper type tissues recovered from the left side of the body.

**Disposition:** In Lab | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

12 | 030410041 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:54 |

**Description:** One sealed manila envelop containing paper type tissue recovered from right side of body.

**Disposition:** In Lab | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

13 | 030411059 | N | E | N | Medical Examiners | Nizam Peerwani | Joyce Ho | 04/14/2003 08:09 |

**Description:** Blood - Pericardium

**Disposition:** Morgue | **Quantity:** 30 | **UOM:** Milliliters | Add Sub-Item

14 | 030411060 | N | E | N | Medical Examiners | Nizam Peerwani | Joyce Ho | 04/14/2003 08:09 |

**Description:** Blood - Femoral

**Disposition:** Morgue | **Quantity:** 2 | **UOM:** Milliliters | Add Sub-Item

15 | 030411061 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 15:30 |

**Description:** Fingerprints & Palmprints

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

16 | 030411062 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 15:30 |

**Description:** Blood Card

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

17 | 030411063 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 15:30 |

**Description:** Tissues in Formalin

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Plastic Bag | Add Sub-Item

| 030411064 | N | E | N | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Criminalistic Evidence

**Disposition:** Morgue | **Quantity:** 10 | **UOM:** Envelop | Add Sub-Item

18.1 | 030411073 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Vaginal Smear

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

18.2 | 030411074 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Oral Smear

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

18.3 | 030411075 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Anal Smear

**Disposition:** Morgue | **Quantity:** 1 | **UOM:** Envelop | Add Sub-Item

8.4 | 030411076 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Vaginal Swabs

**Disposition:** Morgue | **Quantity:** 6 | **UOM:** Envelop | Add Sub-Item

18.5 | 030411077 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

| 18.6 | 030411078 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Description:** Anal Swabs

**Disposition:** Morgue **Quantity:** 4 **UOM:** Envelop Add Sub-Item

| 7 | 030411079 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Per-anal Swabs

**Disposition:** Morgue **Quantity:** 2 **UOM:** Envelop Add Sub-Item

| 18.8 | 030411080 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Pulled Scalp Hair

**Disposition:** Morgue **Quantity:** 1 **UOM:** Envelop Add Sub-Item

| 18.9 | 030411081 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Combed Pubic Hair

**Disposition:** Morgue **Quantity:** 1 **UOM:** Envelop Add Sub-Item

| 18.10 | 030411082 | N | E | Y | Medical Examiners | Nizam Peerwani | Elizabeth Van-Munchratz | 04/14/2003 13:38 |

**Description:** Pulled Scalp Hair *Pubic cw)*

**Disposition:** Morgue **Quantity:** 1 **UOM:** Envelop Add Sub-Item

| 19 | 030411065 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 15:30 |

**Description:** Clothing

**Disposition:** Morgue **Quantity:** 7 **UOM:** Envelop Add Sub-Item

| 19.1 | 030411066 | Y | E | Y | Medical Examiners | Nizam Peerwani | Carolyn Van Winkle | 06/26/2003 14:28 |

**Description:** Blue Jeans

**Disposition:** Morgue **Quantity:** 1 **UOM:** Envelop Add Sub-Item

| 19.2 | 030411067 | Y | E | Y | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/11/2003 15:30 |

**Description:** White bloody bra

**Disposition:** Morgue **Quantity:** 1 **UOM:** paper bag Add Sub-Item

| | 030411068 | Y | E | Y | Medical Examiners | Nizam Peerwani | Carolyn Van Winkle | 06/26/2003 14:28 |

**Description:** White bloody T-shirt

**Disposition:** Morgue **Quantity:** 1 **UOM:** paper bag Add Sub-Item

| 19.4 | 030411069 | Y | E | Y | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/11/2003 15:30 |

**Description:** Tan panties

**Disposition:** Morgue **Quantity:** 1 **UOM:** paper bag Add Sub-Item

| 19.5 | 030411070 | Y | E | Y | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/11/2003 15:30 |

**Description:** Pair of Tan Bloody shoes

**Disposition:** Morgue **Quantity:** 2 **UOM:** paper bag Add Sub-Item

| 19.6 | 030411071 | Y | E | Y | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/11/2003 15:30 |

**Description:** Left blood stained tennis shoes

**Disposition:** Morgue **Quantity:** 1 **UOM:** paper bag Add Sub-Item

| 19.7 | 030411072 | Y | E | Y | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/11/2003 15:30 |

**Description:** Light blue Nighties - bloody

**Disposition:** Morgue **Quantity:** 1 **UOM:** paper bag Add Sub-Item

| 20 | 030414051 | N | E | N | TCME | DR PEERWANI | LAURA MARTINEZ | 04/14/2003 13:55 |

**Description:** BLOOD-EDTA

**Disposition:** Morgue                    **Quantity:** 1          **UOM:** Container          <u>Add Sub-Item</u>

# CASE CONVERSATION LOG

CL# *0 30 3335*

---

**Employee Initials:** CW                **Date:** 15 July 03

**Conversation with:** Michele Hartmann   **Time:** —

**Affiliation:** TCDA                [ ✓ ] Telephone     [ ] In Person

**Call Initiated by:** MH               **Phone #:**

**Conversation Re:**

— DF expert — Identigen

— Requesting photograph of inside pocket
                                 (4L30)

---

**Employee Initials:** CW                **Date:** 24 July 03 (x2)

**Conversation with:** Michele Hartmann   **Time:** ~1145 & 1230

**Affiliation:** TCDA.               [ ] Telephone     [ ] In Person

**Call Initiated by:** MH → CW → MH → CW   **Phone #:**

**Conversation Re:**
                                fax 817-884-3333

- verbal on DNA results

- requesting report by Aug 4 (monday)

          fax report

---

**Employee Initials:**                **Date:**

**Conversation with:**             **Time:**

**Affiliation:**                  [ ] Telephone     [ ] In Person

**Call Initiated by:**            **Phone #:**

**Conversation Re:**

**CASE CONVERSATION LOG**

CL# 0303339 (vw)
vict Kretsingers (2)

---

Employee Initials: CJP
Conversation with: Greg Miller
Affiliation: TCDA
Call Initiated by: DA
Date: 6-18-03
Time: 1145
[✓] Telephone   [ ] In Person
Phone #: 817-1695

Conversation Re: Requests DNA on stains - (V)'s clothing (pants)
& garage
Will have Det McCaskill bring samples.
- Request copies of any FWPD lab reports / case notes
Prosecutors will be Michelle Hartmann & Lisa Callahan
Defense: Bill Ray
Trial date aug 18, 2003

---

Employee Initials: CWW
Conversation with: Michelle Hartman
Affiliation: TCDA
Call Initiated by: MH
Date: 24 June 03
Time: 1630
[ ] Telephone   [ ] In Person
Phone #:

Conversation Re:
- Will have J. McCaskill bring clothing/swabs
(susp from)
(dumpster)
to examine here
DNA blood &
neck area
- meet @ 1400 tomorrow
- get photos re: drops on vict clothing

---

Employee Initials: CW
Conversation with: Det McCaskill
Affiliation: FWPD
Call Initiated by: CW
Date: 7 July 03
Time: 1450
[ ] Telephone   [ ] In Person
Phone #:

Conversation Re:
- Det will bring tiles 15, 16, 17A & 17B
for examin of blood drops.

