# REAGENT LOG

**Analyst:** _Cvw_

**Date:** _July 03_

**Crime Lab Case #:** _0303339_

| Reagent | Lot # / Exp date |
|---------|------------------|
| Extraction Buffer | 042303clp |
| TE$^{-4}$ | 123002clp |
| 4M DTT | 071902cvw |
| Proteinase K | 061003clp/0304 |
| Phenol:Chloroform:Isoamyl | 1148557 |
| QuantiBlot kit | E01526 / 022904 |
| Hydrogen peroxide | 022925 |
| Chromogen | D01378 / 033104 |
| Biodyne B | 100141 |
| Profiler Plus kit | 0211060 / 112203 |
| COfiler kit | 0211043 / 112003 |
| GS 500 Rox | 36095711131 |
| Formamide | 0212196 |
| 310 Buffer | 0111125 |
| POP-4 | 0303098 / 082803 |
| 310 Capillary | MCV04A |
| Dye Primer Matrix Standard | 0302054 |



| Case # | 0303340 |
|---|---|
| Exhibit # | 16 |
| County: | Tarrant |
| Deceased Name: | pearl jordan. magouirk |
| Item Description: | Blood Card |



0303339
cw

Case #           0303339
Exhibit #        20
County:          Tarrant
Deceased Name:   Patricia Magouirk. Syren
Item Description: Blood Card

BUCCAL (CHEEK) SWABS

0303339
25.6
fwPD item # 6
Cw
9/23/03



0303339
25.7
fwPD item #7
Cw
9/23/03



0303339
25.8
fwPD item #8
Cw
9/23/03















0303339
Cuw





— package
  released
  9/23/03
— swabs retained
  coin envelops



0303339
Cw



O303339
Cw















0303339
cuu



0303339
cw





0303339
32

Cw
7/8/03



0303339
33    cw
7/8/03

#17A tile

Case #:    0303339

3 0 7 0 8 0 2 8

Exhibit #:    33    County:    Tarrant
Deceased Name:    Patricia Magouirk, Syren
Item Description:    Swabs taken from stain on item 17A tile



0303339
#52
2/28/03

BY    JT McGill    DATE 2-28-02

SUSPECT    Captain Jim Bill

BUCCAL (CHEEK) SWABS



## SEARCH WARRANT

SW-11397



DEFENDANT'S
EXHIBIT
4
9-24-03

**CITY OF FORT WORTH** )(

**COUNTY OF TARRANT** )(

**STATE OF TEXAS** )(

**THE STATE OF TEXAS to the** Sheriff or any peace officer of Tarrant County, Texas, or any peace officer of **the State of Texas,**

**GREETINGS:**

WHEREAS, the affiant, J.T. McCaskill I.D. 1895, of the Fort Worth Police Department, whose signature is affixed to the affidavit appearing on the reverse hereof is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he expresses therein and establishes the existence of proper grounds for the issuance of this warrant:

NOW, THEREFORE, you are commanded to forthwith transport Billy J. Crutsinger to an appropriate facility and there have qualified personnel to obtain epithelial cell samples from Billy J. Crutsinger in accordance with accepted medical practices and you will seize the same and bring before me a Schedule of Evidence Seized at my office, situated in Tarrant County, Texas, in the City of Fort Worth at the address given below, within three days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

HEREIN FAIL NOT and due return make hereof to me at the time and place named.

ISSUED at 10:35 o'clock, A.M., on this the 26 day of Aug 2003, to certify which witness my hand this day.

_____
Judge, Tarrant County, Texas

_____
Title and Office      Judge, CDC #1

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

AUG 2 6 2003

Time ___10:40 A___
By _____ Deputy

## AFFIDAVIT TO SEARCH FOR AND SEIZE EVIDENCE

CITY OF FORT WORTH   )(

COUNTY OF TARRANT   )(

STATE OF TEXAS   )(

Page 1 of 4

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

AUG 2 6 2003
10:40

Time _____
By _____ Deputy

Before me, the undersigned authority, on this day personally appeared Affiant, John McCaskill, a police officer for the Fort Worth Police Department, for the City of Fort Worth, Tarrant County, Texas, who after being duly sworn on oath deposes and says: My name is J.T. McCaskill, 1895, Detective, Fort Worth Police Department, and I have good reason to believe and do believe that on or about the 6th day of April, 2003, in Tarrant County, Texas Billy J. Crutsinger, white male, date of birth October 5th, 1954, did then and there commit the offense of Capital Murder(multiple victims) in that he did then and there intentionally cause the death of an individual, Patricia Syren by stabbing her multiple times with a knife or cutting instrument and by cutting her throat and did then and there cause the death of an individual, Pearl Magouirk by stabbing her multiple times with a knife or cutting instrument and cutting her throat and both murders were committed during the same criminal transaction. My belief is based upon the following facts and information which I personally discovered or which were told to me by persons who were credible and reliable:

A.  On April 8, 2003 at approximately 1913 hours you affiant, assigned to the Fort Worth Police Department Homicide Unit, was contacted by police communications. Your affiant was advised a double homicide was discovered at 2716 Scott Avenue, Fort Worth, Tarrant County, Texas. Affiant responded to the scene, arriving at approximately 1940 hours.

B.  Affiant noted that several marked patrol cars and uniformed police personnel were on the scene. Yellow crime scene tape was stretched across the front yard of 2716 Scott Avenue. Your affiant's attention was directed to a white female at the scene identified as April Syren. Affiant learned that she was the goddaughter of Patricia Syren, whom affiant learned was one of two deceased elderly female victims who were located inside the house. Affiant learned from uniformed patrol personnel on the scene and/or April Syren that April Syren had come to the residence to check on the welfare of her godmother, Patricia Syren and Patricia Syren's mother, Pearl Magouirk. Your affiant learned from uniformed patrol personnel that April Syren had told them the following: that when she arrived at the residence, she approached the front door and noted the storm door was unlocked and the keys were inside the lock. The front door, situated behind the storm door, was locked. Syren took the keys from the inside lock of the storm door and unlocked the front door with it and opened it. She then observed items on the floor that made it appear that some type of disturbance had occurred. Affiant learned that April Syren told uniformed police personnel on the scene that she then went to a neighbor, Robert Greer, and requested assistance. Mr. Greer entered the residence and observed apparent blood on the floor of the entryway just inside the front door; he then observed the bodies of Patricia Syren and Pearl Magouirk, whom he knew, and had last seen alive April 6, 2003, lying in a hallway adjacent to the living room of the residence. Mr. Greer then exited the residence and emergency personnel were called to the scene. Uniformed officers from the Fort Worth Police Department responded and established contact with your affiant, to whom they related this information. Affiant also noted that the information from April Syren and Mr. Greer appeared to be consistent with each other and with information obtained from police personnel on the scene and with affiant's own observation of the scene, and therefore appeared to be credible and reliable.

**CITY OF FORT WORTH** )(                                          Page 2 of 4

**COUNTY OF TARRANT** )(

**STATE OF TEXAS** )(

C.    Your Affiant then spoke to Crime Scene Search Officers Wilson and Walles, who are with the Fort Worth Police Department and are personally known to your Affiant. Your Affiant and these officers then went in the residence to begin the investigation. The investigation revealed that both victims in the house, Patricia Syren and Pearl Magouirk, had multiple stab wounds and their throats were also cut. Their deaths appeared to be contemporaneous, given their similar wounds and that one body appeared to be next to and on top of the other. It also appeared from the state of decomposition that the victims had been dead at least 24 hours. Your Affiant also learned during the investigation that a 1996 Cadillac was missing from the detached garage behind the Scott Avenue residence, and that this vehicle belonged to Patricia Syren. Patrol Personnel conducted a database check and found the license number of the vehicle. A broadcast was made through police communications in reference to the stolen vehicle. Police personnel were then notified that the vehicle was found abandoned in the parking lot at a bar at 3116 North Main, Tarrant County, Texas. It was processed for physical evidence and a significant amount of blood was located in the interior of the vehicle. The previous information was relayed to your affiant by Fort Worth Police personnel.

D.    Your Affiant, while in the residence on Scott Avenue observed numerous drops of blood in the entrance way to the house, in the living room and in the dining room of the house, which is adjacent to the hallway where the bodies were found. Your affiant observed drops of blood leading from the dining room into the kitchen and leading to a kitchen drawer containing towels. The trail appeared to stop at that point. Your affiant also observed in the detached garage where the Cadillac was kept a significant amount of blood on the floor in the approximate location where the driver's side door would be located in a car parked in that garage. This information led your affiant to believe that the person responsible for the victim's deaths was injured.

E.    In the house, Affiant also observed that a light was flashing on the telephone base. The telephone was located in the hall where the bodies were found. Affiant noted this light indicated messages were left on the answering machine feature of the phone. Affiant listened to these messages. One was a message for Patricia Syren from an individual named "Tony" asking her to verify some charges on her Morgan Stanley Mastercard Account. "Tony" left a telephone number for the victim to return his call. Affiant called this number and was able to reach personnel that told affiant this was a third party fraud detection service contracted with Mastercard. Affiant learned from this service that numerous charges had been made on the victim's card in the last 48 hours. Affiant also learned that a hotel room at the Seahorse Inn in Galveston, Texas was rented using the card in the early morning hours of April 8, 2003, and at a liquor store on the evening of April 8, 2003. Affiant then surmised that given the state of decomposition of the victims and the fact that Mr. Greer had last seen them on Sunday, April 6, 2003 at their home, that someone else had been using Patricia Syren's credit card. Affiant notified Sgt. J.D. Thornton of these facts. Sgt. Thornton subsequently contacted the Galveston Police Department and notified them of these facts. Your Affiant and Det. M.M. Hardy, ID #2151, then proceeded to Galveston, Texas.

F.    Affiant then learned as follows from Police Officers of the Galveston, Texas Police Department: that Officer Simpson, a police Officer with the Galveston Police Department, proceeded to the Seahorse Inn and spoke with the night manager, Daniel Teo, who was personally known to them. Officer Contenta of the Galveston Police Department also arrived and spoke with Mr. Teo. They discovered that Patricia Syren's credit card had been used by a white male to rent room number 101. This person identified himself on the

**CITY OF FORT WORTH** )(                                    Page 3 of 4

**COUNTY OF TARRANT** )(

**STATE OF TEXAS** )(

registration card as "David Jones". Mr. Teo told Officer Contenta that the person renting this room had arrived by Yellow Cab and appeared to have been drinking at Club 23, which is located in the same building as the nearest Yellow Cab stand. The Officers went to Room 101, which appeared to have been abandoned as there were no personal possessions in the room and the key had been left inside. However, a Lay's potato chip bag with a residue of chili and cheese had been left inside the room. The Officers were aware of which nearby convenience stores served food of that nature. Officer Simpson then went to the Diamond Shamrock convenience store, close to the Seahorse Inn, and talked to the store clerk, Loretta Rouse, who stated that a white male had tried to purchase a chili cheese dog and chips with a credit card, but the credit card had been declined. The clerk then stated that the male paid in cash and left. She described the man with the card as a white male, 25-35 y.o.a., with a yellow shirt. Officer Contenta proceeded to the Yellow Cab stand, where he spoke to the dispatcher. She indicated they had a person walk in and requested service at 1:19 a.m. according to their log. The dispatcher broadcast this information in an attempt to learn who had picked up this fare. The individuals who would have personal knowledge of this were not on duty at the time and so the officers agreed to return and pursue this information later. Officer Simpson notified Affiant's Police Department of this information

G.   Officer C. Garcia Jr. of the Galveston Police Department was notified at approximately 11:15 the next morning that Driver Donald Epps of Yellow Cab wanted to speak to him. Mr Epps, who was known to him, related he had picked up a fare fitting the suspect description at the Waffle House on 61st Street and had taken him to Tony's Lazy Lounge. This person was a white male in a white Joe's Crab Shack tee shirt, blue jeans, a red hat, glasses who said he was from Dallas, Texas. Mr. Epps also passed on information from another cab driver that he had driven the same individual to the Elbow Room. Both of these bars were on Galveston Island. Officer C. Garcia III of the Galveston Police Department then went to these bars in an attempt to locate the suspect. He and other Galveston officers went to the Elbow Room, but no one was there. They notified the bartender of the description of their suspect.   While at another bar, the bartender at the Elbow Room called to say she remembered seeing the individual in question, and that he was a white male in his mid-forties, with wavy gray hair, about 220-250 lbs. with a pot-belly, and dressed in blue jeans, the Joe's Crab Shack tee-shirt and brand new white tennis shoes. Officer Garcia then remembered that he had seen a man fitting that description shortly before when he had looked in Tony's Lazy Lounge, but had discounted him because he seemed too old. Officer and because he had been told by the bartender that person was a "regular". Officer Garcia III returned to Tony's Lazy Lounge and saw Billy Jack Crutsinger in the bar. Mr. Crutsinger appeared to be in his mid-forties, with wavy gray hair, wearing a Joe's Crab Shack tee-shirt, new-looking white tennis shoes and blue jeans. He also appeared to have a fairly recent cut on his finger. Officer Garcia III asked him his name, and he refused to answer and cut his eyes towards the door. It appeared as though he was looking for an exit to Officer Garcia III. Officer Garcia III then detained this individual.

H.   That your affiant is requesting that a search warrant be issued to collect epithelial cell samples (buccal swabs) from Billy J. Crutsinger for the purposes of making a DNA comparison with Crutsinger's DNA and blood left on the scene of this offense that your affiant believes was left by the actor. Your affiant is aware that modern scientific testing procedures are available that will allow this comparison to be made. Your affiant further believes such testing is necessary in the investigation of this offense.

**CITY OF FORT WORTH**   )(

**COUNTY OF TARRANT**   )(

**STATE OF TEXAS**      )(

WHEREFORE, I ask this Court to Order, 1) the Sheriff of Tarrant County to make Billy Jack Crutsinger, presently housed in the Tarrant County Jail, available to appropriate personnel for the purpose of taking buccal cell samples from the interior of his cheeks in accordance with accepted medical practices.

WITNESS BY SIGNATURE this the 26th day of August, 2003.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by said affiant on this the 26 day of Aug, 2003.

_____
Magistrate in and for Tarrant County Texas

_____
Title and Office Held by Magistrate

DEFENDANT'S
EXHIBIT
S
9-24-03

## § 38.02.   Failure to Identify

(a) A person commits an offense if he intentionally refuses to give his name, residence address, or date of birth to a peace officer who has lawfully arrested the person and requested the information.

(b) A person commits an offense if he intentionally gives a false or fictitious name, residence address, or date of birth to a peace officer who has:

(1) lawfully arrested the person;

(2) lawfully detained the person; or

(3) requested the information from a person that the peace officer has good cause to believe is a witness to a criminal offense.

(c) Except as provided by Subsection (d), an offense under this section is a Class C misdemeanor.

(d) If it is shown on the trial of an offense under this section that the defendant was a fugitive from justice at the time of the offense, the offense is a Class B misdemeanor.

I KNOW
YOUR BE
side your
SLEF. BUT
PLEASR FEED
CoGo + WATER
THANK you
BoJoo
hooE
Foyou

DEFENDANT'S
EXHIBIT
6
9-29.03
PENGAD-Bayonne, N. J.

I KNOW
YOUR BE
SiDE YOUR
SLEF. BUT
PIEASR FEEd
CoGo + WATER
THANK you
Bo Jou
hoGE
You

DEFENDANT'S
EXHIBIT
6-A
9-29-03





DEFENDANT'S
EXHIBIT
7-A
9-29-03
PENGAD-Bayonne, N. J.

HONEY
THANK
YOU FOR
Will?
JUST THANKS
ILL BE BACK
TO GET CoCo
SOON LOVE
YOU
SORRY
B.J.

**DEFENDANT'S EXHIBIT NO. 8**

**Videotape**

Available from District Clerk upon request.



JOHN R LINDSEY STATE JAIL
1620 POSTOAK RD
JACKSBORO, TX 76458

JULY 17, 2003

TO WHOM IT MAY CONCERN,

ENCLOSED YOU WILL FIND COPIES OF THE ORIGINAL
JUDGEMENT(S), ETC. FOR SUBJECT, CRUTSINGER, BILLY, TDC#1014350, AS
REQUESTED. I DO CERTIFY THAT THESE ARE COPIES OF THE ORIGINALS
LOCATED IN HIS FILE ON THIS FACILITY. HE WAS RELEASED 10-26-01.

PEGGY PARKER
INMATE RECORDS
JOHN R. LINDSEY STATE
JAIL



| Informal Resolution App? | |
|---|---|
| Officer | Y    N |
| Supervisor | Y    N |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## OFFENSE REPORT

| Case No _____ | |
|---|---|
| MHMR Rest. | Y   N |
| PHD | Y   N |

(1) TDCJ No. *1014350*   (2) Offender *CRUTSINGER, Billy*   Unit **LN**
<span style="margin-left:5em"></span>(Last Name,  First Name)

(4) Housing Assignment *F4- A-40*   (5) Job Assignment *Student*

(6) Offense Level **2 - Code 25.1-A  Refusing to attend an academic or vocational program** in which the offender is enrolled, without a legitimate reason, such as illness.

OFFENSE DESCRIPTION  On *2-5-01* at *1320* AM/PM, and at *B-Building- Room 128*
<span style="margin-left:4em"></span>(7)Date<span style="margin-left:3em"></span>(8) Time<span style="margin-left:10em"></span>(9) Enter Specific Location

Offender *CRUTSINGER, Billy* **  TDCJ No. *1014350*

refused to attend the *Academic* program in which he is enrolled, namely,
<span style="margin-left:6em"></span>(Vocational  or  Academic)

_*ABE*_ , without a legitimate reason such as illness.
<span style="margin-left:2em"></span>(Name of Class)

(10) Additional Information

Offender *CRUTSINGER, Billy* did not respond when his name was called
<span style="margin-left:2em"></span>(Last Name, First Name)

from the class roster, and no evidence of a legitimate reason to be absent was

forwarded to this Instructor.

(11) Witnesses *N/A*

(12) Accusing Officer/Employee *D. Bonner*   *ABE*   / Instructor
<span style="margin-left:12em"></span>( Printed Name )

(13) Signature *[signature]*   (14) Shift/Card   (15) Date *2-5-01*   (16) Time *1500*

(17) Approving Supervisor's  Printed Name *Sgt. Gerald Gough* ^(1 of 2)   (18) Date *2-5-01*

(19) Grading Official (Print) *B. Thompson*   (20) Rank *Major*   (21) Date *2-9-01*

(22) Grade   (Circle One)   IR   UP   **MI**   MA   Justification to override Informal Resolution

TEXAS DEPARTMENT OF CRII..  ..L JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

# DISCIPLINARY PROCESS REVIEW

ite _Crutsinger Billy_, TDCJ-ID# _1014350_, has been issued a disciplinary
case and is alleged to have violated TDCJ rule No. _Level 2 Code 25.1_

and is/is not being held in pre-hearing detention.

**TO:** Disciplinary Office

|  | | RESPONSE |
|---|---|---|
| A. | Does the inmate's current mental status preclude participation in the disciplinary process? | YES (NO) |
| B. | Did the inmate's mental status contribute to the alleged offense? | YES (NO) |
| C. | Does the inmate's mental status contra-indicate any particular forms of punishment? | YES (NO) |

If YES, specify:

Recommendations: (optional)

_____
Unit psychologist/psychiatrist/physician

## DO NOT FILE IN HEALTH RECORD

S-41 (Rev. 2/92)



Attachment A

# TRANSITION PLAN

| | | | |
|---|---|---|---|
| Offender Name: | *Crutsinger, Billy* | County of Conviction: | *Tarrant* |
| TDCJ#: | *1014350* | Court/Cause#: | |
| Release Date/Time: | *10-26-01* | Up Front   Direct   ~~Revocation~~   Modification | |
| | | (Circle One) | |

**2. Accomplishments:**

| | YES | NO | N/A | Comments: |
|---|---|---|---|---|
| GED | | X | | |
| Vocational | X | | | |
| Pre Release | | X | | |
| SAED | X | | | |
| MTC | | X | | |

**3. Transition Needs:**

1. *Chemical Dependine*
2. *Legal*
3. *Vocational*
4.
5.

Reviewed by: _____

**Referrals Made:**

1.
2.
3.
4.
5.

Date: _____

**Reporting Instructions:**   *None on this Cause*

**5. Other Comments:**

**Forwarding Address:**   *157 PR 477*
*Hillsboro, Tx   9645 76654*

**6. Release Information:**

| | | Please Indicate Y, N, or N/A | |
|---|---|---|---|
| Releasing To: | *Geraldine Leggitt* | Medication Received | Y |
| Address: | *157 PR 477* | Trust Fund Check Number   — $ — | N |
| | *Hillsboro Tx   76645* | Check Received | N |
| Relationship: | *Aunt* | Bus Voucher Received | N |
| Phone#: | *254-582-1939* | Personal Property Returned | Y |
| | | Social Security Card   Y    ID Card   N | |
| | | Driver's License   Y    Other   N | |

Car Make, Model, License, and Year *Ford Aerostar 1993 41KKS1 Brown*
Transportation Provided by: *Family*

_____
Staff Member Signature

_____
Releasee Signature

*10-26-01*
Date

Copy:  Release
        File

**RELEASE INFORMATION**
DATE: _10-26-01_

**INMATE 'S NAME:** _____
_Billy Ray_

**VEHICLE INFO:**

**MAKE:** _Ford_
**MODEL:** _Crown Vic_
**YEAR:** _90_
**LICENSE:** _U2 E 113_
**COLOR:** _____

**NAME AND ADDRESS:**

**NAME:** _Geniene Smith_
_150 Pr. 11_
_Hillsboro, TX 76072_
_____

**PHONE #:** _254- 58 - ____

**RELATIONSHIP:** _Friend_

**OTHER:** _____
_____
_____

BAPTIST

NAME CRUTSINGER, BILLY J. TDJ# 1014350JC SID# 01978869

COUNTY TARRANT     SENTENCE 12 MOS

OFFENSE RECK INJ TO ELDERLY BI(1)

SENT. BEGIN 10-28-00 DATE REC'D 12-14-00 REL DATE _____

DOB 9-5-54 RACE W SEX M HT 5-11 WT 205

ACTIVITY TARRANT CO   RESIDENCE HILLSBORO,TX

DPS # _____ EMPLOYMENT SKILLS _____

EMERGENCY CONTACT GBRALDINE SUGGITT(FRND)

254-582-2939

CRIMINAL HISTORY

Arrests _____ Prob _____ S.J.T.S. _____

Adult: Misd Arrests _____ Prob _____ Jails _____

Felony Arrests _____ Prob _____ Jails _____

PIA ____ SAFPF ____ T.D. ____ St Jail ____ Other ____

SPECIAL PRECAUTIONS

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Wackenhut Corrections Corporation



1014350
12/14/00 000                    12/14/00 001

ID Number: 1014350
Date: 12/14/00
Name: BILLY JACK CRUTSINGER

1C5-

```
************************************************************************
:** REQUESTOR: LNUNT04 - OVERTON, MELODY        LINDSEY STATE JAIL FACILITY    *
************************************************************************
***                     S Y S M   I N B A S K E T   P R I N T                  *
```

MESSAGE ID: 317974      DATE: 10/18/01  TIME: 11:10am  PRIORITY: 000

TO:          LNUNT04 - OVERTON, MELODY
             INMATE RECORDS CLERK
             LINDSEY STATE JAIL FACILITY
             1137 OLD POST OAK ROAD
             JACKSBORO, TX 76458


FROM:        MBO8317 - BOGAN, MARY
             CLERK III
             CLASSIFICATION AND RECORDS
             BOT WAREHOUSE
             P O BOX 99
             HUNTSVILLE, TX 77342-0099


SUBJECT:     STATE JAIL RELEASE


PLEASE BE AWARE THAT THE SUBJECT CONFINEE, CRTSINGER, BILLY JACK,
TDCJ-ID NO  1014350 HAS SERVED SUFFICIENT TIME TO BE RELEASE ELIGIBLE
ON 10-26-01 RELATING TO HIS STATE JAIL SENTENCE FROM TARRANT COUNTY
UNDER CAUSE NO. 0660308D


PLEASE MAKE APPROPRIATE ARRANGEMENTS FOR THE DIRECT RELEASE OF THE
CONFINEE FROM YOUR FACILITY ON 10-26-01. IF THE CONFINEE IS ON A
CONCURRENT PAROLE, HE SHOULD BE ADVISED TO IMMEDIATELY CONTACT HIS
ASSIGNED PAROLE OFFICE FOR FURTHER INSTRUCTIONS RELATIVE TO PAROLE
SUPERVISION. RELEASE FUND CHECKS ARE NOT APPROPRIATE TO THIS CASE.
TRUST FUND CHECKS WILL BE FORWARDED TO YOUR FACILITY FOR DELIVERY TO
THE CONFINEE PRIOR TO RELEASE. PLEASE CODE THE CONFINEE OUT TO THE
APPROPRIATE RELEASE CODE. YOUR UNIT FILES SHOULD BE FORWARDED TO THE
CENTRAL RECORDS OFFICE MICROFILM DEPARTMENT.

AUTH: M. B. THALER
JEREMY

Sent to:     LNCLS20              BERRY, BILL              (to)
             LNUNT04              OVERTON, MELODY          (to)
5-              HQTF001              DESK, DISCHARGE          (to)
```

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## UNIT CLASSIFICATION COMMITTEE HISTORY FORM

OFFENDER NAME: _Cutsinger      Billy_     TDCJ #: _1014350_

             Last         First        Middle I

**A.**  **Purpose of Classification Review Codes**

| Code | Description |
|---|---|
| 01 | Assignment to Unit |
| 02 | Safekeeping Status Review |
| 05 | Other UCC Decisions |
| 06 | UCC Consideration for Promotion in Class/Custody |
| 09 | Death Row Review |
| 10 | Death Row Custody Change No Committee Action |
| 11 | Disciplinary Report |
| 12 | Custody Downgrade |
| 17 | Classification Review No Committee Action |
| 20 | Initial Admin. Seg. Hearing |
| 21 | 30-day Review |
| 22 | 60-day Review |
| 23 | 90-day Review |
| 25 | Other State Classification Committee Reviews |
| 26 | Major Program Review/Changes |
| 28 | Admin. Seg. Restriction |
| 29 | Admin. Seg. 180-day Review |
| 31 | 90-day Report (State Jail) |
| 32 | Release Report/Transition Plan (State Jail) |
| 33 | Release Date (State Jail) |
| 34 | Life in Danger |
| 35 | Annual Review |
| 36 | Initial ITP Review |
| 37 | SSI Review |
| 50 | Cell Assignment Status |

**B.**  **Standard Overrides**

| Code | Description |
|---|---|
| 30 | SCC Promotion to MO-OT |
| 98 | Initial Classification with Violent Crime |

**C.**  **Custody Codes**

| Code | Description |
|---|---|
| 1A | Security Detention Level I |
| 2A | Security Detention Level II |
| 3A | Security Detention Level III |
| 4A | Protective Custody Level I |
| 5A | Protective Custody Level II |
| 6A | Protective Custody Level III |
| CC | Close Custody |
| ME | Medium Custody |
| MI | Minimum (In) Custody |
| MO | Minimum (Out) Custody |
| OT | Minimum (Out) Custody (Assigned to Trusty Camp) |
| PC | Safekeeping Close |
| PE | Safekeeping Medium |
| PI | Safekeeping Minimum |
| PO | Safekeeping Minimum Out |
| MD | Inpatient Paraplegic |
| MH | Mental Health Status |
| II | Mentally Retarded Offender Program |
| D1 | Death Row Level I |
| D2 | Death Row Level II |
| D3 | Death Row Level III |
| DW | Death Row Work Capable |
| SA | Special Alternatives to Incarceration Program |
| IT | In-Prison Therapeutic Community |
| FT | Substance Abuse Felony Punishment Facility |
| PR | Pre-Release Therapeutic Community |
| HR | High Risk (State Jail) |
| M1 | Medium Risk 1 (State Jail) |
| M2 | Medium Risk 2 (State Jail) |
| LR | Low Risk (State Jail) |
| SR | Special Management (State Jail) |
| PJ | Safekeeping (State Jail) |

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|
| 12-21-00 | LN | 01-36 | MI | MI | 6-P | |

Comments: _Justice see MI due to MI and - lust of phys_

Override: _____

Justification: _____

Reviewed offender's records and UC00 screens 04 and 05 for DNA required offenses (circle one):  (Yes)   No

DNA Testing required (circle one):  Yes   (No)

SSP-113 (Revised 1/99)

Case 4:07-cv-00703-Y  Document 87-4  Filed 11/03/17  Page 33 of 199  PageID 5175

INMATE NAME: CRUTSINGER,BILLY JACK                    TDCNO: 01014350

| HOUSING DATE | UNT | ** HOUSING ** **ASSIGNMENT* | | INM CST | HSNG CST | JUSTI- FIED | JOB ASGN DATE | *****JOB ASSIGNMENT***** |
|---|---|---|---|---|---|---|---|---|
| 12/15/00 | LN | C2 | 104 B | | TR | Y | 12/14/00 | JC UNASGN PENDING PROC |
| 12/14/00 | LN | C2 | 117 T | | TR | Y | | |

END OF LIST
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____ AND/OR OPTION I
PF1-HELP                        AND/OR SIDNO _____