# STR TECHNICAL PEER REVIEW

Date of Completion: _23 July 03_   Crime Lab #: _0303339/0303340_

Primary Analyst: _Cw_   Reviewer: _CwP_

|  | YES | NO* | N/A | STR DATA ANALYSIS REVIEW |
|---|---|---|---|---|
| 1. | ✓ | — | — | Have the GeneScan data been re-analyzed including the GS-500 ROX range and 250 peak? |
| 2. | ✓ | — | — | Have the GenoTyper data been re-analyzed? |
| 3. | ✓ | — | — | Has the typing obtained from the positive control been confirmed? |
| 4. | ✓ | — | — | Have the results from the negative controls been confirmed? |

|  |  |  |  | SUPPORTING DOCUMENTATION |
|---|---|---|---|---|
| 5. | ✓ | — | — | Are the case number and analyst's initials on all pages? |
| 6. | ✓ | — | — | Are all worksheets and the reagent logs present and complete? |
| 7. | ✓ | — | — | Are the GeneScan and GenoTyper data sheets present? |
| 8. | ✓ | — | — | Has the data transcription been reviewed from the STR results table and the CODIS specimen entry forms if applicable? |

|  |  |  |  | RESULTS and CONCLUSIONS |
|---|---|---|---|---|
| 9. | ✓ | — | — | Were conclusions fully supported by the data? |
| 10. | ✓ | — | — | When offered, was the frequency data fully supported by the data? |

|  |  |  |  | DISPOSITION |
|---|---|---|---|---|
| 11. | ✓ | — | — | Was the disposition of the evidence/stain included? |

*Comments Required: _____

_____

_____

All data pertaining to this laboratory report was reviewed and the interpretation of this data was agreed upon.

Signature of technical peer reviewer: _Cawtanee Datton_   Date: _7-29-03_

# Statistics Report

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Single Sample
Specimen ID: 0303339 - 22.7
DNA Analyst: cvwinkle
Date: August 13, 2003
Page: 1

| Probe | Allele | Allele +/- Minimum | Maximum | CAU | Allele Frequency BLK | SWH |
|-------|--------|---------|---------|-----|-----|-----|
| D3S1358 | 16 | | | 2.3150E-01 | 3.0710E-01 | 2.6560E-01 |
| D3S1358 | 17 | | | 2.1180E-01 | 2.0000E-01 | 1.2680E-01 |
| vWA | 16 | | | 2.0150E-01 | 2.6940E-01 | 3.5960E-01 |
| vWA | 18 | | | 2.2190E-01 | 1.3610E-01 | 1.9460E-01 |
| FGA | 18 | | | 3.0600E-02 | 1.3900E-02 | 1.2300E-02 |
| FGA | 21.2 | | | 1.2800E-02 | 1.3900E-02 | 1.2300E-02 |
| D8S1179 | 14 | | | 2.0150E-01 | 3.3330E-01 | 2.4630E-01 |
| D21S11 | 28 | | | 1.6580E-01 | 2.1510E-01 | 6.9000E-02 |
| D21S11 | 30 | | | 2.3210E-01 | 1.7880E-01 | 3.3010E-01 |
| D18S51 | 14 | | | 1.7350E-01 | 6.3900E-02 | 1.7000E-01 |
| D18S51 | 15 | | | 1.2760E-01 | 1.6670E-01 | 1.3790E-01 |
| D5S818 | 11 | | | 4.1030E-01 | 2.6110E-01 | 4.2120E-01 |
| D5S818 | 12 | | | 3.5390E-01 | 3.5560E-01 | 2.9060E-01 |
| D13S317 | 12 | | | 3.0870E-01 | 4.8320E-01 | 2.1680E-01 |
| D13S317 | 13 | | | 1.0970E-01 | 1.2570E-01 | 1.3790E-01 |
| D7S820 | 10 | | | 2.9060E-01 | 3.2380E-01 | 3.0620E-01 |
| D7S820 | 11 | | | 2.0200E-01 | 2.2380E-01 | 2.8950E-01 |

NRC 96 Formula used

CAU frequency = 1 in 438,200,000,000
BLK frequency = 1 in 473,300,000,000
SWH frequency = 1 in 1,012,000,000,000

## STR TYPING RESULTS

Crime Lab #s: 03∩3340
Analyst: CW
Date: 23 July 03

COfiler Alleles Detected:

| Sample Information | D3S1358 | D16S539 | Amel | THO1 | TPOX | CSF1PO | D7S820 | Comments |
|---|---|---|---|---|---|---|---|---|
| 2469   19.1T.  jeans | 16,17 | 11,12 | x y | 6,9.3 | 8 | 10 | 10,11 | |
| | (15) | | | | | | | |
| | | | | | | | | |
| 2471   16   P. Magouirk | 15 | 11,12 | x | 6,8 | 8, 11 | 12 | 10 | |
| | | | | | | | | |
| 2430/2432   Ext Cont | – | – | – | – | – | – | – | |
| | | | | | | | | |
| 2467   9947A | 14,15 | 11,12 | x | 8,9.3 | 8 | 10,12 | 10,11 | |
| | | | | | | | | |
| 2468   Neg Amp | – | – | – | – | – | – | – | |
| | | | | | | | | |
| | | | | | | | | |

( ) Possible stutter



ABI PRISM 310 Collection 2.1 5 Dye, ©1993-2000 Applied Biosystems

| Tube & Sample Name | Module | Inj. Secs | Inj. kV | Run kV | Run °C | Run Time |
|---|---|---|---|---|---|---|
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C7 - 2430CO  Q EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| C11 - 2432CO  K EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D10 - 2456CO  0303339-20  PAT SYREN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| D12 - 2457CO  0303339-21 B CRUTSINGER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F10 - 2468CO  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E1 - 2460CO  0305330-1.1 VAG SP | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E3 - 2461CO  0305330-1.4 A FREEMAN | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E5 - 2462CO  0305330-8 JAMES SIMS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E7 - 2463CO  0305136-7 EC SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E9 - 2464CO  0305136-7 SP SHORTS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| E11 - 2465CO  0305136-8.9 E BAXLEY | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F2 - 2466CO  0305136-9 A TIGNOR | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F4 - 2469CO  030440-19.1 T1 JEANS | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F6 - 2471CO  030440-16 P MAGOUIRK | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F8 - 2467CO  9947A | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F10 - 2468CO  NEG AMP CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| F12 - 2479CO  EC EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| G1 - 2481CO  SP EXT CONT | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
| G3 - CO LADDER | GS STR POP4 (1 mL) F | 5 | 15.0 | 15.0 | 60 | 25 |
|  |  |  |  |  |  |  |



BIOPRISM 030340-00 Licensed to CONNIE PATTON, TCME 7:33:39 AM Wed, Jul 23, 2003 Genotyper® 2.5

or research use only                        Not for use in diagnostic systems

2430CO  Q EXT CONT  3 Blue   2430CO  Q EXT CONT

No Size Data

2430CO  Q EXT CONT  3 Green   2430CO  Q EXT CONT

No Size Data

2430CO  Q EXT CONT  3 Yellow   2430CO  Q EXT CONT

2430CO  Q EXT CONT  3 Red   2430CO  Q EXT CONT

2432CO  K EXT CONT  4 Blue   2432CO  K EXT CONT

No Size Data

2432CO  K EXT CONT  4 Green   2432CO  K EXT CONT

No Size Data

2432CO  K EXT CONT  4 Yellow   2432CO  K EXT CONT

2432CO  K EXT CONT  4 Red   2432CO  K EXT CONT



CO LADDER & AMP CONTROLS

7:30:05 AM Wed, Jul 23, 2003
Genotyper® 2.5

## CASE CONVERSATION LOG

CL# 0303335

---

**Employee Initials:** CW
**Conversation with:** Michele Hartmann
**Affiliation:** TCDA
**Call Initiated by:** MH

**Date:** 25 Aug 03
**Time:** ~1200
[✓] Telephone    [ ] In Person
**Phone #:** 2663

**Conversation Re:**

— ? whether arrest bad/illegal
— Judge has not ruled
— May get new s.w. & swabs for DNA
— McCaskill will bring this week
   has NOT submitted Sex ass evidence yet

---

**Employee Initials:** CW
**Conversation with:**
**Affiliation:** TCDA
**Call Initiated by:**

**Date:** 4 Sept 03
**Time:** ~1400
[ ] Telephone    [ ] In Person
**Phone #:** 2663

**Conversation Re:**

— ? reporting # 52 / insert in orig report

— copies for df when complete
      SAKs

---

**Employee Initials:** CW
**Conversation with:** Jim Riry & Lisa Callaghan
**Affiliation:** TCDA
**Call Initiated by:** JR