```
ADD OFFENSE                        STATE JAIL SYSTEM                            13:39:38
      UNIT: LINDSEY SJ                             MTC:    N   (Y OR N)
   TDCJ-ID NO: 01014350                            REARREST DATE:     01 01 0001
   SID NUMBER: 01978869                            TDCJ-ID RECV:      12 14 2000
      NAME: CRUTSINGER,BILLY JACK                  DIRECT SENTENCE: N
      CAUSE/COUNT: 0660308D           01     COURT NUMBER: 213        SEQ. NO.: 001
  COUNTY OF CONV: 220 TARRANT              213TH STATE DISTRICT COURT
     OFFENSE DESC: RECK INJ TO ELDERLY BODILY INJ      ARREST DATE: 05 07 1997
     OFFENSE DATE: 05 07 1997      DEGREE: S  SENT STAT:      CTO: 01 01 0001
        PLEA: G        UP-FRONT SENT LENGTH (YYMD): ___ __ _  (DAYS): ___
  SENTENCE DATE: 12 01 2000        SJ SENT LENGTH (YYMD):   1  0  0  (DAYS): ___
  PROBATION TYPE: D  PR MOD:    PROB SENT LENGTH (YYMD): __ __ __
  DAYS CREDITED: 00034               COMMENCE DATE: 12 01 2000     RESTIT: N
  CONCUR/CONSEC: C                   SENTENCE BEGIN: 10 28 2000
     OFFENSE CODE:   13990014        STATUTE CITATION: PC  022.040
  OFFENSE COUNTY: 220 TARRANT        DPS INCIDENT NO.: _____
  JAIL GOOD TIME: Y  REVOCATION TYPE: VS DATE REVK: 12 01 2000   NEW CHARGE: _
  ** UFJ EXP: 01 01 0001       COMM SVC REQUIRED :   0   CALC DTE: 10 28 2000 **
  **JAIL EXP: 10 27 2001       COMM SVC COMPLETED:   0       FLAT:   0 00 00  **
  **PROB EXP: 01 01 0001       COMM SVC REMAINING:   0                        **
                                                                             **
  ENTER OPTION: ___   TDCJ-ID NUMBER: 01014350  OR  SID NUMBER: _____  PF1-HELP
  RECORD HAS BEEN ADDED
```

# WCC

JOHN R. LINDSEY STATE JAIL
1137 Old Post Oak Road
Jacksboro, Texas 76458
Telephone 940-567-2272
Fax 940-567-2292

## CONFINEE DISCHARGE/EMERGENCY CONTACT PLAN

CONFINEE NAME _Crutsenger Billy_   TDCJ # _1014350_

CONTACT/DISCHARGE TO
RELATIONSHIP: _FR_

NAME: _Geraldine Suggitt_

TELEPHONE #: _____

ADDRESS: _157-PR-477_

CITY: _Hillsboro_

COUNTY: _Hill_

STATE: _TX_                ZIP: _76645_

SIGNATURE: X _Billy Jack Crutsinger_   DATE: _12-15-00_

WITNESS: _TA_                DATE: _12-15-00_

TEXAS DEPARTMENT OF CRIMINAL JUSTICE                     13:16:17
HEALTH SUMMARY FOR CLASSIFICATION                       12/13/2000

NAME: CRUTSINGER,BILLY JACK                    DOB: 16/05/1954    F O L M E S
(UCJ#: 01014350  SID#: 917/3867               WGT: 207 LBS        ------------
GRIT: LN          HOUSING: C2-104B            HGT: 6'00"          |2|1|1|1|1|1|
JOB: JC UNASGN PENDING PROCESS                                   |8|A|A|A|A|A|
                                                                 |F| | | |B|

JEC 18 2000

WM. Berry

1. UNIT OF ASSIGNMENT (CHECK ONE)
   X A. NO RESTRICTION                  __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY      __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY         SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
   __ D. PSYCHIATRIC CARE FACILITY      SUITABLE FOR SAIP FACILITY?        X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)            B. BUNK ASSIGNMENT (CHECK ONE)
   X 1. NO RESTRICTION                  __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY               00 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH  C. ROW ASSIGNMENT (CHECK ONE)
        PATIENT WITH LIKE MEDICAL CONDITION)  X 1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED           __ 15.NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED     __ 16.NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY            __ 17.NO WALKING ON WET UNEVEN SURFACES
   __ 4. FOUR HOUR WORK RESTRICTION     __ 18.NO OUT ASSIGN TO DAYLIGHT
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION  __ 19.NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL             __ 20.NO TEMPERATURE EXTREMES
   __ 7. LIMITED STANDING               __ 21.NO HUMIDITY EXTREMES
   __ 8. NO WALKING > ___ YARDS         __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
   __ 9. NO LIFTING > ___ LBS.          __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
   __ 10.NO BENDING AT WAIST            __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                   __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
   __ 12.NO CLIMBING                    __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
   __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X A. NO RESTRICTION                  __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X A. NO RESTRICTION                  __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                  __ D. VAN (SOUTHERN REGION ONLY)

  COURTS - GR        NO        12/13/2000    ---------------------------
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

HSG-18(REV.11/95)

# DIAGNOSTIC SCREENING RESULT FORM

**FROM:**   Diagnostic                     **DATE:**

**TO:**   Sociology

**SUBJECT:**                                **TDCJ #**

The Inmate Identified above has been evaluated through the Diagnostic Screening Process with the following results:

_____ No Special Needs Identified

_____ Referral for Further Diagnostic Evaluation

Signature   H. Morrissey PhD                    Supervisor DI
                                               Title

CL - 67 (Rev. 2/90)                                          J0234

| DATE OF ARREST | TRN | | OPS NO. (SID) | | FBI NO. | | LEAVE BLANK |
|---|---|---|---|---|---|---|---|
| 12-1-00 | | | 01978869 | | | | |

**COMMITMENT NAME (LAST, FIRST, MIDDLE)** CRUTSINGER, BILLY JACK   **TRUE NAME**

| DATE OF BIRTH | PLACE OF BIRTH | SEX | RACE | ETH. | HGT. | WGT. | EYES | HAIR | SKINTONE | FOR TDCJ-ID USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-5-54 | TX | M | W | | 5-11 | 205 | HZL | BRO | RUD | |

**SCARS, MARKS, TATTOOS & AMPUTATIONS**

NO MARKS

CITIZENSHIP  USA

TCN LABEL

| COUNTY SENTENCED FROM | CUSTODY ORI | TDCJ-ID# | |
|---|---|---|---|
| TARRANT | **TX236065C** | 1014350JC | |

| SENTENCE EXPIRATION DATE | DATE RECEIVED | CUSTODY STATUS |
|---|---|---|
| | 12-14-00 | |

**CHARGES** RECK INJ TO ELDERLY BI (1)   **DISPOSITION** 12 MOS   **LAST RESIDENCE** HILLSBORO, TX

**OTHER TRNS**   **INMATE'S SIGNATURE** *Billy Jack Crutsinger*



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

L. FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**
**BUREAU OF RECORDS & IDENTIFICATION**
**HUNTSVILLE, TEXAS**

TN _____

Alias _____

Name __CRUTSINGER, BILLY JACK__

Date of Sentence __12-1-00__

County __TARRANT__

Crime __RECK INJ TO ELDERLY BI(1)__

_____

Term __12 MOS__

Last Residence __HILLSBORO,TX__

Name of Employer __SELF__

Address _____

Read & Write __YES__ No. Yrs. in School __11__

Occupation __CONCRETE WORK__

Native (Country) __TARRANT__ (State) __TX__

Member of What Church __BAPTIST__

Ex. Service __NO__

Marital Status __MARRIED__

In Case of Injury, Illness, or Death

Notify __GERALDINE SUGGITT(FRND)__

__157 PR 477__

__HILLSBORO,TX  254-582-2939__

Place of Registration __NO__

Ex. Convict __NO__

No. _____ Release From _____

Year Released _____

No. __1014350JC__  Race __W__  Sex __M__

Date Received __12-14-00__

Age __46/00__  Date of Birth __10-5-54__

Eyes __HZL__  Hair __BRO__  Comp. __RUD__

Build __LARGE__  Ht. __5-11__  Wt. __205__

Marks and Scars _____

__NO MARKS__

County Sentenced From _____

Method of Release _____

Ex. Convict other Prison or Reformatories _____

XBilly JACK CRUTSINGER

CL - 2.1 (2/90)                                    J0229

# UNIT CLASSIFICATION REVIEW FORM
## (PART B)

Inmate Name: _____     TDCJ#: _____

UC00
Page 1 (Screen 4)

## Current Offense of Record

Since this screen is a summary of all the inmate's current offenses, "Yes" should be check for each of the characteristics that apply to any of the inmate's current offenses. If a characteristic does <u>not</u> apply to any of the inmate's current offenses, "No" should be checked. For example, the inmate is currently incarcerated with three separate convictions -- rape, auto theft, and possession of heroin. Since rape is a violent offense, "VI" should be checked.

| | | | |
|---|---|---|---|
| 1. | Violent Offense | _V I_ Violent "VI" | _____ Non-Violent "NV" |
| 2. | Offense Against Person | __X__ Yes | _____ No |
| 3. | Injury Involved | __X__ Yes | _____ No |
| 4. | Offense Involved Escape | _____ Yes | __X__ No |
| 5. | Offense Originally Probated | _____ Yes | __X__ No |
| 6. | Sex Related | _____ Yes | __X__ No |
| 7. | Drug Related | _____ Yes | __X__ No |
| 8. | Alcohol Related | _____ Yes | __X__ No |
| 9. | Other | __X__ Yes | _____ No |

Check if applicable:     _____ "MV" Mandatory Supervision Violator
                               _____ "PV" Parole Violator

Comments: _____ _B/I to Elderly_ _____
                (Be Brief - limited to 60 keyed characters)

Types of information to be included: description of significant characteristics of aggravated offense, i.e., age, sex, relationship of victim; weapons used, description of injury. EXAMPLE: Raped 4 year old daughter.

_____
Correctional Counselor Signature

LAST NAME _Crudsinger_          _1014350_ TDCJ-SJ#

Page 2 (Screen 5)

## Prior Offense of Conviction

Since this screen is a summary of all the inmate's prior convictions, "Yes" should be checked for each of the characteristics that apply to any of the inmate's prior convictions. If a characteristic does <u>not</u> apply to any of the prior convictions "No" should be checked. For example, the inmate has three prior convictions, one of which was violent, violent offense should be checked.

1. Violent Offense _____ ✓ Violent "VI"    _____ Non-Violent "NV"

2. Against Person _____ X Yes    _____ No

3. Injury Involved _____ Yes    _____ X No

4. Escape Involved _____ Yes    _____ X No

5. Probated Offense _____ X Yes    _____ No

6. Sex Related _____ Yes    _____ No

7. Drug Related _____ Yes    _____ No

8. Alcohol Related _____ X Yes    _____ No

9. Other _____ X Yes    _____ No

10. DNA Required _____ Yes    _____ X No

11. DNA REQ NCIC CODE _____

Comments: _____ TARRANT x2   Clay x1 _____
(Limited to 60 keyed characters)

Types of information to be included:  number of incarcerations and name of institution.

LAST NAME Crutenger _____    1014350 TDCJ-SJ#

Page 3 (Screen 7)

## Current Institutional Adjustment Record

Please check the characteristic(s) that are appropriate.  Characteristics that do no apply to
the inmate in question, should be left blank.

| | Characteristics | Code | Comments |
|---|---|---|---|
| 1. | _____ Homosexual | OP | 1. _____ |
| 2. | _____ Suicide Attempt | SU | 2. _____ |
| 3. | _____ Assault Victim | AV | 3. _____ |
| 4. | _____ Sexual Assault Victim | SV | 4. _____ |
| 5. | _____ Detainer | DT | 5. _____ |
| 6. | _____ Potential Sex Victim | OP | 6. _____ |
| 7. | X Drug Abuser | OP | 7. _Mary_____ |
| 8. | X Alcohol Abuser | OP | 8. _DwI on record_ |
| 9. | _____ Medical Problem | OP | 9. _____ |
| 10. | _____ Psychological Problem | OP | 10. _____ |
| 11. | _____ Intellectual Problem | OP | 11. _____ |
| 12. | _____ Other | OP | 12. _____ |
| 13. | _____ Escape from Adult Penal Institution w/in last 3 years | ES | 13. _____ |
| 14. | _____ Other Escapes | OP | 14. _____ |
| 15. | _____ Potential Victim | PV | 15. _____ |

LAST NAME _Crutsinger_          _1014350_ TDCJ-SJ#

Page 4 (Screen 8)

# Prior Institutional Record

OP - Other Prision
SA - Staff Assault
IA - Inmate Assault
IN - Injury
ES - Escape
EA - Attempted Escape

GA - Gang Activity
WP - Weapons Possession
DP - Drug Possession (Other Chemical)
AP - Alcohol Possession
SM - Sexual Misconduct
OP - Other

| | DATE | INSTITUTION | | | | | DESCRIPTORS | | | | | | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OP | TDC | HOSP | JAL | JUV | SA | IA | IN | ES | EA | GA | UP | DP | AP | SM | OP | |
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | 1 | | | | | | | | | | | | | | |

# CONSOLIDATED REPORT FORM

| JAIL REPORT: | | | | | EMPLOYMENT |
|---|---|---|---|---|---|
| CASE ON APPEAL: | YES ☐ | NO ☐ | 1 | | _____ |
| VOLUNTARY SURRENDER: | YES ☐ | NO ☐ | | | _____ |
| F___IBLE DETAINER: | YES ☐ | NO ☐ | 2 | | _____ |
| ___M IMPACT: | YES ☐ | NO ☐ | | | _____ |
| ADDITIONAL INFOR: | YES ☐ | NO ☐ | 3 | | _____ |
| PIA INTERVIEW: | YES ☐ | NO ☐ | | | _____ |

Code:   F_____

## GENERAL INFORMATION

**OFFENDER CATEGORY:** _____

| | | | | |
|---|---|---|---|---|
| Name: | CRUTSINGER, BILLY J. | (PN) | TDCJ-ID#: | 1014350 |
| True Name: | CRUTSINGER, BILLY J. | (TN) | Int. Date: | 12/15/00 |
| Alias: | | | Int. Time: | 0700 |
| | | | Int. By: | TA |

| D.O.B. | 10/5/54 | Age: | 46 | Race W | Sex M | Ht 5'11" | Wt. | 205 | Hair BRO | Eyes BLU |
|---|---|---|---|---|---|---|---|---|---|---|

Segregative Class: IB     E.A. Score _____     I.Q. Score _____     SSN: 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

DPS# 01978869          FBI# 188617N5          Prior TDCJ-ID# _____

⬤ NO ☐          NO ☐
YES ☐          YES ☐
   DATE: _____     DATE: _____          DL# 12927927

| IBM Code | | IBM Code | |
|---|---|---|---|
| 220 NATIVITY: | FT.WORTH, TARRANT CO, TX | 01, | MILITARY: N/A |
| US CITIZENSHI | USA | | MILITARY DISCHARGE CODE |
| 109 RESIDENCE | HILLSBORO, HILL CO, TX | | SCHOOL CODE |
| M MARITAL: | MARRIED | 11 | GRADE COMPLETED: 11 |
| B01 RELIGION: | BAPTIST | | |

## PREVIOUS CRIMINAL SUMMARY

| | COMMITMENTS | ESCAPES | | COMMITMENTS | ESCAPES |
|---|---|---|---|---|---|
| Adult Probation (State): | _____ | _____ | TDCJ-ID: | _____ | _____ |
| Juvenile Reformatories: | _____ | _____ | Other Prisons: | _____ | _____ |
| Adult Probation (Fed): | _____ | _____ | State Farms: | _____ | _____ |
| Juvenile Probations: | _____ | _____ | Detention Hospitals: | _____ | _____ |
| Juvenile Detention Homes: | _____ | _____ | Military Brig: | _____ | _____ |
| Suspended Sentences: | _____ | _____ | Military Stackade: | _____ | _____ |
| Jails: | _____ | _____ | Military Guardhouse: | _____ | _____ |
| City Farms: | _____ | _____ | Military Prison: | _____ | _____ |
| County Farms: | _____ | _____ | County Boot Camp: | _____ | _____ |
| | | | N-Group Dtn. Center: | _____ | _____ |
| | | | SUB AB Fel Pun Fac. | _____ | _____ |
| | | | Other: | _____ | _____ |

TOTAL ARRESTS: _____

## PRESENT OFFENSE(S) DATA

Offense #1:          Offense:   RECKLESSLY CAUSING BOD/INJ ELDERLY
                     Cause #:   0660308D
                     Flat Time Only (yes/no) _____
                     Accomplices/Codefendants: _____
                     Projected Parole Eligibility Date: _____

___A (Rev. 8/95)

**OTHER PRESENT OFFENSE(S) DATA CONTINUED**

Offense #2:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #3:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #4:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #5:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #6:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #7:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

Offense #8:    Offense:   N/A

                  Cause #:

                  Flat Time Only (yes / no):

                  Codefendants:

LAST NAME     CRUTSINGER, BILLY J.     TDCJ-ID#    1014350

## DETAINER INFORMATION

# Detainers (IBM Use Only):   Texas _____   O/State _____   Federal _____   Immigration _____

Agency: _____   Type (Felony/Misd): _____   Date: _____

Address: _____   Telephone: _____

Reason/Offense: _____

Pending TDCJ-ID Commitments: _____

Possible Detainers:  N/A

## ACADEMIC EDUCATION HISTORY

A.        GRAMMAR/SECONDARY SCHOOLS

Highest Grade Completed:      11          School Name/Location:  HALTOM H.S. HALTOM CITY, TX

Dates of Attendance:          1967-1970          Reason for Leaving:  QUIT

Special Education Programs Attended:      N/A

Other Languages Spoken:    N/A

GED Completion Date: _____          Program Name/Location: _____

3.        COLLEGE EDUCATION

Name/Location:    N/A

Dates Attended: _____          Hours Completed: _____

Degree(s) Obtained: _____          Major: _____

Other Comments: (Acad.Ed.): _____

## VOCATIONAL EDUCATION HISTORY

Name/Location of Voc. Ed. Course(s) ATTENDED:    N/A

Type/Dates: _____

Name/Location of Voc. Ed. Course(s) COMPLETED: _____

Type/Dates:    N/A

Voc. Ed. Certificates Held: _____

Other Comments (Voc. Ed.): _____

LAST NAME:    CRUTSINGER, BILLY J.          TDCJ-ID #  1014350

# EMPLOYMENT HISTORY

Longest Period of Continuous Employment: _____1985-2000_____     Job Title: _____ASPHALT CONST._____

Name and Address of Longest Continuous Employment: _____CONTRACTOR_____

_____HILLSBORO, TX_____

Primary Job Skill: _____ABOVE_____     Length of Experience: _____

Secondary Job Skill: _____N/A_____     Length of Experience: _____

Other Job Skills: _____N/A_____

Within the past 2 years were you employed full time continuously in on job for 6 months or longer?     Yes ☑     No ☐

If employed at time of present offense, give job title: _____ABOVE_____

    Length of time on the job: _____

    Name of Employer: _____

    Address: _____

If unemployed at time present offense, give name and address of last employment:

    Name of Employer/Dates: _____N/A_____

    Address: _____

If unemployed at present offense, how long unemployed? _____N/A_____

    Name of Employer/Dates: _____

    Address: _____

If unemployed at present offense, how long unemployed? _____

Significant work experience during prior incarceration (type): _____

_____

Union Affiliation/Memberships (Name/#/Location): _____N/A_____

Union License(s) Held (Dates): _____

# MILITARY SERVICE

Dates of Service: _____N/A_____     Branch of Service: _____     Service#: _____

Highest Rank: _____     Type of Discharge: _____     Court Martials: _____

Reason for Court Martial/Disposition: _____

Reason for Less Than Honorable Discharge: _____

Brigs, Stockades, Guardhouse: _____

## "VICTIM IMPACT STATEMENT: RECEIVED:     ☐ YES     ☑ NO

Significant comments regarding "Victim Impact Statement": _____

LAST NAME _____CRUTSINGER, BILLY J._____     TDCJ-ID # _____1014350_____

## CRIMINAL HISTORY

DPS ARRESTS: N/A _____   TOTAL ARRESTS: _____

WHAT HAVE YOU BEEN ARRESTED FOR:   N/A _____

_____

JUVENILE PROBATIONS HOMES: _____

_____

_____

JUVENILE PROBATIONS: _____

_____

_____

_____

JUVENILE REFORMATORIES: _____

_____

_____

_____

JAILS: _____

_____

_____

_____

_____

_____

_____

LAST NAME:   CRUTSINGER, BILLY J.          TDCJ-ID #      1014350

SUSPENDED SENTENCES: _____

ADULT PROBATIONS: _____

DETENTION HOSPITALS: _____

MILITARY (GUARDHOUSE, BRIG, STOCKADE): _____

MILITARY PRISONS: _____

LAST NAME:  CRUTSINGER, BILLY J.          TDCJ-ID #: 1014350

OTHER PRISONS (INCLUDE PIA): _____

_____

_____

_____

_____

TDCJ-ID (INCLUDE PIA): _____

_____

_____

_____

_____

MISCELLANEOUS:

PROBATED OR SUSPENDED SENTENCES

SENTENCE            COUNTY              YEAR            OFFENSE

_____

_____

_____

_____

_____

LIST OF INSTITUTIONS:

MANSFIELD SA  CO 1995  90 DAYS  COMPL _____

_____

_____

_____

_____

_____

LAST NAME  CRUTSINGER, BILLY J.          TDCJ-ID #  1014350 _____

1.  Have you or any member of your immediate family been a law enforcement officer, security guard, or policeman?

    Yes ☐   No ☑

2.  Has any member of your immediate family been in juvenile or adult penal institution?

    Yes ☐   No ☑

3.  Has anyone in your immediate family been hospitalized for treatment of alcoholism, narcotics addiction or mental disorders?

    Yes ☑   No ☐

    BRO - RALPH CRUTSINGER JR.

    FA - RALPH CRUTSINGER

4.  Have you ever attempted to kill yourself or mutilate yourself in any manner?

    Yes ☐   No ☑

5.  Are you expecting trouble from any member of the inmate populations?

    Yes ☐   No ☑

6.  Have you ever escaped from a jail, juvenile reformatory, or any other penal institution?

    Yes ☐   No ☑

7.  Have you ever been a member of any type of militant or subversive organization or group which advocates racial superiority and aggression towards other racial groups?

    Yes ☐   No ☑

8.  Have you ever participated in any type of ritualistic activity?

    Yes ☐   No ☑

LAST NAME   CRUTSINGER, BILLY J.   TDCJ-ID#   1014350

9.   Have you ever participated in any type of homosexual activity?          Yes ☐     No ☑

10.  While incarcerated (jail or prison), were you ever involved in any of the following kinds of incidents?  If
     YES, indicate if racial attitudes were a motivating factor.

*    Assaulted another inmate (physically or sexually)?                      Yes ☐     No ☑

*    Been assaulted by another inmate (physically or sexually)?              Yes ☐     No ☑

*    Been involved in a fight?                                              Yes ☐     No ☑

*    Been pressured for commissary or sexual favors?                        Yes ☐     No ☑

*    Been involved in a group disturbance between inmates of different races?   Yes ☐     No ☑

*    Been found guilty of being in possession of a weapon (e.g., to protect yourself, to retaliate against another
     inmate, etc.)?                                                         Yes ☐     No ☑

11.  Have you ever requested placement in and/or been assigned to safekeeping, protective custody, or security
     detention during a prior incarceration?                               Yes ☐     No ☑

LAST NAME     CRUTSINGER, BILLY J.          TDCJ-ID#   1014350

SUBSTANCE ABUSE HISTORY

**ALCOHOL ABUSE HISTORY:**

EXCESSIVE DRINKER?   Yes ☑   No ☐          ADMITTED ALCOHOLIC?  Yes ☑   No ☐

OTHER COMMENTS: _____

_____

_____


**DRUG ABUSE HISTORY:**

●

DRUGS USED:        MARIJ _____

_____

_____


DRUGS ADDICTED TO:  N/A _____

●

_____


DRUGS SOLD:        N/A _____

_____

_____


OTHER COMMENTS:    N/A _____

_____

_____


LAST NAME:         CRUTSINGER, BILLY J. _____ TDCJ-ID#   1014350

## VI. PRIOR RESIDENTIAL HISTORY

FT.WORTH, TX                                    1954-2000 A/CSJO

## VII. FAMILY HISTORY

SUB STS ALL G/PA DECEASED

FA      RALPH E. CRUTSINGER/1913-1978/PILOT POINT, TX

MO      LOUISE (HALL) CRUTSINGER/1923/A/U GARLAND, TX – UNK PHONE

SIS     DARLENE (CRUTSINGER) GLENN, BOBBY/1941/A/U

BRO     RALPH CRUTSINGER JR./1944/A/U SAGINAW, TX

SIS     PATSY CRUTSINGER/1947-1998/FT.WORTH, TX

BRO     RANDAL R. CRUTSINGER/1948-1999/FT.WORTH, TX

BRO     JOHNNY L. CRUTSINGER/1953/A/U GARLAND, TX

## VIII. MARITAL HISTORY

WIF     LINDA (TUCKER) CRUTSINGER/1952/A/U PARKDALE, FT.WORTH, TX
        MLI/MP/FT.WORTH, TARRANT CO, TX/D/U 1986

TA
md

The State of Texas                                    Case No: 0660308D
v.                                                     COUNTY OF TARRANT
BILLY JACK CRUTSINGER                                  213th District Court

Judge Presiding:  HON. ROBERT K. GILL          Date of
                                                Judgement: 12/01/2000
Attorney for State:  JIM HUDSON

Attorney for Defendant: STEVEN SWANDER

Offense Convicted of:
     RECKLESSLY CAUSE BODILY INJURY TO ELDERLY

Date Offense Committed:  05/07/1997            Degree: STATE JAIL

Charging Instrument: N/A                       Plea: N/A

Plea to Enhancement Paragraph(s):
     NONE

Findings on Enhancement:
     NONE

Findings on Use of Deadly Weapon:  NONE

Date of Sentence:  12/01/2000                  Costs: None

Punishment & Place
   Confinement:     12 MONTHS STATE JAIL DIVISION OF THE TEXAS DEPARTMENT
                    OF CRIMINAL JUSTICE AND A FINE OF $0.00

Time Credited:     34 DAYS                      Total Amount of
                                                Restitution/Reparation: NONE

Concurrent Unless Otherwise Specified:  NONE

Other:  NONE

A CERTIFIED COPY
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: _____
DEPUTY

## CASE NO. 0660308D

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 213TH DISTRICT |
| VS. | § | COURT OF |
| BILLY JACK CRUTSINGER | § | TARRANT COUNTY, TEXAS |

### UNADJUDICATED JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE AND SUSPENDING IMPOSITION OF SENTENCE

| | | | | |
|---|---|---|---|---|
| Judge Presiding | : HON. ROBERT K. GILL | Date of Judgment | : | JULY 28, 1998 |
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : | DAVID HAGERMAN |
| Attorney for Defendant | : STEVEN SWANDER | Charging Instrument: | | INDICTMENT |

| Offense Date | Offense | | |
|---|---|---|---|
| MAY 7, 1997 | RECKLESSLY CAUSE BODILY INJURY TO ELDERLY | | |
| Degree | Count | Plea | |
| STATE JAIL | ONE | GUILTY | |

| | | | | |
|---|---|---|---|---|
| Findings on Deadly Weapon | : NONE | | | |
| Plea to Enhancement Paragraph(s) | : NONE | | | |
| Plea to Habitual Paragraph(s) | : NONE | | | |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE | | | |
| Punishment | : DEFERRED | Date to Commence | : | JULY 28, 1998 |
| Probationary Term | : THREE (3) YEARS | | | |
| Fine Not Suspended | : NONE | | | |

On this day, set forth above, this cause came for trial and came the State of Texas, by its above-named attorney, and the Defendant appeared in person and by the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, or having waived arraignment in open court, and having agreed that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed to the same, the said attorney for the State read the instrument charging the offense as shown or the reading of the charging instrument having been waived by Defendant, the Defendant entered his pleas as shown above thereto, and it appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, and the Defendant further having affirmatively stated awareness of the consequences of such plea and acknowledged to not having been misled or harmed by the admonishment of the Court, yet the Defendant persisted in entering such plea, said plea is by the Court received and now entered of record upon the minutes of the Court as the plea herein of said Defendant. The Court after receiving the plea shown and hearing the evidence, finds that it substantiates the Defendant's guilt and that further proceedings should be deferred without entering an adjudication of guilt and that Defendant should be placed on probation on reasonable terms and conditions as the Court may require.

The State of Texas do have and recover of the said Defendant all costs in this prosecution expended including any fine shown above for which let execution issue. And it is further ORDERED by the Court that the imposition of sentence of the judgment of conviction herein shall be suspended during the good behavior of the Defendant and that the Defendant be placed on probation during the period of time, fixed by the Court, under the conditions to be determined by the Court, as provided by law. However, when it is shown above that a fine applicable to the offense committed has been imposed by the Court and not suspended, then it is ORDERED that Defendant pay such fine and all costs in this prosecution expended and that Defendant be placed on probation during the period of time fixed by the Court, under the conditions to be determined by the Court, as provided by law.

IT IS THEREFORE CONSIDERED by the Court that the evidence substantiates the Defendant's guilt and that further proceedings should be Deferred without entering an adjudication of guilt, and that Defendant be placed on probation during the period of time prescribed by the Court on such reasonable terms and conditions as the Court may require in accordance with law.

### ORDER SETTING CONDITIONS OF COMMUNITY SUPERVISION

## CASE NO. 0660308D

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 213TH DISTRICT |
| VS. | § | COURT OF |
| BILLY JACK CRUTSINGER | § | TARRANT COUNTY, TEXAS |

### JUDGMENT ADJUDICATING GUILT

| | | | |
|---|---|---|---|
| Judge Presiding | : HON. ROBERT K. GILL | Date of Judgment | : DECEMBER 1, 2000 |
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : JIM HUDSON |
| Attorney for Defendant | : STEVEN SWANDER | | |

| Offense Date | Convicted Offense | Degree |
|---|---|---|
| MAY 7, 1997 | RECKLESSLY CAUSE BODILY INJURY TO ELDERLY | STATE JAIL |

| | |
|---|---|
| Findings on Deadly Weapon | : NONE |
| Plea to Enhancement Paragraph(s) | : NONE |
| Plea to Habitual Paragraph(s) | : NONE |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE |
| Date of Probation Order | : JULY 28, 1998 |
| Paragraph Violated and Grounds for Revocation | : PARAGRAPH ONE: DEFENDANT FAILED TO AVOID INJURIOUS OR VICIOUS HABITS, IN THAT DEFENDANT FAILED TO COMPLETE SUBSTANCE ABUSE ASSESSMENT THROUGH THE TREATMENT ALTERNATIVES TO INCARCERATION PROGRAM (TAIP). |

As set out in State's Petition to Adjudicate Guilt

| | | | |
|---|---|---|---|
| Date Sentence Imposed | : DECEMBER 1, 2000 | Date to Commence | : DECEMBER 1, 2000 |
| Punishment Place of Confinement | : COUNT ONE - TWELVE (12) MONTHS : STATE JAIL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE | | |

| | | | |
|---|---|---|---|
| Time Credited | : 34 DAYS | Court Costs | : NONE |
| Reparation | : NONE | Restitution | : NONE |

On this day, set forth above, this cause again came on for trial. The Court had previously received Defendant's plea of guilty or plea of nolo contendere, heard the evidence, found that it substantiated the Defendant's guilt, deferred further proceedings without entering an adjudication of guilt, and placed the Defendant on probation as shown above. Came the State of Texas, by its above-named attorney, and the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel, and announced ready for hearing after the Defendant was arrested upon warrant of the Court for violation of the conditions of probation set by the Court, and the Defendant having been served a copy of the State's Petition to Adjudicate, or after motion for final adjudication filed by Defendant within 30 days after entering such plea and the deferment of prosecution as shown above. And the Court having heard evidence limited to whether the Court should proceed to an adjudication of guilt under the original charge and having determined that the Court should proceed to such determination of guilt, finds that the Defendant is guilty of the offense named above as set forth in the original charge and as confessed or noncontested by said Defendant.

IT IS THEREFORE CONSIDERED by the Court that the Defendant is adjudged to be guilty of the offense as found by the Court and set forth above and that Defendant committed the offense on the date charged as shown in the order of the Court deferring the adjudication of guilt in this cause.

IT IS THEREFORE CONSIDERED AND ORDERED by the Court, in the presence of said Defendant, that the said judgment be, and the same is hereby in all things approved and confirmed, and the Defendant, who has been adjudged guilty of the

A CERTIFIED COPY
ATTEST: 12/6 2000
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS

VOLUME 80 PAGE 246A OF CASE NO. 0660308D          TRANS NO. 6

...ial District of Tarrant County, Texas

THOMAS A. WILDER COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT
Telephone (817) 884/2450   Office Hours: 7:30 a.m. to 5:30 p.m. Monday - Friday

☐ ADJUDICATED          CONDITIONS OF COMMUNITY SUPERVISION          ☒ DEFERRED ADJUDICATION

THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

THE STATE OF TEXAS                                                IN __2/3__ DISTRICT

VS. NO. 0660308 D          )(  JUL 28 1998          COURT NO. _____ OF

_Billy Jack Crutsinger_          Time 9:05          TARRANT COUNTY, TEXAS

By _____ Deputy

In accordance with the authority conferred by the Community Supervision Law of the State of Texas, you have been placed on Community Supervision as an alternative to incarceration on this __28__ day of __July__, 19 __98__, for the period of __3__ years, having been sentenced for _____ years, for the offense of _Injury To Elderly Recklessly_ by the Honorable __Robert Gill__ Judge/Magistrate in Criminal District Court No. __2/3__, Tarrant County, Texas.

**IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING TERMS AND CONDITIONS OF COMMUNITY SUPERVISION:**

a. Commit no offense against the laws of this State or of any other State or of the United States.

b. Avoid injurious or vicious habits and abstain from the illegal use of controlled substances, marijuana, cannabinoids or excessive consumption of alcoholic beverages. Submit to an assessment for substance abuse. Attend and complete out-patient treatment at the direction of the Supervision Officer. _Alcohol Counseling_

c. Avoid persons and places of disreputable or harmful character.

d. Report to the Community Supervision and Corrections Department of Tarrant County, Texas, immediately following this hearing, and no less than monthly thereafter, or as scheduled by the Court and/or Supervision Officer and obey all rules and regulations of the Department.

e. Permit the Supervision Officer to visit you at your home or elsewhere at any time.

f. Work faithfully at suitable employment as far as possible, furnish proof of employment to your Supervision Officer and, if unemployed, participate in the Community Supervision and Corrections Department's Jobs, Education and Training Skills (JETS) program, unless waived by the Court.

g. Remain within Tarrant County, Texas, unless the Court or Supervision Officer authorizes you to leave.

h. Support your dependents.

i. Notify the Supervision Officer of Tarrant County, Texas, if your address or employment is changed within five days from the date of change.

j. Possess no firearms ~~away from your residence~~ _Or Own_

k. Supervision is conditioned on your agreement to execute a pre-signed waiver of extradition.

l. Pay to and through the Community Supervision and Corrections Department of Tarrant County, Texas, the following:

1. COURT COSTS in the amount of $ _176.50_, at the rate of $ _10.00_ per month.

2. SUPERVISION FEE in the amount of $ _40.00_, each month during the period of supervision.

3. RESTITUTION in the amount of $_____, at the rate of $ _____ per month.

4. FINE in the amount of $ _____, at the rate of $ _____ per month.

5. ATTORNEY FEES in the amount of $_____, at the rate of $_____ per month.

6. CRIME STOPPERS FEE in the amount of $ _50.00_ to be paid within 30 days from the date shown above.

7. CRIME VICTIMS COMPENSATION ACT PAYMENT in the amount of $ _45.00_, at the rate of $ _5.00_ per month.

8. ~~TIME PAYMENT FEE in the amount of $25.00 to be paid within 60 days from the date shown above.~~

9. _____ in the amount of $_____, at the rate of $_____ per month.

The first payments on the above to be made on the 15th of _August_, 19 _98_ and like payments on the 15th day of each month thereafter until full payments are made. (Unless otherwise specified).

DC-105-CR  GP1701  REV. 01-86

VOL __68__ PAGE __391A__

CASE _02 03 08 B_

Conditions of Community Supervision                                    Page 2

m.  **If supervision is transferred to another jurisdiction, continue to report to Tarrant County in the manner prescribed by the Supervision Officer, and comply with the rules and regulations of the receiving jurisdiction. Pay fees to Tarrant County unless waived by the Court.**

n.  (X) Complete __120__ hours of Community Service Restitution at the rate of no less than __10__ hours per month as scheduled by the Supervision Officer or Court, to be completed at an agency approved by the District Judges of Tarrant County.

o.  (X) Submit to urine testing for controlled substances and cannabinoids at the direction of the Supervision Officer and pay for urine testing as required.

p.  (X) Complete education programs as directed by the Supervision Officer.

q.  ( ) Observe a curfew as directed by the Supervision Officer or the Court.

r.  ( ) Do not contact _____.

s.  ( ) Supplement(s) / Amendment(s) as attached.    ( ). Submit your person, place of residence, or any vehicle under your control, to search, at any time, day or night, upon request of any peace officer, with or without a warrant.

You are advised that under the laws of this State, the Court has determined and imposed the above terms and conditions of your Community Supervision, and may at any time during the period of Community Supervision alter or modify them. The Court also has the authority, at any time during the period of Community Supervision, to Revoke your Community Supervision for any violation of the conditions of your Community Supervision set out above.

_____
Judge / Magistrate

This day, a copy of the conditions of Community Supervision was handed to me by the Clerk of this Court.

_____
Witness: Supervision Officer

_____
Witness: District Clerk

X _____
Probationer




DC-105-CR  OP1701  REV. 01-88

THE STATE OF TEXAS )( IN _013_ DISTRICT

VS. NO. _CCC 0308-B_ )( COURT NO. _____

_Billy Jack Cruisingk_ )( TARRANT COUNTY, TEXAS

## SUPPLEMENT/AMENDMENT TO CONDITIONS OF COMMUNITY SUPERVISION

The defendant is ordered to participate fully in and comply with the rules and requirements of the Community Supervision and Corrections Department's program(s) indicated below, pay all fees required, and continue to participate and comply until released by the Court.

1. Submit to Electronic Monitoring/Home Confinement for a period of _____ days to begin upon completion of equipment installation.

   ☐ Breath Alcohol Testing              ☐ Visitel
   ☐ Continuous Radio Frequency Monitoring  ☐ Intruder Detection
                                          ☐ _____

2. Submit to testing for Controlled Substances/Cannabinoids, Alcohol as directed by the Supervision Officer or the Court.

3. Submit to screening, assessment, evaluation and/or testing for _____ as directed by the Supervision Officer or Court.

4. Attend and complete education, counseling and/or treatment for the following as directed by the Supervision Officer or Court:

   _Anger Control Counsel_

   _____          _____
   _____          _____

   **FILED**
   THOMAS A. WILDER, DIST. CLERK
   TARRANT COUNTY, TEXAS

   JUL 28 1998

   Time _____
   By _____ Deputy

5. Attend and complete Education Programs as directed by the Supervision Officer.

6. Attend and complete the state certified Texas Drug Offender Education Program.

7. Attend and complete the state certified Texas DWI Repeat Offender Program.

8. Do not operate any vehicle without an Ignition Interlock Device. Do not tamper with, attempt to bypass or allow any other person to activate the device.

9. Enter, reside and remain at the Restitution Center until released by the Court.

10. Enter, reside and remain at the Court Residential Center until released by the Court.

11. Enter, reside and remain at the Substance Abuse Treatment Facility until released by the Court.

12. Enter, reside and remain at the Shock Incarceration Facility (Boot Camp) until released by the Court.

13. Comply with the rules of Surveillance Probation.

14. Attend Victim-Defendant Mediation.

15. Confinement in the Tarrant County Jail, _____ days, beginning _____.

16. Confinement in a state jail facility for _____ days, to begin no later than 10 days from the date of this order.

17. Extension of Community Supervision Period of _____, beginning _____.

18. Abstain from the use of alcohol.

19. Observe a curfew as directed by the Supervision Officer or the Court.

20. Do not contact _____ in any manner.

21. _____

_____
Judge / ~~Magistrate~~

This day, a copy of the above Supplement/Amendment to Conditions of Community Supervision was handed to me by the Clerk of this Court/Supervision Officer.

_____          _____
Witness: Supervision Officer        Probationer

_____
Witness: Court Clerk

VOL. _68_ PAGE _392A_

DC-105A CR   GPC-1701   REV. 12-95

The State of Texas                                    Case No: 0660308D
vs.                                                   COUNTY OF TARRANT
I   LY JACK CRUTSINGER                                213th District Court

---

lge Presiding:   HON. ROBERT K. GILL                 Date of
                                                     Judgement: 12/01/2000
Attorney for State:   JIM HUDSON

Attorney for Defendant: STEVEN SWANDER

Offense Convicted of:
    RECKLESSLY CAUSE BODILY INJURY TO ELDERLY

Date Offense Committed:  05/07/1997                   Degree: STATE JAIL

Charging Instrument:  N/A                             Plea: N/A

Plea to Enhancement Paragraph(s):
    NONE

Findings on Enhancement:
    NONE

Findings on Use of Deadly Weapon:  NONE

Date of Sentence:  12/01/2000                         Costs: None

I   ishment & Place
c   Confinement:    12 MONTHS STATE JAIL DIVISION OF THE TEXAS DEPARTMENT
                    OF CRIMINAL JUSTICE AND A FINE OF $0.00

Time Credited:      34 DAYS                           Total Amount of
                                                      Restitution/Reparation: NONE

Concurrent Unless Otherwise Specified:  NONE

O   er:  NONE

A CERTIFIED COPY
ATTEST: _____
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
_____ Deputy

...ial District of Tarrant County, Texas

**COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT**                    S.J.F

200 West Belknap, Fort Worth, Texas 76196-0255
Telephone (817) 884-2450   Office Hours: 7:30 a.m. to 5:30 p.m. Monday - Friday

ADJUDICATED   X      **CONDITIONS OF COMMUNITY SUPERVISION**      X   DEFERRED ADJUDICATION

THOMAS A. WILDER, DIST. CLERK
)( TARRANT COUNTY, TEXAS

THE STATE OF TEXAS                                                IN __2/3__ DISTRICT

VS. NO. 0660308D            )( JUL 28 1998          COURT NO. _____ OF

BILLY JACK CRUTSINGER        Time )(    9:05          **TARRANT COUNTY, TEXAS**
                                    By _____ Deputy

In accordance with the authority conferred by the Community Supervision Law of the State of Texas, you have been
placed on Community Supervision as an alternative to incarceration on this __28__ day of __July__
19 _98_, for the period of __3__ years, having been sentenced for ____ years, for the offense of
_Injury To Elderly Recklessly_ by the Honorable __Robert Gill__,
Judge/Magistrate in Criminal District Court No. __2/3__, Tarrant County, Texas.

**IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING TERMS AND CONDITIONS OF
COMMUNITY SUPERVISION:**

a.   Commit no offense against the laws of this State or of any other State or of the United States.

b.   Avoid injurious or vicious habits and abstain from the illegal use of controlled substances, marijuana, cannabinoids
     or excessive consumption of alcoholic beverages.  Submit to an assessment for substance abuse.  Attend and
     complete out-patient treatment at the direction of the Supervision Officer. _Alcohol Counseling_

c.   Avoid persons and places of disreputable or harmful character.

d.   Report to the Community Supervision and Corrections Department of Tarrant County, Texas, immediately following
     this hearing, and no less than monthly thereafter, or as scheduled by the Court and/or Supervision Officer and obey
     all rules and regulations of the Department.

e.   Permit the Supervision Officer to visit you at your home or elsewhere at any time.

f.   Work faithfully at suitable employment as far as possible, furnish proof of employment to your Supervision Officer
     and, if unemployed, participate in the Community Supervision and Corrections Department's Jobs, Education and
     Training Skills (JETS) program, unless waived by the Court.

g.   Remain within Tarrant County, Texas, unless the Court or Supervision Officer authorizes you to leave.

h.   Support your dependents.

     Notify the Supervision Officer of Tarrant County, Texas, if your address or employment is changed within five days