**Date:** 19 Sept 03
**Time:** ~1400 (x2)
[ ] Telephone    [ ] In Person
**Phone #:**
pager# 817-418-5675

**Conversation Re:**

~ Copy coin env. retained
— autopsy clothing both victims
      still @ ME

8/8/03

Michele Hartmann
       sect Linda     ext. 2663  test.
                               week of
   - off attn   Bill Ray       22 Sept
             Tim Moore

- copy lab notes ✓

- get CD from harry
      ( bum 3 )  ✓

  - Jim Rizy pick up ✓

  - meeting dates

CASE CONVERSATION LOG

CL# 0303339

Vict Kretsingers (2)

---

Employee Initials: CJP
Date: 6-18-03

Conversation with: Greg Miller
Time: 1145

Affiliation: TCDA
[✓] Telephone [ ] In Person

Call Initiated by: DA
Phone #: 817-1695

Conversation Re: Requests swab on stains - (v)'s clothing (pants)
& garage

Well have Det McCaskill bring samples.
- Request copies of any FWPD lab reports / case notes
Prosecutors will be Michelle Hartmann & Lisa Callahan
Defense: Bill Ray
Trial date Aug 18, 2003

---

Employee Initials: CWW
Date: 24 June 03

Conversation with: Michelle Hartman
Time: 1630

Affiliation: TCDA
[ ] Telephone [ ] In Person

Call Initiated by: MH
Phone #:

Conversation Re:
- Will have S. McCaskill bring clothing/swabs
(susp from)
(dumpster)
DNA blood &
neck area

to examine here

- meet @ 1500 tomorrow

- Get photos re: drops on vict clothing

---

Employee Initials: CWW
Date: 7 July 03

Conversation with: Det McCaskill
Time: 1450

Affiliation: FWPD
[ ] Telephone [ ] In Person

Call Initiated by: CWW
Phone #:

Conversation Re:
- Det will bring tiles 15, 16, 17A & 17B
for examin of blood drops.

```
*********************************************************************************
*                          TRANSACTION REPORT                              P.01 *
*                                                            JUL-30-03 WED  1:45 PM *
*                                                                                *
*           FOR: TARRANT COUNTY M E        8179205719                            *
*                                                                                *
*  DATE    START     RECEIVER          TX TIME PAGES TYPE         NOTE            *
*                                                                                *
*  JUL-30  1:39 PM 98178843333           5'30'    6  SEND          OK            *
*                                                                                *
*********************************************************************************
```



**FORT WORTH POLICE DEPARTMENT**

**FORENSIC SCIENCE LABORATORY**

350 WEST BELKNAP STREET
FORT WORTH, TEXAS 76102-2004
(817) 877-8084
FAX (817) 877-8208

*0303339*
*0303340*
*lw*

## EVIDENCE RELEASE AND RECEIPT FORM

LAB NUMBER: __0302077 SL__    SERVICE NUMBER: __03038339__

Victim Name: __1.) Pat Syren  2.) Pearl magouirk__    Type of Offense: __Cap Murder__

Suspect Name: _____    Date of Offense: __4/8/03__

Bill To: __TCDA__    Invoice Number: _____

Contact Person: _____    Phone Number: _____

DESCRIPTION OF EVIDENCE: _____
__See attached list__
_____
_____
_____

SPECIAL INSTRUCTIONS OR REQUESTS: _____
__Sent at the request of Det. McCaskill__
_____

| DATE | TIME | RELEASED BY | RECEIVED BY |
|------|------|-------------|-------------|
| 8-28-03 | 0908 | Sundaye Lopez<br>PRINT NAME / TITLE | John McCaskill/Det.<br>PRINT NAME / TITLE |
| | | Shopj<br>SIGNATURE | John McCill<br>SIGNATURE |
| | | PRINT NAME / TITLE | PRINT NAME / TITLE |
| | | SIGNATURE | SIGNATURE |

1EVIDENCE RELEASE
Created on 05/15/00 1:31 PM

P. 1 of 2

LAB # 03032019    SE
SERVICE # 03038339   0303339
                     0303340
                        cw

1. Items belonging to Pearl Magauirk:
   a. Vaginal Swabs and smear
   b. Oral swabs and smear
   c. Anal Swabs and smear
   d. perianal Swabs
   e. combed pubic hair
   f. pulled pubic hair
   g. pulled scalp hair

2. Items belonging to Patricia Syren
   a. Vaginal Swabs and smear
   b. Oral swabs and smear
   c. anal swabs and smear
   d. perianal Swabs
   e. combed pubic hair
   f. pulled pubic hair
   g. pulled scalp hair

# BIOLOGY TECHNICAL PEER REVIEW

Date of Completion: _8 Sept 03_   Crime Lab #: _0 303339_

Primary Analyst: _CLW_   Reviewer: _ChP_

| | YES | NO* | N/A | |
|---|---|---|---|---|
| | | | | **REPORT** |
| 1. | ___ | ___ | ___ | Have the requested examinations been addressed? |
| 2. | ✓ | ___ | ___ | Are the results clearly communicated? |
| | ✓ | | | **ADMINISTRATIVE REVIEW** |
| 3. | | ___ | ___ | Is the report correct editorially and typographically? |
| 4. | ✓ | ___ | ___ | Is the general format of the report consistent with laboratory policy? |
| | | | | **SUPPORTING DOCUMENTATION** |
| 5. | ✓ | ___ | ___ | Is the evidence adequately described? |
| 6. | ✓ | ___ | ___ | Are the case number and analyst's initials on all pages? |
| 7. | ✓ | ___ | ___ | Does the documentation support the examinations conducted? |
| 8. | ✓ | ___ | ___ | Is the chain of custody current and properly documented? |
| | | | | **RESULTS and CONCLUSIONS** |
| 9. | ✓ | ___ | ___ | Were standards and/or controls used and adequately documented? |
| 10. | ✓ | ___ | ___ | Do the tests performed conform to accepted techniques? |
| 11. | ✓ | ___ | ___ | Were conclusions fully supported by the data? |
| 12. | ✓ | . | ___ | Are conclusions reasonable and acceptable by peers within this discipline? |

*Comments Required: _____

_____

_____

All data pertaining to this laboratory report was reviewed and the interpretation of this data was agreed upon.

Signature of technical peer reviewer: _Constance Patton_   Date: _9-9-03_

# STR TECHNICAL PEER REVIEW

Date of Completion: **3 Sept 03**          Crime Lab #: **0303339**

Primary Analyst: **Cww**          Reviewer: **ChP**

| | YES | NO* | N/A | STR DATA ANALYSIS REVIEW |
|---|---|---|---|---|
| 1. | ✓ | — | — | Have the GeneScan data been re-analyzed including the GS-500 ROX range and 250 peak? |
| 2. | ✓ | — | — | Have the GenoTyper data been re-analyzed? |
| 3. | ✓ | — | — | Has the typing obtained from the positive control been confirmed? |
| 4. | ✓ | — | — | Have the results from the negative controls been confirmed? |

| | | | | SUPPORTING DOCUMENTATION |
|---|---|---|---|---|
| 5. | ✓ | — | — | Are the case number and analyst's initials on all pages? |
| 6. | ✓ | — | — | Are all worksheets and the reagent logs present and complete? |
| 7. | ✓ | — | — | Are the GeneScan and GenoTyper data sheets present? |
| 8. | ✓ | — | — | Has the data transcription been reviewed from the STR results table and the CODIS specimen entry forms if applicable? |

| | | | | RESULTS and CONCLUSIONS |
|---|---|---|---|---|
| 9. | ✓ | — | — | Were conclusions fully supported by the data? |
| 10. | ✓ | — | — | When offered, was the frequency data fully supported by the data? |

| | | | | DISPOSITION |
|---|---|---|---|---|
| 11. | ✓ | — | — | Was the disposition of the evidence/stain included? |

*Comments Required: _____

_____

_____

All data pertaining to this laboratory report was reviewed and the interpretation of this data was agreed upon.