```
ID=( 0001583 )                                          RACE= W    SEX= M
RUE NAME= CROTSINGER,BILLY JACK                         BIRTHDATE= 10-05-54
  ENT AGENCY= 00                           BOOK-IN    BOOK-OUT   FLR  ARREST
  K NO      ----OFFENSE---------- AGCY DATE   TIME  DATE    TIME TNK   DATE
  3662 UNLAW CARRY WPN                    03-28-77,1032 03-28-77,1100        5
       RELEASE AUTHORITY:REL $250.00 BOND/SIMPSON             CASE:0116251
                 REMARKS:--------------------------------

 067728 UNLAW CARRY WPN              04-28-78,1622 04-28-78,1635    04-28-78B
       RELEASE AUTHORITY:F/C/PD/TENERY                         CASE:9999999
                 REMARKS:--------------------------------

 066976 BURGLARY                     05-12-80,1139 05-12-80,1430    05-09-80C
       RELEASE AUTHORITY:$3000.BOND/SIMPSON                    CASE:0156139
                 REMARKS:--------------------------------

 415265 NO OPER LIC------------------ 12 12-12-87,1943 12-12-87,2324 26R 12-12-87B
       RELEASE AUTHORITY:CTS/ROSS                              CASE:9999999
                 REMARKS:121287/106.50/CAPIAS/FWPD------------

 415267 NO INS--------------------- 12 12-12-87,1947 12-12-87,2324 26R 12-12-87B
       RELEASE AUTHORITY:CTS/ROSS                              CASE:9999999
                 REMARKS:121287/144.00/CAPIAS/FWPD------------

 062709 DWI                        12 03-21-91,2157 04-08-91,0600 25J 03-21-91B
       RELEASE AUTHORITY:TIME SERVED                           CASE:0436667
                 REMARKS:032791/045 DAYS JAIL/$462.50 F&CC---

  711 DRIVING W/ LICENSE SUSPD    12 03-21-91,2200 04-08-91,0615 25J 03-21-91B
       RELEASE AUTHORITY:TIME SERVED                           CASE:0436664
                 REMARKS:032791/045 DAYS JAIL/$100 FINE-------

 062712 SPEEDING------------------- 12 03-21-91,2206 03-25-91,1350 33A 03-21-91B
       RELEASE AUTHORITY:CTS/LT CCH                            CASE:9999999
                 REMARKS:032191/84.50 BOND------------------

 062713 SPEEDING------------------- 12 03-21-91,2208 03-25-91,1350 33A 03-21-91B
       RELEASE AUTHORITY:CTS/LT CCH                            CASE:9999999
                 REMARKS:032191/108.50 BOND-----------------

 037215 ASSAULT                    88 02-07-93,1029 02-07-93,1029 NBK 02-06-93C
       RELEASE AUTHORITY:NBK BOOKING                           CASE:0503176
                 REMARKS:

 042964 DRIVING W/ LICENSE SUSPD    12 03-01-93,0201 03-01-93,0505 000 02-28-93C
       RELEASE AUTHORITY:750 BD/CORNISH,LG JR                  CASE:0503428
                 REMARKS:

 82298 FOLLOW TO CLOSE              12 01-04-97,2038 01-05-97,1304 000 01-04-97B
       RELEASE AUTHORITY:CTS/RIDDELL                           CASE:9999999
                 REMARKS:

 82299 SPD                         12 01-04-97,2041 01-05-97,1304 000 01-04-97B
       RELEASE AUTHORITY:TTP/RIDDELL                           CASE:9999999
                 REMARKS:

 092305 DWI                        00 01-04-97,2137 01-05-97,1416 39A 01-04-97B
       RELEASE AUTHORITY:537. FN PD/MOORE                      CASE:9999999
                 REMARKS:
```

```
ID#( 0001683 )                                        RACE= W      SEX= M
 ID: NAME= CRU:SINGER,BILLY JACK                       BIRTHDATE= 19-05-54
 J   NT AGENCY= 00                         BOOK-IN      BOOK-OUT    FLR   ARREST
     NO ------------OFFENSE---------- AGCY DATE   TIME DATE   TIME TNK    DATE
   295 INJURY ELDERLY-OMISS-BI       12 06-19-97,1506 06-19-97,2308 000 06-19-97B
         RELEASE AUTHORITY:2500 BOND/WALTON,BOB                    CASE:0660308
               REMARKS:

 177783 INJ TO DISABLED BI FAM       98 08-05-97,1310 08-05-97,1310 NBK 08-05-97B
         RELEASE AUTHORITY:NBK BOOKING                             CASE:9999999
               REMARKS:

 464673 CRIMINAL TRESPASS-ENTRY      12 01-28-98,2241 01-31-98,2159 16D 01-28-98B
         RELEASE AUTHORITY:1000 BOND/ORVILLE PERSON                CASE:0682065
               REMARKS:

 464675 ST BELT                      12 01-28-98,2249 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:TTP/RODGERS                             CASE:9999999
               REMARKS:

 464677 MVR                          12 01-28-98,2250 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:TTP/RODGERS                             CASE:9999999
               REMARKS:

 464680 SPDG                         12 01-28-98,2252 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:CTS/RODGERS                             CASE:9999999
               REMARKS:

 464682 FAIL TO CONT SPD             12 01-28-98,2253 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:CTS/RODGERS                             CASE:9999999
               REMARKS:

 464684 FMFR                         12 01-28-98,2254 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:TTP/RODGERS                             CASE:9999999
               REMARKS:

 464685 FMFR                         12 01-28-98,2255 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:TTP/RODGERS                             CASE:9999999
               REMARKS:

 464686 MVR                          12 01-28-98,2256 01-29-98,1323 000 01-28-98B
         RELEASE AUTHORITY:TTP/RODGERS                             CASE:9999999
               REMARKS:

 79614 MVR                           12 11-16-99,1641 11-17-99,1132 000 11-16-99B
         RELEASE AUTHORITY:CTS/RYMELL                              CASE:9999999
               REMARKS:

 79615 FMFR                          12 11-16-99,1648 11-21-99,1425 000 11-16-99B
         RELEASE AUTHORITY:375 FINE PD/E.WALTER                    CASE:9999999
               REMARKS:

 79616 EXP OPER LIC                  12 11-16-99,1649 11-17-99,1132 000 11-16-99B
         RELEASE AUTHORITY:CTS/RYMELL                              CASE:9999999
               REMARKS:

 79617 FMFR                          12 11-16-99,1651 11-21-99,1425 000 11-16-99B
         RELEASE AUTHORITY:352 FINE PD/E.WALTER                    CASE:9999999
               REMARKS:
```

```
ID={ 0001683 )                                           RACE= W     SEX= M
RUE NAME= CRUISINGER,BILLY JACK                          BIRTHDATE= 10-05-54
  ENT AGENCY= 00                    BOOK-IN      BOOK-OUT     FLR   ARREST
  K NO ---------------OFFENSE---------- AGCY DATE   TIME  DATE    TIME  TNK   DATE
  619 SPD                         12 11-16-99,1653 11-24-99,1641 000 11-16-99B
         RELEASE AUTHORITY:TIME SERVED/ADJ                        CASE:9999999
                  REMARKS:

779621 NO SEAT BLT                12 11-16-99,1654 11-19-99,1041 000 11-16-99B
         RELEASE AUTHORITY:TIME SERVED/ROSIE ARENAS               CASE:9999999
                  REMARKS:

779622 MVR                        12 11-16-99,1656 11-19-99,1041 000 11-16-99B
         RELEASE AUTHORITY:TIME SERVED/ROSIE ARENAS               CASE:9999999
                  REMARKS:

795680 INJURY ELDERLY-RECKL-BI    00 12-22-99,1325 12-28-99,1827 000 06-19-97C
         RELEASE AUTHORITY:2500 BOND/ORVILLE PERSON               CASE:0660308
                  REMARKS:

95XX24 INJURY ELDERLY-RECKL-BI    00 11-11-00,1327 ---------,----- 000 06-19-97C
         RELEASE AUTHORITY:                                       CASE:0660308
                  REMARKS:
```

| TX01978869 | Tarrant County | 0001683 |
|---|---|---|
| (CTD/DPS #) | (COUNTY) | (CO. INMATE/SPN #) |

| TSINGER,BILLY JACK | D213 |
|---|---|
| DEFENDANT NAME (Last,First,Middle) | (COURT) |

Sentence Date: 12/01/2000          Date of Confinement: 11/11/2000

CAUSE(S):C0660308

Items 1-6 are required for all inmates; item 7 and 8 are required if prepared; and items 9-11 are required if applicable.          CHECK

1. Criminal History Information  (submit TCIC/NCIC III or DPS or FBI reports, and the Jail Conduct Report, if available).     ＼

2. Standardized Felony Judgement Form  (with penal code citation and subsection).     ＼✓

3. A written report that states the nature, seriousness of each offense, and that states the citation to the provision or provisions of the Penal Code or other law under which the defendant was convicted (may submit the Offense Report or Statement of Facts Form).     _____

4. Arrest Records for each offense (may submit the Offense Report or Statement of Facts Form).     _____

   A copy of the Pre-Sentence Investigation Report  (Prepared under Section 9, Article 42.12, Code of Criminal Procedures).     ＼／

6. A copy of the Indictment or Information for each offense.     ✓

7. A copy of any Probation Revocation Report, Psychological or Psychiatric Evaluataion of the defendant, and available social or psychological background information relating to the defendant and may deliver to the director any additional information upon which the judge or jury bases the punishment decision.     _____

8. Victim Impact Statement.     _____

9. Order Revoking Probation.
   a.   Copy of Judgement Probation Granted.     _____
   b.   Copy of Conditions of Probation/Order Deferred Adj.     _____
   c.   Copy of Motion to Revoke Probation.     _____

10. Change in Venue Statement.     _____

11. Sex Offender Pre-registration Form     _____

I CERTIFY THAT ALL DOCUMENTS CHECKED ABOVE ARE ATTACHED:

_____          _____
Signature of Person Completing          Date of Completion/Date
the Document Checklist          Paper Ready

CERTIFICATE OF PROCEEDINGS

```
# : 9660308   SEQ: 05              DATE: 12/01/00  CIB: 0001685    IN JAIL

CRT: 0213         TRANSFER:          DOCKET: 9660308P    WARRANT:

DEFENDANT: CRUTSINGER,BILLY JACK                      CHRV:        170:
FORG:     CRUTSINGER,BILLY JACK                       COUNTY:

CHARGE OFFENSE:    380274 INJURY ELDERLY-RECKL-BI    DATE: 05/07/77 LSR INC:
DISPOSITION OFFN . 380274 INJURY ELDERLY-RECKL-BI    WRIT:

BND STAT: BFNI           PLEA      :              FINE   :
AMOUNT   :                                        CT COST:
TPE   : SURE          PROB (MOS):               MISC   :
SATISFIED: N                                     TOTAL  :
                                                 DUE `  :
BNDSMAN : PB19 PERSON.ORVILLE                     PAID   :
SENT    : STATE JAIL FELONY-REVOKED 12/01/00
PROBN   :
SENTENCE : PENN -  12 MONTHS 12/01/00