Signature of technical peer reviewer: *Constance Patton*   Date: **9-5-03**

**Case Management: Manage Items**

| Home | Reports & Statistics | Search | Case #: [＿＿＿＿] [Goto] |

## #0303339 (cw)

| | | | |
|---|---|---|---|
| Case Sensitivity: | Routine High Profile | Case Type: Jurisdiction | County Name: Tarrant |
| Created Date: | 04/09/2003 02:35 | Created By: Curtis Clary | Status: Autopsy |
| Agency: | Fort Worth PD | Service #: 03038339 | Agent: |
| Deceased Name: | Patricia Syren | Date/Time of Death: 04/08/2003 18:37 | Race, Sex, Age: CF71 |
| Investigator: | Curtis Clary | Medical Examiner: Nizam Peerwani | Autopsy Date/Time: 04/11/2003 10:30 |
| Fox Work Number: | | Next-of-Kin Notification: | Release Body: Yes |

[Show Inactive Items]   [Associate Items] [Add Money] [Add Item]

| Exhibit # | Tracking # | Hold | E/P | Biohazard? | Submitting Agency | Submitted By | Current Custody | Date Added |
|---|---|---|---|---|---|---|---|---|
| 1 | 030409001 | N | B | N | NRST | Donnie Short | Robert Kincade Jr | 04/14/2003 11:40 |

Description:

| | | | | |
|---|---|---|---|---|
| Disposition: Released | | Quantity: 1 | UOM: Body | Add Sub-Item |

| 2 | 030409003 | N | P | N | Forensic Death Investigation | Curtis Clary | April Syren | 05/22/2003 16:13 |
|---|---|---|---|---|---|---|---|---|

Description: watch, yellow color cae with white metal stretch band

| | | | | |
|---|---|---|---|---|
| Disposition: Investigator Property Room | | Quantity: 1 | UOM: Item | Add Sub-Item |

| 3 | 030409136 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace debris from face.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 4 | 030409137 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from right arm.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 5 | 030409138 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from right hand.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 6 | 030409139 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from right leg.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 7 | 030409152 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: one sealed manila envelop containing trace materials from left arm.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| | 030409153 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from left hand.

| | | | | |
|---|---|---|---|---|
| Disposition: In Lab | | Quantity: 1 | UOM: Envelop | Add Sub-Item |

| 9 | 030409154 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |
|---|---|---|---|---|---|---|---|---|

Description: One sealed manila envelop containing trace materials from left leg.

030 3339
cw

**Description:** One sealed manila envelop containing trace materials from shirt and bra.

| Disposition: In Lab | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030409156 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |

**Description:** One sealed manila envelop containing loose debris from shorts.

| Disposition: In Lab | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 12 030409157 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |

**Description:** One sealed manila envelop containing fingernail cuttings from right hand.

| Disposition: In Lab | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 13 030409159 | N | E | N | Fort Worth P.D. | Deceased Body | LAURA MARTINEZ | 06/02/2003 13:58 |

**Description:** One sealed manila envelop containing fingernail cuttings from left hand.

| Disposition: In Lab | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 14 030411010 | N | E | N | Medical Examiners | Nizam Peerwani | Joyce Ho | 04/15/2003 08:36 |

**Description:** Blood - Chest Cavity

| Disposition: Morgue | | | | | Quantity: 5 | UOM: Milliliters | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 15 030411011 | N | E | N | Medical Examiners | Nizam Peerwani | Joyce Ho | 04/15/2003 08:36 |

**Description:** Blood - Femoral

| Disposition: Morgue | | | | | Quantity: 5 | UOM: Milliliters | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 16 030411012 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 14:30 |

**Description:** Tissues in Formalin

| Disposition: Morgue | | | | | Quantity: 1 | UOM: Plastic Bag | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 17 030411013 | N | E | N | Medical Examiners | Nizam Peerwani | Morgue Temporary Storage | 04/09/2003 14:30 |

**Description:** Fingerprints & Palmprints

| Disposition: Morgue | | | | | Quantity: 3 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18 030411014 | N | E | N | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 13:57 |

**Description:** Criminalistic Evidence

| Disposition: Morgue | | | | | Quantity: 12 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18.1 030411021 | N | E | Y | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 14:09 |

**Description:** Blood - Red Top Tube

| Disposition: Morgue | | | | | Quantity: 10 | UOM: Milliliters | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18.2 030411022 | N | E | Y | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 14:09 |

**Description:** Blood - Purple Top Tube

| Disposition: Morgue | | | | | Quantity: 7 | UOM: Milliliters | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18.3 030411023 | N | E | Y | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 14:09 |

**Description:** Oral Smear

| Disposition: Morgue | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18.4 030411024 | N | E | Y | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 14:09 |

**Description:** Vaginal Smear

| Disposition: Morgue | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 18.5 030411025 | N | E | Y | Medical Examiners | Nizam Peerwani | LAURA MARTINEZ | 04/14/2003 14:09 |

18.6  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003

030411026

**Description:** Oral Swabs

**Disposition:** Morgue  **Quantity:** 4  **UOM:** Envelop  Add Sub-Item

030411027  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Vaginal Swabs

**Disposition:** Morgue  **Quantity:** 6  **UOM:** Envelop  Add Sub-Item

18.8  030411028  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Anal Swabs

**Disposition:** Morgue  **Quantity:** 4  **UOM:** Envelop  Add Sub-Item

18.9  030411029  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Peri-Anal Swabs

**Disposition:** Morgue  **Quantity:** 2  **UOM:** Envelop  Add Sub-Item

18.10  030411030  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Pulled Pubic Hair

**Disposition:** Long-term Storage  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

18.11  030411031  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Combed Pubic Hair

**Disposition:** Morgue  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

18.12  030411032  N  E  Y  Medical Examiners  Nizam Peerwani  LAURA MARTINEZ  04/14/2003 14:09

**Description:** Pulled Saclp Hair

**Disposition:** Morgue  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

19  030411015  N  E  N  Medical Examiners  Nizam Peerwani  Morgue Temporary Storage  04/09/2003 13:30

**Description:** Clothing

**Disposition:** Morgue  **Quantity:** 5  **UOM:** Envelop  Add Sub-Item

19.1  030411016  Y  E  Y  Medical Examiners  Nizam Peerwani  Carolyn Van Winkle  06/26/2003 14:27

**Description:** Light blue Shorts (Bloody)

**Disposition:** Morgue  **Quantity:** 1  **UOM:** paper bag  Add Sub-Item

19.2  030411017  Y  E  Y  Medical Examiners  Nizam Peerwani  Carolyn Van Winkle  06/26/2003 14:27

**Description:** Ray Blood T-Shirt

**Disposition:** Morgue  **Quantity:** 1  **UOM:** paper bag  Add Sub-Item

19.3  030411018  Y  E  Y  Medical Examiners  Nizam Peerwani  Morgue Temporary Storage  04/09/2003 13:30

**Description:** Tan Bra (Bloody)

**Disposition:** Morgue  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

19.4  030411019  Y  E  Y  Medical Examiners  Nizam Peerwani  Morgue Temporary Storage  04/09/2003 13:30

**Description:** Tan Panties (Bloody)

**Disposition:** Morgue  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

19.5  030411020  Y  E  Y  Medical Examiners  Nizam Peerwani  Morgue Temporary Storage  04/09/2003 13:30

**Description:** Left White Tennis Shoe (Bloody)

**Disposition:** Morgue  **Quantity:** 1  **UOM:** Envelop  Add Sub-Item

20  030411033  N  E  N  Medical Examiners  Nizam Peerwani  Morgue Temporary Storage  04/09/2003 13:30

21

Description: SEALED ENVELOPE C/BUCCAL SWAB KIT (FROM BILLY CRUTSINGER

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626032 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

Description: SEALED ENVELOPE C/8 APPARENT BLOOD SAMPLES & CONTROL SAMPLES (ITEMS 1-8)

| Disposition: Evidence Room | | | | | Quantity: 8 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626033 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