PROCEEDINGS: CTS; PARA 1 TRUE PLEA AND FINDING:
```

```
JUDGE: ROBERT K. GILL                    CLERK: LAU CLARK, LEE A.
```

54
1½

Wlm

1005-54
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
TX0198869
1-11-00

**AFFIDAVIT**

\*

\*

\*

THE STATE OF TEXAS

BEFORE ME, the undersigned authority, personally appeared **Nancy Moorman**, known by me, who being by me duly sworn, deposed as follows:

"My name is **Nancy Moorman**. I am over twenty-one years of age, of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

I am employed as the Registered Records Administrator for the Texas Department of Criminal Justice, and my office is located in Huntsville, Texas. I do hereby certify that I am the custodian of Health Records maintained in the regular course of business on each and every offender incarcerated in the Texas Department of Criminal Justice. I have reviewed business records within the file on offender **BILLY JACK CRUTSINGER TDCJ NO.1014350.** I hereby certify that the attached copies of documents from the Health Record for the **PERIOD 12/14/00 TO 10/26/01** maintained on offender **BILLY JACK CRUTSINGER** are true, complete and correct copies of the original records now on file in my office an in my custody.

I further certify that the records attached hereto are maintained in the usual and regular course of business of the Health Services Division of the Texas Department of Criminal Justice, and that such records are maintained on each and every offender confined here. All memoranda, reports, records or data compilations kept therein are made at or near the time by, a person with knowledge of the events, acts, conditions, opinions or diagnoses described. These records are kept in the course of a regularly conducted business activity, and it is the regular practice of this institution to make such memoranda, reports, records or data compilations.

In witness whereof, I have hereto set my hand this 07/18/2003

*Nancy Moorman RHIA*
Registered Health Information Administrator
Texas Department of Criminal Justice

07/18/2003

**Nancy Moorman, RHIA**
(Print Name)

SWORN TO AND SUBSCRIBED BEFORE ME, by the said **Nancy Moorman**, on this 07/18/2003, to certify which witness my hand and seal of office.

*Darlene Williams*
NOTARY PUBLIC in and for the State Texas

My commission expires:
6-10-06

(Print Name)

DARLENE WILLIAMS
Notary Public, State of Texas
My Commission Expires
June 10, 2006

# 1

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### Microfilm flag

1. ANNUAL PHYSICAL MEDICAL CLASSIFICATION, HISTORY & PHYSICAL, RECEIVING AND SCREENING: SOLITARY PHYSICAL: HEALTH SUMMARY FOR CLASSIFICATION.

2. IM / SER / TB: IMMUNIZATION RECORD: SEROLOGY: STATE DISEASE REPORT, ETC.

3. EKG, LAB, RAD. AUDIOMETER TEST RESULTS, SPIROMETRY REPORT.

4. ER: EMERGENCY ROOM REPORTS, EMERGENCY NURSING CARE RECORD.

5. MASTER PROBLEM LIST.

# 1

HEALTH SUMMARY FOR CLASSIFICATION                    12/15/2000

NM: CROISINGER,BILLY JACK                008: 10/05/1954        F U L N E S
TDCJ#: 01014350  SID#: 01978869          WGT: 207 LBS          --------------
UNIT: LN        HOUSING: C2-1040         HGT: 0'00"            !2!1!1!1!1!1!1!
JOB: JC UNASGN PENDING PROCESS                                !8!A!A!A!A!A!A!
                                                              !P! ! ! ! !0H!
                                                              --------------

I. UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                   __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY        __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY           SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
   __ D. PSYCHIATRIC CARE FACILITY        SUITABLE FOR SAIP FACILITY?        X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
   ● 1. NO RESTRICTION                    __ 1. NO RESTRICTION
   ● 2. SINGLE CELL ONLY                  00 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH    C. ROW ASSIGNMENT (CHECK ONE)
        PATIENT WITH LIKE MEDICAL CONDITION  X 1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                  __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED             __ 15. NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED       __ 16. NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY              __ 17. NO WALKING ON WET UNEVEN SURFACES
   __ 4. FOUR HOUR WORK RESTRICTION       __ 18. 00 NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION  __ 19. NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL               __ 20. NO TEMPERATURE EXTREMES
   __ 7. LIMITED STANDING                 __ 21. NO HUMIDITY EXTREMES
   __ 8. NO WALKING > ___ YARDS           __ 22. NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
   ● 9. NO LIFTING > ___ LBS.             __ 23. NO WORK WITH CHEMICALS OR IRRITANTS
   ● 10. NO BENDING AT WAIST              __ 24. NO WORK REQUIRING SAFETY BOOTS
   __ 11. NO SQUATTING                    __ 25. NO WORK AROUND MACHINES WITH MOVING PARTS
   __ 12. NO CLIMBING                     __ 26. NO WORK EXPOSURE TO LOUD NOISES
   __ 13. LIMITED SITTING                 __ 27. NO WORK REQUIRING COMPLEX INSTRUCTIONS
   __ 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X A. NO RESTRICTION                    __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X A. NO RESTRICTION                    __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                    __ D. VAN (SOUTHERN REGION ONLY)

... COUNTS - GR    KO        12/15/2000   _____
PRINTED NAME AND TITLE OF REVIEWER  DATE        SIGNATURE OF REVIEWER

HSR-18(REV.11/95)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# HEALTH SUMMARY FOR CLASSIFICATION

UNIT NAME: _Lindsey_          HT _____ -

INMATE NAME: _Crutsinger, Billy_   WT _____

TDCJ ID # _1014590_

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 2 | 1 | | | | 1 |
| B | P | | | | A |
| P | P | | | | H |

IF RESTRICTIONS ARE TEMPORARY, CHECK ONE: DURATION: A.___ 14 Days B.___ 30 Days C.___ 60 Days D.___ 90 Days

## I. UNIT OF ASSIGNMENT (CHECK ONE)

- ✓ A. NO RESTRICTION
- ___ B. REGIONAL MEDICAL FACILITY
- ___ C. EXTENDED CARE FACILITY
- ___ D. PSYCHIATRIC CARE FACILITY
- ___ E. BARRIER-FREE FACILITY
- ___ F. SINGLE LEVEL FACILITY

SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?___YES ___NO
SUITABLE FOR SAIP FACILITY?          ___YES ___NO

## HOUSING ASSIGNMENT

A. BASIC HOUSING (CHECK ONE)
- ___ 1. NO RESTRICTION
- ___ 2. SINGLE CELL ONLY
- ___ 3. DOUBLE CELL ONLY
- ___ 4. SPECIAL HOUSING (HOUSING WITH PATIENT WITH LIKE MEDICAL CONDITION)
- ___ 5. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
- ✓ 1. NO RESTRICTION
- ___ 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
- ___ 1. NO RESTRICTION
- ___ 1. GROUND FLOOR ONLY

## III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)

- ___ 1. MEDICALLY UNASSIGNED
- ___ 2. PSYCHIATRICALLY UNASSIGNED
- ___ 3. SEDENTARY WORK ONLY
- ___ 4. FOUR HOUR WORK RESTRICTION
- ___ 5. FOUR HOUR LIMITED WORK RESTRICTION
- ___ 6. EXCUSE FROM SCHOOL
- ___ 7 LIMITED STANDING
- ___ 8. NO WALKING > ____ YARDS
- ___ 9. NO LIFTING > ____ LBS.
- ___ 10. NO BENDING AT WAIST
- ___ 11. NO SQUATTING
- ___ 12. NO CLIMBING
- ___ 13. LIMITED SITTING
- ___ 14. NO REACHING OVER SHOULDERS
- ___ 15. NO FOOD SERVICE WORK
- ___ 16. NO REPETITIVE USE OF HANDS
- ___ 17. NO WALKING ON WET UNEVEN SURFACES
- ___ 18. DO NOT ASSIGN TO MEDICAL
- ___ 19. NO WORK IN DIRECT SUNLIGHT
- ___ 20. NO TEMPERATURE EXTREMES
- ___ 21. NO HUMIDITY EXTREMES
- ___ 22. NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
- ___ 23. NO WORK WITH CHEMICALS OR IRRITANTS
- ___ 24. NO WORK REQUIRING SAFETY BOOTS
- ___ 25. NO WORK AROUND MACHINES WITH MOVING PARTS
- ___ 26. NO WORK EXPOSURE TO LOUD NOISES
- ___ 27. NO WORK REQUIRING COMPLEX INSTRUCTIONS

## IV. DISCIPLINARY PROCESS (CHECK ONE)

- ✓ A. NO RESTRICTIONS
- ✓ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
- ___ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

## V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)

- ___ A. NO RESTRICTION
- ___ B. MEDICAL REPRESENTATIVE REQUIRED
- ___ C. PSYCH REPRESENTATIVE REQUIRED

## VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)

- ___ A. NO RESTRICTION
- ___ B. EMS AMBULANCE
- ___ C. WHEELCHAIR VAN
- ___ VAN (SOUTHERN REGION ONLY)

Date/Time 12/15/00  11:25
H. Counts Jr, MD

H. Counts Jr, MD

PRINTED NAME AND TITLE OF REVIEWER          DATE          SIGNATURE OF REVIEWER




# JOHN R. LINDSEY STATE JAIL

## CHRONIC DISEASE
## HYPERTENSION

INMATE NAME _Crutsinger, Billy_

INMATE NUMBER _1014350_   DATE _01-2001_

| MEDICAL ALERT CODES | |
|---|---|
| BENIGN | 4011 |
| MALIGNANT | 4010 |

| | D N | D N | D N | D N | D N | D N | D N | D N | D N | D N | D N | D N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC |
| PHYSICIAN TREATMENT PLAN | 12/500 exp | — | — | — | — | — | — | — | — | | | |
| MASTER PROBLEM LIST | 12/500 exp | — | — | — | — | — | — | — | — | | | |
| MONTHLY VISITS date 1/4 | 12/500 | 2/20 | 3/16 | 4/16/01 | 5/23 | 6/17/01 | 7/09/0 | 8/6/01 | 9/10/01 | | | |
| BLOOD PRESSURE CHECK 01/2001 | 148/88 | 120/10 | 130/90 | 132/72 | 110/78 | 132/90 | 128/70 | 160/80 | 169/114 | | | |
| PNEUMONIA VACCINATION na vaccine | 1/19/01 | — | — | — | — | — | — | — | — | | | |
| INFLUENZA VACCINATION na vaccine | 1/19/01 | — | — | — | — | — | — | — | — | | | |
| MEDICATION COMPLIANCE | exp | yes | yes | yes yes | yes | yes yes | yes | yes | | | | |
| PATIENT EDUCATION | exp | yes | yes yes | yes | yes yes | yes | yes | | | | | |
| SMAC date | 12/26 | — | / | / | — | / | — | — | | | | |
| DIET type diet | Reg | Reg | Reg | Reg | Reg | Reg | Reg | Reg | Reg | | | |

## WACKENHUT CORRECTIONS CORPORATION
### JOHN R. LINDSEY STATE JAIL
# NURSING CARE PLAN

The following care plan will be initiated upon intake or first Chronic Clinic visit.  Complete plan of care by dating interventions that are applicable to the individual patient.  A "P" documented on plan, indicates problem/variances which will then be addressed in progress notes after each monthly visit.

| GOALS | INTERVENTIONS | YR 20 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MTH Jan | Feb | March | Apr | May | June | July | Aug | Sept | | | |
| Patient will be able to verbalize basic of the disease process | Etiology of disease explained in terms he/she understands | ✓ | | | ✓ | | ✓ | | ✓ | | | | |
| | Explain signs and symptoms of disease (cough, angina, hypoglycemia, etc.) | ✓ | | | ✓ | | ✓ | | ✓ | | | | |
| | Demonstrates knowledge of the physical and physiological responses to disease process | ✓ | | | ✓ | | ✓ | | ✓ | | | | |
| | | ✓ | | | ✓ | | ✓ | | ✓ | | | | |
| Patient will be able to verbalize risk factors and ways to reduce those factors to maintain optimal levels of health | Discuss risk factors and reducing factors, smoking, diet, exercise, weight loss, foot care, etc. | | | | ✓ | | ✓✓ | | | | | | |
| | Explain transmission and exposure risk factors | | | | ✓ | | | ✓ | | | | | |
| | Demonstrates knowledge of risk factors | | | | ✓ | | ✓ | ✓ | | ✓ | | | |
| | | | | | ✓ | | ✓ | ✓ | | ✓ | | | |
| Patient will be able to verbalize an understanding of medication and importance of taking medications | Explain rationale for taking medication as prescribed | ✓ | | | | | ✓ | | | | | | |
| atenolol 50mg | Explain side effects of medication | ✓ | | | | | ✓ | | | | | | |
| | Demonstrates understanding of medications listed below | ✓ | | | | | ✓ | | | | | | |
| | Explain importance of exercise | ✓ | | | | | ✓ | | | | | | |
| | | ✓ | | | | | ✓ | | | | | | |
| Patient will be able to verbalize an understanding of the importance of regular exercise and that type to avoid | Verbalizes understanding of exercise needs | | ✓ | | | | | | | | | | |
| | Explain exercise/job restrictions | | ✓ | | | | | | | | | | |
| | Verbally demonstrates own exercise regime | | ✓ | | | | | | | | | | |
| | | | | | | | | | | | | | |
| page 1 | Initials | | | | | | | | | | | | |

Chronic Disease(s): ___Hypertension___

| ALS | INTERVENTIONS | YR 2001 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MTH | Jan | Feb | March | April | may | June | July | Aug | Sept | | |
| ent will be e to verbalize understanding he rationale and stituents of a cial diet. t: | Explain the importance of a balanced diet | | | | | ✓ | | ✓ | | | | | |
| | Explain need for special diet | | | | | ✓ | | ✓ | | | | | |
| | Patient can verbalize understanding of dietary needs | | | | | ✓ | | | | | | | |
| | Dietary restrictions maintained | | | | | | | | | | | | |
| ient will be e to verbalize understanding e. diagnostic t required. | Discuss diagnostic test ordered by the physician | | | | | | | | | | | | |
| | Test: | | | | Small | | | | | | | | |
| tient will be le to verbalize d demonstrate understanding the prosthetic ordered. | Discuss use/restrictions related to prosthetic device | | | | N/A | | | N/A | | | | | |
| | Patient can verbalize and demonstrate use/ restrictions of prosthesis | | | | | | | | | | | | |
| ent will be onitored by a ealth care rofessional onthly and s needed | Temperature | | 96 | 97 | 98 | 98 | 97 | 98 | 98 | 98 | 98 | | |
| | Pulse | | 84 | 76 | 76 | 78 | 78 | 78 | 80 | 78 | 78 | | |
| | Respirations | | 18 | 18 | 18 | 17 | 16 | 16 | 18 | 18 | 18 | | |
| | Blood pressure | | 128 | 128 | 126 | | 116 | 120 | 116 | 118 | 116 | | |
| | Weight | | 209 | 209 | 210 | 213 | 210 | 210 | 210 | 210 | | | |
| | Resp. status optimal for patient | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| ental status | Alert, aware, oriented confused, ect. | | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | | | |
| | Patient is being monitored by a mental health practitioner | | | | | | | | | | | | |
| | Mental health referral | | | | | | | | | | | | |
| .ong term goals | Patient will have psychological support and maintain health | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | |
| | Maintain optimal health by diet, weight control, and physical fitness | | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | |
| | The patient will have an understanding of disease process and adhere to recommended course of treatment | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | | | |
| Other | | | | | | | | | | | | | |
| page 2 | Initials | | | | | | | | | | | | |

Inmate Name  Cratinee Billy

# JOHN R. LINDSEY STATE JAIL

## CHRONIC DISEASE
## TUBERCULOSIS

INMATE NAME _Crutsinger, Billy_

INMATE NUMBER _~~04~~ 1014350_   DATE _01/61_

| MEDICAL ALERT CODES | | | |
|---|---|---|---|
| CLASS 1 | 0119 | CLASS 3 | 0121 |
| CLASS 2 | 0120 | CLASS 4 | 0130 |

|  | D | N | D | N | D | N | D | N | D | N | D | N | D | N | D | N | D | N | D | N | D | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | JAN | | FEB | | MAR | | APR | | MAY | | JUN | | JUL | | AUG | | SEPT | | OCT | | NOV | | DEC |
| PHYSICIAN TREATMENT PLAN | 01/05 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | |
| MASTER PROBLEM LIST | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | |
| MONTHLY VISITS | 01/31 | | 02/28 | | 03/30 | | 04/27 | | 05/21 | | 06/28 | | | | | | | | | | | | |
| MEDICATION COMPLIANCE | 10/10 | | 8/8 | | 9/9 | | 9/9 | | 9/9 | | 8/8 | | | | | | | | | | | | |
| CARE PLAN | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | |
| TB 400 A & B | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | | | | | | | | | | |
| LIVER PROFILE | 01/05 | | — | | — | | — | | — | | — | | | | | | | | | | | | |
| CHEST X-RAY | 01/03 | | — | | — | | — | | — | | — | | | | | | | | | | | | |
| OFFER HIV TESTING | 01/19 | | — | | — | | — | | — | | — | | | | | | | | | | | | |
| PNEUMONIA VACCINATION | 01/19 | | — | | — | | — | | — | | — | | | | | | | | | | | | |
| INFLUENZA VACCINATION | 01/19 | | — | | — | | — | | — | | — | | | | | | | | | | | | |
| AGE 45>TWO STEP PPD | NA | | NA | | NA | | NA | | NA | | NA | | | | | | | | | | | | |
| ACTIVE ~~~~ OT | NA | | NA | | NA | | NA | | NA | | NA | | | | | | | | | | | | |

# WACKENHUT CORRECTIONS CORPORATION
## JOHN R. LINDSEY STATE JAIL
# NURSING CARE PLAN

The following care plan will be initiated upon intake or first Chronic Clinic visit. Complete plan of care by dating interventions that are applicable to the individual patient. A "P" documented on plan, indicates problem/variances which will then be addressed in progress notes after each monthly visit.

| GOALS | INTERVENTIONS | YR 2001 | Jan | Feb | Mar | Apr | May | June | July | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient will be able to verbalize a basic of the disease process | Etiology of disease explained in terms he/she understands | MTH | 01/31 | 02/28 | 03/30 | 04/27 | 05/31 | 06/28 | | | | | |
| | Explain signs and symptoms of disease (cough, angina, hypoglycemia, etc.) | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| | Demonstrates knowledge of the physical and physiological responses to disease process | | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | | |
| Patient will be able to verbalize risk factors and ways to reduce those factors to maintain optimal levels of health | Discuss risk factors and reducing factors, smoking, diet, exercise, weight loss, foot care, etc. _____ | | ✓ | ✓ | — | — | — | — | | | | | |
| | Explain transmission and exposure risk factors | | ✓ | ✓ | ✓ | | — | | | | | | |
| | Demonstrates knowledge of risk factors | | ✓ | ✓ | ✓ | | | | | | | | |
| Patient will be able to verbalize understanding of medication and importance of taking medications | Explain rationale for taking medication as prescribed | | ✓ | ✓ | | | ✓ | ✓ | | | | | |
| | Explain side effects of medication | | ✓ | ✓ | | ✓ | ✓ | ✓ | | | | | |
| | Demonstrates understanding of medications listed below | | ✓ | ✓ | ✓ | ✓ | | | | | | — | |
| | Explain importance of exercise | | ✓ | | | | | | | | | — | |
| Patient will be able to verbalize an understanding of the importance of regular exercise and what type to avoid | Verbalizes understanding of exercise needs | | — | — | | — | — | | | | | | |
| | Explain exercise/job restrictions | | — | — | — | — | | — | | | | | |
| | Verbally demonstrates own exercise regime | | — | — | — | — | | | | | | | |
| | | | | | | | | | | | | | |
| page 1 | Initials | | mm | mm mm | mm | mm | mm | | | | | | |

Chronic Disease(s): T.B.

Certainan Billy

| | MTH | Jan | Feb | Mar | Apr | May | Jun | Jul | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient will be able to verbalize an understanding of the rationale for and constituents of a special diet. Diet: | Explain the importance of a balanced diet | 01/21 | 02/28 | 03/30 | 04/27 | 05/31 | 06/28 | | | | | | |
| | Explain need for special diet | — | — | — | — | — | — | | — | | — | | |
| | Patient can verbalize understanding of dietary needs | — | — | — | — | — | | | | | | | |
| | Dietary restrictions maintained | — | — | — | — | — | | | | | | | |
| | | | | | | | | | | | | | |
| Patient will be able to verbalize an understanding type of diagnostic test required. | Discuss diagnostic test ordered by the physician | ✓ | — | — | — | — | | | | | | | |
| | Test: C X R | ✓ | — | — | — | — | | | | | | | |
| | | | | | | | | | | | | | |
| Patient will be able to verbalize and demonstrate an understanding of the prosthetic device ordered. | Discuss use/restrictions related to prosthetic device | — | — | — | — | — | | | | | | | |
| | Patient can verbalize and demonstrate use/ restrictions of prosthesis | — | — | — | — | — | | | | | | | |
| | | | | | | | | | | | | | |
| Patient will be monitored by a health care professional monthly and as needed | Temperature | 97.3 | 96.2 | 97.2 | 96.9 | 97.1 | 97.2 | | | | | | |
| | Pulse | 78 | 76 | 78 | 76 | 68 | 76 | | | | | | |
| | Respirations | 18 | 18 | 20 | 18 | 18 | 18 | | | | | | |
| | Blood pressure | 144/78 | 137/74 | 109/70 | 130/73 | 109/70 | 112/73 | | | | | | |
| | Weight | 207 | 212 | 213 | 210 | 213 | 212½ | | | | | | |
| | Resp. status optimal for patient | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | |
| | | | | | | | | | | | | | |
| Mental status | Alert, aware, oriented confused, ect. | X3 | X3 | X3 | X3 | X3 | X3 | | | | | | |
| | Patient is being monitored by a mental health practitioner | — | — | — | — | — | | | | | | | |
| | Mental health referral | — | — | — | — | — | | | — | | | | |
| | | | | | | | | | | | | | |
| Long term goals | Patient will have psychological support and maintain health | — | | — | — | — | | | | | | | |
| | Maintain optimal health by diet, weight control, and physical fitness | ✓ | ✓ | ✓ | ✓ | ✓ | — | | | | | | |
| | The patient will have an understanding of disease process and adhere to recommended course of treatment | ✓ | ✓ | ✓ | ✓ | ✓ | — | | | | | | |
| Other | | | | | | | | | | | | | |
| page 2 | Initials | MN | MN | MN MN | MN | MN | MN | | | | | | |

Inmate Name  Crutsinger, Billy

T.D.C.J.#  1014350

Signature: M. Nichol, RN   Title:   Initials: MN

1
2
3

# VCC

SCR LOG # 10-733

John R. Lindsey State Jail
Health Services

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/   10-25-01   (Please check one)      Medical Complaint/      Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)   Queja Medica         Queja Dental

Print:/  Crutsinger Billy Jack   F4A#40      NONO
Use Letra de Molde   Inmate's Name/    Number/      Housing Location/   Job Assignment/   Duty Hours/
                     Nombre del Preso   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:   Follow up Swor Thoart
Itches Choughing
Head Aches                Kan t Sleep

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fuciciarios seran cargados una cuota de $3.00. Yo tamblen entiendo que yo sere proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

Billy Jack Crutsinger
Signature of Offender / Firma del ofensor

RECEIVED
OCT 25 2001      DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA
                 10-25-01 0735 wt 213lbs. 97²
Date Received _____ (Stamp Date)

Date Reviewed _____               Written Response(see below)  ✓  Seen in Medical

ACTION TAKEN _____  Benadryl 25 mg Cap. I PO now.
                          Ibuprofin 200 mg tab I PO now

Placed on sick call list  Date of Appointment_____
Placed on Dental list  Date of Appointment_____
Other (Explain):_____        M. MAUNEY, RN

# NCC

SCR LOG # 10-6061

hn R. Lindsey State Jail
alth Services

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

TE OF REQUEST/ 10-23-01   (Please check one)   ✓ Medical Complaint/   Dental Complaint/
CHA.DE SOLICITUD   (Por favor marque uno)   # Queja Medica   Queja Dental

int:/ Crotsinger Billy Jack #1014350 F4A 40   H.J.

e Letra de Molde | Inmate's Name/ | Number/ | Housing Location/ | Job Assignment/ | Duty Hours
| Nombre del Presco | Numero del Preso | Sitio de Vivienda | Asignacion de Trabajo | Horas de Trabajo

iefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
be submitted, answered and returned. A copy of your request will be filed in your records.

xplique brevemente la razón de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
e su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

ROBLEM/QUEJA: Need some thing for ~~~~
~~SINUSIS~~ ~~~~ and running nose

n accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tamblen entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

209

Billy Jack Crotsinger   97 4-84-17
Signature of Offender / Firma del ofensor
139/84

RECEIVED
OCT 23 2001

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received   0650 kg   (Stamp Date)

Date Reviewed   Written Response(see below)   Seen in Medical

ACTION TAKEN Warm salt water gargle Tid X 3 days
CPM 4 mg po now
Ibuprofen 800 mg #4 po now

Placed on sick call list. Date of Appointment 10-23-01   0800
Placed on Dental list. Date of Appointment
Other (Explain):   ANNIE WADE, RN

# VCC

SCR LOG # *10-444*

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ *10-12-01*   (Please check one)   ✓ Medical Complaint/   ☐ Dental Complaint/
FECHA DE SOLICITUD   (Por favor marque uno)   Queja Medica   Queja Dental

Print:/ *Crutsinger Billy Jack   1014350   F4A   40   School   130:430*
Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
Nombre del Presco   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:   *Need follow up*
*ON Simethicone AND foot*
*Powder*

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tamblen entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

*Billy Jack Crutsinger*
Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received   [RECEIVED OCT 15 2001]   (Stamp Date)

Date Reviewed   Written Response(see below) ✓   Seen in Medical

ACTION TAKEN   *1400-00*   *1600   101501 -*
*Simethicone and foot powder*
*refilled —*

Placed on sick call list.   Date of Appointment_____

Placed on Dental list.   Date of Appointment_____

Other (Explain):   *[signature] HURFORD RN*

# WCC

**John R. Lindsey State Jail**
**Health Services**

SCR LOG # 9-586

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ 9-24-01     (Please check one)     ✓ Medical Complaint/     Dental Complaint/
FECHA DE SOLICITUD             (Por favor marque uno)     Queja Medica          Queja Dental

Print:/ Crutsinger Billy Jack 1014350 F4A #40     School 130343
Use Letra de Molde     Inmate's Name/     Number/     Housing Location/     Job Assignment/     Duty Hours
                        Nombre del Presco     Numero del Preso     Sitio de Vivienda     Asignacion de Trabajo     Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha asistencia en espanol.

PROBLEM/QUEJA:     Need Follow up on
Simethicone + Foot Powder

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

De acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

Signature of Offender / Firma del ofensor     *Billy Jack Crutsinger*

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received     SEP 24     (Stamp Date)

Date Reviewed     0600 10

ACTION TAKEN          Written Response(see below)     ✓ Seen in Medical
                      092401 0800

① refilled Simethicone and
② foot powder

Placed on sick call list.     Date of Appointment _____

Placed on Dental list.     Date of Appointment _____

Other (Explain): _____
          LINDA HUFFORD RN

# WCC

SCR LOG # _9-4_

John R. Lindsey State Jail
Health Services

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ ~~~~~~~~ 9-1-01  (Please check one) ✓  Medical Complaint/   Dental Complaint/
FECHA DE SOLICITUD              (Por favor marque uno)   Queja Medica        Queja Dental

| Pr... Use Letra de Molde | CruTsinger Billy Jack | 1074350 | F4A-40 | Sch | 130-430 |
|---|---|---|---|---|---|
| | Inmate's Name/ Nombre del Preso | Number/ Numero del Preso | Housing Location/ Sitio de Vivienda | Job Assignment/ Asignacion de Trabajo | Duty Hours/ Horas de Trabajo |

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia ...solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en español.

...OBLEM/QUEJA:  "Need Follow up on "SimETHICONE" + "Foot Powder" THANK you !!!

In accordance with state law, If this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere provedio acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

Billy CRuTsinger
Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

RECEIVED

Date Received _____ 09-01-01 0945 wt 213 lbs.
(Stamp Date)
Date Reviewed _060 SEP____

ACTION TAKEN          Written Response(see below)          Seen In Medical
— needs refills of foot powder and simethicone.

Placed on sick call list   Date of Appointment

# WCC

SCR LOG # 8451

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ _8-16-01_   (Please check one)    ✓ Medical Complaint/    Dental Complaint/
FECHA DE SOLICITUD          (Por favor marque uno)    Queja Medica           Queja Dental

PO ___ Crutsinger Billy JACK _F0435 F4A=40_ School _130 430_
Use Letra de Molde    Inmate's Name/    Number/    Housing Location/    Job Assignment/    Duty Hours
                      Nombre del Preso    Numero del Preso    Sitio de Vivienda    Asignacion de Trabajo    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA: _Need Follow up on Simethicone +_
_CRAMer Foot Powder + EYE TEAr's_
_Prepration - H._

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

_Billy Jack Crutsinger_
Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received _____    (Stamp Date) _____

Date Reviewed _AUG 17 2001_    ✓ Written Response(see below)    ✓ Seen In Medical

ACTION TAKEN _1400_    _T=97 P-68 R-16 BP 142/72 wt-210_
_Has KOP orders for Simethicone_
_and Artificial Tears To KOP from the_
_Dr._
_Simethicone and Artificial Tears issued._

Placed on sick call list   Date of Appointment   _8-17-01_

# WCC

John R. Lindsey State Jail
Health Services

SCR LOG # 7-490

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/     7-5-01          (Please check one)    ✓   Medical Complaint/          Dental Complaint/
FECHA DE SOLICITUD                   (Por favor marque uno)     Queja Medica                Queja Dental

Print/ Crutsinger Billy Jack    #1014350    F4A-40    School    130-430
Letra de Molde    Inmate's Name/    Number/    Housing Location/    Job Assignment/    Duty Hours
              Nombre del Preso    Numero del Preso    Sitio de Vivienda    Asignacion de Trabajo    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:  "Yes I would like to see if I could get a set of inserts, The one's that I had wore out, And some ANTIEFUNGUS "For my FEET" THANK YOU  Billy Jack

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fuciciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cupta.

Crutsinger Billy Jack
Signature of Offender / Firma del ofensor
DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

RECEIVED
JUL 6 2001

Date Received                       (Stamp Data)

Date Reviewed    0600    AK    Written Response(see below)  ✓   Seen In Medical

ACTION TAKEN    7/6/01    1145

Placed on sick call list.    Date of Appointment_____    SUSAN CLARK LVN

# WCC

SCR LOG # 5-194

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ 5-8-01      (Please check one)         Medical Complaint/ ✓      Dental Complaint/
FECHA DE SOLICITUD          (Por favor marque uno)    Queja Medica              Queja Dental

Print:/ CRUTSINGER Billy Jack   #1014350   F4A #40   Hoge Jan

Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
                     Nombre del Presco   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA: _FEET PROBLUM'S + LOWER_

_BACK FROM WRECK, I AM_

_IN PAIN ALL TIME_

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

_Billy Jack Critsanger_
Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received       RECEIVED  (Stamp Date)

Date Reviewed                              Written Response(see below) ✓   Seen in Medical
ACTION TAKEN     MAY - 8 2001        T-97 P-72 R-16 BP 110/58  wt-212

                 Dr Appt Given for 5-14-01

___ Placed on sick call list.   Date of Appointment _____

___ Placed on Dental list.   Date of Appointment _____

___ Other (Explain):

153 D   _[signature]_ RN   5-8-01

Medical Signature          Michael Byrnes RN

**WACKENHUT CORRECTIONS CORPORATION**

SPECIAL REQUEST FOR MEDICAL

NAME: Crutsinger, Billy TDC: 1014350

DATE: 4-20-01     LOCATION: F4-A-40

COMMENTS: appt to see
Dr Coents at 9 Am,
4-20-01

Michael Byrnes RN

NURSE SIGNATURE:

WACKENHUT CORRECTIONS

Design • Construction • Financing • Management

04/82

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ **4-18-01**     (Please check one)/     ☑ Medical Complaint/     ☐ Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)        Queja Médica                Queja Dental

Print/ **CRUTSINGER BillyJack**   **1014350**   **F.4-A 40**        **1300 9DC**
Use Letra de Molde    Inmate's Name/    Number/    Housing Location/    Job Assignment/    Duty Hours/
              Nombre del Preso   Número del Preso   Sitio de Vivienda   Asignación de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razón de su solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus records. Prisioneros de habla hispana pueden solicitar dicha assistencia en español.

PROBLEM/QUEJA:

My RIGHT FOOT IS
HURTing REAL BAD HARD
TO WALK it is BURNing &
STINGING
            THANK YOU!

**Billy Crutsinger**
Inmate's Signature/Firma del Preso

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received _____ (Stamp Date)

Date Reviewed: APR 19 2001 ____     _____ Written Response (see below) _____ Seen in Medical

ACTION TAKEN     T-97P-72 R-16 BP 130/ A-212
    - Rt foot swollen X 2 days. No
hx of injury. No lesions seen.
    2+ edema

    Dr Appt for 4-20-01
                    4-19-01

___ Placed on sick call list. Date of Appointment _____

___ Placed on Dental list. Date of Assessment: _____

___ Other (Explain): _____

1630     [signature]     C. POYNER B.S.R.N., H.S.A.

# WCC

SCR LOG # 3-448

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ _3/16/01_  (Please check one) ✓  Medical Complaint/     Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)   Queja Medica          Queja Dental

Print:/ _CRUTSINGER Billy    F 4 A . 40  1014350    FTS_

| Use Letra de Molde | Inmate's Name/ Nombre del Presco | Number/ Numero del Preso | Housing Location/ Sitio de Vivienda | Job Assignment/ Asignacion de Trabajo | Duty Hours/ Horas de Trabajo |

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA: _NEED SOME FOOT CREAM FOR FUNGUS_

_THANK YOU_

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere provedio acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

MAR 17 2001   Signature of Offender / Firma del ofensor  _Billy Crutsinger_

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received _____  (Stamp Date)

Date Reviewed _____          Written Response(see below)  ✓ Seen in Medical

ACTION TAKEN _① tube antifungal cream abuse 0600 03/01 bid X 7 days_
_② Drink lots of water_
_③ Keep clean & clean and dry_
_③ 3/17/01  0600_

_____ Placed on sick call list.  Date of Appointment _3/17/01  0600_

_____ Placed on Dental list.  Date of Appointment _____

_____ Other (Explain): LINDA HURFORD RN_

Medical Signature

# WCC

M D App

SCR LOG # 2-183

#10/4850

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/    02-06-01    (Please check one)    ✓ Medical Complaint/    ☐ Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)    Queja Medica    Queja Dental

Print:/ CRUTSINGER Billy Jkh    F4A  40    School

Use Letra de Molde    Inmate's Name/    Number/    Housing Location/    Job Assignment/    Duty Hours