23

Description: SEALED ENVELOPE C/4 APPARENT BLOOD SAMPLES & CONTROL SAMPLE (ITEMS 11-14)

| Disposition: Evidence Room | | | | | Quantity: 4 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626034 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

24

Description: SEALED ENVELOPE C/2 APPARENT BLOOD SAMPLES & CONTROL SAMPLES (ITEMS 23-24)

| Disposition: Evidence Room | | | | | Quantity: 2 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626035 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

25

Description: SEALED SACK C/16 SWABS,ONE SAMPLE FR DRIVERS DOOR FRAME ONE CONTROL(DIST WATER),ONE SEAT BELT

| Disposition: Evidence Room | | | | | Quantity: 16 | UOM: paper bag | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626036 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

26

Description: SEALED BOX C/4 WHITE SOCKS

| Disposition: Evidence Room | | | | | Quantity: 4 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626037 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

27

Description: SEALED BOX C/1 DENIM SHIRT

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626038 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

28

Description: SEALED BOX C/1 GRAY T-SHIRT

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626039 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

29

Description: SEALED BOX C/1 WHITE TOWEL

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626040 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

30

Description: SEALED BOX C/1 CUT-OFF BLUE JEANS

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626041 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

31

Description: SEALED BOX C/2 DEMIN CUTTING

| Disposition: Evidence Room | | | | | Quantity: 2 | UOM: boxes | Add Sub-Item |
|---|---|---|---|---|---|---|---|
| 030626042 | N | E | N | Fort Worth P.D. | John McCaskill | Carolyn Van Winkle | 06/26/2003 14:45 |

32

Description: SEALED ENVELOPE C/ONE KNIFE BLADE

| Disposition: Evidence Room | | | | | Quantity: 1 | UOM: Envelop | Add Sub-Item |
|---|---|---|---|---|---|---|---|

# Statistics Report

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Mixture
Specimen ID: 0303339-30T1 JEAN POCKET
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 1

| Probe | Allele | Allele +/- Minimum | Maximum | CAU | Allele Frequency BLK | SEH |
|---|---|---|---|---|---|---|
| D3S1358 | 14 | | | 1.4040E-01 | 1.2140E-01 | 8.3800E-02 |
| D3S1358 | 15 | | | 2.4630E-01 | 2.9050E-01 | 3.5340E-01 |
| D3S1358 | 16 | | | 2.3150E-01 | 3.0710E-01 | 2.4610E-01 |
| D3S1358 | 17 | | | 2.1180E-01 | 2.0000E-01 | 1.6230E-01 |
| vWA | 14 | | | 1.0200E-01 | 6.6700E-02 | 6.8800E-02 |
| vWA | 16 | | | 2.0150E-01 | 2.6940E-01 | 2.6880E-01 |
| vWA | 17 | | | 2.6280E-01 | 1.8330E-01 | 3.0420E-01 |
| vWA | 18 | | | 2.2190E-01 | 1.3610E-01 | 1.8750E-01 |
| FGA | 18 | | | 3.0600E-02 | 1.3900E-02 | 1.3100E-02 |
| FGA | 21 | | | 1.7350E-01 | 1.2500E-01 | 1.3610E-01 |
| FGA | 21.2 | | | 1.2800E-02 | 1.3900E-02 | 1.3100E-02 |
| FGA | 23 | | | 1.5820E-01 | 1.2500E-01 | 1.4920E-01 |
| FGA | 24 | | | 1.3780E-01 | 1.8610E-01 | 1.4660E-01 |
| D8S1179 | 12 | | | 1.4540E-01 | 1.0830E-01 | 1.0730E-01 |
| D8S1179 | 13 | | | 3.3930E-01 | 2.2220E-01 | 3.5600E-01 |
| D8S1179 | 14 | | | 2.0150E-01 | 3.3330E-01 | 2.1200E-01 |
| D21S11 | 28 | | | 1.6580E-01 | 1.2510E-01 | 1.2570E-01 |
| D21S11 | 29 | | | 1.8110E-01 | 1.8990E-01 | 2.4080E-01 |
| D21S11 | 30 | | | 2.3210E-01 | 1.7880E-01 | 2.3820E-01 |
| D21S11 | 32.2 | | | 1.1220E-01 | 6.9800E-02 | 1.1520E-01 |
| D5S818 | 11 | | | 4.1030E-01 | 2.6110E-01 | 3.9380E-01 |
| D5S818 | 12 | | | 3.5390E-01 | 3.5560E-01 | 3.1670E-01 |
| D13S317 | 11 | | | 3.1890E-01 | 2.3740E-01 | 3.0630E-01 |
| D13S317 | 12 | | | 3.0870E-01 | 4.8320E-01 | 2.2920E-01 |
| D13S317 | 13 | | | 1.0970E-01 | 1.2570E-01 | 1.0830E-01 |
| D7S820 | 10 | | | 2.9060E-01 | 3.2380E-01 | 2.6670E-01 |
| D7S820 | 11 | | | 2.0200E-01 | 2.2380E-01 | 2.2710E-01 |
| CSF1PO | 10 | | | 2.5370E-01 | 2.7140E-01 | 2.5420E-01 |
| CSF1PO | 11 | | | 3.0050E-01 | 2.0480E-01 | 2.9580E-01 |
| CSF1PO | 12 | | | 3.2510E-01 | 3.0000E-01 | 3.5630E-01 |
| TPOX | 8 | | | 5.4430E-01 | 3.6840E-01 | 5.0630E-01 |
| TPOX | 11 | | | 2.5370E-01 | 2.2490E-01 | 2.7710E-01 |
| TH01 | 6 | | | 2.2660E-01 | 1.0950E-01 | 2.1250E-01 |
| TH01 | 8 | | | 1.2560E-01 | 1.8570E-01 | 1.0420E-01 |
| TH01 | 9.3 | | | 3.0540E-01 | 1.0480E-01 | 2.3540E-01 |
| D16S539 | 11 | | | 2.7230E-01 | 2.9430E-01 | 2.8130E-01 |
| D16S539 | 12 | | | 3.3910E-01 | 1.8660E-01 | 2.5420E-01 |

**SWH**
7.9000E-02
4.2580E-01
2.6560E-01
1.2680E-01
6.1600E-02
3.5960E-01

**Statistics Report**

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Mixture
Specimen ID: 0303339-30T1 JEAN POCKET
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 2

2.2170E-01
1.9460E-01
1.2300E-02
1.3050E-01
1.2300E-02
1.4040E-01
1.2560E-01
1.2070E-01
3.2510E-01
2.4630E-01
6.9000E-02
2.0440E-01
3.3010E-01
1.3550E-01
4.2120E-01
2.9060E-01
2.0200E-01
2.1680E-01
1.3790E-01
3.0620E-01
2.8950E-01
2.5360E-01
2.6560E-01
3.9230E-01
5.5500E-01
2.7270E-01
2.3210E-01
8.1300E-02
2.4160E-01
3.1490E-01
2.8610E-01

The Mixture Formula used.