    Nombre del Presco    Numero del Preso    Sitio de Vivienda    Asignacion de Trabajo    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:    NEED Some PAIN
MED FOR THE GOUT IN
MY FOOT    THANK YOU

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requisitos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

_____
**Signature of Offender / Firma del ofensor**

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received_____ FEB 5 ____ (Stamp Date)

Date Reviewed _____    Written Response(see below)_____ Seen in Medical

ACTION TAKEN  2-200  mg

MD appointment today

Placed on sick call list. Date of Appointment_____

Placed on Dental list. Date of Appointment_____

Other (Explain): _____  020701  0700

74475 (1/92)    Medical Signature

# NCC

Dav's

SCR LOG # 2-122

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

# 1014350

DATE OF REQUEST/ 2 - 4 - 1 .  (Please check one)   ✓ Medical Complaint/   Dental Complaint/
FECHA DE SOLICITUD                    (Por favor marque uno)   Queja Medica     Queja Dental

Print:/ CRUTSINGER BILLYJACK  F4A   40   School

Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
                     Nombre del Presco   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Be___ state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA: - "GOUT" IN MY FOOT IS BACK-
IT IS HURTING BAD.
NEED SOME HELP PLEASE

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

E___uerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tamblen entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

                    _Billyjack Crutsinger_
                    Signature of Offender / Firma del ofensor

**DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA**

FEB - 5   02-05-01 0815

Date Received _____
                    (Stamp Date)

Date Reviewed ____       Written Response(see below) ✓ Seen in Medical

ACTION TAKEN Ibuprofen 200mg tab iii po now appt to see
M.D. 02-07-01

_____ Placed on sick call list  Date of Appointment_____
_____ Placed on Dental list  Date of Appointment_____
_____ Other (Explain):_____

                    M. MAUNEY, RN

POLICY #181

ATTACHMENT E-2 (INMATE)

WCC - JOHN R. LINDSEY STATE JAIL

RELEASE FROM LIABILITY FOR HBV VACCINE

I have been advised by Dr. _Counts / M. Nichols, LVN_ that I should receive the HBV Vaccine.

I am an inmate in HBV risk category I, subject to potential occupational exposure to HBV infection. I understand that HBV vaccine has an 80% - 95% efficacy level in providing protection from HBV infection, if the complete series of <u>three</u> doses of vaccine are administered. I further understand that in addition to the acute illness, HBV infection can lead to a chronic carrier state, chronic hepatitis, cirrhosis of the liver, and a higher risk of liver cancer. I understand that there is no effective treatment or cure for HBV infection at this time.

I elect NOT to receive the HBV vaccine.

I, therefore release the above named physician, Wackenhut Corrections Corporation, and it's staff from all financial and other responsibility, should I develop acute HBV infection or any of it's complications.

I certify that I am 18 years of age or older and am legally and medically competent.

DATE: _01/27/01_

X _Bill Jack Crutsinger_
Signature of Inmate

_Crutsinger, Billy_
Printed Name of Inmate

_M. Nichols, LVN_
Signature of Witness

_M. Nichols, LVN/CID_

#_1014320_
TDCJ-ID Number

The inmate named above elected NOT to receive the HBV Vaccine, after having the information exhibited above presented to him/her in an understandable manner. The inmate, also, declined in our presence to sign this refusal form, acknowledging the foregoing negative election and presentation of information.

_____
Date

_____
Signature of Witness

_____
Signature of Witness

# NCC

John R. Lindsey State Jail
Health Services

SCR LOG # _1-437_

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/    01-15-01    (Please check one)    ✓ Medical Complaint/    Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)    Queja Medica    Queja Dental

Print:/  _CRITSINGER Billy Jack_  #_1014350_  _F4A_ #_40_  _School_
Use Letra de Molde    Inmate's Name/    Number/    Housing Location/    Job Assignment/    Duty Hours
                      Nombre del Preso    Numero del Preso    Sitio de Vivienda    Asignacion de Trabajo    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:  _GOUT IN MY FOOT HAS CAME_
_BACK IT IS BAD_
_CAN'T HARDLEY WALK_
_THANK YOU_
_Billy Critsingr_

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere    _206_
proveido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

_Billy Jack Critsinger_    _98 1-76-18_
Signature of Offender / Firma del ofensor                         _130/80_

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

JAN 16 2001                        _↓ foot_

Date Received _____    (Stamp Date)

Date Reviewed _1-6-01_    _FR_    Written Response(see below) _____  ✓  Seen in Medical

## ACTION TAKEN

_Ibuprofen 200 mg tabs #4 po and in_
_Do appt in AM_

___ Placed on sick call list.  Date of Appointment _1-16-01_  _1015_

___ Placed on Dental list.  Date of Appointment _____

___ Other (Explain): _____
_C Wade R_    _connie Wade RN_



SCR LOG # T-355

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ 01-09-01 (Please check one) ✓ Medical Complaint/ _____ Dental Complaint/
FECHA DE SOLICITUD (Por favor marque uno) Queja Medica Queja Dental

Print:/ CRUISINGER Billy #1014350 F4A 40 School
Use Letra de Molde | Inmate's Name/ | Number/ | Housing Location/ | Job Assignment/ | Duty Hours
Nombre del Preso | Numero del Preso | Sitio de Vivienda | Asignacion de Trabajo | Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha asistencia en espanol.

PROBLEM/QUEJA: — NEED TO SEE EYE DOC
MY GLASSE'S GOT BROKE
NEED EYE EX —
PLEASE THANK YOU

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere provedio acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received _____ (Stamp Date)

Date Reviewed ____JAN 10____ _____ Written Response(see below) ✓ Seen in Medical

ACTION TAKEN 1/10 1400 T-96° P-68 R-17 BP 110/80 wt-2

Snellen Chart OS 20/100 OD 20/200 OU 20/100

_____ Placed on sick call list Date of Appointment_____

_____ Placed on Dental list Date of Appointment_____ 1-10-01

_____ Other (Explain): _____ Michael Byrnes RN



SCR LOG # *1-75*

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/   *1-04-01*   (Please check one)   ✓   Medical Complaint/   _____ Dental Complaint/
FECHA DE SOLICITUD                  (Por favor marque uno)   Queja Medica          Queja Dental

Print:/ *CRUTSINGER BillyJack* # *1014350*   *F-4-A 40*   *School*
Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
Nombre del Preso   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:   *GOUT IN my FOOT IS GETTING*
*WERSER, KNOW I HAVE A SORE ON*
*THE Side OF my FOOT, IT IS HURTING*
*BAD PLEASE HELP THANK YOU*
*IT IS HURTing BAD*

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.
En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,   *209*
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere   *8*
provedo acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.   *96*   *72-1.8*

*Billy Jack Crutsinger*   *120*
Signature of Offender / Firma del ofensor   *84*
DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

JAN - 4 2

Date Received _____ (Stamp Date)

Date Reviewed _____   Written Response(see below) ✓   Seen in Medical

**ACTION TAKEN**
*Dr Apt made*
_____
_____
_____

_____ Placed on sick call list.   Date of Appointment *1-4-01*   *0830*
_____ Placed on Dental list.   Date of Appointment _____
_____ Other (Explain): _____
                          WADE, R.N.



SCR LOG #  _01-15_

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ _1- 1- 01-_          (Please check one)          ✓ Medical Complaint/          ☐ Dental Complaint/
FECHA DE SOLICITUD          (Por favor marque uno)          Queja Medica          Queja Dental

Print:/ _Critsinger Billy Jack   1614350   F.4.A  40_      _School_
Use Letra de Molde     Inmate's Name/     Number/     Housing Location/     Job Assignment/     Duty Hours
                       Nombre del Presco   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA: _HAVE GOUT, IT HAS FLAIRED BACK UP_
_AND SWOllEN UP HURT'S BAD, NEED SOME_
_HELP PLEASE._
                    _THANK YOU_
_START TO School 1-3-01 CAN'T HARDLEY WALK_

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

De acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
provebido acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

                    _Billy Jack Critsinger_
                    Signature of Offender / Firma del ofensor

─────────── 2 — DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA ───────────

Date Received _____  (Stamp Date)
Date Reviewed _01-02-01_   _PK_                    Written Response(see below) ✓     Seen in Medical
ACTION TAKEN _____  _01-02-01 0805_
                    _Motrin 800mg IV PO BID x 30 day_
_____
_____

☐ Placed on sick call list.   Date of Appointment_____
☐ Placed on Dental list.   Date of Appointment_____
☐ Other (Explain): _____ SUSAN CLARK, LVN

# WCC

**John R. Lindsey State Jail**
**Health Services**

SCR LOG # *12 - 754*

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/   *12-28-00*   (Please check one)   ✓ Medical Complaint/   Dental Complaint/
FECHA DE SOLICITUD                 (Por favor marque uno)   Queja Medica   Queja Dental

Print:/  *CRUTSINGER E*   # *1014350*  *F-4A* *#40*  *ASG JAN*   *10P-6A F-S*
Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
                     Nombre del Preso   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

● y state the reason for your request; you will receive a response to your request. Please allow several days for your request
to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:  *FOOT hurTING FROM GOUT CANT WALK HARDLY*
*also CANT SEE MY GLASSES GOT*
*BROKE NEED GLASSES BACK TO SEE*

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
●harged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

●cuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
provedio acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

*Billy Dick Crutsinger*
Signature of Offender / Firma del ofensor

DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

*29*

Date Received _____   (Stamp Date)

Date Reviewed *ER   0600*

Written Response(see below) ✓   Seen in Medical

ACTION TAKEN _____

_____

_____

_____ Placed on sick call list.   Date of Appointment _____

_____ Placed on Dental list.   Date of Appointment _____

_____ Other (Explain): _____ **SUSAN CLARK, LVN**

# WCC

SCR LOG # 12-459

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/   12-15-2000   (Please check one)   ✓   Medical Complaint/          Dental Complaint/
FECHA DE SOLICITUD                (Por favor marque uno)       Queja Medica                Queja Dental

Print:/  CRUTSINGER BILLY JACK  #1014350        C2 04
Use Letra de Molde   Inmate's Name/   Number/   Housing Location/   Job Assignment/   Duty Hours
                     Nombre del Presco   Numero del Preso   Sitio de Vivienda   Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request
~~be~~ submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia
de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha assistencia en espanol.

PROBLEM/QUEJA:   NEED SOME THING FOR HEART-BURN

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be
charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor,
~~e~~ntiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere
proveido acceso a servicios medicos sin hacer caso de me hability de pagar esta cuota.

                    *Billy Jack Crutsinger*
                    Signature of Offender / Firma del ofensor

DEC 15        DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA
              12-16-00 1045 wt 206lbs 118/84-64 16
Date Received _____   (Stamp Date)

Date Reviewed 2200   *only*                        Written Response(see below) ✓   Seen In Medical
ACTION TAKEN  *Advised to get Rolaids from Commissary*

_____  Placed on sick call list.   Date of Appointment _____

_____  Placed on Dental list.   Date of Appointment _____

Other (Explain): _____          M. MAUNEY RN
                                           Medical Signature

# WCC

SCR LOG # *12-458*

**John R. Lindsey State Jail**
**Health Services**

## MEDICAL REQUEST/SOLICITUD DE ASISTENCIA MEDICA

DATE OF REQUEST/ *12-15-2000*    (Please check one)      ___ Medical Complaint/      ___ Dental Complaint/
FECHA DE SOLICITUD      (Por favor marque uno)      Queja Medica      Queja Dental

Print:/ *CRUTSINGER Billy JACK*   *1014350*   *C2-04*
Use Letra de Molde    Inmate's Name/     Number/      Housing Location/     Job Assignment/     Duty Hours
           Nombre del Preso    Numero del Preso    Sitio de Vivienda    Asignacion de Trabajo   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered and returned. A copy of your request will be filed in your records.

Explique brevemente la razon de solicitud. Permita varios para dias que su solicitud sea procesada. Una copia de su solicitud archivada en sus records. Prisioneros de hispana pueden solicitar dicha asistencia en espanol.

PROBLEM/QUEJA:   *NEEN TO SEE EYE DOCTOR*

In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay.

En acuerdo con la ley estatal, si esta visita satisface los requistos de copago de servicios medicos del ofensor, yo entiendo que mis fondos fudiciarios seran cargados una cuota de $3.00. Yo tambien entiendo que yo sere provedo acceso a servicios medicos sin hacer caso de me habilidad de pagar esta cuota.

*Billy Jack CrutsingER*
Signature of Offender / Firma del ofensor

### DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA

Date Received      *12-16-00 1045 wt 206 lbs*   *bp 84-64 7/6*
                             (Stamp Date)
Date Reviewed    *DEC 15*

Written Response(see below)    ✓ Seen in Medical

ACTION TAKEN *2-200*    *dmm*
*Reading glasses +1.25 1/2 lense. Black plastic issued*

___ Placed on sick call list.   Date of Appointment_____
___ Placed on Dental list   Date of Appointment_____
___ Other (Explain): _____

*M. MAUNEY RN*
Medical Signature

WACKENHUT CORRECTIONS CORPORATION

JOHN R. LINDSEY STATE JAIL

TO:      CHRONIC CLINIC/SEGREGATION            DATE: 7/16/01
         SELECTED PATIENTS

FROM:    UNIT HEALTH AUTHORITY

SUBJECT: CARRY ON PERSON MEDICATION DISTRIBUTION PROGRAM

You have been selected to participate in a self-medication program. You will
receive Dimethicone, Naturaltors , to carry on your person.
You must assume responsibility to properly take the medication as prescribed.
Any medications witnessed selling, any reported stolen medication or any loss of
the medication will result in losing the privilege and subsequent disciplinary
action. You are responsible to keep your medication secured.

If your problem persist, submit another sick call request. You must return empty
container or package to receive additional medication.

I, the below signed inmate, have been instructed in this self-medication program.
I understand my failure to strictly abide by the regulations of this program will
result in loss of this privilege and subsequent disciplinary action.


Billy Jack Cutsinger        1014350           7/16/01
INMATE'S SIGNATURE          TDCJ-ID           DATE

SUSAN CLARK, LVN
WITNESS

# WCC

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: _____

_____

_____

_____

From: John R. Lindsey State Jail

1137 Old Post Oak Road

Jacksboro, Texas 76458

(940) 567-2272  EXT 270

Patient: Crutsinger Billy

SS# and/or TDC#: 10 / 4350

Date of Birth: 10.5.54

Date(s) of Service: 4·3·01

I hereby authorize the above named provider to release to WCC, or any of its representatives the following confidential information:

(· )   Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

( )   Admission,  ( ) Discharge, and ( ) Operative Summary Reports

( )   X-Ray and/or ( ) Special Studies Reports

( )   Laboratory Reports and/or ( ) Immunization History

( )   Psychiatric Summary Report, ( ) Drug Treatment History and Counseling Reports and/or ( ) Dental Treatment Records

(X)   Other Records (Specify information requested): Eye glass Rx

_____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold harmless Provider from any and all liability that may result from such release of information.

Patient's Signature: Bil Joe Crutsinger

Witness' Signature: LADONNA FOWLER MEDICAL RECORDS

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____

Signature and Title

# PRINTED MATERIAL COPIES
# PRINTED MATERIAL COPIES

Inmate _Crutsinger, Billy_  # _1014350_  request a copy (or copies) of

_eyeglass prescription_ and agrees to pay a cost of: $0.10 per page for __1__

pages. {total cost __.10__ } The total cost will be charged to said inmate

account via (or through) a commissary regular or special purchase.

Signature must be completed before this transaction can be completed.

***** TAKE THIS FORM TO COMMISSARY.  AFTER COMMISSARY
COMPLETES THIS FORM, BRING IT ALONG WITH YOUR COMMISSARY
RECEIPT BACK TO MEDICAL. *****

### _THIS FORM IS NOT A PASS TO GO TO COMMISSARY_

THIS FORM DOES NOT GIVE PERMISSION FOR YOU TO RECEIVE ANY PROPERTY

## MEDICAL DOES NOT MAKE INDIGENT COPIES

X ~~GINA ROBERTS~~
~~MEDICAL RECORDS~~
Department making copies                    _041701_
                                             Date

X _____
Commissary signature                         _5-24-01_
                                             Date

X _Billy Jack Crutsinger_
Inmate signature                             _5 24 01_
                                             Date

M.I.
Fowlen                                       **THUMB PRINT**

(0920)

## INFORMATION ABOUT HEPATITIS B VACCINE

THE DISEASE: Hepatitis B is a viral infection caused by the hepatitis B virus. It can cause death in about 1-2% of patients with serious acute infection. Most people recover completely from hepatitis B, but about 5-10% of adults who catch hepatitis B will remain chronically infected. People with chronic hepatitis B infection remain capable of transmitting the infection to others through blood contact. About 1 out of 4 people with chronic hepatitis B will develop cirrhosis after several years. Cirrhosis can lead to liver failure, gastrointestinal bleeding or liver cancer. People with chronic hepatitis C are at greater risk for liver damage if they also catch hepatitis B. Vaccination against hepatitis B can prevent infection from hepatitis B infection, if the individual is not already infected at the time of vaccine administration. As a result, all the complications that may follow such infection can be avoided.

THE VACCINE: The vaccine is non-infectious protein particle that is by yeast cells. It contains no substances of human origin. It is not capable of transmitting hepatitis B or any other infection. The recommended series of 3 doses of vaccine induces a protection against hepatitis B infection in more than 90% of healthy adult for a lifetime. Some people will not respond to the vaccine, especially those with weakened immune systems, such as people with HIV infection or on dialysis. For those people additional doses of the vaccine may be given.

Somebody already has chronic hepatitis B infection, there is no harm in receiving the vaccine. However, the vaccine will not clear up chronic hepatitis B and will not protect an infected person against the complications of chronic hepatitis B.

A small number of people with no known medical problems will not be protected after receiving the vaccine. For this reason, it is still important for persons who have been vaccinated to avoid being exposed to the virus. The known exposure routes are sexual, body fluid and blood exposure and mother to infants during birth.

WHO SHOULD NOT GET HEPATITIS B VACCINE? People who have had a life-threatening allergic reaction to baker's yeast should not receive the vaccine. People who are moderately or severely ill should wait until they recover before receiving the vaccine. Patients with multiple sclerosis (a disease of the nervous system) may rarely have worsening of neurological condition. Pregnant and nursing woman should have hepatitis B vaccination only if clearly needed.

POSSIBLE SIDE EFFECTS OF HEPATITIS B VACCINE: Hepatitis B vaccine usually does not cause significant side effects. The most common side effect is soreness and swelling at the site of the injection. Some people may have fatigue, headache, dizziness, or low grade fever after vaccination. These side effects are less common after the second or third dose, and clear up on their own within a day or two. Other side effects are very rare. These include bruising at the site of injection, sweating, chills, low blood pressure, nausea, vomiting, stomach pain, constipation, diarrhea, enlarged lymph glands and rash.

Addition there have been reports of the following symptoms after vaccination, but it is not certain that they are related to the vaccine. These symptoms include painful joints, generalized bruising, visual disturbances, severe rash, paralysis, fainting, seizures, rapid heart rate or shortness of breath. Other symptoms such as flu-like symptoms, flushing, tingling, weakness, agitation, and irritability were rarely reported.

Like any medicine, hepatitis B vaccine can cause a severe allergic reaction, but the risk is very small.

Overall, getting hepatitis B vaccine is safer than getting hepatitis B disease.

IF YOU HAVE ANY QUESTIONS ABOUT HEPATITIS B INFECTION OR HEPATITIS B VACCINE, PLEASE CONSULT WITH FACILITY MEDICAL STAFF.

## CONSENT FORM

I have read the above statement about hepatitis B infection and vaccine. I have had an opportunity to ask questions and understand the benefits and risks of HBV vaccination. I understand that I must have three doses to give me immunity to hepatitis B, but additional doses may be needed in some cases. As with all medical treatment, there is no guarantee that I will become immune or that I will not experience adverse side effect from the vaccine. I request the vaccine be administered to me.

_utsinger, Billy #1_
Printed Name of Person to Receive Vaccine

x _Billy Jack Creutzinger_
Signature

# _1014350_
TDCJ Number

_01/31/01_
Date Signed

(Rev. 4/2000)



# W.CC

**HEALTH SERVICES**

## CONSENT TO MEDICAL SERVICES

INMATE'S NAME: _Crutsinger, Billy_

DATE OF BIRTH: _10/05/59_          I.D. NO.: _1014320_

DATE: _01/19/01_          TIME: _(1015)_

I hereby authorize Wackenhut Corrections Corporation and _____**DR. H. COUNTS, MD**_____

(Print Physician's Name)

his assistant(s), or designee(s) to treat me as is necessary in his judgement.

The procedure(s), _____**HIV TEST**_____ ,necessary

to treat my condition has been fully explained to me by Dr. **COUNTS, MD/M. NICHOLS, LVN CID**

and I understand the nature of, and risks associated with, this procedure(s). Briefly stated, they are:

(Benefits) _____**RESULTS OF HIV TESTING, REASSURANCE**_____

(Risks) _____**SORENESS AT SITE, POSSIBLE BRUISING**_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have

been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as well

as the risks of refusing the described treatment(s) (if applicable) have been fully explained to me.

_Billy Jack Crutsinger_
(Signature of Inmate)          (Witness)

_M. Nichols, Lvn_
(Signature & Title of Provider)          (Witness)

_M. Nichols, LVN CID_

# WACKENHUT CORRECTIONS CORPORATION
# JOHN R. LINDSEY STATE JAIL

## CONSENT TO MEDICAL SERVICES

**INMATE NAME:** _Crutsinger, Billy_

**DATE OF BIRTH:** _10/05/59_   **TDC#** _1014350_

**DATE:** _01/19/01_   **TIME** _1020_   **(AM)** PM

I hereby authorize Wackenhut Corrections Corporation and Dr. H. Counts, MD, his assistant(s) or designee(s) to treat me as is necessary in his judgment.

The procedure of Pneumonia Vaccine is necessary to treat my condition has been fully explained to me by Dr. Counts and I understand the nature of, and risks associated with this procedure.  Briefly stated, they are:

Benefits:  The aid in the prevention of pneumonia.
Risks:  At site of injection soreness, slight fever.

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have been made to me as to the results of this procedure(s).  Alternate treatment methods and their consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully explained to me.

Manufacture: _Merck_   Lot#: _1216g._

Exp:_____   Site given: _(R) deltoid_

x _Billy Jack Crutsinger_   _____
**Signature of Inmate**   **Witness**

_M. Nichols, Lvn_   _____
**Nurse's Signature**   **Witness**

_M. Nichols, LVN/CID_

# WACKENHUT CORRECTIONS CORPORATION
# JOHN R. LINDSEY STATE JAIL

## CONSENT TO MEDICAL SERVICES

**INMATE NAME:** _Crutsinger, Billy_

**DATE OF BIRTH:** _10/05/59_    **TDC#** _1014350_

**DATE:** _01/19/01_    **TIME** _1020_    **AM**  **PM**

I hereby authorize Wackenhut Corrections Corporation and Dr. H. Counts, MD, his assistant(s) or designee(s) to treat me as is necessary in his judgment.

The procedure of Flu Vaccine is necessary to treat my condition has been fully explained to me by Dr. Counts and I understand the nature of, and risks associated with this procedure.  Briefly stated, they are:

Benefits:  The aid in the prevention of flu.
Risks:  At site of injection soreness, slight fever.

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have been made to me as to the results of this procedure(s).  Alternate treatment methods and their consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully explained to me.

Manufacture: _Wyeth_    Lot#: _4008230_

Exp: _06/01_    Site given: _L deltoid_

x _Billy Jack Crutsinger_
**Signature of Inmate**    **Witness**

_M. Nichols, LUN_
**Nurse's Signature**    **Witness**

_M. Nichols, LVN/CID_



# HIV SCREENING FORM
## FORMA PARA DETECTAR EL SIDA

NAME & TDCJ# _Flores W Crutsinger Billy_
NOMBRE Y NUMERO DE TDCJ

**Screening and evaluation of Inmates at Risk for HIV**
Evalvacion y deteccion de presos con riesgo del SIDA

| COMPLETE ALL QUESTIONS.  CONTESTE TODAS LAS PREGUNTAS | YES (SI) | NO (NO) |
|---|---|---|
| 1  Have you ever used intravenous drugs?<br>Alugna vez ha usado drogas intravenosas? | — | NO |
| 2  Have you ever had or do you have any sexually transmitted diseases?<br>(example:  Genital Herpes, Genital Warts, Chlamydia, Trichomonas, Gonorrhea or Syphilis)<br>Alguna vez hatenido alugna enfermedad venerea?<br>(por ejemplo:  Herpes, Mezquinos Genitales, Clamidia, Tricomonas, Gonorrhea or Sifilis) | | N O |
| 3  Have you ever participated in any homosexual,bisexual activities?<br>Alguna vez a participado on actividades homosexuales o bisexuales? | | NO |
| 4  Have you had unprotected sex with multiple partners in the past 12 months?<br>Alguna vez hatenido relaciones sexuales sin proteccion o con multiples y companeras? | | NO |
| 5  Have you ever been sexually assulted by an offender while being incarcerated?<br>Alguna vez ha sido sexualmente asaltado por otro presco mientras ha estado encarcelado? | | NO |

_Billy Joel Crutsinger_
**Offender's Signature & TDCJ#**
Firma Del Ofensor

_M. Nichols, LVN_
**Screener's Signature & Stamp**
Firma y Sello Del Evaluador   _M. Nichols, LVN CID_

_____
**Date**
Fecha

_12/14/00_
**Date**
Fecha

Name _Crutsinger, Billy_  Sex _MALE_  DOB _10 | 5 | 54_  ID# _1014350_
   Last       First     MN

_12 | 14 | 00_  Time _1130_  a.m./p.m.  Previous Commitment? (Yes) No  Where _Tarrant Co_

Interviewed by: _C Wade_  Site _John R. Lindsey State Jail_

## VISUAL OBSERVATION (Explain any YES answers)

1 Is inmate unconscious or have obvious pain, bleeding, injuries, or other symptoms suggesting need for emergency medical referral?  YES (NO)

2 Is inmate carrying any prescribed medication?  If YES, what? _____  YES (NO)

3 Is there obvious fever or other evidence of infection?  YES (NO)

4 Is there evidence of infestations, rashes, needle marks, bruises, lesions, jaundice or trauma markings?  YES (NO)

5 Does inmate appear to be under the influence of, or withdrawing from drugs, alcohol or an unknown substance?  YES (NO)

6 Does inmate exhibit any signs of abnormal behavior, tremors, sweating, persistent cough or lethargy?  YES (NO)

7 Does inmate's behavior or physical appearance suggest the risk of suicide or assault on staff or other inmates?  YES NO

8 Is inmate's mobility restricted in any way or has any body deformities?  (YES) NO
Does Inmate have Physical Aids: Glasses  Hearing Aid  Cane  Crutches  Dentures  Other _____
_(broken)_

## INMATE QUESTIONNAIRE (Explain any YES answers)

9 Presently taking medication under a doctor's orders?  What? _Zoloft, Atenietul_  (YES) NO
How often? _daily_  How much? _50 mg each_  Last time? _1 month ago_

10 Ever had: diabetes, seizures, asthma, ulcers, high blood pressure, heart condition or psychiatric disorder?  (YES) NO
_depression_

11 On a special diet prescribed by a physician?  YES (NO)

12 Been hospitalized or treated by a psychiatrist or a physician within the past year? _Arlington_  (YES) NO
Why? _depression, B/P_  Where? _Fort Worth_

13 Any past history of venereal disease, T.B. infections or communicable illness, Childhood Diseases
Chicken Pox (Measels) (Mumps) treatment or symptoms suggestive of such illness?  (YES) NO

14 Allergic to anything (drugs, food, plants, etc.?) _poison ivy_  (YES) NO

15 Ever been treated for a mental disorder or attempted suicide?  When? _last time_  Where? _Arlington_  (YES) NO

16 Fainted recently or had a recent head injury?  YES (NO)

17 Visualize the mouth, teeth and gums.  Are there any dental problems noted? _____  (YES) NO

18 Have any other medical or mental problems you have not told me about?  YES (NO)

19 Use alcohol? _yes_  What Kind? _beer_  Last Time? _2 months_  Quantity? _2-6 pks_

20 Use drugs? _non_  What Kind? ____  Last Time? ____  Quantity? ____

21 Ever had problem following withdrawal of alcohol or drug use? ____  What type? ____  Convulsions? Yes (No)

22 Language: (Circle one) (English)  Spanish  Other _____

23 Placement recommendation: (Circle one) (General Population)  Emergency Treatment  Next Sick Call  Isolation
Remarks: _____

I acknowledge that I have answered all questions truthfully and have been told and shown in writing how to obtain medical, dental and psychiatric services. I consent to reasonable and customary medical, dental and psychiatric treatment offered in this facility. In accordance with state law, if a visit to a TDCJ facility health clinic meets offender health care copayment criteria, you will be charged a $3.00 copayment fee. You will be provided access to health services regardless of your ability to pay this fee.

# WACKENHUT CORRECTIONS CORPORATION
## JOHN R. LINDSEY STATE JAIL FACILITY, JACKSBORO, TEXAS

Name _Coutsinger Billy_   ID# _161425_   DOB _10-5-54_   Sex _M_   Race _W_

Occupation _____

## HEALTH ASSESSMENT

Height _5'8"_   Weight _209_   B/P _148/88_   Temp _96.6_   Pulse _84_   Resp _18_

| CLINICAL EVALUATION | Normal | Abnormal | * Notes: Describe every abnormality in detail. Clarify in description of clinical picture needed. |
|---|---|---|---|
| 1  Head / Neck | ✓ | | |
| 2  Eyes | ✓ | | |
| 3  Ears / Nose / Throat | ✓ | | |
| 4  Dental | ✓ | ✓ | |
| 5  Chest / Breast | ✓ | | |
| 6  Cardiovascular | ✓ | ✓ | _Hypt___ |
| 7  Hemopoietic / Lymphatic | ✓ | | |
| 8  Abdomen | ✓ | | |
| 9  Hernias | ✓ | | |
|     Gastrointestinal | ✓ | | |
|     Endocrine / Metabolic | ✓ | | |
| 12  Nutritional | ✓ | | |
| 13  Upper Extremities | ✓ | | |
| 14  Spine | ✓ | | |
| 15  Lower Extremities | ✓ | | |
| 16  Skin | ✓ | | |
| 17  Rectal / GU | ✓ | | |
| 18  Neurologic | ✓ | | |
| 19  Psychiatric | ✓ | | |
| 20  Medical History Review | ✓ | | |
| 21  Other | | | |

22  Comments on available laboratory data

VDRL / RPR   —
        date      results

PPD

        date      results

Other

23  Comments on current medical regimens

Comments: _____

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| Designators | 2 | 1 | — | — | | 1 |
| Codes | 6 | F | — | ⌐ | | A |
| Modifiers | P | P | — | — | | W |

Date/Time _12/18/00 11:38_

_H. Counts Jr. MD_ _He_

H. Counts Jr., MD

# MEDICAL HISTORY AND PHYSICAL ASSESSMENT

**INMATE'S NAME** Coutsinger, Billy

**DATE** 12-14-00

**NURSE'S SIGNATURE** Michael Byrnes RN

## HISTORY

| PROBLEMS | Yes | No | PROBLEMS | Yes | No |
|---|---|---|---|---|---|
| Hearing | | ✓ | Liver | | ✓ |
| Balance/Dizziness | | ✓ | Kidney Disease | | ✓ |
| Blackouts | | ✓ | Bladder Infection | | ✓ |
| D.T.'s | | ✓ | Trouble Voiding | | ✓ |
| Headaches | | ✓ | Pediculi (lice) | | ✓ |
| Nervous Disorder | ② | ✓ | Gonorrhea | | ✓ |
| Throat | | ✓ | Arthritis | | ✓ |
| Teeth | | ✓ | Stomach Pain | | ✓ |
| Heart | | ✓ | Heartburn | | ✓ |
| Anemia | | ✓ | Ulcer | | ✓ |
| Blood | | ✓ | Nausea/Vomiting | | ✓ |
| Muscle Problem | | ✓ | Hay Fever | | ✓ |
| Joint Problem | | ✓ | Pneumonia | | ✓ |
| Gout | | ✓ | | | |

| CHRONIC ILLNESS | YES | NO | DATE OF TEST / ONSET |
|---|---|---|---|
| Seizures | | ✓ | |
| ...ma | | ✓ | |
| ...erculosis | | ✓ | |
| Hypertension | ② | ✓ | |
| Hepatitis | | ✓ | |
| Diabetes | | ✓ | |
| Syphilis | | ✓ | |
| ... | | ✓ | |
| Prior HIV Test | ✓ | | 1997   negative |

| Homosexual/ Bisexual Activities | | ✓ | Unprotected sex Multiple partners | | ✓ |
|---|---|---|---|---|---|

**COMMENTS:** ① Takes Atenolol
② Depression

| FAMILY HISTORY | YES | NO | COMMENTS |
|---|---|---|---|
| Cancer | ✓ | | Brother |
| Diabetes | | ✓ | |
| Hypertension | ✓ | | Sister, Brother |
| Cardiac | ✓ | | Father |

**COMMENTS:**

## MENTAL HEALTH ASSESSMENT

Orientation (person, place, time)  N

General Appearance (motor behavior, mannerisms)  N

Affect (mood)  N

Content of thought (history of suicide/present thoughts)

## EXAM

Age 46   Sex M   Race W   Ht. 5 ft 8 in
Wt. 209   Pulse 84   BP 148/95   Temp 96.6

| | | N | A / Comment |
|---|---|---|---|
| Skin | Color | | |
| | Condition | N | |
| | Turgor | | |
| | Recent Injury | | |
| Head | Hair | | |
| | Scalp (pediculi) | N | |
| Eyes | Glasses | | yes |
| | Pupils | | |
| | Sclera | | Broke them |
| | Conjunctiva | | |
| | Vision | | |
| Ears | Appearance | | |
| | Canals | N | |
| | Hearing | | |
| Mouth | Teeth & Gums | | |
| | Dentures / Plates | | |
| | Throat | N | |
| | Tongue | | |
| | Tonsils | | |
| Nose | | N | |
| Neck | Veins | | |
| | Mobility | | |