CAU frequency = 1 in 6,439
BLK frequency = 1 in 106,100
SEH frequency = 1 in 18,240
SWH frequency = 1 in 10,820

# Statistics Report

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Mixture
Specimen ID: 0303339-27T4 SHIRT
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 1

|  | | Allele +/- | | | Allele Frequency | | |
| Probe | Allele | Minimum | Maximum | CAU | BLK | SEH |
| --- | --- | --- | --- | --- | --- | --- |
| D3S1358 | 14 | | | 1.4040E-01 | 1.2140E-01 | 8.3800E-02 |
| D3S1358 | 15 | | | 2.4630E-01 | 2.9050E-01 | 3.5340E-01 |
| vWA | 14 | | | 1.0200E-01 | 6.6700E-02 | 6.8800E-02 |
| vWA | 16 | | | 2.0150E-01 | 2.6940E-01 | 2.6880E-01 |
| vWA | 17 | | | 2.6280E-01 | 1.8330E-01 | 3.0420E-01 |
| FGA | 21 | | | 1.7350E-01 | 1.2500E-01 | 1.3610E-01 |
| FGA | 23 | | | 1.5820E-01 | 1.2500E-01 | 1.4920E-01 |
| FGA | 24 | | | 1.3780E-01 | 1.8610E-01 | 1.4660E-01 |
| D8S1179 | 12 | | | 1.4540E-01 | 1.0830E-01 | 1.0730E-01 |
| D8S1179 | 13 | | | 3.3930E-01 | 2.2220E-01 | 3.5600E-01 |
| D21S11 | 28 | | | 1.6580E-01 | 2.1510E-01 | 1.2570E-01 |
| D21S11 | 29 | | | 1.8110E-01 | 1.8990E-01 | 2.4080E-01 |
| D21S11 | 32.2 | | | 1.1220E-01 | 6.9800E-02 | 1.1520E-01 |
| D18S51 | 14 | | | 1.7350E-01 | 6.3900E-02 | 1.3090E-01 |
| D18S51 | 15 | | | 1.2760E-01 | 1.6670E-01 | 1.9110E-01 |
| D18S51 | 17 | | | 1.5560E-01 | 1.6390E-01 | 1.0730E-01 |
| D5S818 | 10 | | | 4.8700E-02 | 6.3900E-02 | 4.5800E-02 |
| D5S818 | 11 | | | 4.1030E-01 | 2.6110E-01 | 3.9380E-01 |
| D5S818 | 12 | | | 3.5390E-01 | 3.5560E-01 | 3.1670E-01 |
| D13S317 | 11 | | | 3.1890E-01 | 2.3740E-01 | 3.0630E-01 |
| D13S317 | 12 | | | 3.0870E-01 | 4.8320E-01 | 2.2920E-01 |
| D7S820 | 10 | | | 2.9060E-01 | 3.2380E-01 | 2.6670E-01 |
| D7S820 | 11 | | | 2.0200E-01 | 2.2380E-01 | 2.2710E-01 |
| CSF1PO | 11 | | | 3.0050E-01 | 2.0480E-01 | 2.9580E-01 |
| CSF1PO | 12 | | | 3.2510E-01 | 3.0000E-01 | 3.5630E-01 |
| TPOX | 8 | | | 5.4430E-01 | 3.6840E-01 | 5.0630E-01 |
| TPOX | 11 | | | 2.5370E-01 | 2.2490E-01 | 2.7710E-01 |
| TH01 | 6 | | | 2.2660E-01 | 1.0950E-01 | 2.1250E-01 |
| TH01 | 8 | | | 1.2560E-01 | 1.8570E-01 | 1.0420E-01 |
| D16S539 | 11 | | | 2.7230E-01 | 2.9430E-01 | 2.8130E-01 |
| D16S539 | 12 | | | 3.3910E-01 | 1.8660E-01 | 2.5420E-01 |

| SWH |
| --- |
| 7.9000E-02 |
| 4.2580E-01 |
| 6.1600E-02 |
| 3.5960E-01 |
| 2.2170E-01 |
| 1.3050E-01 |
| 1.4040E-01 |
| 1.2560E-01 |
| 1.2070E-01 |
| 3.2510E-01 |
| 6.9000E-02 |
| 2.0440E-01 |

**Statistics Report**

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Mixture
Specimen ID: 0303339-27T4 SHIRT
DNA Analyst: cwinkle
Date: July 23, 2003
Page: 2

1.3550E-01
1.7000E-01
1.3790E-01
1.3790E-01
6.6500E-02
4.2120E-01
2.9060E-01
2.0200E-01
2.1680E-01
3.0620E-01
2.8950E-01
2.6560E-01
3.9230E-01
5.5500E-01
2.7270E-01
2.3210E-01
8.1300E-02
3.1490E-01
2.8610E-01

The Mixture Formula used.

CAU frequency = 1 in 12,550,000
BLK frequency = 1 in 229,900,000
SEH frequency = 1 in 24,710,000
SWH frequency = 1 in 23,060,000

99.99 %

## Statistics Report

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Single Sample
Specimen ID: 0303340-19.1T1 & 0303339-19T1
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 1

| Probe | Allele | Allele +/- Minimum | Maximum | CAU | Allele Frequency BLK | SEH |
|---|---|---|---|---|---|---|
| D3S1358 | 16 | | | 2.3150E-01 | 3.0710E-01 | 2.4610E-01 |
| D3S1358 | 17 | | | 2.1180E-01 | 2.0000E-01 | 1.6230E-01 |
| vWA | 16 | | | 2.0150E-01 | 2.6940E-01 | 2.6880E-01 |
| vWA | 18 | | | 2.2190E-01 | 1.3610E-01 | 1.8750E-01 |
| FGA | 18 | | | 3.0600E-02 | 1.3900E-02 | 1.3100E-02 |
| FGA | 21.2 | | | 1.2800E-02 | 1.3900E-02 | 1.3100E-02 |
| D8S1179 | 14 | | | 2.0150E-01 | 3.3330E-01 | 2.1200E-01 |
| D21S11 | 28 | | | 1.6580E-01 | 2.1510E-01 | 1.2570E-01 |
| D21S11 | 30 | | | 2.3210E-01 | 1.7880E-01 | 2.3820E-01 |
| D18S51 | 14 | | | 1.7350E-01 | 6.3900E-02 | 1.3090E-01 |
| D18S51 | 15 | | | 1.2760E-01 | 1.6670E-01 | 1.9110E-01 |
| D5S818 | 11 | | | 4.1030E-01 | 2.6110E-01 | 3.9380E-01 |
| D5S818 | 12 | | | 3.5590E-01 | 3.5560E-01 | 3.1670E-01 |
| D13S317 | 12 | | | 3.0870E-01 | 4.8320E-01 | 2.2920E-01 |
| D13S317 | 13 | | | 1.0970E-01 | 1.2570E-01 | 1.0830E-01 |
| D7S820 | 10 | | | 2.9060E-01 | 3.3280E-01 | 2.6670E-01 |
| D7S820 | 11 | | | 2.0200E-01 | 2.2380E-01 | 2.2710E-01 |
| CSF1PO | 10 | | | 2.5370E-01 | 2.7140E-01 | 2.5420E-01 |
| TPOX | 8 | | | 5.4430E-01 | 3.6840E-01 | 5.0630E-01 |
| TH01 | 6 | | | 2.2660E-01 | 1.0950E-01 | 2.1250E-01 |
| TH01 | 9.3 | | | 3.0540E-01 | 1.0480E-01 | 2.3540E-01 |
| D16S539 | 11 | | | 2.7230E-01 | 2.9430E-01 | 2.8130E-01 |
| D16S539 | 12 | | | 3.3910E-01 | 1.8660E-01 | 2.5420E-01 |

| SWH |
|---|
| 2.6560E-01 |
| 1.2680E-01 |
| 3.5960E-01 |
| 1.9460E-01 |
| 1.2300E-02 |
| 1.2300E-02 |
| 2.4630E-01 |
| 6.9000E-02 |
| 3.3010E-01 |
| 1.7000E-01 |
| 1.3790E-01 |
| 4.2120E-01 |
| 2.9060E-01 |
| 2.1680E-01 |
| 1.3790E-01 |
| 3.0620E-01 |
| 2.8950E-01 |
| 2.5360E-01 |
| 5.5500E-01 |
| 2.3210E-01 |

**Statistics Report**

Database: f:\Popstats\Popdata\FBI\STR
Case Type: Forensic Single Sample
Specimen ID: 0303340-19.1T1 & 0303339 -19.1
DNA Analyst: cvwinkle
Date: July 23, 2003
Page: 2


2.4160E-01
3.1490E-01
2.8610E-01


NRC 96 Formula used


CAU frequency = 1 in 866,600,000,000,000
BLK frequency = 1 in 17,980,000,000,000,000
SEH frequency = 1 in 7,013,000,000,000,000
SWH frequency = 1 in 2,435,000,000,000,000