| | Thyroid | | |
| | Carotids | N | |
| | Lymph Nodes | | |
| Chest | Configuration | | |
| | Ausculation | | |
| | Respirations | N | |
| | Cough / Sputum | | |
| Heart | Auscultation | | |
| | Radial Pulses | | |
| | Apical Pulse | N | |
| | Rhythm | | |
| Extremities | Pulses | | |
| | Edema | N | |
| | Joints | | |
| Spine | | N | |
| Abdomen | Shape | N | |
| | Bowel Sounds | N | |

LAB REPORT

# SOTERIX

ormation For Patient Management

erix Infectious Disease Center
.0 Louis Pasteur
San Antonio, Texas 78229

(210) 692-1411  (210) 615-2060
www.esoterix.com
ical Director  Elizabeth A. Macias, PhD, ABMMM

JOHN R LINDSEY WACKENHUT
ATTN:MEDICAL DEPT.
1137 OLD POST OAK RD
JACKSBORO TX 76458

Phone  940-567-2272  .Fax
National Account No.  1000207

| | | | | | |
|---|---|---|---|---|---|
| ent Name | CURTSINGER, BILLY | SSN | | Sex | M   Age |
| ent ID | 1014350 | Requisition | | DOB | Oct. 05, 1959 |
| ession No. | 012601-0077-01 | Referring Physician | DR. COUNTS | | |

e/Time Reported  Jan. 26, 2001 09:05 PM
cimen

Date/Time Collected  Jan. 25, 2001 12:15 AM
Date Received  Jan. 26, 2001

| TEST | RESULT | REFERENCE RANGE |
|---|---|---|
| HIV-1 ANTIBODY BY EIA | NON-REACTIVE | NORMAL IS "NON-REACTIVE" |

THE PRESENCE OF HIV-1 ANTIBODY IS NOT
A DIAGNOSIS OF AIDS. SPECIMENS WHICH ARE
REPEATABLY REACTIVE FOR HIV-1 ANTIBODY

MAY REQUIRE ADDITIONAL TESTING, SUCH AS
ANTIBODY DETECTION BY WESTERN BLOT
TECHNIQUE. A NEGATIVE TEST RESULT DOES
NOT EXCLUDE THE POSSIBILITY OF EXPOSURE
TO, OR INFECTION WITH, HIV-1.

VRL SUGGESTS THAT A SECOND SAMPLE BE
SUBMITTED & TESTED BEFORE ANY PATIENT
IS INFORMED OF A POSITIVE HIV ANTIBODY
STATUS.

Pre  01/19/01
Post  02/06/01

Date/Time 1-30-01
H. Counts Jr MD
H. Counts Jr, MD

# RL

OTERIX Company

**VIRUS REFERENCE LABORATORIES, INC.**

7540 Lou... ...leur
San Antonio... ...
210/692-1411 Fax 210/615-2060
CL1A #45-D0660454
CAP 32769-01

1625...
...
770/934-3858 Fax 770 934-4036
CL1A #1100645796

JOHN R LINDSEY WACKENHUT
...MEDICAL DEP...
1137 OLD POST OAK RD
JACKSBORO          TX 76458

...E:   CRUTSINGER, BILLY          ACC. NO. 01-19-01-0141     RECEIVED 01/19/01     REPORTED 01/19/01
                                                                      11:35              19:51

...GE:   10/05/1954       REQUESTING PHYSICIAN JOHN R LINDSEY WACKENHUT          PHN:   567-2272     ROUTE:

       MALE              OTHER DR. COUNTS                                       PHN:                ROUTE:

...AL INSTRUCTIONS:   1014350                              Elizabeth Macias, PhD, ABMM

             Date Collected: 01/18/01  15:15

| TEST | RESULT | REFERENCE RANGE | | |
|---|---|---|---|---|
| URIC ACID | 8.2 | 3.3 - 8.5 | MG/DL | MALE |
| | | 2.4 - 8.5 | MG/DL | FEMALE |

Date/Time ...
H. Counts...
H. Counts Jr., MD
JAN 2...

**BORATORY DIRECTORS**

L, San Antonio                    VRL, Atlanta

# CMMS

### Portable X-Ray & EKG



| | |
|---|---|
| Name: | Kretzinger, Billy |
| Patient ID: | 70-0000 |
| Inmate No: | |
| Study: | Left Foot |
| Facility: | John R. Lindsey State Jail |
| Physician: | NA |

### Left Foot, 01/17/01:

·AP, lateral, and oblique views of the left foot were obtained.

There are no fractures, dislocations, periosteal reaction or osteoblastic or lytic lesions demonstrated.

### Impression:

No significant post-traumatic or degenerative changes are noted.

Signed:
Fred Laufer, M.D.
January 18, 2001
Electronically signed

FL/kd

Date/Time/-22-01 /28/
H. Counts Jr, MD

JAN 2 1

# CMMS

### Portable X-Ray & EKG

| | |
|---|---|
| Name: | Crutsinger, Billy |
| Patient ID: | 70-4350 |
| Inmate No: | 1014350 |
| Study: | CXR |
| Facility: | J.R. Lindsay State Jail |
| Physician: | Counts |

### Chest Radiograph, 01/03/01:

A single PA film of the chest was obtained.

The heart is not enlarged. There are no confluent infiltrates, acute congestive changes, masses, or pleural effusions demonstrated.

### Impression:

There is no evidence for active cardiopulmonary pathology or tuberculosis.

Signed:
Fred Laufer, M.D.
January 4, 2001
Electronically signed

FL/kd

JAN - 9

Date/Time 1-9-01
H. Counts Jr, MD
H. Counts Jr, MD

# VIRUS REFERENCE LABORATORIES, INC.

**VRL**
*OTERIX Company*

San Antonio, TX 78229
210/692-1411 Fax 210/615-2060
CL1A #45-D0660454
CAP 32769-01

Stone Mountain, Georgia 30083
770/934-3856 Fax 770/934-4036
CL1A #11D0645796

JOHN R LINDSEY WACKENHUT
1137 OLD POST OAK RD
JACKSBORO      TX 76458

| | | |
|---|---|---|
| NAME: CRUTSINGER, BILLY | ACC. NO.: 01-06-01-0017 | RECEIVED: 01/06/01 09:40 | REPORT: 01/07/01 20:30 |

AGE. 10/05/1954        REQUESTING PHYSICIAN: JOHN R LINDSEY WACKENHUT        PHN: 567-2272        ROUTE:

MALE        OTHER: DR. COUNTS        PHN:        ROUTE:

IAL INSTRUCTIONS: 1014350

Elizabeth Macias, PhD, ABMM

Date Collected: 01/05/01 03:30

| TEST | RESULT | REFERENCE RANGE |
|---|---|---|
| **LIVER FUNCTION TESTS** | | |
| ALBUMIN | 4.4 | 2.9 - 5.0      G/DL |
| BILIRUBIN, TOTAL | 0.4 | LESS THAN 1.5      G/DL |
| BILIRUBIN, DIRECT | 0.1 | LESS THAN 0.3      MG/DL |
| ALKALINE PHOSPHATASE | 84 | 43 - 132      U/L |
| SGOT (AST) | 17 | 5 - 35      U/L |
| SGPT (ALT) | 19 | 7 - 56      U/L |
| PROTEIN, TOTAL | 7.9 | 6.0 - 8.4      G/DL |

Date/Time 1-9-01
H. Counts Jr. MD

JAN 9 2001

# LABORATORY DIRECTORS

VRL, San Antonio        VRL, Atlanta

# VIRUS REFERENCE LABORATORIES, INC.

**VRL**
SOTERIX Company

6231 PGA Boulevard
San Antonio, TX 78229
210/692-1411 Fax 210/615-2060
CL1A #45-D0660454
CAP 32769-01

625 Crystal Drive
Stone Mountain, Georgia 30083
770/934-3858 Fax 770/934-4036
CL1A #11D0645796

JOHN R LINDSEY WACKENHUT
1137 OLD POST OAK RD
JACKSBORO          TX 76458

| | |
|---|---|
| NAME:  CRUTSINGER, BILLY | ACC. NO. 12-22-00-0204 |

RECEIVED: 12/22/00
11:49

REPORTED: 12/22/00
21:29

AGE:  10/05/1959     REQUESTING PHYSICIAN: JOHN R LINDSEY WACKENHUT          PHN:  567-2272     ROUTE:

MALE          OTHER: DR. COUNTS          PHN:          ROUTE:

SPECIAL INSTRUCTIONS:     1014350          Elizabeth Macias, PhD, ABMM

Date Collected: 12/21/00  03:05

| TEST | RESULT | REFERENCE RANGE | |
|---|---|---|---|
| CHEM PROFILE W/HDL | | | |
| GLUCOSE, SERUM | 91 | 65 - 110 | MG/DL |
| BUN | 13.6 | 8.0 - 25.0 | MG/DL |
| CREATININE, SERUM | 1.0 | 0.6 - 1.3 | MG/DL |
| BUN/CREATININE RATIO | 14 | 6 - 28 | RATIO |
| URIC ACID | 8.7 ** | 3.3 - 8.5 | MG/DL     MALE |
| | | 2.4 - 8.5 | MG/DL     FEMALE |
| SODIUM | 143 | 133 - 146 | MEQ/L |
| POTASSIUM | 4.4 | 3.5 - 5.3 | MEQ/L |
| CHLORIDE | 103 | 97 - 110 | MEQ/L |
| CARBON DIOXIDE (CO2) | 27 | 18 - 30 | MEQ/L |
| CALCIUM | 9.9 | 8.5 - 10.5 | MG/DL |
| PHOSPHORUS | 5 ** | 3 - 6 | MG/DL     UNDER 19 YEARS |
| | | 2.2 - 4.5 | MG/DL     OVER 19 YEARS |
| CHOLESTEROL, TOTAL | 150 | LESS THAN 200 | MG/DL |
| TRIGLYCERIDE | 363 ** | LESS THAN 150 | MG/DL |
| CHOLESTEROL, HDL | 23 ** | 44 OR GREATER | MG/DL     MALE |
| | | 54 OR GREATER | MG/DL     FEMALE |
| CHOLESTEROL, LDL | 77 | LESS THAN 130 | MG/DL |
| LDL/HDL RATIO | 3.30 | LESS THAN 3.55 | RATIO |
| PROTEIN, TOTAL | 7.8 | 6.0 - 8.4 | G/DL |
| ALBUMIN | 4.3 | 2.9 - 5.0 | G/DL |
| GLOBULIN, SERUM | 3.5 | 2.0 - 3.8 | G/DL |
| A/G RATIO | 1.2 | 0.9 - 2.5 | RATIO |
| BILIRUBIN, TOTAL | 0.3 | LESS THAN 1.5 | MG/DL     MALE |
| | | LESS THAN 1.0 | MG/DL     FEMALE |
| ALKALINE PHOSPHATASE | 90 | 43 - 500 | U/L     LESS THAN 19 YEARS |
| | | 43 - 132 | U/L     > 19 YEARS |
| GGT | 52 | 7 - 70 | U/L |
| SGOT (AST) | 23 | 5 - 60 | U/L |
| SGPT (ALT) | 26 | 7 - 56 | U/L |
| LDH | 165 | 60 - 225 | U/L |
| IRON | 69 | 35 - 158 | UG/DL |

Date/Time: 12-26-00
H. Counts Jr. MD

---

**LABORATORY DIRECTORS**

VRL, San Antonio          VRL, Atlanta

# VRL
ESOTERIX Company

## VIRUS REFERENCE LABORATORIES, INC.

7540 Louis Pasteur
San Antonio, Tex. 78229
210/692-1411 Fax 210/615-2060
CL1A #45-D0660454
CAP 32769-01

1651 Mountain Industrial Blvd.
Stone Mountain, Georgia 30083
770/934-3858 Fax 770/934-4036
CL1A #11CC645796

JOHN R LINDSEY WACKENHUT
1137 OLD POST OAK RD
JACKSBORO        TX 76458



| NAME: CRUTSINGER, BILLY | ACC. NO. 12-20-00-0157 | RECEIVED: 12/20/00 11:10 | REPORTED 12/21/00 06:48 |
|---|---|---|---|

B/AGE: 10/05/1954    REQUESTING PHYSICIAN JOHN R LINDSEY WACKENHUT    PHN: 567-2272    ROUTE:

C: MALE    OTHER DR. COUNTS    PHN:    ROUTE:

SPECIAL INSTRUCTIONS:    1014350    Elizabeth Macias, PhD, ABMM

Date Collected: 12/14/00  20:00

| TEST | RESULT | REFERENCE RANGE |
|---|---|---|
| RPR | NON-REACTIVE | NORMAL IS "NON-REACTIVE". THIS IS A SCREENING TEST ONLY. ALL REACTIVE SPECIMENS SHOULD BE CONFIRMED BY AN "FTA" OR OTHER TREPONEMAL SPECIFIC TEST. |

22 2000

KARLA ROBERTS LVN

LABORATORY DIRECTORS

VRL, San Antonio    VRL, Atlanta

# TDCJ- HEALTH SERVICES
## TUBERCULOSIS PATIENT MONITORING RECORD

NAME _Crutsinger, Billy_   FACILITY _L.N._   TDCJ# _1014320_

| | Drug Start | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | 01/08/01 | 01/31/01 | 02/28/01 | 03/30/01 | 04/27/01 | 05/31/01 | 06/28/01 | | | |
| Weight | 207 | 207 | 212 | 213 | 210 | 213 | 212½ | | | |
| Patient Education | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| HIV Test Done | 01/19/01 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Drug compliance* | ■ | 7/7 | 8/8 | 9/9 | 9/9 | 9/9 | 8/8 | | | |
| X-ray done | 01/03 | — | — | — | — | — | — | | | |
| Sputum done | NA | NA | NA | NA | NA | NA | NA | | | |
| ALT or AST | 19/17 | — | — | — | — | — | — | | | |
| Nausea | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Vomiting | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | — | |
| Abdominal Pain | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Dark Urine | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Jaundice | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Rash | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Paresthesia | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Vision change | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Hearing change | — | ∅ | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Visual acuity** | — | ∅ | — | — | — | — | — | | | |
| Audiogram*** | — | ∅ | — | — | — | — | — | | | |
| Initials | YMN | YMN | YMN | YMN | YMN | MN | MN | | | |

* Record compliance as (number of doses actually taken)/(number of doses expected). For example, in a 4-week period, a person on twice weekly therapy would be expected to take 8 doses of meds. If he only took 6, then compliance would be recorded as 6/8.

** Visual acuity recommended as baseline on everybody on TB drugs and monthly on persons on daily ethambutol

*** Audiogram is recommended monthly for persons on streptomycin or other ototoxic drugs only

If treatment extends past 9 months, use a second sheet to continue documentation of toxicity checks.

HSM-19 (6/99)

_M. Nichols, LVN_

M. Nichols, LVN/CID

**Texas Department of Health**

Date 01 / 31 / 01

**Thoracis Elimination Division**

**Report of Case and Patient Services**

☑ Report    ☐ Followup    ☐ Medical Review    ☐ Hosp. Adm./Discharge

Name Crutsinger, Billy
(Last)    (First)    (M.I.)

DOB 10 / 05 / 54    SSN# ___-__-____

P.O. Box 99, Huntsville, Walker 77340
Street    Apt. #    City    County    Zip Code

HT ____
WT ____
B/P ____

L.N. / Counts
Clinic or Physician    Pt's. Tel. #

Temp ____
Pulse ____

# 1014350

| SIGN/SYMPTOMS AT DX | | |
|---|---|---|
| ever | ☐ Y | ☑ N |
| hills | ☐ Y | ☑ N |
| ough | ☐ Y | ☑ N |
| (roductive) | ☐ Y | ☑ N |
| emoptysis | ☐ Y | ☑ N |
| ght Sweats | ☐ Y | ☑ N |
| eight Loss | | |
| 10%) | ☐ Y | ☑ N |
| her | ☐ Y | ☑ N |

**HIV TEST RESULTS**

01 / 19 / 01
MM   DD   YY

1 ☐ Negative
2 ☐ Positive
3 ☐ Pending
4 ☐ Not Offered
5 ☐ Refused

**ANERGY TESTING**

___ / ___ / ___
MM   DD   YY

1 ☐ Anergic
2 ☑ Not Anergic

**BCG**

1 ☐ Yes
2 ☑ No    ___ / ___ / ___
MM  DD  YY

PD TEST 12 / 14 / 00 Date

☐ Negative _____ mm
☑ Positive 18 mm
☐ revious Result
☐ ___ ☐ Pos _____ mm

**REASON FOR PPD TEST**

1 ☐ Contact
2 ☐ Employment
3 ☐ Group Risk
4 ☑ Individual Risk

**CHEST X-RAY** 01 / 02 / 01
MM   DD   YY

1 ☑ No Evidence of TB Disease    ☐ Not Done
☐ Abnormal with TB Disease    ☐ Abnormal
2 ☐ Cavitary    1 ☐ No change
3 ☐ Non-cavitary    2 ☐ Worsening
4 ☐ Hilar Lymphadenopathy    3 ☐ Improving
5 ☐ Not Indicated    4 ☐ Unknown

**BACTERIOLOGY** ☐ M.TB    ☐ NMTB

| SMEAR RESULTS Current | | CULTURE RESULTS Current | |
|---|---|---|---|
| 1 ☐ Negative | Last Positive | 1 ☐ Negative | Last Positive |
| 2 ☐ Positive | | 2 ☐ Positive | |
| 3 ☐ Pending | Last Negative | 3 ☐ Pending | Last Negative |
| 4 ☑ Not Done | | 4 ☐ Not Done | |

ior Preventive Therapy ☐ Yes ☑ No    Start Date ___ / ___ / ___
ior Therapy ☐ Yes ☐ No    Start Date ___ / ___ / ___
assification ☑ New Case    ☐ Recurrent

0 ☐ No M.TB Exposure, Not TB Infected
1 ☐ M.TB Exposure, No Evidence of TB Infection
2 ☑ M.TB Infection, No Disease
3 ☐ M.TB Infection, Current Disease
4 ☐ M.TB, No Current Disease
☐ M.TB Suspect, Diagnosis Pending
☐ Non M.TB (List Type)

**minant Site: (Class 3, 4, and NON-M.TB)**

☐ Pulmonary    30 ☐ Bone and/or Joint
10 ☐ Pleural    40 ☐ Genitourinary
20 ☐ Lymphatic    50 ☐ Miliary
21 ☐ Cervical    60 ☐ Meningeal
22 ☐ Intrathoracic    70 ☐ Peritoneal
23 ☐ Other    80 ☐ Other (Specify)

**SPECIMEN SOURCE**

1 ☐ Natural    4 ☐ Bronchial Lavage
2 ☐ Induced    5 ☐ Biopsy (Specify)
3 ☐ Gastric    6 ☐ Other (Specify)

**SUSCEPTIBILITY RESULTS:** Date of Last Isolate ___ / ___ / ___

| SPEC # _____ | Resistant | Susceptible | Not Done | Unknown |
|---|---|---|---|---|
| Isoniazid | ☐ | ☐ | ☐ | ☐ |
| Rifampin | ☐ | ☐ | ☐ | ☐ |
| Pyrazinamide | ☐ | ☐ | ☐ | ☐ |
| Ethambutol | ☐ | ☐ | ☐ | ☐ |
| Streptomycin | ☐ | ☐ | ☐ | ☐ |
| Ethionamide | ☐ | ☐ | ☐ | ☐ |
| Kanamycin | ☐ | ☐ | ☐ | ☐ |
| Cycloserine | ☐ | ☐ | ☐ | ☐ |
| Capreomycin | ☐ | ☐ | ☐ | ☐ |
| PAS | ☐ | ☐ | ☐ | ☐ |
| Amikacin | ☐ | ☐ | ☐ | ☐ |
| Rifabutin | ☐ | ☐ | ☐ | ☐ |
| Ciprofloxacin | ☐ | ☐ | ☐ | ☐ |
| Ofloxacin | ☐ | ☐ | ☐ | ☐ |

ignificant Sites other than Predominant: _____

the Diagnosis: _____

**TREATMENT** rug Start 01 / 08 / 01    Drug Stop ___ / ___ / ___
estart ___ / ___ / ___    Stop ___ / ___ / ___

OT    1 ☑ No    2 ☐ Observed & Self-Administered
3 ☐ Total Observed    4 ☐ DOT Recommended    5 ☐ Unknown
OT Location: 1 ☐ Clinic  2 ☐ Field  3 ☐ Both  4 ☐ Hospital  5 ☐ Unknown
eason for Drugs: 1 ☐ Therapy    2 ☑ Preventive Therapy
otal Dose: 1 ☐ Daily    2 ☑ Twice Weekly    3 ☐ Three X's Weekly

| | | | | |
|---|---|---|---|---|
| ☑ Isoniazid | 900 mgs | A ☐ Capreomycin | _____ mgs |
| ☐ Rifampin | _____ mgs | B ☐ PAS | _____ mgs |
| ☐ Comb (INH + RIF) | _____ mgs | C ☐ Amikacin | _____ mgs |
| ☐ Pyrazinamide | _____ mgs | D ☐ Rifabutin | _____ mgs |
| ☐ Ethambutol | _____ mgs | E ☐ Ciprofloxacin | _____ mgs |
| ☐ Streptomycin | _____ mgs | F ☐ Ofloxacin | _____ mgs |
| ☐ Ethionamide | _____ mgs | ☐ Other (Specify) | |
| ☐ Kanamycin | _____ mgs | ☑ B6 | 50 mgs |
| ☐ Cycloserine | _____ mgs | | |

rescribed For (In Months): ☐ 3 ☑ 6 ☐ 9 ☐ 12 ☐ __
aximum Refills Authorized: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☑ 6 ☐ 9

**Hospitalization Advised:** 1 ☐ Yes    2 ☑ No
**Quarantine Advised:** 1 ☐ Yes    2 ☑ No
Warning Letter ___ / ___ / ___
Court Action ___ / ___ / ___
Return for x-ray: ___ / ___ / ___
Collect next sputum on: ___ / ___ / ___
Other lab studies: ___ / ___ / ___
Return to MD Clinic on: ___ / ___ / ___
Return to Nurse clinic on: ___ / ___ / ___
Failed appointment on: ___ / ___ / ___
# of Days OFF Drugs: _____
# Mths on Rx: _____
Compliant:    Yes ☐    No ☐

M. Nichols, Lin    01 /31/01
Nurse Signature    Date

___ / ___ / ___
Physician Signature    Date
____ Authorize nurse to obtain informed consent
____ Authorize nurse to skin test contacts

**CLOSURE**

☐ Completion of Adequate Therapy    _____ # of months on Rx    2 ☐ Non-TB
☐ ost    4 ☐ Refused Supervision    5 ☐ Supervision No Longer Required
☐ Deceased (Cause) _____    7 ☐ Moved Out of State To _____
☐ Adverse Drug Reaction    9 ☐ Pregnant

**REOPEN** ___ / ___ / ___ (Date)
☐ Patient Located    ☐ Supervision Requested
☐ Returned to County from Another State
(Specify _____ )

**General Comments:**

TB-400B (3/95)

Texas Department of Health
Tuberculosis Elimination Division
**Report of Case and Patient Services**

Date __01__ / __31__ / __01__
MM    DD    YY

☐ Report
☐ Change (**See Below)
☐ Follow-Up
☐ Admission or Discharge (Hosp. Use

__ # _____ Medicaid # _____ ID # __1014 3__ DOB __10__ / __05__ / __54__
MM    DD    YY

Name __Crutsinger, Billy__ AKA _____
(Last)    (First)    (M.I.)    (Last)    (First)

__P.O. Box 99, Huntsville, Walker 77340__
Street    Apt. #    City    County    Zip Code    Pt's Tel. #

Clinic or Physician Name __L.N. / Counts__

** ☐ Change Name to: _____

** ☐ Change Address to: _____

** ☐ Change Other to (Specify): _____

Country of Origin __U.S.__          Reported Out of State      Reported At Death      TB Primary Cause of Death

Date of Entry into U.S. ____ / ____ / ____       1 ☐ Yes  2 ☑ No      1 ☐ Yes  2 ☑ No      1 ☐ Yes  2 ☑ No
MM    DD    YY

| REPORTING SOURCE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|
| 1 ☐ Self Referral | 1 ☑ Male | 1 ☑ White | 1 ☑ Married |
| 2 ☐ Health Dept., Incl. Local | 2 ☐ Female | 2 ☐ Black | 2 ☐ Single |
| 3 ☐ Private Physician | | 3 ☐ Asian/Pacific | 3 ☐ Divorced |
| ☐ Public (State/City) Hosp. | **OCCUPATION** | 4 ☐ Amer. Ind./Alaskan | 4 ☐ Widowed |
| ☐ VA Hospital | 1 ☐ Health Care Worker | 5 ☐ Unknown | **YEARS OF EDUCATION** |
| ☐ Military Hospital | 2 ☐ Correctional Employee | | 0 ☐ None |
| 7 ☐ Private Hospital | 3 ☐ Migrant/Farm Worker | **ETHNICITY** | 1 ☐ 1-8 |
| 8 ☑ Other __2__ | 4 ☐ Day Care | 1 ☐ Hispanic | 2 ☑ 9-12 |
| (Specify) | 5 ☐ Other | 2 ☐ Non-Hispanic | 3 ☐ 13-16 |
| | 6 ☐ Unemployed w/in 24 months | 3 ☑ Unknown | 4 ☐ 17-18 |
| | 7 ☑ Unknown | | 5 ☐ 19+ |

Resident of Correctional Facility at Time of Dx:     1 ☑ Yes     2 ☐ No     3 ☐ Unknown

If 1 ☐ Federal Prison   2 ☐ State Prison   3 ☐ County Jail   4 ☐ City Jail   5 ☐ Juvenile Correction Facility   6 ☑ Other   7 ☐ Unknown

Resident of Long Term Care Facility at Time of Dx:     1 ☐ Yes     2 ☑ No     3 ☐ Unknown

If Yes 1 ☐ Nursing Home   2 ☐ Hospital-Based Facility   3 ☐ Residential Facility   4 ☐ Mental Health Residential Facility

5 ☐ Alcohol/Drug Treatment Facility   6 ☐ Other Long Term Care Facility

**GROUP RISKS**

1 ☐ Prison/Jail Employee
2 ☑ Prison/Jail Inmate
3 ☐ Nursing Home Employee
4 ☐ Nursing Home Patient
5 ☐ School Employee
6 ☐ School Student
7 ☐ Hospital Employee
8 ☐ Hospital Patient
9 ☐ Homeless
A ☐ Migrant/Farm Worker
B ☐ Foreign-Born
C ☐ None Apply

**INDIVIDUAL RISKS**

1 ☐ Diabetes Mellitus
2 ☐ Alcohol Abuse (Within the Last Year)
3 ☐ Silicosis
4 ☐ Corticosteroids
5 ☐ Gastric Resection
6 ☐ Drug Abuse (Within Last Year)
   ☐ Injecting
   ☐ Non-Injecting
   ☐ Unknown
7 ☐ HIV Seropositive (Check only if Laboratory Confirmed)
8 ☐ Other _____
   (Specify)
9 ☑ None Apply

**ATTACHMENT F**

## INFORMATION SHEET

You have been given information about your illness and will be receiving medications either every day _____ or twice a week __X__ . Your medications may be changed by your doctor at some time during your treatment which can take six to nine months to complete. Because it is extremely important that you take your medications regularly, you will come to the medical department to receive your medication directly from the nurse or medication aide. It may be necessary for him/her to make sure you have been able to swallow your medicine and you will be asked to sign your name each time you take it.

Your illness can be cured, but you must take responsibility for helping yourself to get well. If you fail to take your medicine regularly, you could become very ill, and your present medications may no longer help you.

...e a month you will be seen in the clinic and you should report any unusual symptoms ...hat time. You may also need lab results at that time.

================================================================

T...ollowing procedure must be followed on this unit for you to report to the medical department.

*Drop JCR* _____

_____

_____

_____

_____

| X Billy York Crutsinger | 01/19/01 | M. Nichols, Lin | 01/19/01 |
|---|---|---|---|
| Patient Signature | Date | Health Care Worker's Signature | Date |
| J# 1014350 | 01/19/01 | M. Nichols, LVN/CID | |

**ORIGINAL MUST BE PLACED IN PATIENT MEDICAL RECORD**
**COPY GIVEN TO PATIENT**

ATTACHMENT B

Policy #B-14.10

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## TUBERCULOSIS HISTORY AND CLASSIFICATION

1    Age _____

2    PPD _18_ mm    Date _12_, _16_, _00_

3    Chest X-Ray: Within normal limits _____ Abnormal _____ Date _____

4    _no_ History of previous exposure to TB

    Name _____ Start Date _____ End Date _____

    Name _____ Start Date _____ End Date _____

    Name _____ Start Date _____ End Date _____

5    _no_ History of chemoprophylaxis

 Start date _____ End Date _____ # months continuous treatment _____

6    _no_ History of chemotherapy

 Start date _____ End Date _____ # months continuous treatment _____

7    _no_ Prolonged steroid therapy

8    _no_ Prolonged immunosuppressive therapy

9    _no_ Reticuloendothelial or hematologic diseases, such as leukemia and/or Hodgkin's Disease

10   _no_ Diabetes Mellitus

11   _no_ Silicosis

12   _no_ Post-gastrectomy or other clinical situations associated with malnourishment

13   _no_ Chronic hemodialysis

14   _no_ Acute hepatitis

15   _no_ HIV seropositive

16   _no_ Prior IV drug abuse

17   _no_ Male to male sexual contact

_____ Class 0, No TB exposure, not infected

_____ Class 1, TB exposure, no infection

 ✓ Class 2, TB infection, without disease

_____ Class 3, TB current disease

_____ Class 4, TB no current disease

_____ Class 5, TB suspect

INMATE NAME _Coutsinger, Billy_

TDCJ-ID # _1014350_

# VCC — IMMUNIZATION RECORD

INMATE NAME: _Crutsinger, Billy_

**JOHN R. LINDSEY STATE JAIL**

INMATE NUMBER: _1014390_

**MEDICAL DEPARTMENT**

INMATE D.O.B.: _10-5-54_

## TUBERCULIN SKIN TEST

*All abnormalities (>10mm) must be addressed in the Nurse's Progress Notes

| DATE GIVEN | MFG & LOT # | SITE I.D. 0.1CC | NURSE INITIALS (GIVING) | DATE READ | MILLIMETERS OF DURATION | NURSE INITIALS (READ BY) |
|---|---|---|---|---|---|---|
| DEC 14 2000 | CO 150 AB 2 M 2 | Lt. forearm | ge | 12-16-00 | 18mm 12-16-00 | mf |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## TETANUS TOXOID VACCINATION AND DIPTHERIA

| DATE GIVEN | MFG & LOT # | SITE I.M. 0.5CC | NURSE INITIALS (GIVING) | REACTION | COMMENTS |
|---|---|---|---|---|---|
| DEC 14 2000 | U0342 Aventis | Rt deltoid | ge |  |  |
|  |  |  |  |  |  |

## TETANUS BOOSTERS

| DATE GIVEN | MFG & LOT # | SITE I.M. 0.5 CC | NURSE INITIALS (GIVING) | REACTION | COMMENTS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## OTHER VACCINATIONS

| DATE GIVEN | MFG & LOT # | SITE & DOSAGE | TYPE OF IMMUNIZATION | NURSE INITIALS (GIVING) | REACTION | COMMENTS |
|---|---|---|---|---|---|---|
| 01/19/01 | merck Smithkline 12163 | 0.5ml. ® deltoid | Pneumovac. | mm | ∅ | — |
| 01/19/01 | wyeth 4007230 | 0.5ml. ⓛ deltoid | flu-Vac. | mm | ∅ |  |
| 01/31/01 | Smithkline FHG3382A4 | ⓛ deltoid 1ml. | Heg. B. Vac. | mm | ∅ | #1 |

| NURSE'S SIGNATURE | NURSE'S STAMP | NURSE'S INITIAL |
|---|---|---|
| Alg r Ochinger | CHANG | ge |
| M J Brymeski | Michael Byrnes RN | mf |
| M. Nichols, LVN | M. Nichols, LVN/CID | mm |



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
Microfilm flag

# Dental

DENTAL RECORD

DENTAL SERVICES RENDERED

DENTAL HEALTH RECORD CONTINUATION SHEET

Crutsinger, Billy    1014300

HEALTH RECORD
CONTINUATION SHEET

# = Tooth No.
P = Priority
F = Facility

## PATIENT IDENTIFICATION

| DATE TIME | # | SERVICES RENDERED | P | OPERATOR (SIGNATURE) | F |
|---|---|---|---|---|---|
| 2·15·00 | | DENTAL HEALTH EDUCATION PROVIDED | | *W. R. Russell, D.D.S.* | LN |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SD-5

Crutsinger, Billy 1014350

# HEALTH SERVICES
# DENTAL HEALTH RECORD

## PATIENT IDENTIFICATION

## SUBSEQUENT EXAMINATION

| RESTORATION & TREATMENT (complete in ink) | DISEASES & ABNORMALITIES (complete in pencil) |
|---|---|





REMARKS:

TREATMENT PLAN                    DATE: _____

TX Eligibility Date _____    PERIO TYPE _____

## DENTAL/MEDICAL HISTORY

Has a doctor ever told you you have:

| | Y | N | | Y | N | | Y | N |
|---|---|---|---|---|---|---|---|---|
| 1. Heart Problems | — | | 6. Artificial Joints/Valves | | | 11. Asthma/Respiratory Problems | | |
| 2. Heart Murmur | | | 7. Rheumatic Fever | | | 12. Allergic to Medications | | |
| 3. High Blood Pressure | | | 8. Hepatitis/Liver Disease | | | 13. Taking Medications | | |
| 4. Diabetes | | | 9. Uncontrolled Bleeding | | | 14. (Women) Pregnant | | |
| 5. Epilepsy | | | 10. Stomach Ulcers | | | 15. Other | | |

**REMARKS:** (continue on reverse):

Dental/Medical History Updated with each new provider (Dentist/Hygienist) and annually

| DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Crutsinger, Billy 1014350

## HEALTH SERVICES
## DENTAL SERVICES RECORD

## I. PATIENT IDENTIFICATION

### INPROCESSING EXAMINATION

### MISSING TEETH; DISEASES; ABNORMALITIES



### DENTAL/MEDICAL HISTORY

Has a doctor every told you you have:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| 1. Heart Problems | | ✓ | 9. Uncontrolled Bleeding | | |
| 2. Heart Murmur | | ✓ | 10. Stomach Ulcers | | |
| 3. High Blood Pressure | ✓ | | 11. Asthma/Respiratory Problems | | |
| 4. Diabetes | | ✓ | 12. Allergic to Medications | | |
| 5. Epilepsy | | | 13. Taking Medications | | |
| 6. Artificial Joints/Valves | | | 14. (Women) Pregnant | | ▓ |
| 7. Rheumatic Fever | | ✓ | 15. Other | | |
| 8. Hepatitis/Liver Disease | | ✓ | | | |

REMARKS:

#3 Meds - Doesn't Know Name
Med Cal.

CANCER SCREEN (-) +

NO EXISTING
RESTORATIONS
OR TREATMENTS

### PROVISIONAL PERIODONTAL TYPE

| CIRCLE ONE | I | II | III | IV |
|---|---|---|---|---|

X-ray used in this examination: Panograph: _____ Other (specify) _____

If no pano taken during examination complete below:

### EXISTING RESTORATION & TREATMENTS



Serviceable existing prostheses? _____

### OVERALL PRIORITY

| CIRCLE ONE | 1 | 2 | ③ | 4 |
|---|---|---|---|---|

Place of Examination: ____ L N ____

Date/Time: 12·15·00

Signature of Dentist: K·R· RUSSELL, D.D.S.

PRIDE of Florida, Inc.
Broward Division
Post Office Box 25403
Pembroke Pines, FL 33024

## OPTICAL LABORATORY ORDER

MEDICAID I.D. # | 1 | 0 | 1 | 4 | 3 | 5 | 0 | | |

Nº 641082

RECIPIENT NAME **Crutsinger, Billy**

| BIRTHDATE | MO 10 | DAY 05 | YR 54 | DATE OF SERVICE BY PROVIDER | MO 4 | DAY 03 | YR 01 |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | DECENTER IN | OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE R | -125 | -100 | 090 | | | | |
| DISTANCE L | -150 | -75 | 085 | | | | |

| | SPHERE | P.D. FAR / NEAR | BIFOCAL TYPE | TRIFOCAL TYPE |
|---|---|---|---|---|
| ADD R | +150 | 68 | | |
| ADD L | +150 | | FT 28 | |

| SEG. INSET | TOTAL INSET | SEG. WIDTH 28 | NEAR SEG. HEIGHT 20 | OVERALL TRIFOCAL HEIGHT |

| FRAME STYLE | SP 83 |
| FRAME COLOR | Gray |

| EYE SIZE 52 | BRIDGE SIZE 20 | TEMPLE LENGTH 5 M S | INITIAL |

**HEAT TREATED AND TESTED IN ACCORDANCE WITH FDA REGULATION**

DELIVER TO

PROFESSIONAL SIGNATURE

PROVIDER NO:

PHONE NUMBER 940·567·2272 X270

DATE

SPECIAL INSTRUCTION

## WCC - J.R. LINDSEY UNIT
## 1137 OLD POST OAK RD.
## JACKSBORO, TX. 76458

Account # 501349

TO THE PROFESSIONS
PLEASE SUPPLY THE B AND NECESSARY MEASUREMENTS
FOR FABRICATION AND RETAIN THIS COPY

OPTICAL ORDER (7/83)

PBO-2069

Seg 20

SP 30900048

# Examination

DATE 4-3-01   PATIENT _Crusinger, Billy_   SEX M F DOB 46   LAST EXAM _____

CHIEF COMPLAINT _Dist/Near Blur_

## HISTORY

**HPI:**

- Symptoms: _Dist/Near Blur_
- Location:
- Quality:
- Severity:
- Duration:
- Timing:
- Context:
- Modifiers:

- Allergies:
- Medications:
- Ocular ROS:
- Medical History & ROS from ___/___/___   reviewed: ☐ no changes
  (DATE)

## EXAMINATION

- Head/Face ☐ nl   • Psych: Mood/Affect (anxiety/agitation/depression) ☐ nl   • Neuro: Oriented (person/time/place) ☐ y

| VA | DIST sc | 20/70 | NEAR sc | 20/ | DIST cc | 20/ | NEAR cc | 20/ | PIN HOLE | 20/ |
|----|---------|-------|---------|-----|---------|-----|---------|-----|----------|-----|
|    |         | 90    |         |     |         |     |         |     |          |     |

K:   OD _____   OS _____

AR:  OD -1.00-1.25x093   OS -6.50-0.75x085

OLD RX:   OD _____ add _____   OS _____ add _____

REF:   OD -125-100x090 20/20 add +150   OS -150-75x085 20/20 add _____

CVF: ☐ nl   PPAcc: _____
MOTILITY: ☐ Full
PHORIA ↕   DIST: O,b   NEAR: _____

ADNEXA / EYELIDS: ☐ nl
☐ Blepharitis   OD   OS   OU
☐ Meibomianitis   OD   OS   OU

PUPILS: ☐ no afferent defect   ☐ round OU   Size: OD ____   OS ____

☐ Ino...
☐ 14C
☐ 28C
☐ 78C
☐ 90C
☐ 3 M
☐

| SLE: | OD | | | OS | |
|------|----|----|----|----|----|
| ☐ nl ☐ FBUT: ___ | TEAR FILM | ☐ nl ☐ FBUT: ___ |
| ☐ nl ☐ arcus | CORNEA | ☐ nl ☐ arcus |
| ☐ nl ☐ pterygium | | ☐ nl ☐ pterygium |
| ☐ nl ☐ | SCLERA | ☐ nl ☐ |
| ☐ nl ☐ injection | CONJ. | ☐ nl ☐ injection |
| ☐ nl ☐ pinguecula | | ☐ nl ☐ pinguecula |
| ☐ D&Q ☐ | AC | ☐ D&Q ☐ |
| ☐ nl ☐ rubeosis | IRIS | ☐ nl ☐ rubeosis |
| ☐ clear ☐ | LENS | ☐ clear ☐ |

RETINA:   OD

☐ nl ☐ drusen   MACULA   ☐ nl ☐ drusen
☐ nl ☐ RPE chngs   ☐ nl ☐ RPE cn
☐ nl ☐   VESSELS   ☐ nl ☐
☐ nl ☐ PVD   VITREOUS   ☐ nl ☐ PVD
☐ nl ☐   PERIPHERY   ☐ nl ☐

OPTIC DISCS:   OD   OS

☐ nl ___   SIZE/APPEARANCE/NFL   ☐ nl
___   C/O   .3

T22, 19@ _____   NCT _____ (METHOD)   DILATED: M .5% 1%   C 1% 2%   N 2.5% 10%   OU @ _____

## DIAGNOSIS / PLAN

① Myopia
② Astig
③ Presbyopia   /Spec Rx

RTO:

| | Sphere | Cylinder | Axis | Prism | Add |
|----|--------|----------|------|-------|-----|
| O.D. | -125 | -100 | 090 | | +150 |

# 3

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

Microfilm flag

# EYE

VISUAL ACUITY DATA FORMS

OPHTHALMOLOGY RECORD

RESPIRATORY CARE SERVICE FLOW SHEET

SPIROMETRIC FORM

DIETARY CONSULTATION



4

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
Microfilm flag

# Administrative

MICROFILM AND / OR MICROFICHE.

REFUSAL OF TREATMENT FORMS.

CONSENT TO OPERATION FORMS.

AUTHORIZATION FOR RELEASE OF INFORMATION.



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

Microfilm flag

# Progress Notes

CLINICAL NOTES



# WCC

ALTH SERVICES

## PROGRESS NOTES

TDCJ# 1014350

SITE:   LINDSEY  (LN)

| Date/Time | Inmate's Name: Crutsinger Billy | D.O.B.: 10 1051 59 |
|---|---|---|
| 10/26/01 020 | NURSING CHAIN REVIEW FOR STATE JAIL RELEASE | |
| | VITALS: WEIGHT 209# P 146/10 PULSE 80 RESP 16 TEMP 98 9 | |
| | DISCHARGE INSTRUCTIONS PROVIDED. RELEASED TO SECURITY FOR TRANSPORT. | |
| | Kmsmith RN          KRISTINA M SMITH RN | |

WACKE... UT CORRECTIONS CORPORATI...
SITE SPECIFIC NO. 610 FOR JOHN R. LINDSEY STATE JAIL
DISCHARGE INSTRUCTIONS

## CARE INSTRUCTION

...ep the dressing clean and dry.

...much as possible, elevate and avoid using the
...jured part.

...hange the dressing in 24 to 38 hours, unless
...tructed otherwise. While keeping the wound and
...tches dry, you may wash gently around the wound
...th water or hydrogen peroxide before redressing.
...espite the best care, any wound can become infected,
...en if antibiotics are prescribed. You should check
...th your doctor if:

    a. The stitches pull apart.
    b. There is drainage of pus or excessive bleeding
    from the wound.
    c. Redness, swelling or red streaks develop around the
    wound.
    d. Fever develops.
    e. The wound becomes more painful, rather than
    ...s painful after 24 to 48 hours.

## TETANUS IMMUNIZATION

12/14/00

You have received an adult/pedi diphtheria tetanus
immunization. This is good for 5 years.
You may have a local reaction to the infection. This is
normally a redness and pain to the injection site.
...pply heat to the area and take Tylenol, Advil or aspirin
unless you are told otherwise.

## ...URE REMOVAL

...may return to your private doctor in _____ days
to ...ave your sutures removed. Call your doctor's
office and make and appointment for suture removal.

## WOUND RECHECK

You may return to your private doctor in _____ days
to have your wound checked or pack removed.

## ] HEAD INJURY INSTRUCTIONS

] Report to your doctor immediately if anything listed
below occurs at anytime. NOTE: Observe patient
hourly for the signs below. Wake patient if needed.

    a. Persistent vomiting, stiff neck, fever
    b. Confusion or unusual drowsiness
    c. Convulsions or unconsciousness
    d. Stumbling or other problems with use of arms, legs,
    or areas of numbness
    e. Blood or colorless fluid from the nose or ears

## ☐ BACK AND NECK INSTRUCTIONS

☐ Use cold on the injured area for the first 24 hours and
then heat. Be careful not to burn yourself.
☐ Rest as much as possible until you are improved.
☐ Avoid positions and movements that make the pain
worse.
☐ Relax emotionally. If you are tense, the problem will
only be worse.
☐ Gentle but firm massage will increase circulation
sore muscles and help to clear the soreness.

## ☐ SPRAIN/SEVERE BRUISE INSTRUCTIONS

☐ Elevate the injured part above the heart level to reduce
swelling. If pillows flatten, use chair cushions with pillows or
blankets for comfort.
☐ Ice packs help reduce swelling especially during the first 48
hours. Keep a cloth between the ice pack and skin or elastic
bandage.
☐ If you have and elastic bandage, rewrap it if it is too loose or
too tight. Remove it at bedtime and reapply in the morning.
☐ Wiggle toes or fingers to help prevent swelling, this should be
done often if it does not cause pain. If severe pain, contact
your doctor.

## ☐ FRACTURES AND CAST CARE INSTRUCTIONS

☐ Elevate the injured part above the heart level to reduce
swelling. If pillows flatten, use chair cushions with pillows or
blankets for comfort.
☐ Ice packs help reduce swelling especially during the first 48
hours. Keep a cloth between the ice pack and skin or cast.
☐ No weight bearing on cast or splint unless directed by the
doctor.
☐ Wiggle toes or fingers to help prevent swelling in the cast.
This should be done often if it does not cause pain. If severe
pain contact your doctor.
☐ If the part swells anyway or gets cold, blue, or numb or if pain
increases markedly, have it checked promptly.

## ☑ MEDICATION INSTRUCTIONS

☑ Take medicine as prescribed and directed.