# DNA EXTRACTION WORKSHEET

**Date(s) started:** _28 Aug 03_    **Crime Lab #(s):** _030 3339_

**Analyst:** _(Juu)_

Quantitation:    Amplification(s):

| Amp # | Sample Information | Quant. | ng/µl | µl DNA | µl H2O | µl DNA | µl H2O |
|---|---|---|---|---|---|---|---|
| | 52   Billy Coutsincpu buceal | >10 | | | | | |
| 2639 | 1: 10 | 2.0 | 1.0 | 0.5 | 9.5 | 0.5 | 9.5 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2632 | Ext cont | 0 | | 1.0 | 9.0 | 1.0 | 9.0 |
| | | | | | | | |
| | | | | | | | |

**Organic Extraction:** _____    **Extract Disposition:** _____

**Chelex Extraction:** ___✓___

**Comments:** _____

_____

_____

# DNA QUANTITATION RESULTS

**Analyst:** _(uw)_

**Date:** 29Aug03

**Sample volumes:** 2uL

**Crime Lab #(s):** 0303339
0220540
030006T
0301210

|   | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **A** | 10 ng | Calibrator 1 – 3.5 ng | 030006T 23 → | 9 | 0301210 26T₁ → | 31 |
| **B** | 5 ng | Calibrator 2 – 0.5 ng | 23 1:10 | 9 (1:10) | 26T₁ (1:10) | 31 1:10 |
| **C** | 2.5 ng | | 24 | 22 | 26T₂ | |
| **D** | 1.25 ng | 0303339 52 | 24 1:10 | 22 (1:10) | 26T₂ (1:10) | |
| **E** | 0.62 ng | | 52 (1:10) | 26 | 27 | |
| **F** | 0.31 ng | | | | 27 (1:10) | |
| **G** | 0.15 ng | 022054(0) | 020858T 9 | | 29 | K Ext ctl, |
| **H** | 0 ng | | 9 (1:10) | | 30 | Q Ext ctl |

## LUMIGRAPH



8-29

# AMPLIFICATION AND
## SAMPLE WELL POSITION WORKSHEET

**Date of amplification:** _2 Sept 03_   **Crime Lab #(s):** _0301210_
**Analyst:** _Crw_   _0303339_
_030006T_
**Profiler Plus:** ✓   _031210_
**COfiler:** ✓
_PP   CO_   **Master Mix:**
189.0  105.0 µL Reaction Mix (# samples X 10.5 µL reaction mix)
9.0   5.0 µL Taq Gold DNA Polymerase (# samples X 0.5 µL Taq)
99.0  55.0 µL Primer Set (# samples X 5.5 µL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Thermocycler 2400**                    **Front**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2625 PP | 2626 — | 2627 | 2628 — | 2629 | 2630 — | 2631 — | 2632 — | 2633 — | 2634 → |
| | | | | | | | | | | |
| | 2635 PP | 2636 — | 2637 | 2638 — | 2639 | 2640 — | | 2641 9947A | 2642 NegAmp → | |
| | | | | | | | | | | |
| | 2633 CO | 2634 — | 2635 — | 2636 | | 2633 | | 2631 | 2632 → | |
| | 2620R CO | | | | | | | 2633 CO 9947A | 2632 CO NegAmp | |
| | | | | | | | | | | |

**Thermocycler 9700**                    **Front**

# REAGENT LOG

Analyst: _Cuu_

Date: _Aug/Sept 2003_

Crime Lab Case #: _0303339_

| Reagent | Lot # / Exp date |
|---|---|
| Extraction Buffer | 042303clp |
| TE$^{-4}$ | 123002clp |
| 4M DTT | 071902cvw |
| Proteinase K | 061003clp/0304 |
| Phenol:Chloroform:Isoamyl | 1148557 |
| QuantiBlot kit | E01526 / 022904 |
| Hydrogen peroxide | 022925 |
| Chromogen | D01378 / 033104 |
| Biodyne B | 100141 |
| Profiler Plus kit | 0211060 / 112203 PP#13 |
|  | 0304067 / 041104 PP#14A |
| COfiler kit | 0211043 / 112003 CO #9 |
|  | 0302047 /032404 CO#10 |
| GS 500 Rox | 36095711131 |
| Formamide | 0212196 |
| 310 Buffer | 0304155 |
| POP-4 | ~~0303098 / 082803~~ 0306101  30Nov03 |
| 310 Capillary | MCV04A |
| Dye Primer Matrix Standard | 0302054 |

# DNA EXTRACTION WORKSHEET

Date(s) started:  K 7-9-03          Crime Lab #(s):  030 3339
                  Q 7-10-03
Analyst:          cw

Quantitation:     Amplification(s):
                  PP

| Amp # | Sample Information | | Quant. | ng/µl | µl DNA | µl H2O | µl DNA | µl H2O |
|-------|-------------------|--|--------|-------|--------|--------|--------|--------|
| | *19.1   shorts T₁ | | ~10 | ~ | | | | |
| 2436 | | 1:10 | ~1.0 | 0.5 | 1.0 | 9.0 | 1.2 | 8.8 |
| 2437 | *19.1   shorts T₂ | | ~3.0 | 1.5 | .33 | 9.67 | | |
| | | 1:10 | ~.31 | | | | | |
| | 19.2   T-shirt | | >10 | | | | | |
| 2438 | | 1:10 | 2.0 | 1.0 | 0.5 | 9.5 | | |
| 2439 | 22.7   Kitchen drawer | | 2.0 | 1.0 | 0.5 | 9.5 | | |
| | | 1:10 | ~.15 | | | | | |
| | 22.8   garage floor | | >10 | | | | | |
| 2440 | | 1:10 | 2.0 | 1.0 | 0.5 | 9.5 | | |
| 2441 | 24.1   dishwasher front | | 2.5 | 1.25 | 0.4 | 9.6 | | |
| | | | ~.15 | | | | | |
| 2442 | *25.8   steering wheel | | 3.0 | 1.75 | .33 | 9.67 | | |
| | | 1:10 | ~.31 | | | | | |
| 2443 | 25.19   T₁ Seat belt | | 1.25 | .625 | 0.8 | 9.2 | | |
| 2444 | 32   Knife blade | | 1.0 | 0.5 | 1.0 | 9.0 | | |
| 2445 | 33   17A tile swabs | | 2.0 | 1.0 | 0.5 | 9.5 | | |
| 2431 | Q clx Ext cont | | | | .10 | — | 10 | — |
| 2430 | Q Ext cont | | | | 10 | — | 10 | — |
| 2432 | .K Ext cont | | | | 1.0 | 9.0 | 10 | 9.0 |

Organic Extraction: ✓ Q#s     22.8, 25.19        Extract Disposition: _____
Chelex Extraction: ✓ K,        19.1-22.7, 24.1, 25.8, 32, 33
                     cw

Comments:  * Clx Microcon

# DNA EXTRACTION WORKSHEET

Date(s) started: _____ ✓ 7-5-03 _____     Crime Lab #(s): _____ 0303339 _____

Analyst: _____ Cuu _____

| Amp # | Sample Information | | Quant. | ng/µl | µl DNA | µl H2O | µl DNA | µl H2O |
|---|---|---|---|---|---|---|---|---|
| | | | Quantitation: | | Amplification(s): PP: | | Co: | |
| | 27T$_1$  Shirt | | 5.0 | | | | | |
| 2446 | | 1:10 | ~0.5 | .25 | 2.0 | 8.0 | | |
| 2447 | 27T$_2$  shirt | | ~8.0 | 4.0 | 0.13 | 9.87 | | |
| | | | | | | | | |
| | 27T$_3$  shirt | | 5.0 | | | | | |
| 2448 | | 1:10 | 0.5 | .25 | 2.0 | 8.0 | | |
| 2449 | 27T$_4$  shirt | | ~3.0 | 1.5 | .33 | 9.67 | .35 | 9.65 |
| | | 1:10 | ~.15 | | | | | |
| 2450 | 27T$_5$  shirt | | ∅ | | 10 | — | | |
| | | | | | | | | |
| 2451 | 30T$_1$  jeans pocket | | 2.0 | 1.0 | 0.5 | 9.5 | 0.7 | 9.3 |
| 2451R | | | | | 0.7 | 9.3 | | |
| 2452 | 30T$_2$  jeans pocket | | ~4.0 | 2.0 | 0.2 | 9.8 | 0.3 | 9.7 |
| 2452R | | | | | 0.3 | 9.8 | | |
| 24cuu | 30T$_3$  jeans | | >10 | | | | | |
| 2453 | | 1:10 | 3.0 | 1.5 | .33 | 9.67 | | |
| 2454 | 30T$_4$  jeans | | 2.0 | 1.0 | 0.5 | 9.5 | | |
| | | | | | | | | |
| | 30T$_6$  jeans | | ~20 | | | | | |
| 2455 | | 1:10 | ~2.0 | 1.0 | 0.5 | 9.5 | | |
| 2456 | 20 Patricia Syrene | | 0.5 | .25 | 2.0 | 8.0 | 1.75 | 8.25 |
| 2457 | 21 Bill Crutsinger | | 2.5 | 1.25 | 0.4 | 9.6 | 0.3 | 9.7 |