☐ DO NOT drive or operate machinery while taking prescribed
pain medicine or sedatives.
☐ Use Tylenol, Advil or aspirin for pain or fever as directed
unless you are told otherwise.
☐ Take ALL of the antibiotics prescribed as directed, 2 to 3 days
may be needed for the antibiotics to reduce symptoms.

SPECIAL
INSTRUCTIONS: _____

...FER TO MHMR ____✓____ PUBLIC HEALTH _____ FAMILY PHYSICIAN ____✓____

...hereby acknowledge receipt of the instructions indicated above. I will arrange for follow up care as above.
WITNESS INITIAL: _____ DATE/TIME 10/16/1 INMATE SIGNATURE X Billy...
620

CRUTSINGER, BILLY
# 101435...

WACKENHUT CORRECTIONS
HEALTH SERVICES
NURSING ASSESSMENT PROTOCOLS
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | | |
|---|---|---|
| 10-25-01 | S.) CHIEF COMPLAINT: Cold Symptoms | ALLERGIES: NKDA |
| 0735 | Time of onset: 3-4 days   Pain (Sinuses) ears / forehead / throat | Pain Intensity Scale 1-10: 5 |
| Circle one: | Nasal congestion: yes    Sneezing: Yes    Fever/chills: no | |
| sick call | Runny nose (describe) clear    Muscle aches: no | |
| walk-in | Cough: Yes    If productive, describe sputum: no | |
| self ER | Eyes itching/watering: no    Smoker (how much QD): no | |
| true ER | Nausea/vomiting: no    Diarrhea: no | |
| | Exposed to anyone with same symptoms: no    Vaccination status (flu vaccine): Ø | |

O.) BP= 130/84    P= 80 (Normal) weak / bounding    R= 16    T= 97⁷    WT= 213 lbs

Weakness: no    Fatigue: no    Recent weight loss: no

Respiratory rhythm: (even) uneven    (Unlabored) labored    Shallow / normal / deep

Retractions/Accessory muscle use: no

● Skin: normal (warm/pink/dry) / pale / flushed /cyanotic / diaphoretic / dusky:

Eyeballs sunken: no    Mucosa moist: yes    Skin turgor: normal / slightly decreased / tenting:

Lung sounds: clear / wheezes / rhonchi / rales / diminished:

Swollen glands (describe): no    Enlarged tonsils: no

Throat: normal / red / white patches / pus    Nasal mucosa red: no    Swollen: no

Ears: normal / red / drainage:    Tympanic membranes: normal / bulging / perforated

Eyes red: no    Swollen: no    Drainage: no

Overall appearance: no acute distress / mild distress / moderate distress / severe distress

A.) Leaving tomorrow wants seen before he goes home

P.) Guiatussen syrup 10 cc po tid x 5 days for chest congestion or Dextromethorphan syrup 10 cc po tid x 5 days for cough Suppression. no

Gargle with salt water gargle & use throat lozenges q.i.d. for sore throat:

Give Aspirin or Acetaminophen 325 mg, two tablets tid p.o. x 5 days :

● or Ibuprofen 200 mg, two tablets tid p.o. x 5 days: now

Give Benadryl 25 mg, 1-2 tabs p.o. t.i.d. x 5 days for severe allergy symptoms: now

or Chlorpheniramine 4 mg, 1 tab q.i.d. x 5 days for mild allergy symptoms: no

or If allergy symptoms accompany nasal/sinus congestion, give Bromatapp 1 tab every 12 hrs x 5 days: no

Encourage oral fluids and bedrest:

Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection:

Passes/referrals given:

E.)

Counseled to avoid smoking: N/A

Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting: yes

Instructed to return to medical if symptoms persist/worsen: Yes    Inmate verbalized understanding: yes

NAME Curtsinger, Billy

NUMBER 1014350

DOB 10-15-54

NURSING SIGNATURE M. Mauney    M. MAUNEY, RN

# WCC

**HEALTH SERVICES**

## PROGRESS NOTES
F4A

TDCJ# 1014357

SITE: __LINDSEY (LN)__

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 / 5 / 54 |
|---|---|---|

10-2-01
0820

JAIL 10-4-01   TIME 0400          JAIL 10-4-01   TIME KOP

MED RENEWAL                        MED RENEWAL

MED Clonidine                      MED Simethi___

DOSE 0.1mg                         DOSE 80mg

INST 1 tab PO daily x 30 days      INST # tab PO PRN KOP x 30

DR Holbrook /s/ Jr ___             DR Holbrook /s/ ___

WANDA TULLIS, LVN
Date 10-4-01   Time 5:20          WANDA TULLIS, L___

James Holbrook, M.D.

0180    SCR # 110 ___ S) requests refill of Simethicone and
600     foot powder —
        O) out of simethicone and foot powder
        A) no problems noted
        P) Simethicone and foot powder refilled
        for ___ —                    LINDA HURFORD RN

10-23-01   0800  SCR  S) sinus congestion, runny
# 10-661   nose, scratchy throat —
           O) 209 lbs 97² 84-17 130/84 Pharynx
           has some red streaks no pustules
           A) Alteration in comfort
           P) Warm salt water mouth wash
           and gargle. tid x 3 days. CPM 4 mg
           po now. Ibuprofen 200 mg iii

# WCC

ALTH SERVICES

## PROGRESS NOTES

TDCJ# 1014350

SITE:     LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger, Bobby | D.O.B.: 10 / 18 / 54 |
|---|---|---|

092401   5 Clitt 9586 / Snoglut ufills -

C800 O int 212   51P 138/80 - PYS Resp 16 Wp 972 states needs refill of Simethcone and foot powder -

Ap NB acute distess noted
P Simethcone and foot powder refilled

LINDA HURFORD RN

CC

LTH SERVICES

## PROGRESS NOTES

TDCJ# _Crutsinger Bil_

SITE: LINDSEY (LN)

| e/Time | Inmate's Name: | _Crutsinger Billy_ | D.O.B.: _10 15 59_ |
|---|---|---|---|

0910 SO HTN MONTHLY VISIT

10AM S) denies complaints

TEMP _972_ PULSE _78_ RESP _16_

BP _120/74_ WEIGHT _211_

A) no problems noted

P) 1) Continue to monitor
2) Return 1 month
3) Lab N/A
4) Place SCR - PRN
5) Come to medical ASAP for chestpain
   or severe headache
6) Signs / symptoms, disease process
   Risk and reducing factors
7) error RN

LINDA ALFORD RN

# WCC

**H..LTH SERVICES**

TDCJ# 1014350

## PROGRESS NOTES

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Gentzinger, Billy | D.O.B.: 10 / 15 / 54 |
|---|---|---|
| 08-26-01 0400 | Ibuprofen discontinued due To non compliance w re: medication regimen | |

To Dr Counts / P.Lightner RN

P. LIGHTNER, RN

Date/Time 8-22-01
H. Counts Jr, MD

DATE 09-05-01 TIME 0400

MED RENEWAL

MED Clonidine

DOSE 0.1 mg Tab

INST Tab ī P.O. q AM x 30 day

DR Counts / P.Light RN
P. LIGHTNER, RN

08-31-01 0300

SUSAN CLARK, LVN

DATE 09-05-01 TIME KOP

MED RENEWAL

MED Simethicone

Date/Time 8-22-01
H. Counts Jr, MD

DOSE 80 mg Tabs chewable

INST Tabs īī PO PRN KOP x 30

DR Counts / P.Light RN
P. LIGHTNER, RN

09-01-01 0945 SCR#9-04 S. I need a refill of simethicone and foot powder.
O. bottles empty
A deferred
P: simethicone 80 mg tabs 1 btl May KOP
2) Foot Powder 1 btl.
as ordered by M.D.

M. MALINEY, RN

# WCC

HEALTH SERVICES

## PROGRESS NOTES

TDCJ# 1014310

SITE: _____ LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger Billy | D.O.B.: 10 | 5 | 54 |
|---|---|---|---|---|

8-1-01

0220

| DATE 8-6-01  TIME 0400 | DATE 8-6-01  TIME 0700 |
|---|---|
| MED RENEWAL | MED RENEWAL |
| MED Clonidine | MED _liquif_ |
| DOSE 0.1 mg | DOSE 200 mg |
| INST 1 tab PO daily X 30 days | INST 4 tabs PO TID X 30 days |
| DR J Ghormley  W Tullis | DR J Ghormley  W Tullis |
| WANDA TULLIS, LVN | WANDA TULLIS, LVN |

DATE/TIME 8-1-01
1600

DR. WILLIAM GHORMLEY, MD

8-6-01  S.  CD HTN

O  140/80 — Clonidine, 1 mg  Hx Sk pain  Trina Crow's

A  CD HTN  Trina Crow's

P  Continue Med — Aug.  R Ant fungal pwd
Simethicone X 30 KOP  TEMP  PULSE 80  RESP 18
BP 140/82  WEIGHT 210  HT 71"

DATE/TIME 8/6/01
1100

DR. WILLIAM GHORMLEY, MD

7-17-01  1620  SCR 5-051  S-Wants Simethicone
and Artificial Tears.  O-T97 P-68 R-16 BP 142/52 wt-21
Has standing orders for KOP Simethicone and artificial Tear
A- Not in any acute Distress  P-1 bottle Simeth.
and 1 bottle Pastil... tears  DVD...

# TCC

ALTH SERVICES

## PROGRESS NOTES

TDCJ# 1011350

SITE: LINDSEY (LN)

| te/Time | Inmate's Name: | Cutrunzio | D.O.B.: 1 01 4 54 |

10am — SO HTN MONTHLY VISIT

070901 S) "I quess I am OK "

TEMP 96² PULSE 78 RESP 16
BP 128/79 WEIGHT 210

denies complaints concerning clinic

A) no problem noted

P) 1) Continue to monitor
2) Return 1 month
3) Lab N/A
4) Place SCR - PRN
5) Come to medical ASAP for chest pain
   Or severe headache
6) Signs / Symptoms disease process
   Risk and reducing factors

LINDA HURFORD RN

7-16-01 S- gas - I itchy eye
   O + y

3/(0 A itchy of skin
SUSAN CLARK LVN Symptom of Artificial tear kp
   Simethicone

Date/Time 7-16-01 9:45
   H. Counts Jr MD
   H. Counts Jr, MD

# WCC

**EALTH SERVICES**

## PROGRESS NOTES

TDCJ#  1014350

SITE:  LINDSEY  (LN)

| ate/Time | Inmate's Name: Cristanger, Billy | D.O.B.: 10/05/54 |
|---|---|---|

1/6/01   1145 SCM #7-139   S) Need Antifungal cream
          and (500 pills

          O) lt 2° athletes feet noted
          no drainage C) pos pains
          off and on and feet heat
          A) altered comfort
          P) ① insides annual
             ② antifungal cream and pade
             ③ M.D. appt for 500 pains 1/14/?
          V.O. Dr Counts / SUSAN CLARK, LVN

*Date/Time 1-9-01*
*H. Counts Jr. MD*

*SUSAN CLARK, LVN*

# WCC

**EALTH SERVICES**

## PROGRESS NOTES

TDCJ# _1014350_

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: _Peritonger B. lly_ | | D.O.B.: _10105T54_ |
|---|---|---|---|
| 2·28·01 1300 ⬤ | Presents paid receipt for copy of eyglass Rx. Authorization for Release of Information signed copy made and given to Offender. Bc. oc | | LADONNA HOWLER MEDICAL RECORDS |

| 2-3-01 2100 | DATE 7-7-01    TIME 1145 | DATE 7-7-01    TIME 1145 |
|---|---|---|
| | MED RENEWAL | MED RENEWAL |
| | MED _____ | MED _____ |
| | DOSE _____ | DOSE _____ |
| | INST _____ | INST _____ |
| | DR _____ | DR _____ |

| | DATE 7-7-01    TIME 0400 | DATE 7-7-01    TIME 2100 |
|---|---|---|
| | MED RENEWAL | MED RENEWAL |
| | MED _Clonidine_ | MED _Flurazone_ |
| | DOSE 0.1 mg | DOSE 200 mg |
| | INST _i tab PO da-ly X 30 day_ | INST _iii tab PO TID X 30 day_ |
| | DR _Counts / J. Tullis_ | DR _Counts / J. Tullis_ |
| | WANDA TULLIS, LVN | WANDA TULLIS, LVN |

Date/Time _2-3-01_
_H. Counts Jr MD_
H. Counts Jr, MD

# WCC

**ALTH SERVICES, INCORPORATED**

## PROGRESS NOTES

TDCJ# 1014350

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 / 05 / 54 |
|---|---|---|

06/28/01 (0800) T.B. Chronic Clinic.

S.) Denies having any type of problem with his INH prophylaxsis. Denies nausea, vomiting or abdominal discomfort.

O.) V/S) 97² – 76 – 18 – 112/78 Wt.) 212½. Skin is warm, dry. No rash noted. Resp. are even, unlabored, clear bilaterally. Mucous membranes are pink, moist. Sclera is clear, white, ∅ jaundice. No signs or symptoms of INH toxicity noted.

A.) Compliance 8/8.

P.) 1.) Continue current regimen.

2.) Return to clinic one month.
⟩ M. Nichols, LVN  M. Nichols, LVN/CID

06/28/01 (0810) M.D. Orders:

1.) T.B. Class II. CPX started 01/08/01. As of 07/05/01 patient will have received 52 doses. Adequate CPX.

2.) D.C. INH and B6 07/06/01.

V.O. Dr. Counts / M. Nichols M. Nichols, LVN/CID

noted
06/28/01
0815/chols, LVN
M. Nichols, LVN/CID

Date/Time _____

H. Counts, Jr. MD

# WCC

**EALTH SERVICES, INCORPORATED**

## PROGRESS NOTES

TDCJ# _1014350_

SITE:   **LINDSEY  (LN)**

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 / 05 / 54 |
|---|---|---|

05/31/01 (0620)  T.B. Chronic Clinic.

    S.) States he has had no problems with his T.B. medication.

    O.) VS) 97' - 68 -18- 100/70  Wt.) 213 . Skin is warm, dry, ∅ rash. Resp. even. unlabored, clear bilaterally. Mucous membranes are pink, moist. Sclera is clear, white, and without jaundice. Denies abdominal discomfort, nausea, and vomiting. No signs or symptoms of INH toxicity noted.

    A.) Compliance 9/9.

    P.) 1.) Continue current regimen.

      2.) Return to clinic one month.

          — M. Nichols, M. Nichols, LVN/CID

06/17/01  HTN - Monthly Visit - CDC

wt 214  - S  I feel OK

0530  O  S/P B/P -18-16 97² -  wt 214

"I am doing OK" - Denies complaints

A  no problems noted

P  continue to monitor

    2) teach importance of med/exercise

               LINDA HURFORD RN

# WCC

HEALTH SERVICES

TDCJ# 101.435)

## PROGRESS NOTES

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger Billy | D.O.B.: 101.051 54 |
|-----------|--------------------------------|--------------------|
| 5-30-01 | | |
| 0220 | DATE 6-2-01 TIME 1145 | DATE 6-7-01 TIME 1145 |
| ● | MED RENEWAL | MED RENEWAL |
| | MED INH | BC |
| | DOSE 300 mg | 50 mg |
| | INST #1 tab PO 2X week X 30d | INST 1 tab PO 2X week X 30d |
| | DR Counts J.D. Julison | DR Counts J.D. Julison |
| | | |
| ● | DATE 6-7-01 TIME 0400 | DATE 6-7-01 TIME 2100 |
| | MED RENEWAL | MED RENEWAL |
| | MED Clonidine | Aliquifin |
| | DOSE 0.1 mg | 200 mg |
| | INST 1 tab PO daily X30day | INST #1 Tab PO TID X 30day |
| | DR Counts J.D. Julison | DR Counts J.D. Julison |
| | Date/Time 6-1-01 1300 | |
| | H. Counts Jr. MD | |
| | H. Counts Jr., MD | |

# VCC

## EALTH SERVICES

## PROGRESS NOTES

TDCJ#: _1014350_

SITE: __LINDSEY (LN)__

| ate/Time | Inmate's Name: _Crutsinger, Billy_ | D.O.B.: _100515_ |
|---|---|---|

5-19-01 | S - *foot jn per surt* |

0 *graft*

*W - graft*

*Pt then seen*

Date/Time 5-14-01 9:20
*H. Counts Jr MD*
H. Counts Jr, MD

5-23-01 | S - CD *Htn pain*

O - CD HTN

A - HTN CD

*Pt Cont to meds*

SUSAN CLARK, LVN

Date/Time 5-23-01 11:40
*H. Counts Jr MD*
H. Counts Jr, MD

RESP 11
PULSE 84
WEIGHT 224
TEMP 116
BP

# WCC

__TH SERVICES

## PROGRESS NOTES

TDCJ# _101 435_

SITE: ___LINDSEY (LN)___

| Date/Time | Inmate's Name: _Creutzinger Billy_ | D.O.B.: _1/0/05/54_ |
|---|---|---|

5/2/1
0140

DATE _5/9/11_ TIME _0400_          DATE _5/8/11_ TIME _0400_

☐ Clonidine                          ☐ Ibuprofen
DOSE 0.1 MG                          DOSE 200MG
DIST T PO QD x30 DAY                DIST TTT tabs PO TID x30 DAY
DR Counts/Km Smith N               DR Counts/Km Smith N

KRISTINA M. SMITH, RN
KRISTINA M. SMITH, RN

Date/Time _5-x-01_ UP
H. Counts Jr, MD
H. Counts Jr, MD

NOTED 5/24/0140
Km Smith N
KRISTINA M. SMITH, RN

Date/Time _5-x-01_ Km Smith N
H. Counts Jr, MD

5-8-01   1530   SCR 5-18-01

S- C/o pain in feet and back. Says he wants special shoes.

O - T-97 P-72 R-16. BP $\frac{110}{78}$ wt-212

Has Dx of gout. Already takes Ibuprofen 200mg iii tid.

A- Wants stronger pain med and special shoes.

P- Dr appt given for 5-14-01

[signature]

# WCC

## ALTH SERVICES, INCORPORATED

TDCJ#: _1014320_

### PROGRESS NOTES

SITE: ___LINDSEY (LN)___

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 / 05 / 54 |
|---|---|---|

04/27/01 (0730) T.B. Chronic Clinic.

S.) States he "feels" good and denies having any problems with his T.B. medication.

O.) VSS) 96⁹ - 76 - 18 - 130/78  Wt.) 210. Skin is warm, dry. No rash noted. Resp. even, unlabored, clear bilaterally. Mucous membranes are pink and moist. Sclera is clear, white, ∅ jaundice. No signs or symptoms of INH toxicity noted. ———

A.) Compliance 9/9. ———

P.) 1.) Teaching on signs and symptoms of INH toxicity. Verbalized understanding.

2.) Continue current regimen. ———

3.) Return to Clinic one month.

M. Nichols, Lic. M. Nichols, LVN CID

---

5/2/1
0/30

DATE 5/9/1  TIME 1145 ———

MED RENEWAL

MED _INH_

DOSE _300MG_

INST _III tabs PO (900MG) 2 X Q WK_ (X300AV)

DR _Counts / Km Smith R_

Date/Time 5-2-01  KRISTINA M. SMITH, RN
H. Counts Jr., MD

DATE 5/9/1  TIME 1145

MED RENEWAL

MED _B6_

DOSE _50 MG_

INST _T tab PO 2 X Q WK X 30 DAYS_

DR _Counts / Km Smith R_

KRISTINA M. SMITH, RN

noted 5/2/1 0/30 (Km Smith R)

# WCC

### ...ALTH SERVICES, INCORPORATED

## PROGRESS NOTES

TDCJ# _1014352_

SITE:  LINDSEY (LN)

| Date/Time | Inmate's Name: Contreras, Billy | | D.O.B.: 01-51-54 |
|---|---|---|---|

| | |
|---|---|
| 4-17-01 0930 | Printed Material Request sent per SCR requesting copy of eyeglass prescription. *GUY ROBERTS MEDICAL RECORDS* |
| 4-19-01 | 1630    SCR 4-482 |
| | S- c/o swelling and pain rt foot. Hx of Gout. |
| | O- T-97° P-72 R-16 BP 130/82 wt-212 No Hx of trauma. No lesions seen on foot. Rt foot is edematous and sore. |
| | A- Altered comfort due to sore foot |
| | P- Dr. Appt given for 4-20-01 *Michael Byrnes Jr.* |
| 4-20-01 | S- Gout |
| | O- Swollen & sore Rt foot |
| | A- Gout |
| | P- ① Decadron see dose ② gluteal *KARLA ROBERTS LVN* |
| | Date/Time 4-20-01  9:40 H. Counts Jr. MD  H. Counts Jr, MD |
| ?/01 1550 | ① walk in c c/o dizziness. (after the decadron ___ 2cc IM ② v/s (120/80, 84, 98° 16) checked. No s/of S.O.B, denies any other problems but mild dizziness. ③ No acute distress noted. ④ Inmate is informed, if symptom worsens or persists will come |

# WCC

**LTH SERVICES, INCORPORATED**

TDCJ# _1014350_

## PROGRESS NOTES

SITE: **LINDSEY (LN)**

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 / 5 / 54 |
|---|---|---|

DATE 4-8-01    TIME 1145

MED RENEWAL

MED I N H

DOSE 300 mg

INST 1 tab PO 2X week x 30d

DR Counts / H Dulear

WANDA TULLIS, LVN

DATE 4-8-01    TIME 1145

MED RENEWAL

MED B6

DOSE 50 mg

INST 1 tab PO 2X week X 30d

DR Counts / H Dulear

WANDA TULLIS, LVN

---

DATE 4-8-01    TIME 0400

MED RENEWAL

MED Colonidine

DOSE 0.1 mg

INST 1 tab PO daily X 30 day

DR Counts / H Dulear

WANDA TULLIS, LVN

DATE 4-8-01    TIME 2100

MED RENEWAL

MED Tolinase

DOSE 200 mg

INST 1 tab PO TID X 30d

DR Counts / H Dulear

WANDA TULLIS, LVN

---

Date/Time 4-5-01 1100

H. Counts Jr. MD

H. Counts Jr, MD

---

4/6/01   HTN   CDC   monthly visit

1100   S denies complaints

2/3/01   O states 4 ful time B/P 130/p - 6016 - 97²

Aatte no problem noted

Teach disease proun - diet compliance

LINDA HURFORD RN

# WCC

**ALTH SERVICES, INCORPORATED**

TDCJ# _1014350_

## PROGRESS NOTES

SITE: ___LINDSEY (LN)___

| Date/Time | Inmate's Name: _Crutsinger, Billy_ | D.O.B.: _10 / 05 / 54_ |
|---|---|---|

03/30/01 (0710) Continued)

clear bilaterally. Mucous membranes pink, moist. Sclera clear, white, ∅ jaundice. ∅ No signs or symptoms of INH toxicity noted.

A.) Compliance. 9/9.

P.) 1.) Continue current regimen.

2.) Return to clinic one month.

M. Nichols, Aux'll Nichols, LVN1899

+3-d Eye Exam   CC: Dist./Hear Blur

13-30   Dx: Myopic, astigmatism, presbyonics

P. Spec Rx

W. ____ Edger ∅

ALTH SERVICES, INCORPORATED

TDCJ# 1014357

## PROGRESS NOTES

SITE:   LINDSEY  (LN)

| Date/Time | Inmate's Name: Cortsinger, Billy | D.O.B.: 10 15 54 |
|---|---|---|

03/16/01 · Chronic Clinic Disease - HTN Monthly Visits

2300  S "I feel fine"

208  O B/P 130/70 · P 72  Resp 16  Temp 97² -

pt. has no complaints concerning Clinic -

A no acute distress noted

P teach risk factors and reducing factors

and importance of exercise -

continue monthly visits offdist

LINDA HURFORD RN

7/31/01  0600 - S resents foot warm for fungus

O B/P 132/70  P 78  Resp 16  Temp 97² -

208  dry peeling irritated toes on both feet

A altered comfort w/ irritated toes -

P O/Lab antifungal cream & use hs & kirk

03/10/01 & drink lots of water

& keep them clean and dry

blood counts

LINDA HURFORD RN

Date/Time 3-19-01 1130
H. Counts Jr. MD
H. Counts Jr, MD

03/30/01 (0710) T.B. Chronic Clinic.

S.) Denies having any problems with his T.B.

medication.

O.) V/S) 97² - 78 - 20 - 100/70. Wt.) 213. Skin is

warm, dry, & rash. Resp. even, unlabored.

(Continued)           m. Nichols, LVN899

# WCC

ALTH SERVICES, INCORPORATED

TDCJ# 1014350

## PROGRESS NOTES

SITE:   LINDSEY (LN)

| Date/Time | Inmate's Name: Cleitsinger Belly | D.O.B.: 10, 5, 54 |
|---|---|---|

3-6-01
DIP

| DATE 3-9-01   TIME 1145 | DATE 3-9-01   TIME 1145 |
|---|---|
| MED RENEWAL | MED RENEWAL |
| MED INH | MED B6 |
| DOSE 300 mg | DOSE 50 mg |
| INST ### tab PO 2X weekly X 30 day | INST 1 tab PO 2X weekly X 30d |
| DR Counts 1 d. Zulin LVN   WANDA | DR Counts 1 d. Zulin LVN   WANDA TULLIS, LVN |

| DATE 3-9-01   TIME 0400 | DATE 3-9-01   TIME 2100 |
|---|---|
| MED RENEWAL | MED RENEWAL |
| MED Clonidine | MED Il ... |
| DOSE 0.1 mg | DOSE 200 mg |
| INST 1 tab PO daily X 30 day | INST ### tab PO TID X 30 day |
| DR Counts 1 d. Zulin LVN   WANDA TULLIS, LVN | DR Counts 1 d. Zulin LVN   WANDA TULLIS, LVN |

Date/Time 3-6-01 1100   VC
H. Counts Jr. MD
H. Counts Jr. MD

031601   Chronic Disease Clinic HTN Monthly Visit
2300   S BP 130/90 - P 72 - Resp 16 Temp 97 -

on other page

# WCC

**·LTH SERVICES, INCORPORATED**

## PROGRESS NOTES

TDCJ# _1014350_

SITE: __LINDSEY (LN)__

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B.: 10 1 05 154 |
|---|---|---|

**02/28/01** (0745) T.B. Chronic Clinic.

S.) Denies nausea, vomiting, or any abdominal discomfort. Denies any problems with his T.B. medication.

O.) VS) 96² - 76 - 18 - 138/74. Wt.) 212. Skin is warm and dry, $\emptyset$ rash. Resp. even, unlabored, clear bilaterally. Mucous membranes are pink and moist. Sclera clear, white, $\emptyset$ jaundice. No signs or symptoms of INH toxicity noted.

A.) Compliance 8/8.

P.) 1.) Continue current regimen.
2.) Return to clinic one month.

M. Nichols, LVN        M. Nichols, LVN/CID

# WCC

## HEALTH SERVICES, INCORPORATED

## PROGRESS NOTES

TDCJ# _1014350_

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Crutinger Billy D.O.B.: 10 105154 |
|---|---|

2-7-01 S - *[illegible]*

     O - Swollen feet left leg *[illegible]*

     A - *[illegible]*

     P (1) DC *[illegible]*

       (2) Clonidine 0.1 mg / day x 30

       (3) Antifungal cream *[illegible]*

       (4) *[illegible]* x 30 days

       (5) *[illegible]* 2 tabs *[illegible]* Detrol *[illegible]*

       (6) *[illegible]*

Date/Time 2-7-01 *[illegible]*

*H. Counts Jr, MD*

H. Counts Jr, MD

*[left margin: KARLA ROBERTS LVN]*

---

2-20-01 S - CP HTN

     O CP HTN

     A HTN CP

     P - Cont to *[illegible]*

       antifungal *[illegible]*

Date/Time 2-20-01 6:40

*H. Counts Jr, MD*

H. Counts Jr, MD

*[left margin: KARLA ROBERTS LVN]*

*[bottom right, rotated: TEMP PULSE RESP WEIGHT B/P]*

# WCC

**HEALTH SERVICES**

TDCJ# _10 143 50_

## PROGRESS NOTES

SITE:   LINDSEY (LN)

| Date/Time | Inmate's Name: Christopher, Billy | D.O.B.: 10 / 05 / 154 |
|---|---|---|

02 06 01

S. CID Appointment  Re:  HIV test results.

0900

O. Post test counseling completed per TDCJ guidelines.

Counseling completed on safe sex practices, needle usage, and safe

life style choices.  Patient verbalized understanding.

A. Negative HIV results.

P. Results given.

_signature_ /Mary Nichols, LVN CID

**ANIEL NELSON, RN**

02/06/01

0315

_signature_

DATE _02-13-01_ TIME _0400_

MED RENEWAL

MED _Atenolol_

DOSE _50mg_

INST _ī tab po daily X 30 days_

DR _Counts / E Raley rd_

**ELAINE RALEY RN**

Date/Time _2-6-01_

_H. Counts Jr MD_

H. Counts Jr, MD

C 20701 0700 SCP 02 183 written response MD appointment today _signature_ **GAY BARCLAY RN**

# WCC

**HEALTH SERVICES**

TDCJ#: _1014350_

## PROGRESS NOTES

SITE:    LINDSEY   (LN)

| Date/Time | Inmate's Name: Crutsinger, Billy       D.O.B.: 10 / 05 / 59 |
|---|---|
| 01/27/01 (0930) | Offered Recombivax vaccine. Offender refused. Benefits and risks explained. Refusal signed. M. Nichols, LVN _M. Nichols, LVN CID_ |
| 01/31/01 (0910) | T.B. Chronic Clinic. |
| | S.) States he is doing well with his T.B. medication. Denies any problems. |
| | O.) V/S) 97² – 78 – 18 – 104/78. Wt.) 207. Skin is warm, dry, ∅ rash. Resp. even, unlabored, clear bilaterally. Mucous membranes are pink and moist. Sclera clear, white, ∅ jaundice. No signs or symptoms of INH toxicity noted. |
| | A.) Compliance 10/10. |
| | P.) 1.) Continue current regimen. 2.) Return to clinic one month. M. Nichols, LVN _M. Nichols, LVN CID_ |

| | |
|---|---|
| 02-02-01 0715 | DATE 02-02-01   TIME 1145      DATE 02-02-01   TIME 1145 |
| | MED RENEWAL           MED RENEWAL |
| | MED   INH               MED   B₆ |
| | DOSE   300mg Tab        DOSE   50mg Tab |
| | INST Tab iii (3) 2x weekly x30 days    INST Tab i PO 2x weekly x 30 d |
| | DR Counts / P Lightner NP      DR Counts / P Lightner, RN |
| | Date/Time         P. LIGHTNER, RN |
| | H. Counts Jr, MD |

# WCC

HEALTH SERVICES

## PROGRESS NOTES

TDCJ# 1014350

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Christopher, Billy | D.O.B. 10, 05, 54 |
|---|---|---|

2/2/01
0800

●      CHART REVIEW      Date/Time 2-2-01 8⁰⁰
     H. Counts Jr. MD
     H. Counts Jr, MD

05-01 0815 SCR# 2-122     S My foot hurts so bad I can't
     walk. he told me before to
M. MAUNEY, RN      keep it propped up the it hurts
     but I can't in school.
     O. limping as he walks.
●      A. wants Pain meds and a lay in
     from school
    Date/Time 2-5-01 10²⁰   P. Ⓡ ibuprofen 200mg tab iii PO now
    H. Counts Jr, MD    Appt to see MD.
     H. Counts Jr, MD   VORD, Counts/M Mauney    M. MAUNEY, RN

# WCC

## HEALTH SERVICES

TDCJ# _1014350_

## PROGRESS NOTES

SITE:     LINDSEY (LN)

| Date/Time | Inmate's Name: | Crutsinger Billy | D.O.B. 10 05 54 |
|---|---|---|---|

01/23/01  1700  ② Ibuprofen 300mg iii @ p-o now.

③ Come back to medical if symptom

worsens or persists/VOA Counts Eluz Ockbin m

G. HANG. OCKBIN RN

Date/Time/_____ 10:00

H. Counts Jr. MD

H. Counts Jr., MD

01/25/01 0930  lab sample drawn stat

antitube one stick   GAY BARTON RN

# WCC

**HEALTH SERVICES**

TDCJ# _101 4350_

## PROGRESS NOTES

SITE:   LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger, Billy | | D.O.B. | / | / |
|---|---|---|---|---|---|

1/21/01  15:10 Ⓢ Walk in d/t to pain & localized reddness on Rt. upper arm.

RN " I had a shot 2 days ago and it is sore. "

CHANG, OCKBIN RN   1-21-01 tod

Ⓞ V/S ( 120/80 , 60, 16, 97⁶ ) checked. & no s/s of infec Rt. upper arm : erythematous , ≅ 10cm diameter sized — reddness c̄ swelling (slight) noted.

Ⓐ Altered comfort.

Ⓡ Give Ibuprofen 200mg 1Ⓣ p-o now Apply Ice pack on Ⓡ upper arm. Come back to medical if symptom (swell and pain persists or worsens.)

V-O Dr. Counts / Chg. Ockbin   CHANG, OCKBIN RN

1-23-X Mo H. Counts RN Date/Time

01-23-01 1700  Ⓢ Walk in c̄ c/o Ⓡ sore arm with reddness. " It still bothers me. "

CHANG, OCKBIN RN noted 01-23-01 1700

Ⓞ Reddened upper arm from pneumo -nia Vaccination from 01/19/01. Localized some swelling noted on Ⓡ upper arm No s/s of infection noted. No drainage not

Ⓐ Altered skin integrity. Altered comfort.

Ⓟ Ⓓ Run warm water on Ⓡ arm for 10 min T.I.D X 3 days to increase circulation &

# WCC
## HEALTH SERVICES

TDCJ# 1014350

## PROGRESS NOTES

SITE: LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger Billy | D.O.B. 10 15 54 |

01700 — $ COC - Hypertension — monthly visit
S states "feel fine"

10 — O B/P 140/84 P 70 Resp 16 Temp 97.2 —
offers no complaints —
A no problem noted
P stable disease process and importance
of med compliance —
② takes atenolol 50mg + 20g d
③ continue monthly visit

LINDA HURFORD RN

01 WI — 0600 5° appre arm "
O B/P 138/68 — 72 18 Temp 98.0
(30 ¢ place)
Rt arm warm to touch — red area noted
on Rt arm — slightly swollen — small hard
area on arm — "I had an injection in arm"
A alteration in comfort r/t red arm
P apply warm soaks to no pain now
② Ice bag to be used for 6 hours — 30
min off and on

LINDA HURFORD RN



# WCC

**HEALTH SERVICES**

## PROGRESS NOTES

TDCJ#  *1014350*

SITE:  **LINDSEY (LN)**

| Date/Time | Inmate's Name: *Crutsinger, Billy* | D.O.B.: *10 / 05 /54* |
|---|---|---|

| Date/Time | |
|---|---|
| 01/19/01 | S. CID Appointment: Re: Request for HIV testing |
| (1015) | O. Pre-test counseling for HIV testing completed. Requesting test due |
| | to a history of *T.B. Class II 18mm ppd currently on medication.* |
| | Patient teaching implemented on HIV transmission, risk factors, and protection. |
| | Asked appropriate questions. |
| | A. Verbalized understanding with verbal informed and written consent |
| | obtained for testing. |
| | P. Referred to M.D. for HIV testing. |
| | *m. Nichols, LVN* /Mary Nichols, LVN, CID |
| 01/19/01 | M.D. Orders: Draw lab for HIV testing. |
| (1100) | *V.O.* Dr. Counts/ *m. Nichols, Lvn* /Mary Nichols, LVN, CID |

*sted LVN*
*01/19/01*
*(1100)*
*m. Nichols, LVN/NP99*
*m. Nichols LVN/NP99*

Date/Time *1-22-01 (0*

*H. Counts Jr MD*
H. Counts, Jr. MD

---

*01/19/01 (1130) M.D. Orders:*

*ced*
*1/19/01*
*m. Nichols, LVN*
*m. Nichols LVN/NP99*

1.) *administer 0.5ml. pneumovac.*

2.) *administer 0.5ml. influenza Vaccine.*

3.) *administered 0.5ml. pneumovac @ deltoid*

Date/Time *1-22-01* *0.5ml. flu Vac. @ deltoid.*

*H. Counts Jr MD*
H. Counts, Jr. MD

*V.O. Dr. Counts/ m. Nichols, LVN*

# WCC

HEALTH SERVICES

## PROGRESS NOTES

TDCJ# _1014350_

SITE:   LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger Billy | D.O.B. 10 /05 / 54 |

1-17-01  S- Gout

O- Red Tender Swollen left big toe

A. Gout? Infect

R- ① Uric acid Blood test

② X-Ray - ① foot

③ Bactrim DS ī BID X 10 days

② Naprosyn 500mg tid X 10 days

③ 22 mill ___

Date/Time 1-17-01

H. Counts Jr, MD

01/18/01  Blood drawn as ordered for uric acid — one red top and
one tiger top tubes from Left AC ī butterfly needle —
attempts X1 ─────────  ERaley RN
────────── ELAINE RALEY RN

# WCC

**HEALTH SERVICES**

TDCJ# 611350

## PROGRESS NOTES

SITE: _____ LINDSEY (LN)

| Date/Time | Inmate's Name: CRUTSINGER Billy | D.O.B. 10 15 154 |
|---|---|---|

**01 05 01** 0330 Blood drawn for lab — one tigertop tube from Left AC c̄ butterfly needle — attempt x1 — Elaine RN

ELAINE RALEY RN

noted 1-9-01

0200  0800 Karla Roberts LVN

KARLA ROBERTS LVN

DATE 1-14-01   TIME 0400

**MED RENEWAL**

MED Atenolol 50mg

DOSE 50 mg

Date/Time 1-9-01 Vo

H. Counts Jr, MD

H. Counts Jr, MD

INST 1 tab PO daily X 30 days

DR Counts 1 Cheles on

WANDA TULLIS, LVN

**1-10-01** 1645 · SCR 1-355

A- Broke his glasses

O- T-96° P-68 R-17 BP 110/80 wt-206

Snellen Chart: os 20/100, od 30/100, ou 20/100

A- Visual deficit

P- Name placed in Eye Dr Appt Book.

RN Byrnes RN   Michael Byrnes RN

**1-16-01** 1015 SCR s) Gout

#1-457   O) 206 lbs 98-76-18 132/80 Left foot swollen, inflammed

A) Alteration in comfort.

P) Ibuprofen 200 mg tabs iii po now #1

Docta apt 1-17-01

Date/Time 1-16-01 Vo

H. Counts Jr, MD

Connie Wade RN



**JOHN R. LINDSEY STATE JAIL**
**PHYSICIAN HEALTH PRACTIONER**
**INITIAL TREATMENT PLAN**

**INMATE NAME:** Crutsinger, Billy     **ID#:** 1014350

**CHRONIC DISEASE:** T.B.
(HTN, DIABETIC, SEIZURES, ETC.)

| **SUBJECTIVE:** | | | HIV | — | STD | — |
|---|---|---|---|---|---|---|
| (Chief Complaint) | ⊕ PPD | | LIVER PROFILE | 01/02 | RPR | NR |
| **SIGNIFICANT HISTORY** | | | FLU VACCINE | | PEAK FLOW METER | NA |
| | | | PNEUMONIA VACCINE | | MEDICATIONS | — |
| | | | HEP PROFILE | — | | |
| | | | CXR | 01/02 | OTHER | — |

18mm ⊕ ppd.

**OBJECTIVE:** Vital Signs  T 96⁶  P 84  R 18  B/P 148/88  Wt 209
(Physical Findings
or Pathology)          ⊕ PPD

**ASSESSMENT:**
(Diagnosis)        T.B. infection without disease

**PLAN:**       1.) Add to C.D. T.B
(Treatment)   2.) Start INH 300mg. tii p.o. q. Mon. & Th. x 30 days.
              B6 50mg. ii p.o. q. Mon. & Th. x 30 days
              ( Start 01/08/01 )

**EDUCATION:**
HIV often ⊕      DIET Reg      MEDICATIONS ✓
STD              EXERCISE      OTHER

SIGNATURE          Date/Time 1-5-01
                   H. Counts Jr. MD   DATE   TIME

# WCC

ALTH SERVICES, INCORPORATED

## PROGRESS NOTES

TDCJ#  1014350

SITE:  LINDSEY (LN)

| Date/Time | Inmate's Name: | Crutsinger, Billy | D.O.B.: 10 / 05 / 54 |
|---|---|---|---|

01/03/01 (0700)  M.D. Orders:

  18mm PPD

  Get Chest x-ray

  Draw liver enzymes.

   T.O. Dr. Counts / M. Nichols, LVN  _M. Nichols, LVN CID_

noted 01/03/01
M. Nichols, LVN CID

**Date/Time**

_H. Counts Jr MD_
H. Counts, Jr. MD

1-01  0830  SCR #1-75:  S) Gout getting worse and
  sore on side of foot

  O) 209 lbs  96⁸-72-18  120/84℃  Left foot
  swollen, inflammed with bluish color
  above big toe.

  A) Alteration in comfort

  P) Doctor apt. made
   _C. Wade RN_  CONNIE WADE, R.N.

1-4-01  S - Gout
  O - Red Swollen left big toe
  A - Acute Gout
  P) ① _____ ī sc IM now Ⓛ gluteal M
   ② Colchicine gtt ī sc IM now Ⓡ gluteal M
   ③ Ibuprofen 600mg q6° X 5 days

KARLA ROBERTS LVN

   Date/Time 1-4-01  8:50
   _H. Counts Jr MD_  R
   H. Counts Jr, MD

# WCC

LTH SERVICES, INCORPORATED

TDCJ# _10 1435 0_

## PROGRESS NOTES

SITE:    LINDSEY  (LN)

| Date/Time | Inmate's Name: Curtsinger, Billy | | D.O.B.: 10 / 05 / 54 |
|---|---|---|---|

12-29-00  S - _[illegible]_

O - Red Swollen left _[illegible]_

A - _[illegible]_

P - _[illegible]_

② _[illegible]_ every grid X 1 day

SUSAN CLARK, LVN

Date/Time 12-29-00  8:55

H. Counts Jr MD

H. Counts Jr, MD

---

3 30 12/0  Walk in       S I have bad heart burn.

M. MAUNEY, RN    O. wt 206 88-98-20-97² was

_[illegible]_ seen by Ch _[illegible]_ as he

was approaching Med Clinic

Date/Time 1-2-01 11:35  _[illegible]_ stop and vomit.

H. Counts Jr MD    A Constant heart burn.

H. Counts Jr, MD    P Mylox 30cc po tid X 15d.

To Dr Counts MW Mauney    M. MAUNEY, RN

---

2/01  0905  _[illegible]_ A-15 S) Go ↑ Pain

O) wt 201  BP 120/82  P-84 · R-20

foot, red, inflamed Complains

_[illegible]_ of Pain  Consulted with Doctor

SUSAN CLARK, LVN    Counts

Date/Time 1-2-01 11:35  A) altered comfort

H. Counts Jr, MD    V ② O motrin 200mg IVPO  Que X30day

V. O Dr Counts RN  SUSAN CLARK, LVN



# WCC

**HEALTH SERVICES**

TDCJ# 10143570

## PROGRESS NOTES

SITE:     LINDSEY (LN)

| Date/Time | Inmate's Name: Crutsinger, Billy | D.O.B. 10 / 5 / 54 |
|---|---|---|
| -16-00 1045 | SCR#12-458 ≈ 12-459 S I hate heartburn sometimes & may go for a month without it then I may have it every day. I wore glasses in the world they got broke & need glasses to drive and to read. | |
| noted 1030 2-16-00 M. Mauney | M. MAUNEY, RN | |
| ●/Mauney | O wt 206 lbs ⁱⁱ³⁄84-64-16 Reading glasses +1.75 issued — adv | |
| Date/Time 12/10 H. Counts Jr. MD | 11:P A difficult seeing, change in food. P 1) Reading glasses +1.75 issued 2) advised to obtain Rolaids from commissary for heartburn | |
| | H. Counts Jr, MD | |
| ● | J.D. Counts M.D. Mauney | M. MAUNEY, RN |
| 12-16-00 | 2020 PPD = 18 mm Refused to C I D Nurse, M Byrnes | Michael Byrnes RN |
| 12/21/00 | 0305 Blood drawn from Right AC - attempts x 1 c̄ green needle | E. Raley ELAINE RALEY RN |
| 12/21/00 | 0835 SCR# 12-754 S) Crut Needs Ses abt O) Wt 206 left ft side Glass broke history Crut A) altered comfort P) referred | S.C. SUSAN CLARK, LVN |

# WCC

JOHN R. LINDSEY STATE JAIL

PHYSICIAN HEALTH PRACTIONER

INITIAL TREATMENT PLAN

**INMATE NAME:** Crutsinger Billy          **ID#:** 1014350

**CHRONIC DISEASE:** HTN
**(HTN, DIABETIC, SEIZURES, ETC.)**

**SUBJECTIVE:**

**(Chief Complaint)**

**SIGNIFICANT HISTORY**

Hx of HTN

| | |
|---|---|
| HIV | STD ✓ |
| LIVER PROFILE ✓ | RPR ✓ |
| FLU VACCINE ✓ | PEAK FLOW METER |
| PNEUMONIA VACCINE ✓ | MEDICATIONS ✓ |
| HEP PROFILE ✓ | |
| CXR ✓ | OTHER ✓ |

**OBJECTIVE:** Vital Signs T 97.6  P 84  R 78  B/P 148/88  Wt. 209
**(Physical Findings or Pathology)**

**ASSESSMENT:**
**(Diagnosis)**   Hypertension

**PLAN:**
**(Treatment)**   CP Hypertension clinic / new

Tenormin 50 mg qd X 30 dys