Organic Extraction: _____ ✓ 27.2, 27.5, 30T$_1$-30T$_6$ _____     Extract Disposition: _____

Chelex Extraction: _____ ✓K  27.1, 27.3, 27.4 _____

Comments: _____

_____

_____

# DNA QUANTITATION RESULTS

**Analyst:** _7-11-03_
**Date:** _CLP / CVW_
**Sample volumes:** _2uh_

**Crime Lab #(s):**
_O10679T_
_O11866T_
_0305136_
_0305837_
_0305330_
_0303339_
_0303340_

|   | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **A** | 10 ng | Calibrator 1 – 3.5 ng | O10679T 26 | → 30 | 0303339 20 | 0305330 1.4 |
| **B** | 5 ng | Calibrator 2 – 0.5 ng | 26  1:10 | 30 1:10 | 20  1:10 | 1.4  1:10 |
| **C** | 2.5 ng | | 27 | 0305136 8.9 | 21 | 8 |
| **D** | 1.25 ng | O11866T K1 | 27  1:10 | 89  1:10 | 21  1:10 | 8  1:10 |
| **E** | 0.62 ng | K1 1:10 | 28 | 9 | 0303340 16 | |
| **F** | 0.31 ng | K2 | 28  1:10 | 9  1:10 | 16  1:10 | |
| **G** | 0.15 ng | K2 1:10 | 29 | 0305837 12 | → 13 | |
| **H** | 0 ng | | 29  1:10 | 12  1:10 | 13  1:10 | K. Extcrl |

## LUMIGRAPH



## DNA QUANTITATION CHART

Analyst: _Cvu_   Crime Lab #(s): _0305804_   _0305330_
Date: _15 July 03_   _0305806_   _0303339_
Sample volumes: _2µl_   _0203115_   _0303340_
_0305136_
_0305837_

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 10 ng | Calibrator 1 – 3.5 ng | 0305136 2 ECl | 0305330 1.1 ECl | 0305837 3 ECl | 0303339 19.1 T₁ | 22.8 | 32 | 277₃ | 30 T₃ | 0303340 19.JT₁ | |
| B | 5 ng | Calibrator 2 – 0.5 ng | 2ECl (1:10) | 1.1 ECl (1:10) | ECl 3 (1:10) | 19.1 T₁ (1:10) | 22.8 1:10 | 32 (1:10) | 277₃ (1:10) | 30T₃(1:10) | 19.3 T₁ | |
| C | 2.5 ng | | 7 EC2 | 1.1 ECl (1:100) | ECl 3 (1:100) | 19.2 T₂ | 24.1 | 33 | 277₄ | 30T₄ | | |
| D | 1.25 ng | 0305806 1 | 7 sp | 1.1 EC2 | 3 EC2 | 19.2 T₂ (1:10) | 24.1 (1:10) | 33 (1:10) | 277₅ (1:10) | 30T₄(1:10) | | ECl Extctl |
| E | 0.62 ng | 0305804 1 | 7sp (1:10) | 1.1 sp | 3 sp | 19.2 | 25.8 | 277₁ | 277₅ | 30T₆ | | EC2 Extctl |
| F | 0.31 ng | 1 (1:10) | | | 2 ECl | 19.2 (1:10) | 25.8 (1:10) | 277₁ (1:10) | 30T₁ | | | Sp Extctl |
| G | 0.15 ng | 0203115 48 | 0306033 1.1 T₁ | 0305837 8 | 2 EC2 | 22.7 | 25.19 | 277₂ | 30T₁ (1:10) | | | Extctl Q Ux |
| H | 0 ng | 48 (1:10) | 1.2 T₁ | | 2 sp | 22.7 (1:10) | 277₂(1:10) cvu | 30T₂ | | | | Extctl Q Org |

0303339
Qvw
15 July 03



7-15-03

# AMPLIFICATION AND
# SAMPLE WELL POSITION WORKSHEET

Date of amplification: _____ 15 July 03 _____   Crime Lab #(s):   0203115   0303339

Analyst: _____ Cw _____   0306033   0303340

0305804   0305330

Profiler Plus: ✓   0305806   0305832

COfiler: _____   0106797   0305136

0118667

**Master Mix:**

598.5 µL Reaction Mix (# samples X 10.5 µL reaction mix)

28.5 µL Taq Gold DNA Polymerase (# samples X 0.5 µL Taq)

313.5 µL Primer Set (# samples X 5.5 µL)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Thermocycler 2400**                    **Front**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2426 | 2427A | 2427B | 2428 | 2429 | 2430 | 2431 | 2432 | 2433 | 2434 | 2435 |
| | | | | | | | | | | |
| | 2436 | 2437 | 2438 | 2439 | 2440 | 2441 | 2442 | 2443 | 2444 | 2445 | |
| | | | | | | | | | | |
| | 2446 | 2447 | 2448 | 2449 | 2450 | 2451 | 2452 | 2453 | 2454 | 2455 | |
| | 2476 | 2477 | 2478 | 2479 | 2480 | 2481 | | | | | |
| | 2456 | 2457 | 2458 (Cw) | 2459 | 2460 | 2461 | 2462 | 2463 | 2464 | 2465 | |
| | 2466 | 2467 (9947A) | 2468 (∅ Amp) | 2469 | 2470 | 2471 | 2472 | 2473 | 2474 | 2475 | |

**Thermocycler 9700**                    **Front**

# AMPLIFICATION AND
# SAMPLE WELL POSITION WORKSHEET

Date of amplification: _21 July03_   Crime Lab #(s): _030004T_ _0303335_

Analyst: _Cuw_                                        _0203115_ _0303340_

                                                       _0306033_ _0305330_

Profiler Plus: ✓                                      _0305804_ _0305136_

COfiler: ✓                                            _030580L_

PP    _50_

**Master Mix:**

84.0 _294.0_ µL Reaction Mix (# samples X 10.5 µL reaction mix)

9.0 _M.0_ µL Taq Gold DNA Polymerase (# samples X 0.5 µL Taq)

44 _154.0_ µL Primer Set (# samples X 5.5 µL)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Thermocycler 2400**               **Front**

| 2451 R PP | 2452 R PP | 2482 PP | 2483 PP | 2484 PP | 2485 PP | | 2486 PP 9947A | 2487 PP 0'Amp | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | 2382 CO | | 2426 CO | 2427A CO | 2427B CO | 2428 CO | 2429 CO | | 2430 | 2431 | 2432 |
| | | | | | | | | | | |
| 2436 CO | 2449 CO | 2451 CO | 2452 CO | 2456 CO | 2457 CO | 2450 CO | 2462 CO | 2461 CO | 2469 CO | 2471 CO |
| | | | | | | | | | | |
| 2463 CO | 2464 CO | 2465 CO | 2466 CO | (9947A) 2458 CO | Ø Amp 2468 CO | | 2479 CO | 2481 CO | |
| | | | | | | | | | | |

**Thermocycler 9700**               **Front**