get smack

**EDUCATION:**

HIV NO          DIET Reg          MEDICATIONS YES

STD NO          EXERCISE YES          OTHER

Date/Time 12/18/00

H. Counts Jr. MD

**SIGNATURE**          **DATE**   **TIME**
H. Counts Jr., MD

# WCC

.TH SERVICES

TDCJ#  1014350

## PROGRESS NOTES

SITE:    LINDSEY  (LN)

| te/Time | Inmate's Name: Cutsinger, Billy | D.O.B.: 10 / 05 / 59 |
|---|---|---|
| 1/14/00 | HIV High Risk Screening Completed | |
| (1400) | NO risk factors identified. | |

Mary Nichols, LVN CTD  /M. Nichols, LVN

# WCC

**HEALTH SERVICES**

## INTAKE PROGRESS NOTES

TDCJ# *1014350*

SITE:   LINDSEY (LN)

| Date/Time | Inmate's Name: *Countsinger, Billy* | D.O.B. *10 / 5 / 54* |
|---|---|---|
| *12-14-00* | RECEIVED TO JACKSBORO, JOHN R. LINDSEY FACILITY   *yes* | |
| *1130* | OHI, MEDICAL SERVICES INFORMATION, AIDS MATERIAL, PATIENT LIAISON, | |
| ● | AND COPAY INFORMATION GIVEN TO INMATE   *yes* | |
| | MENT AL HEALTH NEEDS: *No Harm Agreement, Referred to Dr Mennssey* | |
| | DENTAL COMPLAINTS: *None* | |
| | DIET: *Regular* | |
| | ALLERGIES: *Poison Ivy* | |
| | CHRONIC ILLNESS/DISABILITIES: *none* | |
| | ADD TO CHRONIC CLINIC   YES_____   NO *✓* | |
| ● | TREATMENT/SPECIAL CARE: *none* | |
| | MEDICATION ORDERS: *none* | |
| | *V O Dr Counts / C Wade* *Connie Wade RN* | |
| *12-14-00* | ADMISSION ORDERS: *1800* | |
| *1130* | 1) Draw lab sample for RPR   *Rt. antecubital .* | |
| *notied* | 2) Give Td Vaccine 0.5 cc IM   *Rt. deltoid* / *CHARLES OCKRIN RN* | |
| *1130* | 3) Give PPD 0.1 cc intradermally *Lt. forearm* | |
| | *V O Dr Counts / C Wade* *Bruno Miata RN* Date/Time *12-15-00* | |
| | *⑤ c/o heartburn .* | *H. Counts Jr, MD* |
| *noted* | *Gave 20cc Maalox p.o now* / *V.O. Dr Counts* *CHANG. OCKRIN RN* | |

| | | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Clonidine 0.1mg tab ī PO QD x30days**

0800: J J J X V ———
0400: J X J J 60 ... ... ... ... ... ... KJ ... ... ... J

START DATE 9-5-01   STOP DATE 10-4-01   11-3

**SimeThicone 80mg tab ī PO PRN**
**KOP x30 days**   11-3

KOP

START DATE 9-5-01   STOP DATE 10-4-01

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

NKA     D.v. Coventer

Crutsinger, Billy    ID 1014350   WING F4A-40

DOCUMENTATION CODES:
- Discontinued Order    R - Refused
- Dose Omitted    C - Court    ⬤ NS - No Show
- Medical Hold    LD - Lock Down    O - Other    S - Self Administered

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| J. Leggett RN | JY | J.? ... LVN | J.? |
| ... LVN | OC | | |
| C Wade RN | CW | | |
| Km Smith RN | KJ | | |
| P Right? RN | P.R | Sandra P. ... | ? |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE MD ORDERS

Facility Name — JOHN R LINDSEY CORR FAC   Month/Year September, 2001

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CLONIDINE 0.1MG TABS
TAKE ONE TABLET BY MOUTH DAILY X30days
Rx   412022 COUNTS, HASMER , MD
Init.   START DATE   STOP DATE

0400

Simethicone 80 mg tab ii PO PRN
KOP X30 days
Init.   START DATE 8-6-01   STOP DATE 9-5-01

KOP

START DATE   STOP DATE

START DATE   STOP DATE

START DATE   STOP DATE

START DATE   STOP DATE

START DATE   STOP DATE

Init.   START DATE   STOP DATE

ALLERGY   NO KNOWN DRUG ALLERGY,

DIAGNOSIS

PATIENT NAME   CRUTSINGER, BILLY   ID 1014350   WING F4A-40  1

CUMENTATION CODES =
- Discontinued Order          R - Refused                    S - Self Administered
- Dose Omitted                 C - Court                       NS - No Show
Medical Hold                    L.D - Lock Down             O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| RN | | | |
| C Wade | CW | | |
| K mcmith | KC | | |

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLONIDINE 0.1MG TABS ✓3 a days | 0800 | | | | | | | X | X | X | | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET BY MOUTH DAILY | 1200 | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 412022 COUNTS, HASMER M MD   START DATE 02/08/01  STOP DATE 08/06/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 200mg ℔ po tid X30 caps   START DATE 070701  STOP DATE 080601 | 0800 | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 2/1/01  STOP DATE 7/5/01 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Simethicone 80 mg tabs   take 2 po pm   START DATE 8/6/01  STOP DATE 9/5/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE          STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE          STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE          STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE          STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| NO KNOWN DRUG ALLERGY, | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|---|
| | Counts | | | | |
| | | m. Nichols, Lvn | | | |
| CRUTSINGER, BILLY | ID 1014350   WING 1 E4A-410 | | | | |

UMENTATION CODES -
Continue          R - Refused
Dose Omitted          C - Court
S - Self Administered
NS - No Show

JOHN R LINDSEY CORR FAC

Month/Year   July, 2001

INH 300MG TAB
TAKE 03 TABLETS BY MOUTH =900MG TWICE A WEEK
Rx 389634 COUNTS, HASNER
START DATE 01/05/01 STOP DATE 07/05/01

CLONIDINE 0.1MG TABS
TAKE 1 TABLET BY MOUTH DAILY
Rx 412022 COUNTS, HASNER
START DATE 07/05/01 STOP DATE 07/05/01

ibuprofen 800mg tab ī PO
on Mon & Thurs
x30 day
START DATE 6-7-01   STOP DATE 7-7-01

CRUTSINGER, BILLY

PHYSICIAN DRUG ALLERGY.

NURSE'S SIGNATURE

Facility Name _____

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NH 300MG TAB  X30 dAys <br> AKE 3 TABLETS BY MOUTH =900MG TWICE A WEEK <br> Rx 389634 COUNTS, HASMER, MD  7-1 <br> START DATE 01/05/01 STOP DATE 06/07/01 | 1145 | | | 0 | | 0 | X | X | | | | | | | | | | | | | | | | | | RO | X | 0 | X | |
| CLONIDINE 0.1MG TABS <br> AKE ONE TABLET BY MOUTH DAILY X30days <br> Rx 412022 COUNTS, HASMER, MD  7-7 <br> START DATE 02/08/01 STOP DATE 06/08/01 | 0400 | | KS | | | X | X | PR | | | | | | | | | | | | | | | | | | | | | | |
| B6 50 mg tab i PO on Mon & Thurs X30 DAYS 7-1 <br> START DATE 5-8-01 STOP DATE 6-5-01 | 1145 | | | 0 | | 0 | X | X | | | | | | | | | | | | | | | | | | RO | X | 0 | X | |
| Ibuprofen 200 mg tab ttt PO tid X30 dAys <br> START DATE 5/8/01 STOP DATE 6/5/01 | 0400 / 1145 / 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (illegible) 200 mg ttt tab PO TID X30 days <br> START DATE 6-7-01 STOP DATE 7-7-01 | 1145 / 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___ STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___ STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___ STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___ STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NO KNOWN DRUG ALLERGY,

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

CRUTSINGER, BILLY       ID 1014350      WING

DOCUMENTATION CODES -
Discontinued — D     R - Refused     SA - Self Administered
Dose Omitted — O     C - Count       NS - No Show



v Name _

John R Lindsey Corr Fac

May 2001

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

H 300MG TAB
KE 3 TABLETS BY MOUTH =900MG TWICE A WEEK
389634 COUNTS, HASMER, MD
START DATE 04/05/01   STOP DATE 05/06/01

LONIDINE 0.1MG TABS
KE ONE TABLET BY MOUTH DAILY
412022 COUNTS, HASMER, MD
START DATE 04/00/01   STOP DATE 05/08/01

Ibuprofen 200MG ‡‡‡ PO TID x 30 days
START DATE 5/8/01   STOP DATE 6/7/11

NO KNOWN DRUG ALLERGY

CRUTSINGER, BILLY   ID 1014350   WING FH A-40

IMENTATION CODES =
  :scontinued Order
  :se Omitter

D - Refused
C - Court

Self Administered
- No Show

| Name | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300MG TAB<br>TAKE 3 TABLETS BY MOUTH =900MG TWICE A WEEK<br>Rx 389634 COUNTS, HASMER, MD X 30 days<br>START DATE 01/05/01 STOP DATE 04/04/01 | 1145<br>1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLONIDINE 0.1MG TABS 3-5-01<br>TAKE ONE TABLET BY MOUTH DAILY X 30 days<br>Rx 412022 COUNTS, HASMER, MD<br>START DATE 02/08/01 STOP DATE 04/08/01 | 0400<br>0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BL 52 mg tabs PO Mon-Thurs<br>X 30 days<br>START DATE 3-9-01 STOP DATE 4-8-01 | 1145<br>1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 200mg III tabs PO TID<br>X 30 days<br>START DATE 3-9-01 STOP DATE 4-8-01 | 0400<br>1145<br>2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 200mg III tab PO TID<br>X 30 days<br>START DATE 4-8-01 STOP DATE 5-8-01 | 0400<br>1145<br>2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY,

Counts

DIAGNOSIS

PATIENT NAME: CRUTSINGER, BILLY   ID 1014350   WING FH-A-HU

DOCUMENTATION CODES =
- Discontinued   R - Refused   - Self Administered
- Dose Omitted   C - Court   NS - No Show

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| J Leggett LVN | JL | J Malloy LVN | JM |
| J Reeder | R | Fred | |
| | a | J Barclay RN | JB |
| Km Ontow | KJ | C Wade | CW |
| J Lights LVN | | Sandra | |

Facility Name _____  **March, 2001**

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300MG TAB  *Mon-d Thurs* | 1115 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 3 TABLETS BY MOUTH =900MG TWICE A WEEK | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 389634 COUNTS, HASMER, MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 01/05/01 STOP DATE 03/06/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLONIDINE 0.1MG TABS 2-7-01 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE ONE TABLET BY MOUTH DAILY X30days | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 412022 COUNTS, HASMER, MD 4-8-01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 02/05/01 STOP DATE 03/09/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 2-7-01 STOP DATE 3-9-01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 200mg III tabs PO TID X 30 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 2-7-01 STOP DATE 3-9-01 | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 200 mg III tabs PO TID X 30 days | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 3-9-01 STOP DATE 4-8-01 | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE _____ STOP DATE _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE _____ STOP DATE _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE _____ STOP DATE _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE _____ STOP DATE _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: NO KNOWN DRUG ALLERGY, Poison Ivy  Counts

DIAGNOSIS:

PATIENT NAME: CRUTSINGER, BILLY   ID 1014350   WING _____

DOCUMENTATION CODES =
- Discontinued Ord   R - Refused   S - Self Administered
- Dose Omit   C - Court   NS - No Show

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

Facility Name _____

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATENOLOL 50MG TAB TAKE ONE TABLET DAILY X30 days Rx 374572 COUNTS, HASMER, MD 1-14-01   02-15-01 START DATE 12/16/00 STOP DATE 02/13/2001 | 0400 | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TIH 300MG TAB TAKE 3 TABLETS BY MOUTH =900MG TWICE A WEEK X 30 days  3-9-01 Rx 389634 COUNTS, HASMER, MD START DATE 01/03/01 STOP DATE 02/07/2001 | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B6 50mg 1 tab PO Mon/Thurs X 30days START DATE 1-3-01 STOP DATE 3-07-01 | 1145 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.1mg 1 tab PO q day X30 START DATE 2-9-01 STOP DATE 3-9-01 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 300mg III tabs PO tid X30days START DATE 2-9-01 STOP DATE 3-9-01 | 0400 1145 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGY | NO KNOWN DRUG ALLERGY | Poison Ivy | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|---|---|---|
| DIAGNOSIS | | | | | TR | J Leggett Lvn | |
| PATIENT NAME | CRUTSINGER, BILLY | ID 1014350 | WING | | | | CP |

DOCUMENTATION CODES =
- Discontinue Order
- Dose Omit
- R - Refused
- C - Court
- S - Self Administered
- NS - No Show

Facility Name _____                                    Month/Year

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATENOLOL 50MG TAB
TAKE ONE TABLET DAILY x 30 days
Rx   374572  COUNTS, HASMER, MD          ,8-13-01
# Init. M     START DATE  12/16/00   STOP DATE  01/17/2001

Maalox  30cc    PO Tid  x 15 days
# Init. A     START DATE 12-30-00   STOP DATE 01-13-01

Motrin 200mg II PO Qid x 3 day
# Init. W    START DATE 1/2/01   STOP DATE 1/3/01
DC 'd 1-4-01 W

Motrin 200mg iii tabs
PO qid x 5 days
# Init. W   START DATE 1-4-01   STOP DATE 1-9-01

INH 200mg iii p.o. q. Mon. & Th. x 30 days
1145
# Init. MM   START DATE 01/08/01   STOP DATE 02/07/01

B6 50mg ii p.o. q. Mon. & Th. x 30 days.
1145
# Init. MM   START DATE 01/08/01   STOP DATE 02/07/01

Bactrim DS II tab po
Bid x 10 days
complete 1-26-01
# Init.   START DATE 1-17-01   STOP DATE 1-26-01

Naproxen 500mg ii tab
PO tid x 10 days
# Init. W   START DATE 1-17-01   STOP DATE 1-27-01

# Init.    START DATE    STOP DATE

ALLERGY   NO KNOWN DRUG ALLERGY,
Poison Ivy                    Dr. Counts

DIAGNOSIS

PATIENT NAME   CRUTSINGER, BILLY   ID  1014350   WING  C2+

DOCUMENTATION CODES =
DC - Discontinue          R - Refused
DO - Dose Omitted         S - Self Administe...
                          NS - No Show

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
|---|---|---|---|

Facility Name _____

Month/Year _____ 12/00

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tenormin 50mg tab ī PO q̄d x 30 days  START DATE 12-15-00 STOP DATE 01-14-00 | 0400 | | | | | | | | | | | | | | X | X | | | | | | | | | | | | | | | |
| Motrin 200mg tab II PO QID x 1 day  START DATE 12-29-00 STOP DATE 12-30-00 | 0400 1145 1630 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | | | |
| Motrin 300mg po bid x 15 d.  START DATE 12-30-00 STOP DATE 01-13-01 | 0400 1145 1630 | | | | | | | | | | | | | | | | | | | | | | | | | | | X | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY: Poison Ivy

NAME: Crutsinger, Billy   ID: 1014350   WING: C2-19

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | |

DOCUMENTATION CODES =
Discontinue    R - Refused
Dose Omitted   C - Court
S - Self Administered
NS - No Show

Sandra Paue R.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

Microfilm flag

# Mental Health

CAUTION SHEET MENTAL HEALTH SECTION; INTEGRATED PROGRESS NOTES INPATIENT SECTION, RELEAS

AND DISCHARGE SUMMARY; RELEASE TREATMENT PLAN; MICROFICHED INPATIENT PSY. RECORD; DIAC

NOSTICS II EVALUATION; DIAGNOSTICS I EVALUATION.



HSA - 50.7 (Rev. 2/92)

NAME  *Coutsinger, Billy*

MEDICAL ALERT

NUMBER  *1616350*

HEALTH SERVICES

## TO BE PLACED ON FRONT OF CHART
### THIS FORM TAKES PRECEDENCE FOR THIS POSITION OVER ALL OTHER FORMS INCLUDING ANAESTHETIC RECORD

# CAUTION

THIS PATIENT IS KNOWN TO HAVE A MEDICAL CONDITION OR SENSITIVITY AS LISTED BELOW

*Allergies : Poison Ivy*

*TB Class*

# WCC

**HEALTH SERVICES**

TDCJ# *1014380*

## PSYCHOLOGICAL INTAKE PROGRESS NOTES

SITE:     LINDSEY (LN)

| Date/Time | Inmate's Name: *Crutsinger, Billy* | D.O.B. *10 / 5 / 59* |

2-14-00   1130   *Patient stated the had been taking*
*Zoloft for depression prior to incarceration*
*Denies any suicidal thoughts or attempts*
*No Harm agreement signed and referral*
*made to Dr Morrissey.   C Webb, M*

**PSYCHOLOGICAL INTAKE**

S  Inmate participated in an initial Diagnostic and Assessment Process.  Records were reviewed as

part of this process to identify potential mental health needs.  These records included 2 interview screens

and were generated from inmate self report.

O  Mental Illness History: Yes_____  No ✓

Suicide History or Current Suicide Ideology:  Yes_____  No ✓

No Harm Agreement Signed:  Yes_____  No ✓

Prior Psychiatric Evaluation:  Yes ✓  No_____

Family History of Mental Illness:  Yes_____  No ✓  (Other) _____

A  Diagnosis  *Depression*

   No current Mental Health needs identified _____

P  Follow-up upon request or referral.

Robert D. Morrissey, Ph.D.

# DIAGNOSTIC SCREENING RESULT FORM

FROM:   Diagnostic                          DATE: _12- 15-00_

TO:   Sociology

SUBJECT:                                    TDCJ # _1014350_

_Clutsinger, Billy_

The inmate identified above has been evaluated through the Diagnostic Screening Process
with the following results:

_____✓_____   No Special Needs Identified

_____   Referral for Further Diagnostic Evaluation

_____       Supervisor DI
Signature  R. Morrissey Ph.D.      Title

( ) ATTACHMENT A – MHS I.A )

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE MENTAL HEALTH SERVICES –
### INITIAL MENTAL HEALTH SCREENING INTERVIEW

DATE INTERVIEWED: _12, 15, 00_
SCREENER'S NAME. _Bob Morrissey Ph.D_    **BOB MORRISSEY, Phd.D**

NAME: _CRUTSINGER, Billy_    TDCJ # _1014350_
DOB: _10 / 8 / 54_    AGE: _46_    GENDER: (✓) MALE    ( ) FEMALE
PLACE OF BIRTH: _____    RACE: (✓) CAUCASIAN  ( ) AFRICAN-AMERICAN
                                    ( ) HISPANIC    ( ) OTHER _____

| | | |
|---|---|---|
| PRIOR INCARCERATIONS. | YES | NO |
| PRIOR ASSIGNMENT TO INPATIENT FACILITY: | YES | NO |
| PRIOR ASSIGNMENT TO MROP: | YES | NO |
| PRIOR ASSIGNMENT TO MENTAL HEALTH SERVICES CASELOAD: | YES | NO |

CURRENT OFFENSE _Robbery Burg , Enjury To elderl_

SPECIAL CONSIDERATIONS FOR INTERVIEW'S:
( ) · NONE
( ) SPANISH SPEAKING ONLY
( ) HEARING/VISUALLY IMPAIRED
( ) WHEELCHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM
( ) · SECURITY RISK _____
( ) OTHER _____

INTELLIGENCE TEST SCORES:
EA SCORE     _____         BETA _____
CULTURE FAIR _____         WAIS R _____

**YES    NO**

        1  HOW ARE YOU FEELING? _____
           _____

( )   ( )   2  HAVE YOU EVER HAD ANY KIND OF MENTAL. EMOTIONAL OR NERVOUS
             PROBLEMS?

( )   ( )      DID YOU GET ANY TYPE OF COUNSELING?
               FROM WHOM? (IF APPLICABLE) _____
               WHAT WAS IT FOR? _____
               WHEN WAS IT? _numerous Dea 14's 1st Found_
               WHERE WAS IT? _____

( )   ( )   3  HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
               ( ) NERVES ( ) MENTAL PROBLEMS, OR ( ) EMOTIONAL PROBLEMS?
               SPECIFY THE MEDICATION: _____
               WHEN DID YOU TAKE THIS MEDICATION? _____
               BY WHOM WAS IT PRESCRIBED.        ( ) PSYCHIATRIST
                                                  ( ) PHYSICIAN
                                                  ( ) OTHER: _____
               CURRENT PSYCHOTROPIC MEDICATION _____
                                       DOSAGE: _____

**YES   NO**

( )   (X)   4.   HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
          WHY? _____
          WHEN? _____
          WHERE? _____
          ( ) INVOLUNTARY COMMITMENT   ( ) VOLUNTARY COMMITMENT

( )   (X)   5.   HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?

          WHAT TYPE?_____

( )   (X)   6.   HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE:
          SPECIFY:_____

( )   (X)   7.   HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
          HOW MANY TIMES? _____
          HOW?   ( ) CUT ARM/WRIST   ( ) HANGING
                 ( ) OD'ed ON _____
                 ( ) OTHER _____

          WHEN? _____
          WHY? _____
          WAS MEDICAL ATTENTION REQUIRED? ( ) YES   ( ) NO

( )   (X)   8.   HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO
          COMMIT SUICIDE?
          HOW? _____

( )   (X)   9.   ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

( )   (X)   10.  DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
          SPECIFY _____

( )   (X)   11.  DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?
          SPECIFY: _____

( )   (X)   12   DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT
          OTHERS DO NOT HAVE?
          WHAT KIND? _____

( )   ( )   13.  WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?
          ( ) NONE   ( ) BARBITURATES  ( ) METHAMPHETAMINE (SPEED)
          ( ) HEROIN  ( ) ACID   ( ) INHALANTS ( ) COCAINE/CRACK ( ) HASH
          (X) ALCOHOL   (X) MARIJUANA   ( ) PCP
          ( ) OTHER _____

( )   ( )   14.  WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL? _11_ WHERE?   ( ) USA
          ( ) MEXICO  ( ) OTHER: _____
          DO YOU HAVE A  ( ) HIGH SCHOOL DIPLOMA   ( ) GED

| YES | NO | | |
|---|---|---|---|
| X | ( ) | 15. | WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES? |

WHY?_____ WHAT GRADE(S)?
_____READT_____

( )   (X)   16. WERE YOU EVER PLACED IN A JUVENILE DETENTION OR OTHER GROUP HOME?
WHY?_____

( )   (X)   17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE
IN THE CATEGORY OF SEXUAL OFFENSES?
IF YES, SPECIFY:_____

( )   (X)   18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL
OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION
OF PROPERTY?

( )   (X)   19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?
IF YES, SPECIFY _____

( )   (X)   20. HAVE YOU EVER BEEN A VICTIM OF CHILDHOOD ABUSE?
IF YES, SPECIFY:_____

## MENTAL STATUS

APPEARANCE:   ( ) UNREMARKABLE   ( ) DISHEVELED   ( ) ODD

HYGIENE:   ( ) GOOD   ( ) FAIR   ( ) POOR

INTERACTION:   ( ) COOPERATIVE   ( ) LIMITED   ( ) UNCOOPERATIVE

MOTOR BEHAVIOR:   ( ) WITHIN NORMAL LIMITS   ( ) RESTLESS   ( ) SLOWED

SPEECH   ( ) CLEAR   ( ) MUMBLES   ( ) SPEECH IMPEDIMENT

RATE OF SPEECH:   ( ) SPONTANEOUS   ( ) FAST   ( ) SLOWED

MOOD:   ( ) WITHIN NORMAL LIMITS   ( ) SAD   ( ) IRRITABLE
( ) UNUSUALLY HAPPY   ( ) ANXIOUS   ( ) FRIGHTENED
( ) SILLY   ( ) OTHER_____

ALERTNESS:   ( ) ALERT   ( ) CONFUSED   ( ) SLOWED   ( ) DISTRACTED

ORIENTATION:   ( ) ORIENTED TO TIME
( ) ORIENTED TO PLACE
( ) ORIENTED TO PERSON
( ) DISORIENTED TO_____

THOUGHT PROCESSES:   ( ) LOGICAL AND GOAL ORIENTED   ( ) TANGENTIAL
( ) DISORGANIZED   ( )_____

THOUGHT CONTENT:   ( ) HALLUCINATIONS   ( ) DELUSIONS
( ) SUICIDAL IDEATIONS   ( ) HOMICIDAL IDEATIONS
( ) NO COMPLAINTS.   ( )_____

**FURTHER PSYCHIATRIC/PSYCHOLOGICAL EVALUATION RECOMMENDED?**
( ) YES   ( ) NO

#6

# WACKENHUT CORRECTIONS CORPORATION

# NO HARM AGREEMENT

This is an agreement between _Billy Cartsinger_ (Inmate)

and _C Wade RN_ Connie Wade RN (Staff Member)

The inmate agrees that he will speak to any staff member on duty when he feels suicidal or homicidal and seek help in order to avoid any self harm. Staff members agree that the treatment team will be contacted immediately if the inmate feels at risk for self harm. In addition to the _supervisor_, the _psychologist_ or health services staff will be called to counsel with the inmate immediately.

Signed: _C Wade RN_ Date: _12-14-00_
Staff Member

Signed: _X Billy Joe Cutsinger_ Date: _12-14-00_
Inmate

Signed: _R Jefferson_ Date: _12-15-00_
Health Services Staff/_____

# WACKENHUT CORRECTIONS CORPORATION

## Mental Health Evaluation

### John R. Lindsey State Jail (LN)

Inmate Name _Cruttsinger, Billy_ DOB _10-5-54_ TDCJ ID# _1043570_

---

Have you ever been hospitalized for an emotional or nervous problem? (N) Y
If yes, what hospital?
When?

---

Have you ever received counseling or outpatient treatment or the above? N (Y)
If yes, when? _2 yr ago_
Where? _Post Psychiatrist_ _Depression_

---

Are you taking any psychotropic medication? N (Y) _Zoloft 50 mg_ _A.m._
If yes, name of medication and dosage _How often?_
Who Prescribed it? How long have you been taking it? _2 yr_

---

Do you use any of the following:

| | Beer? | Wine? | Liquor? |
|---|---|---|---|
| How much? | _18 beer_ | | |
| How often? | _each month_ | _No_ | _No_ |
| How long? | _10 yrs_ | | |

---

Have you ever been treated for alcohol abuse? (N) Y If yes, how many times?
When? Where? How long?

---

Have you ever used illegal drugs? N (Y) If yes, how many times?
What illegal drugs have you used in the past 12 months? _na_
When did you start using these drugs?

---

Have you ever been treated for drug abuse? (N) Y If yes, how many times?
When? Where? How long?

---

Have you ever tried to committ suicide? (N) Y If yes, how many times? When?
Where? Hospitalized? Where?

---

Have you ever thought about suicide? (N) Y If yes, when was the last time?
Do you think of it often? Sometimes? Seldom?

---

Have you ever been suspended from school? (N) Y If yes, how many times?

---

Have you ever lost a job because of a fight? (N) Y If yes, how many times?

---

Have you ever had a seizure? (N) Y If yes, when?

---

Have you ever had a head injury? (N) Y If yes, when?

---

What grade did you complete in school? _11_

---

Were you in any special education classes? (N) Y If yes, what class?

---

Are you able to read and write English? N (Y)

---

Have you ever been convicted of a violent crime? (N) Y If yes, when? Where?
What crime? What was your sentence?

---

Have you ever been a victim of a violent crime? (N) Y If yes, when? Where?

---

Do people consider you a violent person? (N) Y If yes, why?

---

Have you ever been convicted of a sexual offense? (N) Y If yes, when? Where?

---

How do you feel about your incarceration? _"Im okay with it"_

---

Referral: [✓] Mental Health  [ ] Doctor  [ ] Next Sick Call  [✓] General Population

Interviewer: _MBByrnes RN_  Title: **Michael Byrnes RN**  Date: _12-14-00_

INMATE NAME _Crutsinger Billy_    Page: _____

INMATE DOB _10-5-59_    Consolidated _____

INMATE NUMBER _#1014380_    Date

## MASTER PROBLEM LIST    By: _ic 27 01_

| No. | Problem Title | Date (1) Onset | Date (2) Active | Resolution of Problem (3) Date, Comment & Initials |
|---|---|---|---|---|
| 1 | ALLERGIES _Penson Ivy_ | | | |
| 2 | TB CLASS _II_ | 12-16-00 | 18mm | CPX Started 01/08/01 |
| 3 | TETANUS & DIPTHERIA GIVEN _DEC 14_ | | | next due 12/2010 |
| 4 | HEPATITIS B VACCINE _Refused_ | 01/27/01 | | Refusal on Chart. |
| 5 | VARICELLA | | | ✓ Immunity 5290 ___ Susceptible |
| 6 | _No Harm Agreement_ | 12/14/00 | | |
| 7 | ~~1112 HIV HIGH RISK SCREENING COMPLETED~~ | 12/14/00 | | |
| 8 | HTN 4011 Prior | | | |
| 9 | Quit HX 3001 Prior | | | |
| 10. | Administered Pneumococcal Vaccine | 01/19/01 | | |
| 11. | Administered Influenza Vaccine | 01/19/01 | | |
| 12. | Hep. B. Vaccine | 01/01 | | #1 01/31/01 |
| 13. | HIV Negative | 01/01 | | Pre: 01/19/01 Post: 02/06/01 |
| | _Cont_ | | | |
| | | | | |
| | | | | |

.. "Date Onset" = Date when Evidence of the problem began.

2. "Date Active" = Date when the problem was recognized or formulated.

3. "Resolution" = Problem no longer considered to be active; A dated; initialed comment amplifies.

**Texas Department of Criminal Justice**

**INSTITUTIONAL DIVISION**

DEFENDANT'S
EXHIBIT
_10_
9.29.03

CAUSE NO _0885306 D_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _213th_ JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| _Billy Jack Crutsinger_ | § | _Tarrant_ COUNTY, TEXAS |

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared _Charles H Sanders_, who being duly sworn, deposed as follows:

My name is _Charles H Sanders_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records for _Birdville ISD_

Attached hereto are _3_ pages of records from _Birdville ISD_. These said _3_ pages of records are business, and it was the regular course of business of _Birdville ISD_, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_Charles H Sanders_
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _23_ day of _July_, 200_3_.

My commission expires: _____

_J. M. Brownlee_
Notary Public, State of _TX_

_J. M. Brownlee_
Printed Name

J. M. BROWNLEE
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 11-06-2006

NAME: *Cretsinger Billy J*

## Pupil's Cumulative Record — Junior and Senior High Schools

FORM NO. 3669

Ayer Integrated
Child Accounting Series

| | (Last Name) | (First) | (Middle) | Birthplace Country or U.S. State | Race | Speaks English | Education | Occup. Parents a | Jan | Birthdate......10--5--54......19.... | Identification (Picture, Fingerprint, or Description) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boy Girl PUPIL | Cretsinger | Billy | Jack | Tex | a | yes | | | | Birthdate Based on: | |
| FATHER | Ralph J Cretsinger | | | | | | | S.R.O. Asphalt | | Age at Entrance: 13 | Color Eyes |
| MOTHER | Elaine Cretsinger | | | | | | | | | Previous School Record: | Color Hair |
| LEGAL GUARDIAN | | | | | | | | | | West Birdville | Other: |

### RECORD OF ATTENDANCE, SCHOLARSHIP, AND RESIDENCE

| 7TH GRADE SUBJECTS 68-69 | Year Studied | No. | Length | 1st Semester | 2nd Semester | Mark |
|---|---|---|---|---|---|---|
| CRUTSINGER | 07 S 69 | 220902041 | | | | |
| BILLY J | 000001141 | | | | | |
| P E GR 7,8 | | :00 FURMAN | | | | |
| SOC ST GR 7 | | :00 HALL | | | | |
| ART GR 7 | | :00 KEE | | | | |
| GEN SHOP GR 8 | | :00 PERKINS | | | | |
| CHORAL MUS GR 7 | | :00 THOMAS | | | | |
| READING GR 8 | | :00 CHAFFIN | | | | |
| READING GR 8 S | | :00 CHAFFIN | | | | |
| CHORAL MUS GR 7 D | | :00 THOMAS | | | | |
| TOT ABS 33.0 TOT CRED .00 | | | | | | |

| 8TH GRADE SUBJECTS | Year Studied | No. Weeks Studied | No. and Length of Periods per Week | Mark |
|---|---|---|---|---|
| | | | Recitations | Lab. Work | 1st Semester | 2nd Semester |

| 11TH GRADE SUBJECTS | Year Studied 7/71 | No. Weeks Studied | No. and Length of Periods per Week | Mark |
|---|---|---|---|---|
| Earth Sci | 56 | | | 3 |
| D H ST | | | | W |
| Biol | | | | 5 |
| Comp | | | | |

| 10TH GRADE SUBJECTS | No. 71 | | | |
|---|---|---|---|---|
| CVAE Enl | | S S 1 | | |
| Hist | | S S 1 | | |
| Inath | | H S 1 | | |
| P E | | C D 1 | | |
| CVAE Lab | | D S 2 | | |

| 12TH GRADE SUBJECTS | | | |
|---|---|---|---|

| 9TH GRADE SUBJECTS First Enter 1969-70 | | | | | | GRADE LEVEL 1/09 | |
|---|---|---|---|---|---|---|---|
| STUDENT NAME CRUISINGER | SCHOOL NO J 1 360 | STUDENT NO. C91 155 | | | | | |
| SUBJECT | TYPE | 1ST SEMESTER | 2ND SEMESTER | YEAR AVERAGE | UNITS CREDIT | TEACHER NUMBER |
| CVAE HEALTH 1 | S | S | | | 05 | 037 |
| CVAE LAB | S | S | | | 20 | 037 |
| CVAE MATH 1-2 | S | S | | | 10 | 040 |
| ENGLISH 1-2 R | S | S | | | 10 | 011 |
| P E 1-2 | A | A | | | 10 | 044 |
| CH MUS 1-S | | | | | 10 | 014 |

| Year | School | City or County | Residence Address | Date of Entrance | Cause if Late | Days Present | Days Absent | Times Tardy | Date and Reason for Withdrawal |
|---|---|---|---|---|---|---|---|---|---|
| 68-69 | HTH | Tarrant | 2001 Glenda | 9-4 | | | | | |
| 69-70 | HTH | Tarrant | 2001 Glenda | 9-2 | | | | | |
| 70-71 | HHS | " | " | 8-31 | | | | | 2-15-72 |
| 71-72 | " | " | " | 8-31 9 | | | | | Jackson To Willmar |

| CLASS STANDING 01 | UNITS EARNED THIS YEAR 06) | TOTAL | ATTENDANCE PRESENT ABSENT | SCHOOL YEAR 69-70 |
|---|---|---|---|---|

Date of Graduation | Rank of Pupil: 1st , 2nd , 3rd , of 4th quarter | Transcript sent to

## Pupil's Cumulative Record — Elementary School

FORM NO. 3669

NAME OF PUPIL: (Last Name) (First) (Middle)

FATHER
MOTHER
LEGAL GUARDIAN

COMMENTS ON HOME AND FAMILY

COMMENTS ON BEHAVIOR OR SOCIAL ADJUSTMENT

RECORD OF ATTENDANCE, SCHOLARSHIP, AND RESIDENCE

Column headers (Language Arts / Social Studies / etc.):
Language, Spanish, Literature, Reading, Spelling, Writing, Citizenship, Government, History, Geography, Agriculture, Homemaking, Shop Work, Physical Ed., Health, Music, Art or Drawing, Arithmetic, Gen. Math, Science, Effort, Study Habits

## Elementary School Record (Continued)

DATE OF BIRTH 10-5-54                     TELEPHONE NO. (In Panel) TE8-9467

| | | EDUCATIONAL TEST RECORD | | | | GROWTH, HEALTH, AND IMMUNIZATION RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| Grade | Age | Name of Test | Score | T.A.* | Remarks | Date | Hgt. | Wgt. | Notes on Health, Disease, and Vaccination |
| 1 | 9-11 | Met. Readiness Test | 68 | | | 9-62 | 48 | 46 | Smallpox 1961   Neg Schick 1961 |
| 3 | 10 | Stanford Ach. | | | | | 53 | 60 | Measles R 3 Bo L 3 Bo   Hearing R Neg L Neg |
| 4 | 11 | Ment'l Maturity | | 3.4 | | | | | Vac. exp 68 |
| | | | | | | 66 | 56 | 68 | |

*T. A. = Test Age; the Score in Chronological Age, Mental Age, or Achievement Age. Use %ile if preferred.

### RECORD OF SPECIAL EDUCATION AND PHYSICAL DEFECTS

| Grade | *Item | Condition | Action Taken | Year-End Results |
|---|---|---|---|---|
| | | CRUTSINGER BILLY J          001000497  10 | | |
| | | HALTOM HIGH                          11/70 | | |
| | | DIFFERENTIAL APTITUDE TESTS FORM L | | |
| | | | RS   N% | RS   N% |
| | | VERBL RESO | 9   5%   NUM ABILTY | 12  10% |
| | | NUM+VERBL | 21   5%   ABS RESON | 16  10% |
| | | CLER SP&AC | 22   3%   MECH REASO | 34  10% |
| | | SPACE RELA | 15  15%   LANG US&SP | 38   5% |
| | | LANG US&GR | 1   5% | |

| Grade | Interests, Distinctions, and Memberships |
|---|---|
| | |

| Date | Final Recommendation and Comments |
|---|---|
| | |

*1. Defective
6. Tonsils                2. Defective Hearing  3. Orthopedic Handicaps  4. Speech Disorders  5. Lo... ality  6. Nervous Disorders  7. Teeth  8. Lo...
...la  11. Feet  12. Feet  13. Posture  14. Heart  15. Mentally Retarded          17.

Signed _____          (Position)

COPYRIGHT 1956 BY THE STECK COMPANY, AUSTIN, TEXAS

## CAUSE NO. 0885306D

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | **X** | **IN THE DISTRICT COURT** |
| **VS.** | **X** | **TARRANT COUNTY, TEXAS** |
| **BILLY JACK CRUTSINGER** | **X** | **213TH JUDICIAL DISTRICT** |

## COURT REPORTER'S CERTIFICATE

I, Steve Schiller, Deputy Court Reporter in and for the 213TH District Court of Tarrant County, Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the trial in the above-entitled and numbered cause as set out herein before the Honorable Robert K. Gill, Judge presiding, and a jury.

I further certify that the total cost for the preparation of this Reporter's Record is $ and will be paid by Tarrant County.

WITNESS MY OFFICIAL HAND on this, the 26th day of July, 2004.

Stephen B. Schiller, CSR
Official Court Reporter
213th District Court
401 West Belknap
Fort Worth, Texas 76196
License No. 4665
Expires:  12-31-05

**CAUSE NO. 0885306D**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | X | **IN THE DISTRICT COURT** |
| **VS.** | X | **TARRANT COUNTY, TEXAS** |
| **BILLY JACK CRUTSINGER** | X | **213TH JUDICIAL DISTRICT** |

## COURT REPORTER'S CERTIFICATE

I, Steve Schiller, Deputy Court Reporter in and for the 213TH District Court of Tarrant County, Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the trial in the above-entitled and numbered cause as set out herein before the Honorable Robert K. Gill, Judge presiding, and a jury.

I further certify that the total cost for the preparation of this Reporter's Record is $ *30, 921.00* and will be paid by Tarrant County.

WITNESS MY OFFICIAL HAND on this, the 26th day of July, 2004.

Stephen B. Schiller, CSR
Official Court Reporter
213th District Court
401 West Belknap
Fort Worth, Texas 76196
License No. 4665
Expires: 12-31-05